| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  WAYNE BAILEY, INC.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

   FDBA  W. E. BAILEY AND SON, INC.

**3. Debtor's federal Employer Identification Number** (EIN)  56-0689846

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 490 Old US Highway 74<br>Chadbourn, NC 28431<br>Number, Street, City, State & ZIP Code | P.O. Box 467<br>Chadbourn, NC 28431<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Columbus<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  WAYNE BAILEY, INC.　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 2

Debtor  WAYNE BAILEY, INC.                                    Case number (*if known*)
        Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | WAYNE BAILEY, INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 21, 2018
              MM / DD / YYYY

**X** /s/ George G. Wooten                     George G. Wooten
Signature of authorized representative of debtor      Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Trawick Stubbs - Laurie B. Biggs        Date   January 21, 2018
Signature of attorney for debtor                         MM / DD / YYYY

Trawick Stubbs - Laurie B. Biggs 4221 - 31845
Printed name

Stubbs & Perdue, P.A.
Firm name

PO Box 1654
New Bern, NC 28563
Number, Street, City, State & ZIP Code

Contact phone                    Email address

4221 - 31845
Bar number and State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

Fill in this information to identify the case:

Debtor name: WAYNE BAILEY, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tull Hill Farms, Inc.<br>Attn: Manager or Agent<br>2264 Hugo Road<br>Kinston, NC 28501 | | | | | | $2,414,506.34 |
| SP Funding, LLC<br>Attn: Manager or Agent<br>100 Elks Club Road<br>Brevard, NC 28712 | | | | | | $1,052,930.07 |
| Millstream Farms<br>Attn: Manager or Agent<br>1131 Timothy Road<br>Dunn, NC 28334 | | | | | | $991,084.28 |
| Tull Hill Farms, Inc.<br>Attn: Manager or Agent<br>2264 Hugo Road<br>Kinston, NC 28501 | | 2016 | | | | $586,526.71 |
| Carmichael Farms<br>Attn: Manager or Agent<br>P.O. Box 1547<br>Laurinburg, NC 28353 | | | | | | $493,181.00 |
| Earl Sullivan<br>8444 St. Mary's Church Road<br>Lucama, NC 27851 | | | | | | $411,888.00 |
| Jerome Langdon Produce<br>Attn: Manager or Agent<br>5855 Old Fairground Road<br>Benson, NC 27504 | | | | | | $349,849.79 |

| Debtor | WAYNE BAILEY, INC. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| International Paper<br>Attn: Manager or Agent<br>P.O. Box 841723<br>Dallas, TX 75284 | | | | | | $311,492.67 |
| Southern Produce Dist. Inc.<br>Attn: Manager or Agent<br>P.O. Box 130<br>Faison, NC 28341 | | | | | | $303,122.75 |
| Harvey Farms<br>Attn: Manager or Agent<br>P.O. Box 189<br>Kinston, NC 28502 | | | | | | $272,826.05 |
| ST Freight LLC<br>Attn: Manager or Agent<br>P.O. Box 1147<br>Manitowoc, WI 54221 | | | | | | $232,248.90 |
| PNC Equipment Finance<br>Attn: Managing Agent<br>655 Business Center Drive<br>Horsham, PA 19044 | | Capital Lease of 1st drawer Refridgeration | | $220,914.46 | $0.00 | $220,914.46 |
| Coastal Group Corporation, Inc<br>c/o Coastal Temporary Services<br>P.O. Box 1860<br>Whiteville, NC 28472 | | | | | | $219,734.29 |
| Hill, Patricia<br>2574 Hugo Road<br>Grifton, NC 28530 | | | | | | $202,500.00 |
| Thompson Price & Co.<br>Attn: Manager or Agent<br>P.O. Box 398<br>Whiteville, NC 28472 | | | | | | $201,335.51 |
| Boyette Brothers Produce, LLC<br>Attn: Manager or Agent<br>6638 Radio Tower Road<br>Wilson, NC 27893 | | | | | | $190,985.50 |

Debtor   WAYNE BAILEY, INC.
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gay Farms<br>Attn: Manager or Agent<br>930 Meadows Road<br>Walstonburg, NC 27888 | | | | | | $166,419.13 |
| Hill, Robert<br>4445 Research Road<br>Hookerton, NC 28538 | | | | | | $165,000.00 |
| Bailey / Dewayne Hope<br>6918 Garland Highway<br>Clinton, NC 28328 | | | | | | $162,868.24 |
| Bailey / Bobby Hope<br>7 Mill Road50 Boney<br>Clinton, NC 28328 | | | | | | $162,868.24 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

# United States Bankruptcy Court
### Eastern District of North Carolina - Wilmington Division

In re: WAYNE BAILEY, INC.
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 21, 2018

/s/ George G. Wooten
George G. Wooten/President
Signer/Title

WAYNE BAILEY, INC.
P.O. BOX 467
CHADBOURN, NC 28431

SECURITIES & EXCHANGE COMM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

N.C. DEPT. OF COMMERCE, DE
ATTN:  MANAGER OR AGENT
P.O. BOX 26504
RALEIGH, NC 27611

ADVANCE AUTO PARTS
ATTN:  MANAGER OR AGENT
817 N. BROWN STREET
CHADBOURN, NC 28431

ADVANTAGE AUTO CLINTON
ATTN:  MANAGER OR AGENT
210 SOUTH EAST BLVD.
CLINTON, NC 28328

AG LINES, INC.
ATTN:  MANAGER OR AGENT
8546 W. 103RD TERRACE
UNIT 101
PALOS HILLS, IL 60465

AIRGAS USA, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 532609
ATLANTA, GA 30353-2609

ALLEGIANCE RETAIL SERVICES, LL
ATTN:  MANAGER OR AGENT
485 ROUTE 1 SOUTH
BLDG D, SUITE 420
ISELIN, NJ 08830

ALLIANCE FUNDING GROUP, INC
ATTN:  MANAGER OR AGENT
3745 W. CHAPMAN AVENUE
SUITE 200
ORANGE, CA 92868

ALLY
ATTN.:  MANAGER OR AGENT
P.O. BOX 90201948
LOUISVILLE, KY 40290-1948

AM-PM CARRIERS
ATTN:  MANAGER OR AGENT
9444 DEER CROSSING TRACE
JONESBORO, GA 30236

APPLIED VISION WORKS, INC.
ATTN:  MANAGER OR AGENT
4009 VILLAGE PARK DRIVE
KNIGHTDALE, NC 27545

AQUAPULSE SYSTEMS, INC.
ATTN:  MANAGER OR AGENT
16117 COVELLO STREET
VAN NUYS, CA 91406

ARMSTRONG TRANSPORT GROUP, INC
ATTN:  MANAGER OR AGENT
P.O. BOX 745100
ATLANTA, GA 30374

ATLANTIC CORPORATION
ATTN:  MANAGER OR AGENT
P.O. BOX 60002
CHARLOTTE, NC 28260

B&B TECHNOLOGY & SVCS, INC.
ATTN:  MANAGER OR AGENT
138 LUDLOW DRIVE
WILMINGTON, NC 28411

B.J. WILLIAMSON, INC.
ATTN:  MANAGER OR AGENT
820 ELIZABETH STREET
CLINTON, NC 28328

BAILEY / BARNHILL
P.O. BOX 5
EVERGREEN, NC 28438

BAILEY / BLAKE KING
ATTN: MANAGER OR AGENT
722 OZZIE ROAD
CLINTON, NC 28328

BAILEY / BOBBY HOPE
7 MILL ROAD50 BONEY
CLINTON, NC 28328

BAILEY / CARMICHAEL
ATTN: MANAGER OR AGENT

| | | |
|---|---|---|
| BAILEY / DEWAYNE HOPE<br>6918 GARLAND HIGHWAY<br>CLINTON, NC 28328 | BAILEY / HAYES<br>1522 SINGLETARY CHURCH ROAD<br>LUMBERTON, NC 28358 | BAILEY / HERRING<br>1959 REGAN CHURCH ROAD<br>LUMBERTON, NC 28358 |
| BAILEY / JOHNNY HOPE<br>305 MALPASS FARM LANE<br>CLINTON, NC 28328 | BAILEY / POWERS<br>711 BARKER CHURCH ROAD<br>LUMBERTON, NC 28358 | BAILEY / R LANE<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 238<br>TURKEY, NC 28393 |
| BAILEY, DOROTHY<br>P.O. BOX 363<br>CHADBOURN, NC 28431 | BALL BROKERAGE<br>ATTN: MANAGER OR AGENT<br>600 SOUTH STATE STREET<br>CLARKS SUMMIT, PA 18411 | BANK OF THE WEST<br>ATTN: MANAGER OR AGENT<br>475 SANSOME STREET<br>19TH FLOOR<br>SAN FRANCISCO, CA 94111-3112 |
| BANK OF THE WEST<br>ATTN: MANAGING AGENT<br>P.O. BOX 4002<br>CONCORD, CA 94524-4002 | BARBOUR, SHEPARD<br>5239 ZACKS MILL ROAD<br>ANGIER, NC 27501 | BATTLEBORO PRODUCE, INC.<br>ATTN: MANAGER OR AGENT<br>42 COOL SPRING ROAD<br>BATTLEBORO, NC 27809 |
| BIG BLUE STORE OF CLINTON<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 1219<br>CLINTON, NC 28329 | BLUE CROSS & BLUE SHIELD OF NC<br>ATTN: MANAGER, AGENT, OFFICER<br>P.O. BOX 580094<br>CHARLOTTE, NC 28258-0094 | BOYETTE BROTHERS PRODUCE LLC<br>ATTN: MANAGER OR AGENT<br>6638 RADIO TOWER ROAD<br>WILSON, NC 27893 |
| BRANCH BANKING & TRUST<br>ATTN: JACK HAYES<br>PO BOX 1847<br>WILSON, NC 27894 | MATT BROWN<br>6670 701 N.<br>CONWAY, SC 29526 | BURCH FARMS<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 399<br>FAISON, NC 28341 |
| C AND T BRIGHT TRUCKING<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 192<br>SEVEN SPRINGS, NC 28578 | CAPE FEAR FARM CREDIT<br>ATTN: MGR, OFFICER OR AGENT<br>P.O. BOX 2405R<br>FAYETTEVILLE, NC 28302 | CAPE FEAR PROPANE<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 1130<br>WHITEVILLE, NC 28472 |
| CARMICHAEL FARMS<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 1547<br>LAURINBURG, NC 28353 | CASTELLINI COMPANY<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 721610<br>NEWPORT, KY 41072-1610 | CFG FINANCIAL SERVICES, LLC<br>ATTN: MGR, AGENT OR OFFICE<br>100 ELKS CLUB ROAD<br>BREVARD, NC 28712 |
| CLINTON TRUCK & TRACTOR, INC.<br>ATTN: MANAGING AGENT<br>107 NORTHEAST BLVD<br>CLINTON, NC 28328 | CNH CAPITAL<br>ATTN: MANAGING AGENT<br>PO BOX 0507<br>CAROL STREAM, IL 60132-0507 | COASTAL GROUP CORPORATION<br>C/O COASTAL TEMPORARY SERV<br>P.O. BOX 1860<br>WHITEVILLE, NC 28472 |

COLUMBUS CO. TAX COLLECTOR
ATTN: MANAGER OR AGENT
P.O. BOX 1468
WHITEVILLE, NC 28472

CONNECTING POINT
ATTN: MANAGER OR AGENT
P.O. BOX 426
WHITEVILLE, NC 28472

COOPERATIVE GRADING SERVIC
ATTN: MANAGER OR AGENT
P.O. BOX 588
WILLIAMSTON, NC 27892

COUSINS LOGISTICS, INC.
ATTN: MANAGER OR AGENT
4400 BISCAYNE BLVD., STE 850
MIAMI, FL 33137

COWAN SYSTEMS, LLC
ATTN: MANAGER OR AGENT
4555 HOLLINS FERRY ROAD
HALETHORPE, MD 21227

CREGGER COMPANY, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 2197
COLUMBIA, SC 29202

CV PILSON
ATTN: MANAGER OR AGENT
108 CVP LANE
CAMERON, NC 28326

DARDEN RESTAURANTS, INC.
ATTN: MANAGER OR AGENT
1000 DARDEN CENTER DRIVE
ORLANDO, FL 32837

DAVIS LIFT TRUCK SVC.
ATTN: MANAGER OR AGENT
P.O. BOX 469
HOPE MILLS, NC 28348

DELANE'S TRUCK BROKERAGE INC.
ATTN: MANAGER OR AGENT
P.O. BOX 2037
HAINES CITY, FL 33844

DELTATRAK
ATTN: MANAGER OR AGENT
P.O. BOX 4115
MODESTO, CA 95352

DENNIS MCPHERSON TRUCKING
ATTN: MANAGER OR AGENT
3273 CAMERON HILL ROAD
CAMERON, NC 28326

DGW FORMS & SYSTEMS
ATTN: MANAGER OR AGENT
P.O. BOX 3745
WILMINGTON, NC 28406

DIASTON TRANSPORT, LLC
ATTN: MANAGER OR AGENT
1112 PATTY ROAD
CADES, SC 29518

DIVERSIFIED FINANCIAL
ATTN: MANAGING AGENT
PO BOX 2056
OMAHA, NE 68103-2056

DIXON FARM
ATTN: MANAGER OR AGENT
1884 DIXON ROAD
AYNOR, SC 29511

DON JORDAN'S PORTABLE TOILET
ATTN: MANAGER OR AGENT
P.O. BOX 1898
CLINTON, NC 28329

DOREVA PRODUCE
ATTN: MANAGER OR AGENT
12437 W. MAGNOLIA AVENUE
LIVINGSTON, CA 95334

DURAND-WAYLAND, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 1404
LAGRANGE, GA 30241-0119

ECOLAB
ATTN: MANAGER OR AGENT
P.O. BOX 6007
GRAND FORKS, ND 58206

EDWARD BROS PROPERTIES, L
ATTN: MANAGER OR AGENT
305 E. OLIVER STREET
WHITEVILLE, NC 28472

EDWARDS BROTHERS PROP. LLC
ATTN: MANAGER OR AGENT
305 E. OLIVER STREET
WHITEVILLE, NC 28472

ELLIOT, JOHN
P.O. BOX 363
CHADBOURN, NC 28431

JOHN D. ELLIOTT
P.O. BOX 363
CHADBOURN, NC 28431

ENGLAND LOGISTICS, INC.
ATTN: MANAGER OR AGENT
1325 SOUTH 4700 WEST
SALT LAKE CITY, UT 84104

FED-EX
ATTN: MANAGING AGENT
PO BOX 371461
PITTSBURGH, PA 15250-7461

FEEDING AMERICA
ATTN: MANAGER OR AGENT
35 EAST WACKER DRIVE
SUITE 2000
CHICAGO, IL 60601

FINANCIAL PACIFIC LEASING
ATTN: MGR, AGT OR OFFICER

FIRST STAR LOGISTICS, LLC
ATTN: MANAGER OR AGENT
1762 RIDGEWOOD CIRCLE
LAWRENCEBURG, IN 47025

FRANK DONIO, INC.
ATTN: MANAGER OR AGENT
OLD EGG HARBOR ROAD
HAMMONTON, NJ 08037

FREIGHT ALL KINDS, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 5187
DENVER, CO 80217

G&S TRANSPORT, LLC
ATTN: MANAGER OR AGENT
13514 GLEN HARWELL ROAD
DOVER, FL 33527

GALLOP FARMS
ATTN: MANAGER OR AGENT
4832 RIVERS BRIDGE ROAD
EHRHARDT, SC 29081

GAY FARMS
ATTN: MANAGER OR AGENT
930 MEADOWS ROAD
WALSTONBURG, NC 27888

GEORGE G. WOOTEN
160 KISSAM LANE
EVERGREEN, NC 28438

GIRO-PACK, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 171137
HIALEAH, FL 33017

GLOBALTRANZ ENTERPRISES INC.
ATTN: MANAGER OR AGENT
5415 E. HIGH ST., BLDG. A9
SUITE 460
PHOENIX, AZ 85054

GODWIN PRODUCE
ATTN: MANAGER OR AGENT
P.O. BOX 163
DUNN, NC 28334

MIKE GODWIN
5904 TIMOTHY ROAD
DUNN, NC 28334

GOODWIN REFRIGERATION
ATTN: MANAGER OR AGENT
335 SHERWEE DRIVE
SUITE 109
RALEIGH, NC 27603

GORE & ASSOCIATES MANAGEMENT
ATTN: MANAGER OR AGENT
P.O. BOX 2001
WHITEVILLE, NC 28472

GREEN THUMB FARMS
ATTN: MANAGER OR AGENT
P.O. BOX 147
FRYEBURG, ME 04037

HAGAN ELECTRONICS, INC.
ATTN: MANAGER OR AGENT
972 UNITED CIRCLE
SPARKS, NV 89431

HARDEN FARMS, INC.
ATTN.: MANAGER OR AGENT
746 COOPER HILL ROAD
WINDSOR, NC 27983

HARVEY FARMS
ATTN: MANAGER OR AGENT
P.O. BOX 189
KINSTON, NC 28502

HARVEY'S SOUTHEAST-WHITEVILLE
ATTN: MANAGER OR AGENT
P.O. BOX 1219
WHITEVILLE, NC 28472

HAYES AUTO SUPPLY CO., INC.
ATTN: MANAGER OR AGENT
P.O. BOX 354
CHADBOURN, NC 28431

HENDRIX FARMS
ATTN: MANAGER OR AGENT
P. O. BOX 175
METTER, GA 30439

HERALD OFFICE SUPPLY
ATTN: MANAGER OR AGENT
P.O. BOX 1288
DILLON, SC 29536

KENDALL HILL
2574 HUGO ROAD
GRIFTON, NC 28530

HILL, PATRICIA
2574 HUGO ROAD
GRIFTON, NC 28530

HILL, ROBERT
4445 RESEARCH ROAD
HOOKERTON, NC 28538

HORRY COUNTY STATE BANK
ATTN: MANAGING AGENT
PO BOX 677
CONWAY, SC 29528

HOWELL, BRUCE
118 OAK HEIGHTS DRIVE
GOLDSBORO, NC 27530

| | | |
|---|---|---|
| JOSH HUDSON<br>553 ROSIN HILL ROAD<br>NEWTON GROVE, NC 28366 | HUNTINGTON TECHNOLOGY FINANCE<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 2017<br>BLOOMFIELD HILLS, MI 48303 | INDUSTRIAL BRUSH CORPORATI<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 2608<br>POMONA, CA 91769-2608 |
| INDUSTRIAL POWER, INC.<br>ATTN: MANAGER OR AGENT<br>703 WHITFIELD STREET<br>FAYETTEVILLE, NC 28306 | INTEGRITY EXPRESS LOGISTICS<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 938<br>WEST CHESTER, OH 45071 | INTERNATIONAL PAPER<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 841723<br>DALLAS, TX 75284 |
| J & J EQUIPMENT RENTALS INC.<br>ATTN: MANAGER OR AGENT<br>226 MARY WHITE ROAD<br>WHITEVILLE, NC 28472 | J A M TRANSPORT<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 3215<br>FLORENCE, SC 29502 | BRENT JACKSON<br>206 MCLAMB ROAD<br>NEWTON GROVE, NC 28366 |
| JBM TRANSPORT, INC.<br>ATTN: MANAGER OR AGENT<br>8849 CYPRESS AVENUE<br>FONTANA, CA 92335 | JEROME LANGDON PRODUCE<br>ATTN: MANAGER OR AGENT<br>5855 OLD FAIRGROUND ROAD<br>BENSON, NC 27504 | JONES MOTOR COMPANY, INC.<br>ATTN: MANAGER OR AGENT<br>654 ENTERPRISE DRIVE<br>LIMERICK, PA 19468 |
| JERRY JORDAN<br>11108 JORDAN ROAD<br>RALEIGH, NC 27603 | KINLAW'S HEATING & COOLING<br>ATTN: MANAGER OR AGENT<br>81 GOINS ROAD<br>CHADBOURN, NC 28431 | KISSAM, RUTH<br>109 KISSAM LANE<br>EVERGREEN, NC 28438 |
| KORNEGAY FAMILY FARMS, LLC<br>ATTN: MANAGER OR AGENT<br>610 WORLEY ROAD<br>PRINCETON, NC 27569 | LANE'S LAWN SERVICE<br>ATTN: MANAGER OR AGENT<br>1975 POPE ROAD<br>CLINTON, NC 28328 | LAW OFFICE OF DONALD K. CA<br>ATTN: MANAGER OR AGENT<br>P.O. DRAWER 1018<br>OAK GROVE, LA 71263 |
| BRIAN LEE<br>758-A SHAWS POND ROAD<br>FOUR OAKS, NC 27524 | LONGSHIP<br>ATTN: MANAGER OR AGENT<br>2741 GEORGETOWN ROAD<br>LEXINGTON, KY 40511 | LTL LOGISTICS INC.<br>ATTN: MANAGER OR AGENT<br>30 RUE DES GALETS<br>CHATEAUGUAY QC  J6K 0B4<br>CANADA |
| M2 FUNDING<br>ATTN: MANAGER OR AGENT<br>175 N. PATRICK BLVD, STE. 140<br>BROOKFIELD, WI 53045 | MANIS CUSTOM BUILDERS INC.<br>ATTN: MANAGER OR AGENT<br>5880 CRESTLINE ROAD<br>LAURINBURG, NC 28352 | MANN PACKING CO.<br>ATTN: MANAGER OR AGENT<br>1333 SCHILLING PLACE<br>SALINAS, CA 93901 |
| MATTRON TRANSPORT LLC<br>ATTN: MANAGER OR AGENT<br>104 WILLOW TRACE<br>STOCKBRIDGE, GA 30281 | MCARTHUR HARDWARE<br>ATTN: MANAGER OR AGENT<br>117 E. RAILROAD AVENUE<br>CHADBOURN, NC 28431 | MCCARRON & DIESS<br>ATTN: MANAGER OR AGENT<br>4530 WISCONSIN AVENUE NW<br>SUITE 310<br>WASHINGTON, DC 20016 |

| | | |
|---|---|---|
| MCKENZIE SUPPLY COMPANY<br>ATTN:  MANAGER OR AGENT<br>P.O. BOX 890470<br>CHARLOTTE, NC 28289 | MEDALLION TRANSPORT & LOGISTIC<br>ATTN: MANAGER OR AGENT<br>701 EAST GATE DRIVE, STE. 302<br>MOUNT LAUREL, NJ 08054 | MIDAMERICA FREIGHT HANDLER<br>ATTN:  MANAGER OR AGENT<br>900 SOUTH HIGHWAY DR.<br>SUITE 202<br>FENTON, MO 63026 |
| MILLSTREAM FARMS<br>ATTN:  MANAGER OR AGENT<br>1131 TIMOTHY ROAD<br>DUNN, NC 28334 | MJE BROKERAGE, INC.<br>ATTN:  MGR, AGENT OR OFFICER<br>P.O. BOX 65<br>PROCTORVILLE, NC 28375 | N.L. DAUGHTRY FERTILIZER CO<br>ATTN: MANAGER OR AGENT<br>621 LISBON STREET<br>CLINTON, NC 28328 |
| NATIONAL LOGISTICS SERVICE<br>ATTN.:  MANAGER OR AGENT<br>7611 CHEVIOT ROAD #105<br>CINCINNATI, OH 45247 | NATURAL SCIENCE CENTER INC.<br>ATTN: MANAGER OR AGENT<br>1337 DAYTON-XENIA ROAD<br>XENIA, OH 45385 | NAVAJO EXPRESS, INC.<br>ATTN:  MANAGER OR AGENT<br>1400 W. 64TH STREET<br>DENVER, CO 80221 |
| NAVITAS CREDIT CORP<br>ATTN: MANAGER, AGENT, OFFICER<br>111 EXECUTIVE CENTER DR, STE 1<br>COLUMBIA, SC 29210 | NC STRAWBERRY FESTIVAL<br>ATTN: MANAGER OR AGENT | NEALY, MARY MARGARET WOO<br>113 WEST OLIVER STTREET<br>WHITEVILLE, NC 28472 |
| NEWSONG MINISTRIES<br>ATTN:  MANAGER OR AGENT<br>825 SMITH ROAD<br>BALL GROUND, GA 30107 | NICKEY GREGORY CO., INC.<br>ATTN: MANAGER OR AGENT<br>16 FOREST PKWY BUILDING N<br>FOREST PARK, GA 30297 | OLAN DUNN FARMS<br>ATTN: MANAGER OR AGENT<br>4159 US 301N<br>DUNN, NC 28334 |
| OSI RESTAURANT PARTNERS LLC<br>ATTN: MANAGER OR AGENT<br>2202 N WEST SHORE BLVD.<br>TAMPA, FL 33607 | PALMETTO PACKAGING & PAPER<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 2758<br>GREENVILLE, SC 29602 | PEMBROKE WASTE<br>ATTN:  MANAGER OR AGENT<br>P.O. BOX 2400<br>PEMBROKE, NC 28372 |
| PICKLES + TRANSPORT LLC<br>ATTN: MANAGER OR AGENT<br>3010 FLETCHER AVENUE<br>LAKELAND, FL 33803 | PIEDMONT BELTING COMPANY<br>ATTN: MANAGER OR AGENT<br>1271 SOUTH PARK DRIVE<br>KERNERSVILLE, NC 27284 | PINNA, JOHNSTON & BURWELL<br>ATTN: BILL PINNA<br>2601 OBERLIN RD.<br>RALEIGH, NC 27608 |
| PNC EQUIPMENT FINANCE<br>ATTN:  MANAGING AGENT<br>655 BUSINESS CENTER DRIVE<br>HORSHAM, PA 19044 | PRIMUS AUDITING OPERATIONS<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 5785<br>SANTA MARIA, CA 93456 | PROGRESSIVE SALES & MARKE<br>ATTN: MANAGER OR AGENT<br>400 TECHNOLOGY COURT STE. A<br>PEMBROKE PINES, FL 33082 |
| PS CONNECTION<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 416<br>CENTER, CO 81125 | PT BROKERS<br>ATTN: MANAGER OR AGENT<br>201 E. SUNFLOWER ROAD, SUITE 1<br>CLEVELAND, MS 38732 | R & B FREIGHT TRANSPORTIONLL<br>ATTN: MANAGER OR AGENT<br>2727 SKY VIEW DRIVE<br>LITHIA SPRINGS, GA 30122 |

RAINBOW LOGISTICS, LLC
ATTN: MANAGER OR AGENT
251 WEST COVINGTON AVENUE
ATTALLA, AL 35954

RANKIN TRUCK BROKERS
ATTN: MANAGER OR AGENT
159 POINT SOUTH DRIVE
YEMASSEE, SC 29945

RAPID CAPITAL FINANCE
ATTN: MANAGER OR AGENT
11900 BISCANE BLVD., STE. 201
MIAMI, FL 33181

RAYLAN FREIGHT SERVICES
ATTN:  MANAGER OR AGENT
143 N. KALAMAZOO STREET
VICKSBURG, MI 49097

REAL TIME FREIGHT SERVICES
ATTN: MANAGER OR AGENT
P.O. BOX 99
NEW PLYMOUTH, ID 83655

RFG LOGISTICS
ATTN: MANAGER OR AGENT
5820 SO 142ND STREET
OMAHA, NE 68137

RIGHTWAY BROKERAGE LLC
ATTN:  MANAGER OR AGENT
1812 S. HAMILTON STREET
DALTON, GA 30720

RIVER VALLEY
ATTN: MANAGER OR AGENT
14868 W RIDGE LANE SUITE 200
DUBUQUE, IA 52003

RJ CARGO EXPRESS, INC.
ATTN: MANAGER OR AGENT
11117 W. OKEECHOBEE RD.
STE. 109
HIALEAH, FL 33018

ROADRUNNER TRANSPORTATION
ATTN:  MANAGER OR AGENT
P.O. BOX 8903
CUDAHY, WI 53100

ROBINSON & SON MACHINE, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 2337
CLINTON, NC 28329

ROMARK TRANSPORTATION, INC
ATTN: MANAGER OR AGENT
340 WORLEY ROAD
CANTON, GA 30114

S & S FORWARDING INC.
ATTN: MANAGER OR AGENT
117 E. RAILROAD AVENUE
CHADBOURN, NC 28431

SALINAS TRUCKING
ATTN: MANAGER OR AGENT
206 WALNUT LANE
BOSSIER CITY, LA 71111

SAMPSON BUILDING SUPPLY
ATTN: MANAGER OR AGENT
P.O. BOX 526
CLINTON, NC 28329

SAMPSON COUNTY TAX COLL
ATTN: MANAGING AGENT
PO BOX 207
CLINTON, NC 28329

SAVOIE, INC.
ATTN: MANAGER OR AGENT
2920 ROUTE 218
MANSEAU, QC GOX1VO
CANADA

SCHUMAN, PAULA
P.O. BOX 63
SPENCERVILLE, MD 20868

SCOTLYNN COMMODITIES INC.
ATTN: MANAGER OR AGENT
1150 VITTORIA ROAD
VITTORIA, ONTARIO NOE1WO
CANADA

SCOTT FARMS INC.
ATTN: MANAGER OR AGENT
7965 A SIMPSON ROAD
LUCAMA, NC 27851

SCOTT MARTIN TRANSPORT, LL
ATTN: MANAGER OR AGENT
2440 VINEYARD CIRCLE
SANFORD, FL 32771

SIMBA TRUCKING, INC.
ATTN: MANAGER OR AGENT
217 MALLOY LANE
BLACKLICK, OH 43004

SMITH FARMS
ATTN: MANAGER OR AGENT
9690 LISBON ROAD
CLARKTON, NC 28433

SMITH INT'L TRUCK CTR
ATTN:  MANAGING AGENT
P.O. BOX 20067
FAYETTEVILLE, NC 28312

TYRAE EDWARD SMITH
ATTN: MANAGER OR AGENT
9770 LISBON ROAD
CLARKTON, NC 28433

SOUTHERN MARK INDUSTRIES LLC
ATTN: MANAGER OR AGENT
P.O. BOX 1780
VIDALIA, GA 30475

SOUTHERN PRODUCE DIST. INC
ATTN: MANAGER OR AGENT
P.O. BOX 130
FAISON, NC 28341

| | | |
|---|---|---|
| SOUTHERN ROOTS<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 130<br>CHADBOURN, NC 28431 | SP FUNDING, LLC<br>ATTN: MANAGER OR AGENT<br>100 ELKS CLUB ROAD<br>BREVARD, NC 28712 | SPRING ACRES<br>ATTN: MANAGER OR AGENT<br>1280 MACEDONIA ROAD<br>SPRING HOPE, NC 27882 |
| ST FREIGHT LLC<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 1147<br>MANITOWOC, WI 54221 | STEARNS BANK<br>ATTN: MANAGING AGENT<br>500 13TH ST.<br>ALBANY, MN 56307 | STEVENS & HASTY COMPANY, IN<br>ATTN: MANAGER OR AGENT<br>128 PECAN STREET<br>WHITEVILLE, NC 28472 |
| STRICKLAND PALLETS<br>ATTN: MANAGER OR AGENT<br>10516 GREENPATH ROAD<br>DUNN, NC 28334 | EARL SULLIVAN<br>8444 ST. MARY'S CHURCH ROAD<br>LUCAMA, NC 27851 | SUNTECK TRANSPORT CO INC.<br>ATTN: MANAGER OR AGENT<br>6413 CONGRESS AVENUE, SUITE 26<br>BOCA RATON, FL 33487 |
| THARRINGTON SMITH LLP<br>ATTN: MANAGER OR AGENT<br>209 FAYETTEVILLE STREET<br>RALEIGH, NC 27602 | THE DOOR MAN, INC.<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 3837<br>LUMBERTON, NC 28359 | THE NY PRODUCE SHOW & CO<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 810425<br>BOCA RATON, FL 33481 |
| THE PRODUCE NEWS<br>ATTN: MANAGER OR AGENT<br>482 HUDSON TERRACE<br>ENGLEWOOD CLIFFS, NJ 07632 | THOMPSON PRICE & CO.<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 398<br>WHITEVILLE, NC 28472 | TIME WARNER CABLE<br>ATTN: MANAGER OR AGENT<br>PO BOX 583471<br>CHARLOTTE, NC 28258 |
| TIRE BARN INC.<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 427<br>CHADBOURN, NC 28431 | TOTAL QUALITY LOGISTICS, LLC<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 799<br>MILFORD, OH 45150 | TOWN OF CHADBOURN<br>ATTN: MANAGER OR AGENT<br>CHADBOURN, NC 28431 |
| TOYOTA MOTOR CREDIT<br>ATTN: MANAGER OR AGENT<br>PO BOX 2431<br>CAROL STREAM, IL 60132 | TRINITY FRESH FOODS<br>ATTN: MANAGER OR AGENT<br>2281 TURKEY HIGHWAY<br>CLINTON, NC 28328 | TRINITY FROZEN FOODS<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 3207<br>PEMBROKE, NC 28372 |
| TULL HILL FARMS, INC.<br>ATTN: MANAGER OR AGENT<br>2264 HUGO ROAD<br>KINSTON, NC 28501 | TYCO INTEGRATED SECURITY, LLC<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 96041<br>CHARLOTTE, NC 28296-0041 | ANDREW TYSON<br>985 EVANS ROAD<br>NASHVILLE, NC 27856 |
| UNIFIRST CORP.<br>ATTN: MANAGER OR AGENT<br>1821 DAWSON STREET<br>WILMINGTON, NC 28403 | UNITED RENTALS<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 100711<br>ATLANTA, GA 30384-0711 | UNIVERSAL TRUCKLOAD, INC.<br>ATTN: MANAGER OR AGENT<br>12755 EAST NINCE MILE RD.<br>WARREN, MI 48089 |

US LOGISTICS, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 14309
CINCINNATI, OH 45250

VAUGHN BELTING COMPANY, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 5505
SPARTANBURG, SC 29304

VOLM BAG CO., INC.
ATTN: MANAGER OR AGENT
P.O. BOX 400
ANTIGO, WI 54409

WEIGHT TRANS, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 4269
SAN CLEMENTE, CA 92674

WELLMAN OIL & PROPANE CO
ATTN: MANAGER OR AGENT
P.O. BOX 780
CLINTON, NC 28329

WERNER ENTERPRISES INC.
ATTN: MANAGER OR AGENT
14507 FRONTIER ROAD
OMAHA, NE 68138

WHITE FALCON SOLUTIONS, INC.
ATTN: MANAGER OR AGENT
223 SOUTH GOLDEN STATE BLVD.
TURLOCK, CA 95380

WHITEVILLE FORKLIFT & EQUIP.
ATTN: MANAGER OR AGENT
344 VINSON ROAD
WHITEVILLE, NC 28472

WILLIAMSON, WALTON & SCOTT LL
ATTN: MANAGER OR AGENT
136 WASHINGTON STREET
WHITEVILLE, NC 28472

WILLSON INTERNATIONAL LIMITED
ATTN: MANAGER OR AGENT
2345 ARGENTIA ROAD SUITE 201
MISSISSAUGA, ONTARIO L5N 8KA
CANADA

J. ROLAND WOOD
2500 BEASLEY ROAD
BENSON, NC 27504

WOOTEN LAND & TIMBER, L.L.C
ATTN:  MANAGER OR AGENT
P.O. BOX 467
CHADBOURN, NC 28431

WOOTEN'S BUSINESS EQUIPMENT
LEASING, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 467
CHADBOURN, NC 28431

ALICE WOOTEN

ALICE WOOTEN
160 KISSAM LANE
EVERGREEN, NC 28438

GEORGE WOOTEN, III

ZEP MANUFACTURING
ATTN: MANAGER OR AGENT
PO BOX 40462*9
ATLANTA, GA 30384

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re   WAYNE BAILEY, INC.                                        Case No.
                                           Debtor(s)              Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   WAYNE BAILEY, INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| January 21, 2018 | /s/ Trawick Stubbs - Laurie B. Biggs |
| Date | Trawick Stubbs - Laurie B. Biggs 4221 - 31845 |
| | Signature of Attorney or Litigant |
| | Counsel for   WAYNE BAILEY, INC. |
| | Stubbs & Perdue, P.A. |
| | PO Box 1654 |
| | New Bern, NC 28563 |