| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | WAYNE BAILEY, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | 18-00284-5-SWH |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 30, 2018___    x  _____
Signature of individual signing on behalf of debtor

George G. Wooten
Printed name

President
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    WAYNE BAILEY, INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON
DIVISION

Case number (if known)    18-00284-5-SWH

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $      4,046,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $     14,577,408.02

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $     18,623,408.02

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     12,282,956.78

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $          93,842.64

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................    +$     14,776,326.05

4.    **Total liabilities** .......................................................................................
    Lines 2 + 3a + 3b    $     27,153,125.47

**Fill in this information to identify the case:**

Debtor name: WAYNE BAILEY, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known): 18-00284-5-SWH

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | SunTrust Bank | Deposit account | 5576 | $0.00 |
| 3.2. | SunTrust Bank | Lockbox | 5576 | $55,893.00 |
| 3.3. | SunTrust Bank | Checking | 4830 | $533,335.00 |
| 3.4. | BB&T | Payroll | 5006 | $50,000.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$639,228.00

**Part 2:**   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   WAYNE BAILEY, INC.
_____
Name

Case number *(If known)*   18-00284-5-SWH

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | | |
|---|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 2,682,888.25 | - | 0.00 | =... | $2,682,888.25 |
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | 428,001.95 | - | 0.00 | =... | $428,001.95 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $3,110,890.20 |

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| | 15.1. Mississippi Association of Sweet Potato Growers | % | | $1,000.00 |
| | 15.2. Mississippi Fruit & Vegetable Association Coop | % | | $10,000.00 |
| | 15.3. Aseptic Coop | % | | $2,500.00 |
| | 15.4. Trinity Frozen Foods LLC | 4 % | | $500,000.00 |
| | 15.5. Texas Sweet Potato Distributing, LLC | 100 % | | $34,108.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

**17.  Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$547,608.00

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw Sweet Potatoes - 34,014 18bu equivalent bins | | $0.00 | | $2,615,509.70 |
| 20. | **Work in progress** Sweet Potatoes (at Maxton) #1s $480,060.00 (6,858 18bu equivalent bins) Cantors $50,058.00 (1,854 18bu equivalent bins) | | $0.00 | | $530,118.00 |
| 21. | **Finished goods, including goods held for resale** Sweet Potatoes (packaged) | | $0.00 | | $180,798.72 |
| 22. | **Other inventory or supplies** Cardboard | | $0.00 | | $194,866.45 |
| | Parts | | $0.00 | | $89,919.97 |

**23.  Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$3,611,212.84

**24.  Is any of the property listed in Part 5 perishable?**

☐ No

■ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor   WAYNE BAILEY, INC.
_____
Name

Case number *(If known)*   18-00284-5-SWH
_____

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* Case IH 210 Magnum ZCRH05197 & Case IH FM1000 Auto Guidance System 04033 | $0.00 | | $53,314.68 |
| Irrigation equipment consisting of 2-7000 Valley; 4-Tower pivots, S/N 0024 and 0025 | $0.00 | | $27,217.42 |

31.   **Farm and fishing supplies, chemicals, and feed**

32.   **Other farming and fishing-related property not already listed in Part 6**

33.   **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| | |
|---|---|
| | $80,532.10 |

34.   **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment | $0.00 | | $10,000.00 |

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$10,000.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2017 GMC Yukon XL K15 MP, Vin #14843 | $0.00 | | $47,750.00 |
| 47.2. | 2014 GMC Yukon MP, Vin# 20444 | $0.00 | | $22,525.00 |
| 47.3. | 2013 International Prostar Truck, VIN# 06218; 2011 International Prostar Truck, VIN# 65906; 2007 GMC Sierra Truck, VIN# 14249; 2007 GMC Sierra Truck, Vin 93262; 1985 Brothers Trailer, VIN# 21746 | $0.00 | | $65,000.00 |
| 47.4. | 2011 International Prostar Truck, VIN# 65679 | $0.00 | | $12,758.49 |
| 47.5. | See attached Exhibit "A" | $0.00 | | $200,000.00 |
| 47.6. | 2013 International Prostar Truck, VIN# 06291<br>2013 international Prostar Truck, VIN# 83587<br>2013 International Prostar Truck, VIN# 66362 | $0.00 | | $50,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Forklifts - See attached Exhibit "B" | $0.00 | | $24,000.00 |
| See attached Exhibit "C" | $0.00 | | $1,300,000.00 |
| Storage bins | $0.00 | | $123,290.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$1,845,323.49

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 490 Old US Hwy 74 Chadbourn, NC consisting of 221,550 Sq Ft building and 45 acres (Haworth Facility) ($2,750,000); 76.1 a. off of Carter Road, Chadbourn (Worley property) ($225,000) | Fee simple | $0.00 | | $2,975,000.00 |

Debtor    WAYNE BAILEY, INC.                                                    Case number *(If known)*  18-00284-5-SWH
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.2. | 211 Mills St & 322 E. Kirkland St, Chadbourn, NC consisting of 50,000 Sq. Ft. Bldg. (Orange Warehouse) ($245,000)<br>326 E. Kirkland St., Chadbourn, NC, consisting of a 6,000 Sq. Ft. Bldg. (Blue Building) ($60,000)<br>1405 Joe Brown Hwy S., Chadbourn, NC, consisting of 2 Bldg. at 6,000 Sq. Ft. each (Red & White Buildings) ($75,000)<br>50 acres off Hwy 242, Evergreen, NC (B. More Farm/Harrison Farm) ($140,000)<br>Evergreen Farm Wells ($0)<br>515 Porter Swamp Rd., Cerro Gordo, NC, consisting of 13.62 acres (Nance Farm) ($41,000)<br>Benton Farm Wells ($0) | Fee simple | $0.00 | | $561,000.00 |
| 55.3. | Hwy 410, Chadbourn, NC, consisting of 59.42 acres (Harry Reed Property) | | $0.00 | | $280,000.00 |
| 55.4. | 5203 Haynes Lennon Way, Evergreen, NC ($15,000)<br>323 Kirkland Street, Chadbourn, NC Grain Market ($25,000)<br>506 Joe Brown Hwy, Chadbourn, NC Labor Camp consisting of 4,498 Sq ft labor camp and 2.08 acres ($100,000)<br>607 Howard Street House, Chadbourn, NC ($25,000) | | $0.00 | | $165,000.00 |
| 55.5. | 118 East Kirkland Street House, Chadbourn, NC | | $0.00 | | $5,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 55.6. | 283 Carter Road House, Chadbourn, NC located on Carter Road with 2.86 acres | | $0.00 | | $60,000.00 |
|---|---|---|---|---|---|

**56.** **Total of Part 9.** $4,046,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** See attached Exhibit "D" | $0.00 | | Unknown |

**61.** **Internet domain names and websites**

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ☑ No
- ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

| 71. | **Notes receivable**<br>Description (include name of obligor) | | | | |
|---|---|---|---|---|---|
| | Trinity Frozen Foods, LLC | 2,700,000.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | $2,700,000.00 |
| | Wooten Land & Timber, LLC | 580,208.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | $580,208.00 |
| | Texas Sweet Potato Distributing, LLC | 787,829.94<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | $787,829.94 |
| | Texas Sweet Potato Logistics | 315,024.45<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | $315,024.45 |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities**<br>Western Reserve Life Assurance Co. of Ohio, Life insurance policy #3615 | $328,547.00 |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Insurance claim | $21,004.00 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $4,732,613.39 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* | 18-00284-5-SWH |
|--------|--------------------|--------------------------|----------------|
|        | Name |  |  |

---

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $639,228.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,110,890.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $547,608.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,611,212.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $80,532.10 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,845,323.49 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $4,046,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,732,613.39 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,577,408.02 | + 91b. $4,046,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,623,408.02 |

Wayne Bailey Inc.
Case No. 18-00248-5-SWH
Exhibit A

| Year | Make | Model | VIN# |
|---|---|---|---|
| 2003 | Ford | Explorer | 1FMZU72K63ZB49186 |
| 2008 | GMC | Yukon | 1GKFK163X8J219246 |
| 2010 | Dodge | Grand Caravan | 2D4RN4DE4AR238594 |
| 1997 | Ford | F350 | 1FDKF37F8VEB81258 |
| 1991 | Ford | Truck | 1FDNF70J4MVA18401 |
| 1991 | GMC | Truck | 1GDM7H1J9MJ513410 |
| 2000 | GMC | Truck | 1GDJ7H1D5YJ904458 |
| 2000 | GMC | Truck | 1GDJ7H1D9YJ904334 |
| 1998 | Ford | Truck | 1FDNF70J3WVA02922 |
| 2001 | Freightliner | FL70 | 1FVABSAL91HH62370 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN1RH575842 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN0RH576030 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAAN2SH678650 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAANXSH678752 |
| 1986 | GMC | Truck (cutoff bus) | 1GDL7D1BXGV508050 |
| 1987 | Ford | Truck (cutoff bus) | 1FDWJ74N3HVA04950 |
| 1992 | International | Truck (cutoff bus) | 1HVBBPEN9PH487043 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN2RH575719 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN6RH575903 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN8RH575823 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN9RH575703 |
| 1994 | International | Truck (cutoff bus) | 1HVBDAAN3SH678723 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN8RH575885 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN5RH575908 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN5RH575830 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACNXRH575841 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN2RH575901 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN9RH575829 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAAN4SH678942 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAAN4SH679069 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAANXSH679111 |
| 1995 | International | Truck (cutoff bus) | 1HVBBAAN1SH678371 |
| 1996 | International | Truck (cutoff bus) | 1HVBDAAN9TH309267 |
| 1994 | International | Bus (15 people) | 1HVBDACM1RH575654 |
| 1992 | International | Bus (40 people) | 1HVBBPLN9NH463793 |
| 1997 | Ford | Bus (40 people) | 1FDXB80C9VVA30346 |
| 1997 | Ford | Bus (40 people) | 1FDXB80C3VVA30553 |
| 1989 | Chevy | Bus (40 people) | 1GBM6P1F5KV104201 |
| 1994 | International | Bus (40 people) | 1HVBDACN2RH576322 |
| 1999 | International | Truck | 2HSFHAER2XCO86843 |
| 2003 | Kenworth | Truck | 1XKTDB9X03J709494 |
| 2005 | Freightliner | Truck | 1FUJA6DE05LN51764 |
| 1987 | Great Dane | Trailer | 1GRAA9621FS090504 |
| 1997 | Fontier | Trailer | 13N1483008V1573275 |

| | | | |
|---|---|---|---|
| 1998 | Jerry | Trailer | 4BXUN10154S306069 |
| 1998 | Tran | Trailer | 1TTF48203W1055611 |
| 2013 | Vanguard | Reefer | 527SR5326DM001685 |
| 2001 | Ford | F150 | 1FTRX18W11NB14028 |
| 1998 | Dodge | Van | 2B5WB35Z7WK133254 |
| 1994 | Ford | Truck | 1FDJF37H5RNA02712 |
| 1996 | Dodge | Van | 2B5WB3528TK171152 |
| 1998 | Dodge | Van | 2B7LB31Z3WK147264 |
| 2002 | GMC | Truck | 2GTEK19V821163765 |
| 2004 | GMC | Sierra | 1GTEK19T94E378863 |
| 2011 | Chevy | Silverado | 1GCRKPE0XBZ197566 |
| 1994 | Dodge | Van | 2B5WB35Z4RK144801 |
| 2000 | Ford | F150 | 1FTZF1729YNC37541 |
| 2002 | Ford | F250 | 1FDNX21L32EB11102 |
| 2004 | GMC | Sierra | 2GTEK19V341319049 |
| 2006 | GMC | Sierra | 1GTHK23D86F236604 |
| 2007 | GMC | Sierra | 3GTEC14X27G233717 |
| 2007 | GMC | Sierra | 1GTEK14C27Z590802 |
| 2008 | Chevy | Silverado | 1GCEC14X88Z172570 |
| 2008 | GMC | Sierra | 1GTHK23608F200216 |
| **TOTAL VALUE:** | | | **$200,000.00** |

Wayne Bailey, Inc.
Case No. 18-00248-5-SWH
Exhibit B

| Unit ID # | Model/Serial # | Year |
|---|---|---|
| 10000002679 | 7FBEU18 16020 | 2006 |
| 10000002682 | 7FBCU15 63320 | 2006 |
| 10000123824 | 8FGU25-13508 | 2007 |
| 10000183539 | 8FGU32-38950 | 2013 |
| 10000183540 | 8FGU32-38895 | 2013 |
| 10000183541 | 8FGU32-38923 | 2013 |
| 10000183542 | 8FGU32-38854 | 2013 |
| 10000183543 | 8FGU32-38922 | 2013 |
| 10000183544 | 8FGU32-38813 | 2013 |
| 10000183545 | 8FGU32-38853 | 2013 |
| 10000183546 | 8FGU32-38795 | 2013 |
| 10000227897 | 8FGU32-65014 | 2015 |

**TOTAL VALUE:**                    **$24,000.00**

Wayne Bailey, Inc.
Case No. 18-00248-5-SWH
Exhibit B

| Unit ID # | Model/Serial # | Year |
|---|---|---|
| 10000002679 | 7FBEU18 16020 | 2006 |
| 10000002682 | 7FBCU15 63320 | 2006 |
| 10000123824 | 8FGU25-13508 | 2007 |
| 10000183539 | 8FGU32-38950 | 2013 |
| 10000183540 | 8FGU32-38895 | 2013 |
| 10000183541 | 8FGU32-38923 | 2013 |
| 10000183542 | 8FGU32-38854 | 2013 |
| 10000183543 | 8FGU32-38922 | 2013 |
| 10000183544 | 8FGU32-38813 | 2013 |
| 10000183545 | 8FGU32-38853 | 2013 |
| 10000183546 | 8FGU32-38795 | 2013 |
| 10000227897 | 8FGU32-65014 | 2015 |

**TOTAL VALUE:**                    **$24,000.00**

Wayne Bailey, Inc.
Case No. 18-00248-5-SWH
Exhibit C

| Type | ID/Serial number | Manufacturer | Model year |
|---|---|---|---|
| CVT Tractor | ZERD02949 | Case IH | 2014 |
| Tractor | ZEBP12228 | Case IH | 2014 |
| Turbo Disk 31 FT | YED075104 | Case IH | 2014 |
| Ecolo Till Ripper 7 | YED073157 | Case IH | 2014 |
| Self-Propelled Spray | 1N04030RJE0001020 | John Deere | 2014 |
| 2 Row Peturis Potato | | | |
| Grain Dryer & Elevat | | | |
| Case IH Tractor | | | |
| Digger | 95135 | | |
| Digger | 30295 | | |
| International 5240 T | A26W51535 | | |
| Packing Line/Equipme | A26W51593 | | |
| Ford 7610 Tractor | RW7700H011408 | | |
| Ford 7610 Tractor | | | 1995 |
| Toyota Forklift | RW830P022163 | | 1996 |
| JD Tractor 7410 | | | |
| Toyota (2) | | | 2001 |
| Row Crop Tractor | RW7410H012477 | | |
| Case MX 180 Tractor | DEG0005834 | | 2002 |
| John Deere | N00637X005172 | | |
| Case Intl Harvestor | SNACM218073 | | 2004 |
| JD 8320 Tractor | RW8320PO32308 | | 2005 |
| John Deere Row Crop | 01236 | | 2004 |
| Toyota Forklift | 12047 | | |
| John Deere Tractor | PO37178 | | |
| Hobbs Reel | | | |
| John Deere Power uNI | T06068T479552 | | |
| PSI Reel Rain Reel G | 27213 | | |
| John Deere 630 Tract | | | |
| John Deere Plow | | | |
| Ripper | | | |
| Woods Alloway | | | |
| Grader | | | |
| Irrigation Pipe | | | |
| Irrigation Equipment | | | |
| John Deere Rotary Cu | | | |
| Cultivator | | | |
| Reddick Sprayer | | | |
| 8 Row Cotton Sprayer | | | |
| Vac Master Mower | | | |
| 15" Grassworks weed | | | |

Irrigation Equipment
Sprayer
Rhino Ditch Bank Cut
2 Sheppard Sprayer
2 Cultivators
12000 Gallon Nitroge
Humidification Equip
Eliminator
Scales
6 Lane Metered Input
Pressure Washer
3 Phase Electric Mot
Slicer
Compressor
Alloway Flail Shredd
Rolling Cultivator
Bush Hog
Irrigation Equipment
4 Row Cultivator
Bedder
Disc
Tender Box
Potato Plow
Plant Mower
Front End Loader
5 Shelf Propelled Ha

| | | |
|---|---|---|
| Case IH Puma 125 Tra | Z8BL02027 | 2008 |
| John Deere Sprayer | N04730X002411 | 2008 |
| John Deere 172012 Ro | A0172OR700163 | 2005 |
| Case IH Maxxum Tract | ZABE01955 | |
| John Deere HX20 Cutt | | |
| Case IH Puma Tractor | ZABL40880 | 2010 |
| Case IH Tandem Disk | JFH046229 | 2011 |
| Case IH Magnum 305 T | ZARZ07926 | 2011 |
| Buffalo 6200 Plow | 20116205149 | 2011 |
| Holland 1600 Transpl | | 2011 |
| Case IH Magnum 235 T | ZBRD02892 | 2012 |
| OnPack RC20145 VPP S | ZRC2045 | |
| 2015 Toyota Forklift | 65019 | |
| Case IH Puma 150 PS | ZFEP30295 | 2016 |
| Case IH Magnum 235 T | ZDRD05839 | 2013 |
| John Deere 6420 Trac | H381259 | 2003 |
| John Deere Lawn Mover 72" Deck | | 2017 |
| Case IH Maxxum Tractor 125 | ZFEE03996 | 2016 |
| Krause 7300 Disk Harrows 2371 | | |

**TOTAL VALUE:**                                          **$1,300,000.00**

Wayne Bailey, Inc.
Case No. 18-00248-5-SWH
Exhibit D

## Trademarks

| Trademark | Filing Date | Serial No | Reg No | Reg. Date |
|-----------|-------------|-----------|--------|-----------|
| | | | | |
| George Foods | 15-Apr-2011 | 85296428 | 4082792 | 10-Jan-2012 |
| Girl Watcher | 15-May-1989 | 73799880 | 1611450 | 28-Aug-1990 |
| Good-Buy A Good-Buy | 15-May-1989 | 73799851 | 1584999 | 27-Feb-1990 |
| LPB | 25-Aug-1997 | 75346345 | 2178603 | 04-Aug-1998 |
| Nutritional All Stars | 25-Aug-1997 | 75346347 | 2312865 | 01-Feb-2000 |
| Nutritional Bridge to the 21st Century | 09-Jan-1997 | 75222926 | 2121715 | 16-Dec-1997 |
| Nutritionally Fresh | 05-Aug-1999 | 75768188 | 2344240 | 18-Apr-2000 |
| Petitelings | 14-Apr-2016 | 87000570 | 5307524 | 10-Oct-2017 |
| Sweet Potato Petitelings | 14-Apr-2016 | 87000542 | 5307523 | 10-Oct-2017 |
| Playboy | 15-May-1989 | 73799881 | 1577996 | 16-Jan-1990 |
| Play Boy | 15-May-1989 | 73799845 | 1584997 | 27-Feb-1990 |
| Playboy Design | 15-May-1989 | 73799849 | 1584998 | 27-Feb-1990 |
| Sweet Potato Fries-Sweet Sensations-The Sensible Side | 15-Apr-2011 | 85296310 | 4160022 | 19-Jun-2012 |
| Sweet Potato Frizzles | 15-Apr-2011 | 85296242 | 4070146 | 13-Dec-2011 |
| Sweet Potato Hearts | 15-Oct-.1996 | 75181329 | 2105367 | 14-Oct-1997 |
| The Louisiana Playboy | 25-Aug-1997 | 75346348 | 2176926 | 28-Jul-1998 |
| With That Cajun Beta Carotene Beat ... And Good To Eat | 25-Aug-1997 | 75346344 | 2175137 | 21-Jul-1998 |
| You Choose How They Sizzle – Baked or Fried | 15-Apr-2011 | 85296192 | 4056299 | 15-Nov-2011 |

## Domain Names

sweetpotatoes.com

**Fill in this information to identify the case:**

Debtor name WAYNE BAILEY, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known) 18-00284-5-SWH

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | ALLY | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $56,097.47 | $47,750.00 |
| | Attn.: Manager or Agent<br>P.O. Box 90201948<br>Louisville, KY 40290-1948 | 2017 GMC Yukon XL K15 MP, Vin #14843 | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | Lien on title | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | Branch Banking & Trust | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $4,419.50 | $280,000.00 |
| | Attn: Jack Hayes<br>PO Box 1847<br>Wilson, NC 27894 | Hwy 410, Chadbourn, NC, consisting of 59.42 acres (Harry Reed Property) | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | WAYNE BAILEY, INC. | Case number (if know) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** Cape Fear Farm Credit
Creditor's Name

Attn:  Mgr, Officer or Agent
P.O. Box 2405
Fayetteville, NC 28302
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
490 Old US Hwy 74 Chadbourn, NC consisting of 221,550 Sq Ft building and 45 acres (Haworth Facility) ($2,750,000); 76.1 a. off of Carter Road, Chadbourn (Worley property) ($225,000)

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,012,674.19    $2,975,000.00

---

**2.4** CFG Financial Services, LLC
Creditor's Name

Attn:  Mgr, Agent or Officer
100 Elks Club Road
Brevard, NC 28712
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
5203 Haynes Lennon Way, Evergreen($15,000); 323 Kirkland, Chadbourn($25,000);506 Joe Brown, Chadbourn (2.08 a.)($100,000);607 Howard St ($25,000) & personal property ($14,098,842.43)

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,534,223.56    $14,263,842.43

---

**2.5** CNH Capital
Creditor's Name
Attn: Managing Agent
PO Box 0507
Carol Stream, IL 60132-0507
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Case IH 210 Magnum ZCRH05197; Case IHFM1000 Auto Guidance System 04033

**Describe the lien**

$53,314.68    $53,314.68

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **WAYNE BAILEY, INC.**                                    Case number (if know)   18-00284-5-SWH
_____
Name

| | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Diversified Financial** | **Describe debtor's property that is subject to a lien** | $27,217.42 | $27,217.42 |
|---|---|---|---|---|
| | Creditor's Name | Irrigation Equipment-2 Model 7000 Valley Tower pivots, S/N 0024 & 0025 | | |
| | Attn: Managing Agent | | | |
| | PO Box 2056 | | | |
| | Omaha, NE 68103-2056 | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Horry County State Bank** | **Describe debtor's property that is subject to a lien** | $26,101.24 | $22,525.00 |
|---|---|---|---|---|
| | Creditor's Name | 2014 GMC Yukon MP, Vin# 20444 | | |
| | Attn: Managing Agent | | | |
| | PO Box 677 | | | |
| | Conway, SC 29528 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Lien on Title | | |

| | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
                                                                                              Best Case Bankruptcy

| Debtor | WAYNE BAILEY, INC. | Case number (if know) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**2.8** Kissam, Ruth

Creditor's Name

109 Kissam Lane
Evergreen, NC 28438

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
283 Carter Road House, Chadbourn, NC located on Carter Road with 2.86 acres

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,830.92    $60,000.00

---

**2.9** M2 Funding

Creditor's Name

Attn: Manager or Agent
175 N. Patrick Blvd, Ste. 140
Brookfield, WI 53045

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2013 International Prostar Truck, VIN# 06218; 2011 International Prostar Truck, VIN# 65906; 2007 GMC Sierra Truck, VIN# 14249; 2007 GMC Sierra Truck, Vin 93262; 1985 Brothers Trailer, VIN# 21746

**Describe the lien**
Lien on Title

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$62,375.92    $65,000.00

---

**2.10** Millstream Farms

Creditor's Name

Attn: Manager or Agent
1131 Timothy Road
Dunn, NC 28334

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
211 Mills & 322 E. Kirkland($245,000);326 E. Kirkland($60,000);1405 Joe Brown Hwy S($75,000), Chadbourn;50a.Evergreen($140,000);13.62 a.($41,000); 2nd D/T 49.42 a., Chadbourn ($275,580.50) & personal property of $6,729,618.87

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

$2,397,839.37    $7,566,199.37

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6

Debtor   **WAYNE BAILEY, INC.**
_____
Name

Case number (if know)   18-00284-5-SWH
_____

---

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | River Valley Capital | | |
|---|---|---|---|

Creditor's Name

Attn: Manager or Agent
14868 W Ridge Lane Suite 200
Dubuque, IA 52003
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2011 International Prostar Truck, VIN# 65679

**Describe the lien**
Lien on title

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$12,758.49       $12,758.49

---

| 2.1 2 | Stearns Bank | | |
|---|---|---|---|

Creditor's Name

Attn:  Managing Agent
500 13th St.
Albany, MN 56307
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2013 International Prostar Truck, VIN# 06291
2013 international Prostar Truck, VIN# 83587
2013 International Prostar Truck, VIN# 66362

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$49,104.02       $50,000.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor     WAYNE BAILEY, INC.                                    Case number (if know)    18-00284-5-SWH
           Name

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $12,282,956.78 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   WAYNE BAILEY, INC.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)   18-00284-5-SWH

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>Columbus Co. Tax Collector<br>Attn: Manager or Agent<br>P.O. Box 1468<br>Whiteville, NC 28472 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,736.05 | $73,736.05 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br><br>Department of Commerce<br>Employment Security Division<br>P.O. Box 26504<br>Raleigh, NC 27611 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $890.43 | $890.43 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Internal Revenue Service<br>Alamance Bldg Mail Stop 9<br>4905 Koger Blvd Ste 100<br>Greensboro, NC 27407 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,754.54 | $6,754.54 |
|---|---|---|---|---|
| | N.C. Dept. of Revenue<br>ATTN: Manager, Agent or Office<br>Office Svcs Div, Bankruptcy Un<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,461.62 | $0.00 |
|---|---|---|---|---|
| | Sampson County Tax Coll<br>Attn: Managing Agent<br>PO Box 207<br>Clinton, NC 28329 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Property Taxes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Town of Chadbourn<br>Attn:  Manager or Agent<br>602 N. Brown Street<br>Chadbourn, NC 28431 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.67 |
|---|---|---|---|

Advance Auto Parts
Attn: Manager or Agent
817 N. Brown Street
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,211.39 |
|---|---|---|---|

Advantage Auto Clinton
Attn: Manager or Agent
210 South East Blvd.
Clinton, NC 28328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,352.00 |
|---|---|---|---|

AG Lines, Inc.
Attn: Manager or Agent
8546 W. 103rd Terrace
Unit 101
Palos Hills, IL 60465

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.45 |
|---|---|---|---|

Airgas USA, LLC
Attn: Manager or Agent
P.O. Box 532609
Atlanta, GA 30353-2609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,620.00 |
|---|---|---|---|

Al's Transportation & Logistic
Attn: Manager or Agent
4905 Tarheel Court, #203
Wilmington, NC 28403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

Allegiance Retail Services, LL
Attn: Manager or Agent
485 Route 1 South
Bldg D, Suite 420
Iselin, NJ 08830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,595.49 |
|---|---|---|---|

Alliance Funding Group, Inc.
Attn: Manager or Agent
3745 W. Chapman Avenue
Suite 200
Orange, CA 92868

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    WAYNE BAILEY, INC.
_____    Case number (if known)    18-00284-5-SWH
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|
| | AM-PM Carriers<br>Attn: Manager or Agent<br>9444 Deer Crossing Trace<br>Jonesboro, GA 30236 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,836.46 |
|---|---|---|---|
| | American Express<br>Attn: Officer,Manager or Agent<br>PO Box 981535<br>El Paso, TX 79998-1535 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,859.37 |
|---|---|---|---|
| | Applied Vision Works, Inc.<br>Attn: Manager or Agent<br>4009 Village Park Drive<br>Knightdale, NC 27545 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,964.00 |
|---|---|---|---|
| | AquaPulse Systems, Inc.<br>Attn: Manager or Agent<br>16117 Covello Street<br>Van Nuys, CA 91406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | Armstrong Transport Group, Inc<br>Attn: Manager or Agent<br>P.O. Box 745100<br>Atlanta, GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,919.23 |
|---|---|---|---|
| | Atlantic Corporation<br>Attn: Manager or Agent<br>P.O. Box 60002<br>Charlotte, NC 28260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.15 |
|---|---|---|---|
| | ATMC<br>Attn: Manager or Agent<br>P.O. Box 3198<br>Shallotte, NC 28459 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.15**

**Nonpriority creditor's name and mailing address**
Auto Parts Express
Attn: Manager or Agent
140 E. Main Street
Whiteville, NC 28472

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$154.84

---

**3.16**

**Nonpriority creditor's name and mailing address**
B&B Technology & Svcs, Inc.
Attn: Manager or Agent
138 Ludlow Drive
Wilmington, NC 28411

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$1,376.29

---

**3.17**

**Nonpriority creditor's name and mailing address**
B.J. Williamson, Inc.
Attn: Manager or Agent
820 Elizabeth Street
Clinton, NC 28328

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$3,216.70

---

**3.18**

**Nonpriority creditor's name and mailing address**
Ball Brokerage
Attn: Manager or Agent
600 South State Street
Clarks Summit, PA 18411

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
Barbour, Shepard
5239 Zacks Mill Road
Angier, NC 27501

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$5,800.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Greg Barnhill
P.O. Box 5
Evergreen, NC 28438

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$29,886.49

---

**3.21**

**Nonpriority creditor's name and mailing address**
Battleboro Produce, Inc.
Attn: Manager or Agent
42 Cool Spring Road
Battleboro, NC 27809

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$77,962.00

---

Debtor    WAYNE BAILEY, INC.

Case number (if known)    18-00284-5-SWH

Name

---

**3.22**

**Nonpriority creditor's name and mailing address**
Beckham Logistics LLC
Attn: Manager or Agent
271 Southwood Road
Whiteville, NC 28472

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,300.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
Big Blue Store of Clinton
Attn: Manager or Agent
P.O. Box 1219
Clinton, NC 28329

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,117.87

---

**3.24**

**Nonpriority creditor's name and mailing address**
Blue Cross & Blue Shield of NC
Attn: Manager, Agent, Officer
P.O. Box 580094
Charlotte, NC 28258-0094

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$31,977.20

---

**3.25**

**Nonpriority creditor's name and mailing address**
Bonanza Produce, Inc.
Attn: Manager or Agent
P.O. Box 3088
Immokalee, FL 34143

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
Bosch Packaging Services, Inc.
Attn: Manager or Agent
36809 Treasury Center
Chicago, IL 60694

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,847.28

---

**3.27**

**Nonpriority creditor's name and mailing address**
Boyette Brothers Produce, LLC
Attn: Manager or Agent
6638 Radio Tower Road
Wilson, NC 27893

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$190,985.50

---

**3.28**

**Nonpriority creditor's name and mailing address**
Matt Brown
6670 Highway 701 N
Conway, SC 29526

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$30,860.44

---

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Budget Printing | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | 1424 S. J.K. Powell Blvd. | ☐ Disputed |
| | Suite B | |
| | Whiteville, NC 28472 | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

$2,706.15

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Burch Farms | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | P.O. Box 399 | ☐ Disputed |
| | Faison, NC 28341 | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

$3,500.00

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | BW Tire Repair | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | 2321 Beaman Woods Road | ☐ Disputed |
| | Clinton, NC 28328 | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

$3,034.46

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | C and T Bright Trucking | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | P.O. Box 192 | ☐ Disputed |
| | Seven Springs, NC 28578 | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

$6,750.00

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Cape Fear Propane | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | P.O. Box 1130 | ☐ Disputed |
| | Whiteville, NC 28472 | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

$7,284.39

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Carmichael Farms | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | P.O. Box 1547 | ☐ Disputed |
| | Laurinburg, NC 28353 | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

$493,181.00

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Carmichael Farms | ☐ Contingent |
| | Attn: Eddie Carmichael | ☐ Unliquidated |
| | P.O. Box 1547 | ☐ Disputed |
| | Laurinburg, NC 28353 | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

$33.96

Debtor    WAYNE BAILEY, INC.

Case number *(if known)*    18-00284-5-SWH

| | |
|---|---|
| **3.36** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $139,258.75 |
| Castellini Company | ☐ Contingent |
| Attn: Manager or Agent | ☐ Unliquidated |
| P.O. Box 721610 | ☐ Disputed |
| Newport, KY 41072-1610 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| **3.37** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $263.46 |
| Category Partners, LLC | ☐ Contingent |
| Attn: Manager or Agent | ☐ Unliquidated |
| 2155 Providence Way | ☐ Disputed |
| Idaho Falls, ID 83404 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| **3.38** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $92.81 |
| Cintas | ☐ Contingent |
| Attn: Manager or Agent | ☐ Unliquidated |
| 512 W. Russell Street | ☐ Disputed |
| Fayetteville, NC 28301 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| **3.39** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $10,294.81 |
| Clinton Truck & Tractor, Inc. | ☐ Contingent |
| Attn: Managing Agent | ☐ Unliquidated |
| 107 Northeast Blvd | ☐ Disputed |
| Clinton, NC 28328 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| **3.40** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $308,647.70 |
| Coastal Group Corporation, Inc | ☐ Contingent |
| c/o Coastal Temporary Services | ☐ Unliquidated |
| P.O. Box 1860 | ☐ Disputed |
| Whiteville, NC 28472 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| **3.41** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $6,228.23 |
| Connecting Point | ☐ Contingent |
| Attn: Manager or Agent | ☐ Unliquidated |
| P.O. Box 426 | ☐ Disputed |
| Whiteville, NC 28472 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| **3.42** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $332.10 |
| Cooperative Grading Service | ☐ Contingent |
| Attn: Manager or Agent | ☐ Unliquidated |
| P.O. Box 588 | ☐ Disputed |
| Williamston, NC 27892 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|--------|--------------------|------------------------|----------------|
|        | Name               |                        |                |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|------|------|------|------|

Cousins Logistics, Inc.
Attn:  Manager or Agent
4400 Biscayne Blvd., Ste 850
Miami, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,225.00 |
|------|------|------|------|

Cowan Systems, LLC
Attn:  Manager or Agent
4555 Hollins Ferry Road
Halethorpe, MD 21227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.76 |
|------|------|------|------|

Cregger Company, Inc.
Attn: Manager or Agent
P.O. Box 2197
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,789.80 |
|------|------|------|------|

CV Pilson
Attn: Manager or Agent
108 CVP Lane
Cameron, NC 28326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,942.50 |
|------|------|------|------|

Darden Restaurants, Inc.
Attn:  Manager or Agent
1000 Darden Center Drive
Orlando, FL 32837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,742.00 |
|------|------|------|------|

DAUMAR Corporation
Attn:  Manager or Agent
12395 SW 130th Street
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,040.32 |
|------|------|------|------|

Davis Lift Truck Svc.
Attn:  Manager or Agent
P.O. Box 469
Hope Mills, NC 28348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,230.00 |
|---|---|---|---|
| | Delane's Truck Brokerage Inc.<br>Attn: Manager or Agent<br>P.O. Box 2037<br>Haines City, FL 33844 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,039.68 |
|---|---|---|---|
| | DeltaTrak<br>Attn: Manager or Agent<br>P.O. Box 4115<br>Modesto, CA 95352 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|
| | Dennis McPherson Trucking<br>Attn: Manager or Agent<br>3273 Cameron Hill Road<br>Cameron, NC 28326 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,765.02 |
|---|---|---|---|
| | DGW Forms & Systems<br>Attn: Manager or Agent<br>P.O. Box 3745<br>Wilmington, NC 28406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,056.00 |
|---|---|---|---|
| | Diaston Transport, LLC<br>Attn: Manager or Agent<br>1112 Patty Road<br>Cades, SC 29518 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,370.31 |
|---|---|---|---|
| | Diesel Parts of Carolina, LLC<br>Attn.: Manager or Agent<br>5220 Hwy 421 N.<br>Wilmington, NC 28401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.57 |
|---|---|---|---|
| | Dillon Supply Company<br>Attn: Manager or Agent<br>P.O. Box 602541<br>Charlotte, NC 28260-2541 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,894.99 |
|---|---|---|
| Dixon Farm<br>Attn:  Manager or Agent<br>1884 Dixon Road<br>Aynor, SC 29511 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|
| DLC Transport<br>Attn:  Manager or Agent<br>603 Fain Court<br>Moncks Corner, SC 29461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,050.00 |
|---|---|---|
| Don Jordan's Portable Toilet<br>Attn:  Manager or Agent<br>P.O. Box 1898<br>Clinton, NC 28329 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,850.00 |
|---|---|---|
| Doreva Produce<br>Attn: Manager or Agent<br>12437 W. Magnolia Avenue<br>Livingston, CA 95334 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,648.32 |
|---|---|---|
| Durand-Wayland, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 1404<br>Lagrange, GA 30241-0119 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,010.00 |
|---|---|---|
| Ecolab<br>Attn:  Manager or Agent<br>P.O. Box 6007<br>Grand Forks, ND 58206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,375.00 |
|---|---|---|
| Edward Bros Properties, LLC<br>Attn:  Manager or Agent<br>305 E. Oliver Street<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,346.47
John D. Elliott
P.O. Box 363
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00
John D. Elliott
P.O. Box 363
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,082.93
Elliott, John D.
P.O. Box 363
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,556.00
England Logistics, Inc.
Attn:  Manager or Agent
1325 South 4700 West
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,714.87
Fed-Ex
Attn: Managing Agent
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,763.75
Feeding America
Attn:  Manager or Agent
35 East Wacker Drive
Suite 2000
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58,447.42
First Star Logistics, LLC
Attn:  Manager or Agent
1762 Ridgewood Circle
Lawrenceburg, IN 47025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    WAYNE BAILEY, INC.
     Name

Case number (if known)    18-00284-5-SWH

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,890.00 |
|---|---|---|---|

Frank Donio, Inc.
Attn: Manager or Agent
Old Egg Harbor Road
Hammonton, NJ 08037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $609.00 |
|---|---|---|---|

Frank Horne Construction, Inc.
Attn: Manager or Agent
P.O. Box 532
Fair Bluff, NC 28439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,821.50 |
|---|---|---|---|

Freight All Kinds, Inc.
Attn: Manager or Agent
P.O. Box 5187
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,700.00 |
|---|---|---|---|

G&S Transport, LLC
Attn: Manager or Agent
13514 Glen Harwell Road
Dover, FL 33527

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,440.00 |
|---|---|---|---|

Gallop Farms
Attn: Manager or Agent
4832 Rivers Bridge Road
Ehrhardt, SC 29081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $166,419.13 |
|---|---|---|---|

Gay Farms
Attn: Manager or Agent
930 Meadows Road
Walstonburg, NC 27888

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,559.64 |
|---|---|---|---|

Giro-Pack, Inc.
Attn: Manager or Agent
P.O. Box 171137
Hialeah, FL 33017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,695.00 |
|---|---|---|---|
| | GlobalTranz Enterprises Inc.<br>Attn: Manager or Agent<br>5415 E. High St., Bldg. A9<br>Suite 460<br>Phoenix, AZ 85054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,400.00 |
|---|---|---|---|
| | Godwin Produce<br>Attn:  Manager or Agent<br>P.O. Box 163<br>Dunn, NC 28334 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,004.00 |
|---|---|---|---|
| | Mike Godwin<br>5904 Timothy Road<br>Dunn, NC 28334 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,041.24 |
|---|---|---|---|
| | Goodwin Refrigeration<br>Attn:  Manager or Agent<br>335 Sherwee Drive<br>Suite 109<br>Raleigh, NC 27603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,088.62 |
|---|---|---|---|
| | Gore & Associates Management<br>Attn:  Manager or Agent<br>P.O. Box 2001<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,500.00 |
|---|---|---|---|
| | Grayson Transport, LLC<br>Attn:  Manager or Agent<br>1876 Cameron Heights Circle<br>Denver, NC 28037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,108.80 |
|---|---|---|---|
| | Green Thumb Farms<br>Attn: Manager or Agent<br>P.O. Box 147<br>Fryeburg, ME 04037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**
Hagan Electronics, Inc.
Attn: Manager or Agent
972 United Circle
Sparks, NV 89431

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,923.43

---

**3.86**

**Nonpriority creditor's name and mailing address**
Harden Farms, Inc.
Attn.: Manager or Agent
746 Cooper Hill Road
Windsor, NC 27983

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$14,601.31

---

**3.87**

**Nonpriority creditor's name and mailing address**
Harvey Farms
Attn: Manager or Agent
P.O. Box 189
Kinston, NC 28502

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$31,020.00

---

**3.88**

**Nonpriority creditor's name and mailing address**
Harvey Farms
Attn: Manager or Agent
P.O. Box 189
Kinston, NC 28502

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$272,826.05

---

**3.89**

**Nonpriority creditor's name and mailing address**
Harvey's Southeast-Whiteville
Attn: Manager or Agent
P.O. Box 1219
Whiteville, NC 28472

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,920.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
Hayes Auto Supply Co., Inc.
Attn: Manager or Agent
P.O. Box 354
Chadbourn, NC 28431

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,307.05

---

**3.91**

**Nonpriority creditor's name and mailing address**
Hayes Brothers Farms
Attn: Joe Hayes
1522 Singletary Church Road
Lumberton, NC 28358

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$503,594.94

---

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.92**

**Nonpriority creditor's name and mailing address**
Hendrix Farms
Attn: Manager or Agent
P. O. Box 175
Metter, GA 30439

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$8,880.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
Herald Office Supply
Attn: Manager or Agent
P.O. Box 1288
Dillon, SC 29536

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$3,251.97

---

**3.94**

**Nonpriority creditor's name and mailing address**
Roy Herring
1959 Regan Church Road
Lumberton, NC 28358

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract Grower

Is the claim subject to offset? ☐ No ☐ Yes

$168,957.53

---

**3.95**

**Nonpriority creditor's name and mailing address**
Hi-Tech Enterprises, Inc.
Attn: Manager or Agent
P.O. Box 466
Clinton, NC 28329

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$180.00

---

**3.96**

**Nonpriority creditor's name and mailing address**
Kendall Hill
2574 Hugo Road
Grifton, NC 28530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$39,856.59

---

**3.97**

**Nonpriority creditor's name and mailing address**
Hill, Patricia
2574 Hugo Road
Grifton, NC 28530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$202,500.00

---

**3.98**

**Nonpriority creditor's name and mailing address**
Hill, Robert
4445 Research Road
Hookerton, NC 28538

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$165,000.00

---

| Debtor | WAYNE BAILEY, INC. | | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|---|
| | Name | | | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $162,868.24 |
|---|---|---|---|
| | Bobby Hope<br>750 Boney Mill Road<br>Clinton, NC 28328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No   ☐ Yes | |

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $162,868.24 |
|---|---|---|---|
| | Dewayne  Hope<br>6918 Garland Highway<br>Clinton, NC 28328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No   ☐ Yes | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $299,339.00 |
|---|---|---|---|
| | Johnny Hope<br>305 Malpass Farm Lane<br>Clinton, NC 28328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No   ☐ Yes | |

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,600.00 |
|---|---|---|---|
| | Howell, Bruce<br>118 Oak Heights Drive<br>Goldsboro, NC 27530 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No   ☐ Yes | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,568.75 |
|---|---|---|---|
| | Josh Hudson<br>553 Rosin Hill Road<br>Newton Grove, NC 28366 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No   ☐ Yes | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,866.12 |
|---|---|---|---|
| | Huntington Technology Finance<br>Attn:  Manager or Agent<br>P.O. Box 2017<br>Bloomfield Hills, MI 48303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Lease_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No   ☐ Yes | |

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $412.00 |
|---|---|---|---|
| | Ice Companies, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 66<br>Wilmington, NC 28402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No   ☐ Yes | |

Debtor    **WAYNE BAILEY, INC.**                    Case number (if known)    18-00284-5-SWH

Name

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,568.85 |

Industrial Brush Corporation
Attn: Manager or Agent
P.O. Box 2608
Pomona, CA 91769-2608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,980.51 |

Industrial Power, Inc.
Attn: Manager or Agent
703 Whitfield Street
Fayetteville, NC 28306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,073.55 |

Industrial Power, Inc.
Attn: Manager or Agent
703 Whitfield Street
Fayetteville, NC 28306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |

Integrity Express Logistics
Attn: Manager or Agent
P.O. Box 938
West Chester, OH 45071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $410,933.97 |

International Paper
Attn: Manager or Agent
P.O. Box 841723
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |

J & J Equipment Rentals Inc.
Attn: Manager or Agent
226 Mary White Road
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

J A M Transport
Attn: Manager or Agent
P.O. Box 3215
Florence, SC 29502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
| --- | --- | --- | --- |
| | Name | | |

---

**3.113**  **Nonpriority creditor's name and mailing address**

Brent Jackson
206 McLamb Road
Newton Grove, NC 28366

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$10,430.00

---

**3.114**  **Nonpriority creditor's name and mailing address**

JBM Transport, Inc.
Attn: Manager or Agent
8849 Cypress Avenue
Fontana, CA 92335

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$5,500.00

---

**3.115**  **Nonpriority creditor's name and mailing address**

Jerome Langdon Produce
Attn:  Manager or Agent
5855 Old Fairground Road
Benson, NC 27504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$352,349.79

---

**3.116**  **Nonpriority creditor's name and mailing address**

John Deere Financial
Attn: Managing Agent
PO Box 4450
Carol Stream, IL 60197-4450

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Parts

Is the claim subject to offset? ☒ No  ☐ Yes

$6,841.84

---

**3.117**  **Nonpriority creditor's name and mailing address**

Jones Farms
Attn:  Manager or Agent
7094 Honeysuckle Lane
Bailey, NC 27807

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,400.00

---

**3.118**  **Nonpriority creditor's name and mailing address**

Jones Motor Company, Inc.
Attn:  Manager or Agent
654 Enterprise Drive
Limerick, PA 19468

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$5,869.00

---

**3.119**  **Nonpriority creditor's name and mailing address**

Jerry Jordan
11108 Jordan Road
Raleigh, NC 27603

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$16,640.13

---

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,740.86 |
|---|---|---|---|
| | Blake King | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | 722 Ozzie Road | ☐ Disputed | |
| | Clinton, NC 28328 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46,022.50 |
|---|---|---|---|
| | Kornegay Family Farms, LLC | ☐ Contingent | |
| | Attn:  Manager or Agent | ☐ Unliquidated | |
| | 610 Worley Road | ☐ Disputed | |
| | Princeton, NC 27569 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,450.00 |
|---|---|---|---|
| | Lane's Lawn Service | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | 1975 Pope Road | ☐ Disputed | |
| | Clinton, NC 28328 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,011.33 |
|---|---|---|---|
| | Roger Lane | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | P.O. Box 238 | ☐ Disputed | |
| | Turkey, NC 28393 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,852.10 |
|---|---|---|---|
| | Law Office of Donald K. Carrol | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | P.O. Drawer 1018 | ☐ Disputed | |
| | Oak Grove, LA 71263 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,587.66 |
|---|---|---|---|
| | Lawson Products, Inc. | ☐ Contingent | |
| | Attn: Managing Agent | ☐ Unliquidated | |
| | PO Box 809401 | ☐ Disputed | |
| | Chicago, IL 60680-9401 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,928.76 |
|---|---|---|---|
| | Brian Lee | ☐ Contingent | |
| | 758-A Shaws Pond Road | ☐ Unliquidated | |
| | Four Oaks, NC 27524 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|---|

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
|---|---|---|---|

Lipman - Texas, LLC
Attn:  Manager or Agent
11990 Shiloh Rd
Dallas, TX 75228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,317.00 |
|---|---|---|---|

Longship
Attn: Manager or Agent
2741 Georgetown Road
Lexington, KY 40511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,990.00 |
|---|---|---|---|

LTL Logistics Inc.
Attn: Manager or Agent
30 Rue Des Galets
Chateauguay QC  J6K 0B4
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $375.00 |
|---|---|---|---|

Maglio & Co.
Attn:  Manager or Agent
4287 N Port Washington Rd
Milwaukee, WI 53212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,000.00 |
|---|---|---|---|

Manis Custom Builders Inc.
Attn: Manager or Agent
5880 Crestline Road
Laurinburg, NC 28352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Lease

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,600.00 |
|---|---|---|---|

Mann Packing Co.
Attn: Manager or Agent
1333 Schilling Place
Salinas, CA 93901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,250.00 |
|---|---|---|---|

Mattron Transport LLC
Attn: Manager or Agent
104 Willow Trace
Stockbridge, GA 30281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,283.71 |
|---|---|---|---|
| | McArthur Hardware<br>Attn: Manager or Agent<br>117 E. Railroad Avenue<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,152.73 |
|---|---|---|---|
| | McCarron & Diess<br>Attn: Manager or Agent<br>4530 Wisconsin Avenue NW<br>Suite 310<br>Washington, DC 20016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,718.29 |
|---|---|---|---|
| | McKenzie Supply Company<br>Attn: Manager or Agent<br>P.O. Box 890470<br>Charlotte, NC 28289 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,584.10 |
|---|---|---|---|
| | Medallion Transport & Logistic<br>Attn: Manager or Agent<br>701 East Gate Drive, Ste. 302<br>Mount Laurel, NJ 08054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,604.00 |
|---|---|---|---|
| | MidAmerica Freight Handlers<br>Attn: Manager or Agent<br>900 South Highway Dr.<br>Suite 202<br>Fenton, MO 63026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
|---|---|---|---|
| | Midwest Food Bank<br>Attn: Manager or Agent<br>220 Parkade Ct<br>Peachtree City, GA 30269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $991,084.28 |
|---|---|---|---|
| | Millstream Farms<br>Attn: Manager or Agent<br>1131 Timothy Road<br>Dunn, NC 28334 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39,462.00 |
|---|---|---|---|
| | MJE Brokerage, Inc.<br>Attn: Mgr, Agent or Officer<br>P.O. Box 65<br>Proctorville, NC 28375 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00 |
|---|---|---|---|
| | N.C State University<br>Attn: Manager or Agent<br>100 Derieux Place<br>Raleigh, NC 27695-7211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,167.00 |
|---|---|---|---|
| | N.L. Daughtry Fertilizer Co.<br>Attn: Manager or Agent<br>621 Lisbon Street<br>Clinton, NC 28328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Land & Building | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $103,005.44 |
|---|---|---|---|
| | National Logistics Service<br>Attn.: Manager or Agent<br>7611 Cheviot Road #105<br>Cincinnati, OH 45247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,372.00 |
|---|---|---|---|
| | Navajo Express, Inc.<br>Attn: Manager or Agent<br>1400 W. 64th Street<br>Denver, CO 80221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $478.48 |
|---|---|---|---|
| | Navitas Credit Corp<br>Attn: Manager, Agent, Officer<br>111 Executive Center Dr, Ste 1<br>Columbia, SC 29210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $700.00 |
|---|---|---|---|
| | NC Strawberry Festival<br>Attn: Manager or Agent<br>P.O. Box 352<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,366.99 |
|---|---|---|---|

Nealy, Mary Margaret Wooten
113 West Oliver Sttreet
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Newsong Ministries
Attn:  Manager or Agent
825 Smith Road
Ball Ground, GA 30107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

Nickey Gregory Co., Inc.
Attn: Manager or Agent
16 Forest Pkwy Building N
Forest Park, GA 30297

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

NPC
Attn:  Manager or Agent
555 Republic Drive
Suite 302
Plano, TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $644.84 |
|---|---|---|---|

O'Reilly Auto Parts
Attn:  Manager or Agent
P.O. Box 1156
Springfield, MO 65801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.13 |
|---|---|---|---|

Olan Dunn Farms
Attn: Manager or Agent
4159 US 301N
Dunn, NC 28334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

OSI Restaurant Partners LLC
Attn: Manager or Agent
2202 N West Shore Blvd.
Tampa, FL 33607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.155**

**Nonpriority creditor's name and mailing address**
Sidney Page, Jr.
P.O. Box 433
Cades, SC 29518

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Is the claim subject to offset?** ☒ No ☐ Yes

$6,000.00

---

**3.156**

**Nonpriority creditor's name and mailing address**
Palmetto Enterprise
Attn:  Manager or Agent
4247 Planter Road
Effingham, SC 29541

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Is the claim subject to offset?** ☒ No ☐ Yes

$700.00

---

**3.157**

**Nonpriority creditor's name and mailing address**
Palmetto Packaging & Paper
Attn: Manager or Agent
P.O. Box 2758
Greenville, SC 29602

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Is the claim subject to offset?** ☒ No ☐ Yes

$1,861.85

---

**3.158**

**Nonpriority creditor's name and mailing address**
Pembroke Waste
Attn:  Manager or Agent
P.O. Box 2400
Pembroke, NC 28372

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Is the claim subject to offset?** ☒ No ☐ Yes

$12,704.40

---

**3.159**

**Nonpriority creditor's name and mailing address**
Pickles + Transport LLC
Attn: Manager or Agent
3010 Fletcher Avenue
Lakeland, FL 33803

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Is the claim subject to offset?** ☒ No ☐ Yes

$4,396.00

---

**3.160**

**Nonpriority creditor's name and mailing address**
Piedmont Belting Company
Attn: Manager or Agent
1271 South Park Drive
Kernersville, NC 27284

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Is the claim subject to offset?** ☒ No ☐ Yes

$1,414.51

---

**3.161**

**Nonpriority creditor's name and mailing address**
Pinna, Johnston & Burwell
Attn: Bill Pinna
2601 Oberlin Rd.
Raleigh, NC 27608

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Is the claim subject to offset?** ☒ No ☐ Yes

$74,050.64

---

Debtor    **WAYNE BAILEY, INC.**                    Case number (if known)    18-00284-5-SWH
_____
Name

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

Pinnacle Freight Systems
Attn: Manager or Agent
500 Cedar Lane, Bldg 1
Florence, NJ 08518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $595.67 |
|---|---|---|---|

Pitney Bowes Purchase Power
Attn: Manager or Agent
P.O. Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Postage

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,216.13 |
|---|---|---|---|

Polymer Logistics, LLC
Attn: Manager or Agent
P.O. Box 847238
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63,940.86 |
|---|---|---|---|

Jimmy Powers
711 Barker Church Road
Lumberton, NC 28358

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,585.50 |
|---|---|---|---|

Primus Auditing Operations
Attn: Manager or Agent
P.O. Box 5785
Santa Maria, CA 93456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,912.76 |
|---|---|---|---|

Progressive Sales & Marketing
Attn: Manager or Agent
400 Technology Court Ste. A
Pembroke Pines, FL 33082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,990.00 |
|---|---|---|---|

PS Connection
Attn: Manager or Agent
P.O. Box 416
Center, CO 81125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | WAYNE BAILEY, INC. | | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|---|
| | Name | | | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

PT Brokers
Attn: Manager or Agent
201 E. Sunflower Road, Suite 1
Cleveland, MS 38732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,541.40 |
|---|---|---|---|

PVI Enterprises
Attn:  Managing Agent
13603 Swamp Fox Hwy, East
Tabor City, NC 28463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,955.00 |
|---|---|---|---|

R & B Freight Transportion LLC
Attn: Manager or Agent
2727 Sky View Drive
Lithia Springs, GA 30122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,542.00 |
|---|---|---|---|

Rainbow Logistics, LLC
Attn: Manager or Agent
251 West Covington Avenue
Attalla, AL 35954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,048.00 |
|---|---|---|---|

Rankin Truck Brokers
Attn: Manager or Agent
159 Point South Drive
Yemassee, SC 29945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,087.70 |
|---|---|---|---|

Rapid Capital Finance
Attn: Mgr, Officer or Agent
11900 Biscayne Blvd., Ste. 201
Miami, FL 33181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,936.00 |
|---|---|---|---|

Raylan Freight services
Attn:  Manager or Agent
143 N. Kalamazoo Street
Vicksburg, MI 49097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

Real Time Freight Services
Attn: Manager or Agent
P.O. Box 99
New Plymouth, ID 83655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,200.00 |
|---|---|---|---|

RFG Logistics
Attn: Manager or Agent
5820 SO 142nd Street
Omaha, NE 68137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,002.00 |
|---|---|---|---|

Rightway Brokerage LLC
Attn:  Manager or Agent
1812 S. Hamilton Street
Dalton, GA 30720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

RJ Cargo Express, Inc.
Attn: Manager or Agent
11117 W. Okeechobee Rd.
Ste. 109
Hialeah, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,631.00 |
|---|---|---|---|

Roadrunner Transportation
Attn:  Manager or Agent
P.O. Box 8903
Cudahy, WI 53110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,838.69 |
|---|---|---|---|

Robinson & Son Machine, Inc.
Attn:  Manager or Agent
P.O. Box 2337
Clinton, NC 28329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,177.00 |
|---|---|---|---|

Romark Transportation, Inc.
Attn: Manager or Agent
340 Worley Road
Canton, GA 30114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.183**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,610.00 |
|---|---|---|
| S & S Forwarding Inc.<br>Attn: Manager or Agent<br>1975 Hymus Blvd, Ste 250<br>Dorved, QC H9P 158<br>Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.184**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.80 |
|---|---|---|
| Safety Kleen<br>Attn:  Manager or Agent<br>934 N 5th Street<br>Saint Pauls, NC 28384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.185**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,084.00 |
|---|---|---|
| Salinas Trucking<br>Attn: Manager or Agent<br>206 Walnut Lane<br>Bossier City, LA 71111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.186**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,708.94 |
|---|---|---|
| Sampson Building Supply<br>Attn: Manager or Agent<br>P.O. Box 526<br>Clinton, NC 28329 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.187**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,277.00 |
|---|---|---|
| Savoie, Inc.<br>Attn: Manager or Agent<br>2920 Route 218<br>Manseau, QC G0X1V0<br>Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.188**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|
| Schuman, Paula<br>P.O. Box 63<br>Spencerville, MD 20868 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.189**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,582.00 |
|---|---|---|
| Scotlynn Commodities Inc.<br>Attn: Manager or Agent<br>1150 Vittoria Road<br>Vittoria, Ontario N0E1W0<br>Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.190**

**Nonpriority creditor's name and mailing address**

Scott Farms Inc.
Attn: Manager or Agent
7965 A Simpson Road
Lucama, NC 27851

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

$147,452.00

---

**3.191**

**Nonpriority creditor's name and mailing address**

Scott Martin Transport, LLC
Attn: Manager or Agent
2440 Vineyard Circle
Sanford, FL 32771

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

$2,464.00

---

**3.192**

**Nonpriority creditor's name and mailing address**

Sensitech, Inc.
Attn:  Manager or Agent
P.O. Box 74200
Los Angeles, CA 90074-2000

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

$501.73

---

**3.193**

**Nonpriority creditor's name and mailing address**

Simba Trucking, Inc.
Attn: Manager or Agent
217 Malloy Lane
Blacklick, OH 43004

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

$4,000.00

---

**3.194**

**Nonpriority creditor's name and mailing address**

Singletary Small Engine
Attn:  Manager or Agent
9511 James B. White Hwy., S.
Whiteville, NC 28472

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$140.12

---

**3.195**

**Nonpriority creditor's name and mailing address**

Smith Farms
Attn: Manager or Agent
9690 Lisbon Road
Clarkton, NC 28433

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.196**

**Nonpriority creditor's name and mailing address**

Smith Int'l Truck Ctr
Attn:  Managing Agent
P.O. Box 20067
Fayetteville, NC 28312

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$103.60

---

| Debtor | WAYNE BAILEY, INC. | | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|---|
| | Name | | | |

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,750.00 |
|---|---|---|---|
| | Tyrae Edward Smith<br>Attn: Manager or Agent<br>9770 Lisbon Road<br>Clarkton, NC 28433 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,016.00 |
|---|---|---|---|
| | Jimmy Soles<br>7754 Rough & Ready Road<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,813.50 |
|---|---|---|---|
| | Southern Mark Industries LLC<br>Attn: Manager or Agent<br>P.O. Box 1780<br>Vidalia, GA 30475 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $305,622.75 |
|---|---|---|---|
| | Southern Produce Dist. Inc.<br>Attn: Manager or Agent<br>P.O. Box 130<br>Faison, NC 28341 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,870,411.08 |
|---|---|---|---|
| | Southern Roots<br>Attn: Manager or Agent<br>P.O. Box 130<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,052,930.07 |
|---|---|---|---|
| | SP Funding, LLC<br>Attn:  Manager or Agent<br>100 Elks Club Road<br>Brevard, NC 28712 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $112,605.00 |
|---|---|---|---|
| | Spring Acres<br>Attn: Manager or Agent<br>1280 Macedonia Road<br>Spring Hope, NC 27882 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $237,338.90 |
|---|---|---|---|

ST Freight LLC
Attn: Manager or Agent
P.O. Box 1147
Manitowoc, WI 54221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $568.90 |
|---|---|---|---|

Stevens & Hasty Company, Inc.
Attn: Manager or Agent
128 Pecan Street
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,300.00 |
|---|---|---|---|

Strickland Pallets
Attn: Manager or Agent
10516 Greenpath Road
Dunn, NC 28334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $416,888.00 |
|---|---|---|---|

Earl Sullivan
8444 St. Mary's Church Road
Lucama, NC 27851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,400.00 |
|---|---|---|---|

Sunteck Transport Co Inc.
Attn: Manager or Agent
6413 Congress Avenue, Suite 26
Boca Raton, FL 33487

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,290.00 |
|---|---|---|---|

T&C's Services, Inc.
Attn:  Manager or Agent
6112 Old Lake Road
Bolton, NC 28423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $957.55 |
|---|---|---|---|

Tennant Sales & Service Co.
Attn:  Manager or Agent
P.O. Box 71414
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **WAYNE BAILEY, INC.**

Case number (if known)    18-00284-5-SWH

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,282.15 |
|---|---|---|---|

Tharrington Smith LLP
Attn: Manager or Agent
209 Fayetteville Street
Raleigh, NC 27602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,787.35 |
|---|---|---|---|

The Door Man, Inc.
Attn: Manager or Agent
P.O. Box 3837
Lumberton, NC 28359

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,999.50 |
|---|---|---|---|

The NY Produce Show & Conf.
Attn: Manager or Agent
P.O. Box 810425
Boca Raton, FL 33481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,400.00 |
|---|---|---|---|

The Produce News
Attn: Manager or Agent
482 Hudson Terrace
Englewood Cliffs, NJ 07632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $201,335.51 |
|---|---|---|---|

Thompson Price & Co.
Attn:  Manager or Agent
P.O. Box 398
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $727.91 |
|---|---|---|---|

Tifco Industries, Inc.
Attn:  Manager or Agent
P.O. Box 40277
Houston, TX 77240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,241.68 |
|---|---|---|---|

Time Warner Cable
Attn: Manager or Agent
PO Box 583471
Charlotte, NC 28258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    WAYNE BAILEY, INC.
_____
          Name

Case number (if known)    18-00284-5-SWH

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $284.12 |
|---|---|---|---|

Tire Barn Inc.
Attn: Manager or Agent
P.O. Box 427
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57,583.00 |
|---|---|---|---|

Total Quality Logistics, LLC
Attn: Manager or Agent
P.O. Box 799
Milford, OH 45150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,292.91 |
|---|---|---|---|

Town of Chadbourn
Attn:  Manager or Agent
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Utilites

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $70,850.00 |
|---|---|---|---|

Trinity Fresh Foods
Attn: Manager or Agent
2281 Turkey Highway
Clinton, NC 28328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $174.00 |
|---|---|---|---|

Trinity Frozen Foods
Attn: Manager or Agent
P.O. Box 3207
Pembroke, NC 28372

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,414,506.34 |
|---|---|---|---|

Tull Hill Farms, Inc.
Attn:  Manager or Agent
2264 Hugo Road
Kinston, NC 28501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $586,526.71 |
|---|---|---|---|

Tull Hill Farms, Inc.
Attn:  Manager or Agent
2264 Hugo Road
Kinston, NC 28501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  2016

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,600.00 |
|---|---|---|---|
| | Andrew Tyson | ☐ Contingent | |
| | 985 Evans Road | ☐ Unliquidated | |
| | Nashville, NC 27856 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $104.26 |
|---|---|---|---|
| | Uline | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | 2200 S. Lakeside Dr | ☐ Disputed | |
| | Waukegan, IL 60085 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $140.00 |
|---|---|---|---|
| | Unifirst Corp. | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | 1821 Dawson Street | ☐ Disputed | |
| | Wilmington, NC 28403 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,848.43 |
|---|---|---|---|
| | United Rentals | ☐ Contingent | |
| | Attn:  Manager or Agent | ☐ Unliquidated | |
| | P.O. Box 100711 | ☐ Disputed | |
| | Atlanta, GA 30384-0711 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,300.00 |
|---|---|---|---|
| | Universal Truckload, Inc. | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | 12755 East Nince Mile Rd. | ☐ Disputed | |
| | Warren, MI 48089 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |
|---|---|---|---|
| | US Logistics, LLC | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | P.O. Box 14309 | ☐ Disputed | |
| | Cincinnati, OH 45250 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,127.07 |
|---|---|---|---|
| | Vaughn Belting Company, Inc. | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | P.O. Box 5505 | ☐ Disputed | |
| | Spartanburg, SC 29304 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | WAYNE BAILEY, INC. | Case number *(if known)* | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,854.71 |
|---|---|---|---|

Volm Bag Co., Inc.
Attn: Manager or Agent
P.O. Box 400
Antigo, WI 54409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,444.98 |
|---|---|---|---|

Wellman Oil & Propane Co
Attn: Manager or Agent
P.O. Box 780
Clinton, NC 28329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,808.00 |
|---|---|---|---|

Werner Enterprises Inc.
Attn: Manager or Agent
14507 Frontier Road
Omaha, NE 68138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

White Falcon Solutions, Inc.
Attn: Manager or Agent
223 South Golden State Blvd.
Turlock, CA 95380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,922.46 |
|---|---|---|---|

Whiteville Forklift & Equip.
Attn: Manager or Agent
344 Vinson Road
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.16 |
|---|---|---|---|

Whiteville Janitorial Supply
Attn:  Manager or Agent
1940 S. Madison St.
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,895.50 |
|---|---|---|---|

Williamson, Walton & Scott LLP
Attn: Manager or Agent
136 Washington Street
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    WAYNE BAILEY, INC.
_____
      Name

Case number (if known)    18-00284-5-SWH
_____

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,957.54 |
|---|---|---|---|

Willson International Limited
Attn: Manager or Agent
2345 Argentia Road Suite 201
Mississauga, Ontario L5N 8KA
Canada

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,377.90 |
|---|---|---|---|

J. Roland Wood
2500 Beasley Road
Benson, NC 27504

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,500.00 |
|---|---|---|---|

Alice Wooten
160 Kissam Lane
Evergreen, NC 28438

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $468.00 |
|---|---|---|---|

Wright Trans, Inc.
Attn: Manager or Agent
P.O. Box 4269
San Clemente, CA 92674

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $991.47 |
|---|---|---|---|

Zep Manufacturing
Attn: Manager or Agent
PO Box 40462*9
Atlanta, GA 30384

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 93,842.64 |
| 5b. Total claims from Part 2 | 5b. + | $ | 14,776,326.05 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 14,870,168.69 |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WAYNE BAILEY, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | 18-00284-5-SWH |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | |
| | State the term remaining | | Alliance Funding Group, Inc. |
| | List the contract number of any government contract | | Attn:  Manager or Agent<br>3745 W. Chapman Avenue<br>Suite 200<br>Orange, CA 92868 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | |
| | State the term remaining | | Ascentium Capital, LLC |
| | List the contract number of any government contract | | Attn:  Mgr., Officer or Agt.<br>23970 Hwy 59 N., 2nd Fl.<br>Kingwood, TX 77339-1535 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of forklift | |
| | State the term remaining | | Atlantic Coast Toyotalift |
| | List the contract number of any government contract | | Attn:  Manager or Agent<br>P.O. Box B<br>High Point, NC 27260 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | |
| | State the term remaining | | Axis Capital, Inc. |
| | List the contract number of any government contract | | Attn:  Manager or Agent<br>308 N. Locust St., Ste 100<br>Grand Island, NE 68801 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   WAYNE BAILEY, INC.

First Name        Middle Name        Last Name

Case number (*if known*)   18-00284-5-SWH

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease |
| State the term remaining | |
| List the contract number of any government contract | Bank of the West<br>Attn:  Manager or Agent<br>475 Sansome Street<br>19th Floor<br>San Francisco, CA 94111-3112 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | Equipment lease |
| State the term remaining | |
| List the contract number of any government contract | BB&T Commercial Equip.Cap.<br>Attn: Mgr., Agt. or Officer<br>2 Great Valley Parkway, Suite<br>Malvern, PA 19355 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | Capital Lease<br>$300,000 |
| State the term remaining | |
| List the contract number of any government contract | Edwards Brothers Prop. LLC<br>Attn: Manager or Agent<br>305 E. Oliver Street<br>Whiteville, NC 28472 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | Equipment lease |
| State the term remaining | |
| List the contract number of any government contract | Financial Pacific Leasing<br>Attn:  Mgr, Agt or Agent<br>3455 S. 344th Way #300<br>Federal Way, WA 98001-9546 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 2014 Ford Transit Conn Van, VIN# 39190 |
| State the term remaining | |
| List the contract number of any government contract | Ford Credit<br>Attn: Manager or Agent<br>PO Box 105697<br>Atlanta, GA 30348 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | Bin lease |
| State the term remaining | |
| List the contract number of any | Gore & Assoc. Management<br>Attn: Manager or Agent<br>PO Box 2001<br>Whiteville, NC 28472 |

| Debtor 1 | WAYNE BAILEY, INC. | | | Case number (*if known*) | 18-00284-5-SWH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Capital Lease of #2 Draw Refrigeration $131,279.89 | |
|---|---|---|---|
| | State the term remaining | | Huntington Technology Finance Attn: Manager or Agent P.O. Box 2017 Bloomfield Hills, MI 48303 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Kerian Sizer $22,481.29 | |
|---|---|---|---|
| | State the term remaining | | M2 Funding Attn: Manager or Agent 175 N. Patrick Blvd, Ste. 140 Brookfield, WI 53045 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Bin lease | |
|---|---|---|---|
| | State the term remaining | | Millstream Farms Attn: Manager or Agent 1131 Timothy Road Dunn, NC 28334 |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Acct# Land & Building | |
|---|---|---|---|
| | State the term remaining | | N.L. Daughtry Fertilizer Co. Attn: Manager or Agent 621 Lisbon Street Clinton, NC 28328 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Bin lease | |
|---|---|---|---|
| | State the term remaining | | Pawnee Leasing Corporation Attn: Manager or Agent 700 Centre Avenue Fort Collins, CO 80526 |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Capital Lease of 1st drawer Refrigeration $220,919.46 | PNC Equipment Finance Attn: Managing Agent 655 Business Center Drive Horsham, PA 19044 |
|---|---|---|---|

Debtor 1    WAYNE BAILEY, INC.
    First Name         Middle Name         Last Name

Case number (*if known*)    18-00284-5-SWH

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any government contract

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | |
|---|---|---|---|
| | State the term remaining | | Susquehanna Commercial Finance |
| | List the contract number of any government contract | | Attn: Manager, Agent, Officer<br>2 Country View<br>Malvern, PA 19355 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Forklift lease | |
|---|---|---|---|
| | State the term remaining | | Toyota Motor Credit |
| | List the contract number of any government contract | | Attn: Manager or Agent<br>PO Box 2431<br>Carol Stream, IL 60132 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | ADT Security Services | |
|---|---|---|---|
| | State the term remaining | | Tyco Integrated Security, LLC |
| | List the contract number of any government contract | | Attn:  Manager or Agent<br>P.O. Box 96041<br>Charlotte, NC 28296-0041 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | 2017 Tennant Sweeper Model #S30 | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Vendor Financial |
| | List the contract number of any government contract | | Attn:  Mgr, Officer or Agent<br>P.O. Box 35701<br>Billings, MT 59107 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | Wooten Land & Timber, L.L.C. |
| | List the contract number of any government contract | | Attn:  Manager or Agent<br>P.O. Box 467<br>Chadbourn, NC 28431 |

| Debtor 1 | WAYNE BAILEY, INC. | | | Case number (*if known*) | 18-00284-5-SWH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | | Wooten's Business Equipment Leasing, LLC |
|---|---|---|---|
| | State the term remaining | | Attn:  Manager or Agent |
| | List the contract number of any government contract | _____ | P.O. Box 467 Chadbourn, NC 28431 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Lease of land and building | |
|---|---|---|---|
| | State the term remaining | | Alice Wooten |
| | List the contract number of any government contract | _____ | 160 Kissam Lane Evergreen, NC 28438 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

| Debtor name | WAYNE BAILEY, INC. |
|---|---|
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | 18-00284-5-SWH |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Alice Wooten | 160 Kissam Lane Evergreen, NC 28438 | Branch Banking & Trust | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Alice Wooten | 160 Kissam Lane Evergreen, NC 28438 | Cape Fear Farm Credit | ■ D   2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Alice Wooten | 160 Kissam Lane Evergreen, NC 28438 | CFG Financial Services, LLC | ■ D   2.4 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Alice Wooten | 160 Kissam Lane Evergreen, NC 28438 | Millstream Farms | ■ D   2.10 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | George G. Wooten | 160 Kissam Lane Evergreen, NC 28438 | Branch Banking & Trust | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | WAYNE BAILEY, INC. | Case number *(if known)* | 18-00284-5-SWH |
|---|---|---|---|

**▉** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | George G. Wooten | 160 Kissam Lane Evergreen, NC 28438 | Cape Fear Farm Credit | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | George G. Wooten | 160 Kissam Lane Evergreen, NC 28438 | CFG Financial Services, LLC | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | George G. Wooten | 160 Kissam Lane Evergreen, NC 28438 | Millstream Farms | ■ D ___2.10___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | Texas Sweet Potato Dist. LLC | P.O. Box 467 Chadbourn, NC 28431 | CFG Financial Services, LLC | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Wooten Land & Timber, L.L.C. | Attn:  Manager or Agent P.O. Box 467 Chadbourn, NC 28431 | Cape Fear Farm Credit | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Wooten Land & Timber, L.L.C. | Attn:  Manager or Agent P.O. Box 467 Chadbourn, NC 28431 | CFG Financial Services, LLC | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Wooten Land & Timber, L.L.C. | Attn:  Manager or Agent P.O. Box 467 Chadbourn, NC 28431 | Millstream Farms | ■ D ___2.10___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  WAYNE BAILEY, INC.

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)  18-00284-5-SWH

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $1,904,685.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $36,957,798.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $43,015,522.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2018 to Filing Date | Trinity Frozen Foods, LLC interest payment | $38,250.00 |
| **For prior year:**<br>From  1/01/2017 to 12/31/2017 | Trinity Frozen Foods interest payment | $33,750.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | WAYNE BAILEY, INC. | Case number *(if known)* | 18-00284-5-SWH |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached Exhibit E | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See attached Exhibit F | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    WAYNE BAILEY, INC.                                Case number *(if known)*    18-00284-5-SWH

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. The Foreclosure of the Deed of Trust executed by George G. Wooten, Jr. and wife, Alice K. Wooten, Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wooten Land & Timber, LLC, recorded in Deed of Trust Book 1094, Page 639, as modified in Book 1147, Page 252, Columbus County Registry<br>17 SP 151 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. The Foreclosure of the Deed of Trust executed by Wooten Land & Timber, L.L.C., Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wayne Bailey, Inc., as successor by merger to Pride of Sampson, Inc., recorded in Deed of Trust Book 1023, Page 1, Columbus County Registry<br>17 SP 152 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. The Simultaneous Foreclosure of the Deed of Trust executed by Wooten Land & Timber, L.L.C., Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wayne Bailey, Inc. as successor by merger to Pride of Sampson, Inc., recorded in Deed of Trust Book 1071, Page 897, as modified in Book 1147, Page 236, Columbus County Registry, and the Deed of Trust executed by George G. Wooten, Jr., Alice K. Wooten, Wayne Bailey, Inc. fka W.E. Bailey & Son, Inc., and Wooten Land and Timber L.L.C. in Book 1094, Page<br>17 SP 150 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. The Foreclosure of the Deed of Trust executed by Pride of Sampson, Inc now known as Wayne Bailey, Inc., recorded in Book 1638, Page 533, Sampson County Registry, as modified in Book 1965, page 1<br>17 SP 148 | Foreclosure | Sampson County Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

Debtor   WAYNE BAILEY, INC. _____   Case number (if known)   18-00284-5-SWH _____

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Cerro Gordo Baptist Church | | | $1,668.75 |
| | **Recipients relationship to debtor** | | | |
| 9.2. | Ribbon Riders | | | $2,500.00 |
| | **Recipients relationship to debtor** | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| Debtor's vehicle struck a horse in North Carolina | $21,054.00 | 11/3/2017 | $0.00 |
| Debtor's vehicle collided with another in North Carolina | $0.00 | 5/11/2017 | $0.00 |
| Debtor's vehicle collided with another in Florida | $55,642.69 | 3/12/2017 | $0.00 |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    WAYNE BAILEY, INC.    Case number *(if known)*    18-00284-5-SWH

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | | January 19, 2018 See additional information in Attorney's Affidavit | $44,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Vette Investments, LLC 22336 John Gamble Road Cornelius, NC 28031 | Approximatley 37.8 acres in Clinton, North Carolina PIN 12065068005, 12065062001, 12065068006, 12088272003 | November 20, 2017 | $620,000.00 |
| | **Relationship to debtor** 3rd party | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | WAYNE BAILEY, INC. | Case number *(if known)* | 18-00284-5-SWH |
| --- | --- | --- | --- |

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

□ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| Wayne Bailey Inc. 401k Plan | EIN:  831020 |

Has the plan been terminated?
■ No
□ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

□ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | PNC | XXXX-1979 | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other___ | December 2017 | $0.00 |
| 18.2. | SunTrust Bank Wilmington | XXXX-5592 | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other___ | 11/1/2017 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    WAYNE BAILEY, INC.                                        Case number *(if known)*  18-00284-5-SWH

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Mannis Custom Builders, Inc.<br>5880 Crestline Road<br>Laurinburg, NC 28352 | Kathy Mannis | 6,858 18bu equivalent bins of #1 sweet potatoes<br>1,854 18bu equivalent bins of cantors | ☐ No<br>■ Yes |
| Crop Production Services<br>P.O. Box 457<br>Clinton, NC 28329 | Roger Lane | 446 - 38 bushel bins of sweet potatoes | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See attached Exhibit G | | | $0.00 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

---

Debtor    WAYNE BAILEY, INC.                                    Case number *(if known)*    18-00284-5-SWH

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  Texas Sweet Potato Distributing, LLC<br>P.O. Box 467<br>Chadbourn, NC 28431 | | EIN:  45-1262670<br><br>From-To  December 30, 2010 to present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Thompson Price & Co.<br>Attn:  Manager or Agent<br>P.O. Box 398<br>Whiteville, NC 28472 | 20 years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Thompson Price & Co.<br>Attn:  Manager or Agent<br>P.O. Box 398<br>Whiteville, NC 28472 | Audit dated August 22, 2017<br>Audit dated December 31, 2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    WAYNE BAILEY, INC.                                    Case number *(if known)*    18-00284-5-SWH

| Name and address |
|---|
| 26d.1.    CFG Financial Services, LLC<br>Attn:  Mgr, Agent or Officer<br>100 Elks Club Road<br>Brevard, NC 28712 |
| 26d.2.    Cape Fear Farm Credit<br>Attn:  Mgr, Officer or Agent<br>P.O. Box 2405<br>Fayetteville, NC 28302 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Donnie Griffin | 1/7/2018 | $2,685,020.77 |
| | **Name and address of the person who has possession of inventory records**<br>Debtor | | |
| 27.2. | Donnie Griffin | 10/29/2017 | $2,269,528.34 |
| | **Name and address of the person who has possession of inventory records**<br>Debtor | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George G. Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | President, Director, Shareholder | 70.28% shareholder |
| Wooten, George III | P.O. Box 130<br>Chadbourn, NC 28431 | Vice President | |
| Wooten, Adam | P.O. Box 130<br>Chadbourn, NC 28431 | Secretary-Treasurer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

Debtor    WAYNE BAILEY, INC.                                    Case number *(if known)*    18-00284-5-SWH

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Wooten, Adam | P.O. Box 130 Chadbourn, NC 28431 | Shareholder | transfered stock to sisters in 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Wooten, George III | P.O. Box 130 Chadbourn, NC 28431 | Shareholder | transfered stock to sisters in 2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See attached Exhibit F | | | |

| Relationship to debtor |
|---|
| |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

# EXHIBIT E

Payments to creditors
10/23/17 - 1/21/18

| Vendor | Amount |
|---|---|
| 1st Class Transportation LLC Total | $7,606.00 |
| 941 ELECTRONIC TRANSFER Total | $196,326.24 |
| Alliance Funding Group, Inc. Total | $19,786.47 |
| American Express Total | $38,520.93 |
| Amur Equipment Finance  Total | $9,956.42 |
| ARGO Investments of Columbus Inc Total | $17,875.00 |
| Ascentium Capital LLC Total | $15,655.55 |
| Atlantic Coast Toyotalift Total | $6,932.93 |
| Atlantic Corporation Total | $62,470.52 |
| Bailey/R Lane Total | $103,104.64 |
| Bank of the West Total | $51,405.36 |
| Bautista Farms Trucking LLC Total | $17,990.00 |
| BB&T Commercial Equipment Capital Total | $12,259.21 |
| Beckham Logistics Total | $30,789.00 |
| Black's Tire Service Total | $6,475.07 |
| BlueCross BlueShield of NC Total | $116,447.75 |
| C & T Bright Trucking Total | $6,614.00 |
| Cape Fear Farm Credit ACA Total | $24,000.00 |
| Cape Fear Propane Total | $11,226.99 |
| Carolina Financial Securities, LLC  Total | $700,000.00 |
| Carolinas Staffing Solutions,Inc Total | $17,313.56 |
| Castellini Company Total | $31,082.25 |
| Catalina Galaviz Total | $103,090.37 |
| Cessco Inc. Total | $7,876.65 |
| Choptank Transport,Inc. Total | $6,786.00 |
| Coastal Group Corporation, Inc. Total | $656,126.95 |
| Connecting Point Total | $26,030.29 |
| Cowan Systems LLC Total | $9,275.00 |
| CV Pilson Total | $7,500.00 |
| Darden Restaurants Inc Total | $11,026.25 |
| Diaston Transport, LLC Total | $9,954.00 |
| Dixon Farm Total | $15,000.00 |
| Doris Jenkins Total | $47,162.50 |
| Duke Energy Progress (Clinton) Total | $8,459.53 |
| Duke Energy Progress Total | $79,484.06 |
| Durand-Wayland Inc. Total | $22,549.67 |
| Earl Sullivan Total | $15,000.00 |
| Emily Stephens Total | $9,279.00 |
| England Logistics Inc Total | $11,468.00 |
| Faustino Campos Total | $77,807.76 |
| First Star Logistics LLC Total | $28,438.08 |
| George Wooten III Total | $20,299.65 |
| Giro-Pack Inc. Total | $50,713.26 |
| Gore & Associates Management Total | $30,882.93 |
| Gream Trucking Inc. Total | $6,529.60 |
| Hagan Electronics Inc. Total | $25,726.64 |
| Harden Farms Inc Total | $12,500.00 |
| Harvey's Southeast-Whiteville Total | $37,320.00 |
| Hendren & Malone PLLC Total | $52,759.00 |
| Holiday Motel Total | $12,650.00 |
| Industrial Power, Inc Total | $36,152.48 |
| Integrity Express Logistics,LLC Total | $20,525.00 |
| International Paper Total | $450,667.48 |
| Ja-Co Transport Services Total | $11,681.71 |

Payments to creditors
10/23/17 - 1/21/18

| Vendor | Amount |
|---|---|
| Jerome Langdon Produce Total | $10,000.00 |
| Jerry Jordan Total | $10,000.00 |
| Jerry Turner Total | $19,680.00 |
| Jose Gracia Harvesting, Inc. Total | $265,575.90 |
| Liberty Food Marketers Co. Total | $8,628.10 |
| Little E Trucking Total | $13,498.00 |
| Longship Total | $52,328.00 |
| M2 Lease Funds LLC Total | $8,700.57 |
| Maglio & Co Total | $10,525.00 |
| Matt Brown Total | $10,000.00 |
| McArthur Hardware Total | $11,807.98 |
| McKenzie Supply Company Total | $8,904.81 |
| Millstream Farms Total | $186,580.00 |
| Millstream Farms(Loan Account) Total | $50,000.00 |
| MJE Brokerage Inc. Total | $177,996.00 |
| Monroe Enzor Farms Total | $27,716.75 |
| N C Department of Revenue Total | $32,841.56 |
| Nationwide Agribusiness/Farmland Ins. Tot | $40,184.80 |
| Navajo Express, Inc Total | $6,778.00 |
| NewSong Ministries Total | $7,075.00 |
| Oliver Oil Company Total | $55,289.78 |
| PalletOne Total | $7,264.13 |
| Peggy Brooks Jenkins Total | $11,212.50 |
| Phoenix Management Service, LLC Total | $35,695.72 |
| PNC Equipment Finance Total | $20,980.66 |
| Polymer Logistics, LLC Total | $9,200.95 |
| Prudential Total | $7,028.10 |
| Rankin Truck Brokers Total | $25,111.00 |
| Rapid Capital Finance LLC Total | $127,124.00 |
| RFG Logistics Total | $20,600.00 |
| Right way Brokerage, LLC Total | $8,000.00 |
| Roger Lane  Total | $11,436.00 |
| Ruben Serna Total | $23,083.69 |
| S P Funding LLC Total | $50,000.00 |
| Salinas Trucking Total | $11,345.00 |
| Savoie, Inc. Total | $114,000.00 |
| Scott Insurance Total | $21,540.00 |
| Sidney Page Jr Total | $36,116.00 |
| Small Pallets Company Total | $38,008.00 |
| Smith Farms Total | $33,025.00 |
| Southern Mark Industries LLC Total | $8,141.25 |
| Southern Produce Dist. Inc. Total | $47,391.75 |
| Southern Roots Total | $266,861.90 |
| Spring Acres Total | $20,000.00 |
| ST Freight LLC Total | $30,652.00 |
| State of Louisiana Dept. of Ag. & Forest Tot | $6,724.87 |
| The Door Man, Inc. Total | $17,495.04 |
| The Harford Total | $12,462.77 |
| Thompson Price & Co. Pa. Total | $30,000.00 |
| Thompsons Transfer Total | $25,675.00 |
| Total Quality Logistics, LLC Total | $9,796.00 |
| Town Of Chadbourn Total | $67,903.73 |
| Toyota Motor Credit Corporation Total | $12,819.81 |
| Transamerica Premier Life Total | $20,500.00 |

Payments to Creditors
10/23/17 - 1/21/18

| Vendor | Amount |
|---|---|
| Tull Hill Farms - 2016 Total | $10,250.00 |
| Tull Hill Farms Inc Total | $602,970.00 |
| Tyrae Edward Smith Total | $83,118.00 |
| Universal Truckload, Inc. Total | $8,686.00 |
| Wellman Oil & Propane Co (Clinton) Total | $7,764.05 |
| Whiteville Forklift & Equipment , Inc. Total | $7,878.15 |
| Wooten Land & Timber LLC Total | $21,398.09 |
| Y&B Transport LLC Total | $11,409.94 |
| Grand Total | $6,379,339.10 |

## Payroll Summary
### WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN JR, GEORGE** | | | ID: 1010 | SSN: | | | Days: | Weeks: | | |
| Earnings | | | | | | | | | | |
| Christmas Gift | NC | No | | | | | | | | 1,250.00 |
| Vehicle usage | NC | No | | | | | | | | 1,175.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Salary | NC | No | | | | | | | | 256,560.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 268,262.02 |
| Deductions | | | | | | | | | | |
| SS Employee | NC | No | | | | | | | | 7,887.50 |
| 401K Loan | NC | No | | | | | | | | 8,338.95 |
| Medicare Emp | NC | No | | | | | | | | 4,198.49 |
| Garnish % | NC | No | | | | | | | | 25,658.00 |
| Flex Spend Acct | NC | No | | | | | | | | 2,372.90 |
| Ins After Tax | NC | No | | | | | | | | 1,859.28 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Veh.usage offset | NC | No | | | | | | | | 1,147.39 |
| 125A | NC | No | | | | | | | | 1,350.24 |
| FIT | NC | No | | | | | | | | 48,452.80 |
| NC SIT | NC | No | | | | | | | | 12,826.00 |
| | | | | | | | | | | 123,366.57 |
| Total: WOOTEN JR, GEORGE | | | | | | | | | | 144,895.45 |
| Total: Non-Ag Workers | | | | | | | | | | 144,895.45 |
| Grand Total: | | | | | | | | | | 144,895.45 |

## Payments

### WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **George G. Wooten Jr.** | | | ID: 09597 | | | | | | | |
| Paid Voucher | | | | | | | | | | |
| | Feb 28, 2017 | 02282017 | Feb 28, 2017 | 202916 | Mar 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jun 28, 2017 | 06282017 | Jun 28, 2017 | 208172 | Jun 29, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Jun 28, 2017 | 06282017 | Jun 28, 2017 | 208173 | Jun 29, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Oct 31, 2017 | 10312017 | Oct 31, 2017 | 213478 | Nov 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Oct 31, 2017 | 10312017 | Oct 31, 2017 | 213476 | Nov 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Nov 28, 2017 | 11282017 | Nov 28, 2017 | 214573 | Nov 29, 2017 | November 2017 Property | Voucher | | | 4,063.80 |
| | Nov 28, 2017 | 11282017 | Nov 28, 2017 | 214572 | Nov 29, 2017 | November 2017 Bin Leas | Voucher | | | 2,243.43 |
| | Dec 26, 2017 | 12262017 | Dec 26, 2017 | 215690 | Dec 27, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Dec 26, 2017 | 12262017 | Dec 26, 2017 | 215691 | Dec 27, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201877 | Feb 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201876 | Feb 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201739 | Feb 01, 2017 | Land Rent | Voucher | | | 10,000.00 |
| | Feb 28, 2017 | 2282017 | Feb 28, 2017 | 202914 | Mar 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Mar 30, 2017 | 3302017 | Mar 30, 2017 | 204189 | Mar 31, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Mar 30, 2017 | 3302017 | Mar 30, 2017 | 204188 | Mar 31, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Apr 27, 2017 | 4272017 | Apr 27, 2017 | 205333 | Apr 28, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Apr 27, 2017 | 4272017 | Apr 27, 2017 | 205334 | Apr 28, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | May 30, 2017 | 5302017 | May 30, 2017 | 206841 | May 31, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | May 30, 2017 | 5302017 | May 30, 2017 | 206842 | May 31, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jul 31, 2017 | 7312017 | Jul 31, 2017 | 209477 | Aug 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jul 31, 2017 | 7312017 | Jul 31, 2017 | 209475 | Aug 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Aug 29, 2017 | 8292017 | Aug 29, 2017 | 210953 | Aug 30, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Aug 29, 2017 | 8292017 | Aug 29, 2017 | 210952 | Aug 30, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Sep 29, 2017 | 9292017 | Sep 29, 2017 | 212186 | Sep 30, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Sep 29, 2017 | 9292017 | Sep 29, 2017 | 212184 | Sep 30, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | | | Total Gross: | 85,686.76 | | Total Discount: | .00 | Total Net: | 85,686.76 | 85,686.76 |
| **Grand Totals:** | | | Gross: | 85,686.76 | | Discount: | .00 | Net: | 85,686.76 | 85,686.76 |

## Payroll Summary
WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN, ALICE** | | | ID: 1317 | SSN: | | | Days: | Weeks: | | |
| Earnings | | | | | | | | | | |
| Christmas Gift | NC | No | | | | | | | | 750.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Salary | NC | No | | | | | | | | 16,059.96 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 26,086.98 |
| Deductions | | | | | | | | | | |
| Flex Spend Acct | NC | No | | | | | | | | 2,372.90 |
| NC SIT | NC | No | | | | | | | | 275.00 |
| SS Employee | NC | No | | | | | | | | 895.10 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| FIT | NC | No | | | | | | | | 1,297.67 |
| Medicare Emp | NC | No | | | | | | | | 209.34 |
| | | | | | | | | | | 14,327.03 |
| Total: WOOTEN, ALICE | | | | | | | | | | 11,759.95 |
| Total: Non-Ag Workers | | | | | | | | | | 11,759.95 |
| Grand Total: | | | | | | | | | | 11,759.95 |

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alice Wooten** | | | ID: 09598 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 71499 | Feb 02, 2017 | 02012017 | Feb 01, 2017 | 201809 | Feb 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 71814 | Mar 01, 2017 | 030117 | Mar 01, 2017 | 202926 | Mar 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 72266 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204292 | May 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 72674 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205486 | May 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 73120 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206968 | Jun 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 73438 | Jul 03, 2017 | 07012017 | Jul 01, 2017 | 208330 | Jul 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 89206 | Mar 09, 2017 | 30917 | Mar 09, 2017 | 203316 | Apr 01, 2017 | Monograming | Voucher | | | 64.05 |
| 100047 | Oct 16, 2017 | 08012017 | Aug 01, 2017 | 209650 | Aug 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| | | | Total Gross: | | 3,564.05 | Total Discount: | .00 | Total Net: | 3,564.05 | 3,564.05 |
| **Grand Totals:** | | | Gross: | | 3,564.05 | Discount: | .00 | Net: | 3,564.05 | 3,564.05 |

**Payroll Summary**
WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN, ADAM K** | | | ID: 1012 | SSN: | | | Days: | Weeks: | | |
| Earnings | | | | | | | | | | |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| Salary | NC | No | | | | | | | | 112,000.20 |
| Christmas Gift | NC | No | | | | | | | | 1,250.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 141,989.36 |
| Deductions | | | | | | | | | | |
| SS Employee | NC | No | | | | | | | | 6,983.38 |
| Christmas Fund | NC | No | | | | | | | | -375.00 |
| Flex Spend Acct | NC | No | | | | | | | | 208.50 |
| Medicare Emp | NC | No | | | | | | | | 1,633.20 |
| 401K | NC | No | | | | | | | | 3,380.00 |
| 125A | NC | No | | | | | | | | 406.64 |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| NC SIT | NC | No | | | | | | | | 5,615.00 |
| FIT | NC | No | | | | | | | | 21,645.18 |
| | | | | | | | | | | 68,236.06 |
| Total: WOOTEN, ADAM K | | | | | | | | | | 73,753.30 |
| Total: Non-Ag Workers | | | | | | | | | | 73,753.30 |
| Grand Total: | | | | | | | | | | 73,753.30 |

## Payroll Summary
### WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN III, GEORGE  G** | | | **ID: 1018** | **SSN:** | | | **Days:** | **Weeks:** | | |
| **Earnings** | | | | | | | | | | |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| Salary | NC | No | | | | | | | | 117,999.96 |
| Christmas Gift | NC | No | | | | | | | | 1,250.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 147,989.12 |
| **Deductions** | | | | | | | | | | |
| Medicare Emp | NC | No | | | | | | | | 1,694.69 |
| SS Employee | NC | No | | | | | | | | 7,246.29 |
| FIT | NC | No | | | | | | | | 23,050.90 |
| Flex Spend Acct | NC | No | | | | | | | | 2,374.40 |
| NC SIT | NC | No | | | | | | | | 5,886.00 |
| Christmas Fund | NC | No | | | | | | | | -206.96 |
| 401K | NC | No | | | | | | | | 2,600.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| | | | | | | | | | | 71,384.48 |
| Total: WOOTEN III, GEORGE  G | | | | | | | | | | 76,604.64 |
| Total: Non-Ag Workers | | | | | | | | | | 76,604.64 |
| Grand Total: | | | | | | | | | | 76,604.64 |

# Payments

## WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **George Wooten III** | | | ID: 09605 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Mar 07, 2017 | 121616 | Dec 16, 2016 | 203140 | Jan 15, 2017 | BAL OF 2015 CROP | Voucher | | | 80,000.00 |
| | Jun 05, 2017 | 121616 | Jun 05, 2017 | 207203 | Jul 05, 2017 | TRUCKS - Wired from M: | Voucher | | | -75,629.00 |
| | Jun 05, 2017 | 121616 | Dec 16, 2016 | 200835 | Jan 15, 2017 | TRUCKS | Voucher | | | 75,629.00 |
| 73054 | May 26, 2017 | 52617 | May 26, 2017 | 206756 | Jun 25, 2017 | PAYMENT | Voucher | | | 61,600.00 |
| 89437 | May 19, 2017 | 201890 | May 19, 2017 | 206445 | May 20, 2017 | Tractor parts from Johnso | Voucher | | | 618.76 |
| 89440 | May 25, 2017 | 5252017 | May 25, 2017 | 206628 | May 26, 2017 | Repay for Bedder parts | Voucher | | | 353.99 |
| 90205 | Aug 02, 2017 | 203225 | Aug 01, 2017 | 209645 | Aug 02, 2017 | Repairs on Equipment | Voucher | | | 834.34 |
| 90317 | Sep 06, 2017 | 9062017 | Sep 06, 2017 | 211232 | Oct 06, 2017 | Repairs on Tractor | Voucher | | | 450.00 |
| 90323 | Sep 22, 2017 | 9222017 | Sep 22, 2017 | 211914 | Sep 23, 2017 | Truck Parts | Voucher | | | 384.98 |
| 90745 | Dec 20, 2017 | 12202017 | Dec 20, 2017 | 215534 | Dec 21, 2017 | Overpayment | Voucher | | | 1,250.00 |
| 90750 | Dec 28, 2017 | 12292017 | Dec 29, 2017 | 215797 | Dec 30, 2017 | Mr. Enzor owed for Soybe | Voucher | | | 14,457.00 |
| 100881 | Jan 08, 2018 | 112217 | Nov 22, 2017 | 214387 | Dec 22, 2017 | Land Rent - Hegepeth 80 | Voucher | | | 6,000.00 |
| 100881 | Jan 08, 2018 | 121616 | Dec 16, 2016 | 200836 | Jan 15, 2017 | BAL OF 2015 CROP | Voucher | | | 70,422.70 |
| 100881 | Jan 08, 2018 | 212589 | Sep 14, 2017 | 214360 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,226.75 |
| 100881 | Jan 08, 2018 | 212755 | Sep 14, 2017 | 214361 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -37,259.93 |
| 100881 | Jan 08, 2018 | 212909 | Sep 14, 2017 | 214362 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -24,751.92 |
| 100881 | Jan 08, 2018 | 212910 | Sep 14, 2017 | 214363 | Oct 14, 2017 | Cuke Labor - 2017 Credit | Voucher | | | 2,311.90 |
| 100881 | Jan 08, 2018 | 213019 | Sep 14, 2017 | 214364 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -41,129.87 |
| 100881 | Jan 08, 2018 | 213020 | Sep 14, 2017 | 214365 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -26,173.35 |
| 100881 | Jan 08, 2018 | 213221 | Sep 14, 2017 | 214366 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -15,014.46 |
| 100881 | Jan 08, 2018 | 213222 | Sep 14, 2017 | 214367 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -2,543.15 |
| 100881 | Jan 08, 2018 | 213368 | Sep 14, 2017 | 214368 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -21,820.03 |
| 100881 | Jan 08, 2018 | 213369 | Sep 14, 2017 | 214369 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -2,670.99 |
| 100881 | Jan 08, 2018 | 213593 | Sep 14, 2017 | 214370 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,964.49 |
| 100881 | Jan 08, 2018 | 213789 | Sep 14, 2017 | 214371 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -5,216.87 |
| 100881 | Jan 08, 2018 | 213790 | Sep 14, 2017 | 214372 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -12,211.26 |
| 100881 | Jan 08, 2018 | 214032 | Sep 14, 2017 | 214373 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,991.19 |
| 100881 | Jan 08, 2018 | 214353 | Sep 14, 2017 | 214374 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -2,160.34 |
| 100881 | Jan 08, 2018 | 216489 | Nov 29, 2017 | 214585 | Dec 29, 2017 | Land Rent - 2017 | Voucher | | | -41,168.76 |
| 100881 | Jan 08, 2018 | 51817 | May 18, 2017 | 206352 | Jun 17, 2017 | T. HILL SEED PAID BY G | Voucher | | | 179,000.00 |
| 100881 | Jan 08, 2018 | 52617 | May 26, 2017 | 206757 | Jun 25, 2017 | PAYMENT CK 73054 | Voucher | | | -61,600.00 |
| 100881 | Jan 08, 2018 | 550706 | May 24, 2017 | 206569 | Jun 23, 2017 | Chemical for plant beds - | Voucher | | | 45,761.41 |
| | | | Total Gross: | 164,541.72 | | Total Discount: | .00 | Total Net: | 164,541.72 | 164,541.72 |
| **Grand Totals:** | | | Gross: | 164,541.72 | | Discount: | .00 | Net: | 164,541.72 | 164,541.72 |

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| The Sweet Potato Co. LLC | | | ID: 00160 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 71806 | Feb 28, 2017 | 22817 | Feb 28, 2017 | 202851 | Mar 10, 2017 | PAYMENT | Voucher | | | 80,618.22 |
| 73713 | Jul 21, 2017 | 72117 | Jul 21, 2017 | 209103 | Jul 22, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 73794 | Jul 28, 2017 | 72817 | Jul 28, 2017 | 209246 | Jul 29, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 73959 | Aug 04, 2017 | 80417 | Aug 04, 2017 | 209819 | Aug 05, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74104 | Aug 11, 2017 | 08112017 | Aug 11, 2017 | 210131 | Aug 12, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74155 | Aug 18, 2017 | 81817 | Aug 18, 2017 | 210409 | Aug 19, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74271 | Aug 25, 2017 | 82517 | Aug 25, 2017 | 210742 | Aug 26, 2017 | PAYMENT | Voucher | | | 2,000.00 |
| 100962 | Jan 12, 2018 | 07132017 | Jul 13, 2017 | 208798 | Jul 14, 2017 | Sales of 2008 FJ Cruiser | Voucher | | | -10,000.00 |
| 100962 | Jan 12, 2018 | 07272016 | Jul 27, 2016 | 192806 | Jul 28, 2016 | 2016 Cuke Labor (1/2) | Voucher | | | -40,938.65 |
| 100962 | Jan 12, 2018 | 08112017 | Aug 11, 2017 | 210147 | Aug 12, 2017 | PAYMENT CK#74104 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 103117 | Oct 31, 2017 | 213673 | Nov 01, 2017 | OCTOBER INT | Voucher | | | 22.20 |
| 100962 | Jan 12, 2018 | 112916 | Nov 29, 2016 | 198722 | Dec 21, 2016 | 1/2 LABOR 2016 | Voucher | | | -118,031.20 |
| 100962 | Jan 12, 2018 | 112916 | Nov 29, 2016 | 198721 | Dec 21, 2016 | Transfer from Wooten 20 | Voucher | | | 920,142.05 |
| 100962 | Jan 12, 2018 | 113016 | Nov 30, 2016 | 198743 | Dec 21, 2016 | PAYMENT TO CAPE FE/ | Voucher | | | -726,382.18 |
| 100962 | Jan 12, 2018 | 113017 | Nov 30, 2017 | 215289 | Dec 01, 2017 | NOV. INT | Voucher | | | 21.67 |
| 100962 | Jan 12, 2018 | 123117 | Dec 31, 2017 | 215911 | Jan 01, 2018 | DECEMBER INT. | Voucher | | | 22.57 |
| 100962 | Jan 12, 2018 | 212809 | Jun 15, 2017 | 208033 | Jun 16, 2017 | Freight on Cukes | Voucher | | | -589.00 |
| 100962 | Jan 12, 2018 | 22817 | Feb 28, 2017 | 202857 | Mar 10, 2017 | PAYMENT CK 71806 | Voucher | | | -80,618.22 |
| 100962 | Jan 12, 2018 | 33117 | Mar 31, 2017 | 204700 | Apr 01, 2017 | MARCH INTEREST | Voucher | | | 366.54 |
| 100962 | Jan 12, 2018 | 33117 | Mar 31, 2017 | 204699 | Apr 01, 2017 | FEB. INTEREST | Voucher | | | 942.28 |
| 100962 | Jan 12, 2018 | 43017 | Apr 30, 2017 | 205923 | May 21, 2017 | APRIL INTEREST | Voucher | | | 357.73 |
| 100962 | Jan 12, 2018 | 53117 | May 31, 2017 | 206884 | Jun 01, 2017 | MAY INTEREST | Voucher | | | 372.70 |
| 100962 | Jan 12, 2018 | 60616 | Jun 06, 2016 | 190570 | Jun 15, 2016 | TRANSFER FROM BAILI | Voucher | | | 88,043.29 |
| 100962 | Jan 12, 2018 | 63017 | Jun 30, 2017 | 208375 | Jul 30, 2017 | JUNE INTEREST | Voucher | | | 363.74 |
| 100962 | Jan 12, 2018 | 72117 | Jul 21, 2017 | 209136 | Jul 22, 2017 | PAYMENT CK 73713 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 72817 | Jul 28, 2017 | 209330 | Jul 29, 2017 | PAYMENT CK 73794 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 73117 | Jul 31, 2017 | 209796 | Aug 01, 2017 | JULY INTEREST | Voucher | | | 378.95 |
| 100962 | Jan 12, 2018 | 80417 | Aug 04, 2017 | 209854 | Aug 05, 2017 | PAYMENT CK 73959 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 81817 | Aug 18, 2017 | 210468 | Aug 19, 2017 | PAYMENT CK 74155 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 82517 | Aug 25, 2017 | 210784 | Aug 26, 2017 | PAYMENT CK 74271 | Voucher | | | -2,000.00 |
| 100962 | Jan 12, 2018 | 82917 | Aug 29, 2017 | 210926 | Aug 30, 2017 | AUGUST INTEREST | Voucher | | | 195.32 |
| 100962 | Jan 12, 2018 | 93017 | Sep 30, 2017 | 212333 | Oct 01, 2017 | SEPTEMBER INTEREST | Voucher | | | 10.55 |

| | | | Total Gross: | 115,298.56 | Total Discount: | .00 | Total Net: | 115,298.56 | | 115,298.56 |
|---|---|---|---|---|---|---|---|---|---|---|
| Grand Totals: | | | Gross: | 115,298.56 | Discount: | .00 | Net: | 115,298.56 | | 115,298.56 |

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|-------|-----------|-----------|-------------|---------|----------|-----------------|--------|------|---------|----------|
| **Wooten Land & Timber** | | | ID: 09690 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Feb 07, 2017 | 02072017 | Feb 07, 2017 | 202045 | Feb 08, 2017 | Monthly Payment-Int | Voucher | | | 911.49 |
| | Mar 22, 2017 | 03222017 | Mar 22, 2017 | 203797 | Mar 23, 2017 | Monthly Payment-final-int | Voucher | | | 457.64 |
| | Feb 07, 2017 | 2072017 | Feb 07, 2017 | 202044 | Feb 08, 2017 | Monthly Payment-prin | Voucher | | | 54,462.42 |
| | Mar 22, 2017 | 3222017 | Mar 22, 2017 | 203796 | Mar 23, 2017 | Monthly Payment-final | Voucher | | | 54,916.28 |
| | | | Total Gross: | | 110,747.83 | Total Discount: | .00 | Total Net: | 110,747.83 | 110,747.83 |
| **Wooten Land & Timber LLC** | | | ID: 09600 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Mar 22, 2017 | 01012017 | Jan 01, 2017 | 200131 | Jan 01, 2017 | MONTHLY RENT (OTHEI | Voucher | | | 6,034.52 |
| | Jan 31, 2017 | 01012017 | Jan 01, 2017 | 200130 | Jan 01, 2017 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | Feb 28, 2017 | 02012017 | Feb 28, 2017 | 202922 | Mar 01, 2017 | Monthly Rent on Watec | Voucher | | | 19,612.81 |
| | Mar 22, 2017 | 02012017 | Feb 28, 2017 | 202921 | Mar 01, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | May 30, 2017 | 05012017 | May 01, 2017 | 206491 | May 01, 2017 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | May 22, 2017 | 05012017 | May 01, 2017 | 206490 | May 01, 2017 | MONTHLY RENT (OTHEI | Voucher | | | 6,034.52 |
| | Jul 14, 2017 | 07142017 | Jul 14, 2017 | 208905 | Jul 15, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Nov 02, 2017 | 09012017 | Oct 24, 2017 | 213604 | Oct 25, 2017 | September 2017 Monthly | Voucher | | | 2,700.00 |
| | Nov 30, 2017 | 09012017 | Oct 24, 2017 | 213201 | Oct 25, 2017 | September 2017 Monthly | Voucher | | | 3,334.52 |
| | Mar 22, 2017 | 10012016 | Oct 01, 2016 | 196273 | Oct 01, 2016 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | Dec 08, 2017 | 10312017 | Nov 20, 2017 | 214217 | Nov 21, 2017 | October 2017 Monthly Re | Voucher | | | 3,334.52 |
| | Nov 30, 2017 | 10312017 | Nov 20, 2017 | 214648 | Nov 21, 2017 | October 2017 Monthly Re | Voucher | | | 2,700.00 |
| | Dec 08, 2017 | 10312017 | Dec 08, 2017 | 215140 | Dec 09, 2017 | Over payment correction | Voucher | | | -19.99 |
| | Dec 22, 2017 | 11282017 | Nov 28, 2017 | 215612 | Dec 01, 2017 | November 2017 Monthly I | Voucher | | | 3,314.52 |
| | Jan 11, 2018 | 11282017 | Nov 28, 2017 | 214569 | Dec 01, 2017 | November 2017 Monthly I | Voucher | | | 2,720.00 |
| | Feb 01, 2017 | 12012016 | Dec 01, 2016 | 199909 | Dec 01, 2016 | MONTHLY RENT (OTHEI | Voucher | | | 6,034.52 |
| | Feb 01, 2017 | 12012016 | Dec 01, 2016 | 199907 | Dec 01, 2016 | MONTHLY RENT ON SQ | Voucher | | | 1,720.62 |
| | Jan 11, 2018 | 12012017 | Dec 01, 2017 | 216367 | Dec 02, 2017 | December 2017 Monthly I | Voucher | | | 3,314.52 |
| | Aug 04, 2017 | 8042017 | Aug 04, 2017 | 209916 | Aug 05, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Sep 08, 2017 | 9082017 | Sep 08, 2017 | 211327 | Sep 09, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Apr 28, 2017 | MARCH 201 | Mar 16, 2017 | 203538 | Apr 01, 2017 | MARCH 2017 MONTHLY | Voucher | | | 19,612.81 |
| | Apr 28, 2017 | MARCH 201 | Mar 16, 2017 | 203537 | Apr 01, 2017 | MARCH 2017 MONTHLY | Voucher | | | 6,034.52 |
| | | | Total Gross: | | 169,458.92 | Total Discount: | .00 | Total Net: | 169,458.92 | 169,458.92 |
| **Grand Totals:** | | | Gross: | | 280,206.75 | Discount: | .00 | Net: | 280,206.75 | 280,206.75 |

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Southern Roots** | | | ID: 00130 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Jan 05, 2018 | 10518 | Jan 05, 2018 | 216077 | Jan 06, 2018 | PAYMENT | Voucher | | | 10,000.00 |
| | Dec 01, 2017 | 120117 | Dec 01, 2017 | 214940 | Dec 02, 2017 | PAYMENT ON CROP | Voucher | | | 226,861.90 |
| 100503 | Dec 08, 2017 | 120717 | Dec 07, 2017 | 215073 | Dec 08, 2017 | PAYMENT | Voucher | | | 10,000.00 |
| 100701 | Dec 22, 2017 | 122217 | Dec 22, 2017 | 215583 | Dec 23, 2017 | Payment on account | Voucher | | | 5,000.00 |
| 100768 | Dec 29, 2017 | 122917 | Dec 29, 2017 | 215788 | Dec 30, 2017 | PAYMENT | Voucher | | | 5,000.00 |
| 100966 | Jan 12, 2018 | 11218 | Jan 12, 2018 | 216369 | Jan 13, 2018 | PAYMENT | Voucher | | | 10,000.00 |
| | | | Total Gross: | | 266,861.90 | Total Discount: | .00 | Total Net: | 266,861.90 | 266,861.90 |
| Grand Totals: | | | Gross: | | 266,861.90 | Discount: | .00 | Net: | 266,861.90 | 266,861.90 |

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trinity Frozen Foods** | | | **ID: 9880** | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | May 03, 2017 | 195358 | Jul 13, 2016 | 192224 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -5,050.50 |
| | May 03, 2017 | 195360 | Jul 13, 2016 | 192228 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -2,356.11 |
| | May 03, 2017 | 195361 | Jul 13, 2016 | 192225 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -6,015.00 |
| | May 03, 2017 | 195463 | Jul 13, 2016 | 192227 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -5,376.60 |
| | May 03, 2017 | 195466 | Jul 13, 2016 | 192226 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -4,644.45 |
| | May 03, 2017 | 3698 | Jun 03, 2016 | 192223 | Jun 04, 2016 | Packing charge on dice p | Voucher | | | 23,442.66 |
| | | | Total Gross: | | .00 | Total Discount: | .00 | Total Net: | .00 | .00 |
| Grand Totals: | | | Gross: | | .00 | Discount: | .00 | Net: | .00 | .00 |

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| ARGO Investments of Columbus Inc | | | ID: 0163 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 71500 | Feb 02, 2017 | 02012017 | Feb 01, 2017 | 201811 | Feb 01, 2017 | Lease Payment on 2 Trail | Voucher | | | 900.00 |
| 71568 | Feb 09, 2017 | 5.1 | Feb 01, 2017 | 202203 | Feb 01, 2017 | Lease Payment on 2 Trail | Voucher | | | 1,175.00 |
| 71815 | Mar 01, 2017 | 03012017 | Mar 01, 2017 | 202933 | Mar 02, 2017 | Lease pymt on Sweet Pol | Voucher | | | 1,175.00 |
| 71815 | Mar 01, 2017 | 03012017 | Mar 01, 2017 | 202934 | Mar 02, 2017 | Lease Payment on 2 Trail | Voucher | | | 900.00 |
| 72267 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204300 | Apr 04, 2017 | APRIL 2017-1 SWEET P( | Voucher | | | 1,175.00 |
| 72267 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204299 | Apr 04, 2017 | APRIL 2017-2 Trailers an | Voucher | | | 900.00 |
| 72267 | Apr 03, 2017 | 6 | Apr 01, 2017 | 204298 | Apr 02, 2017 | APRIL 2017-LABOR CAN | Voucher | | | 2,500.00 |
| 72675 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205492 | May 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 72675 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205493 | May 01, 2017 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 72908 | May 12, 2017 | 7 | May 12, 2017 | 206133 | May 13, 2017 | May 2017 Labor Camp R( | Voucher | | | 2,500.00 |
| 73121 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206969 | Jun 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 73121 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206970 | Jun 01, 2017 | LEASE PYMT ON SWEE | Voucher | | | 1,175.00 |
| 73121 | Jun 01, 2017 | 8 | Jun 01, 2017 | 206967 | Jun 01, 2017 | JUNE 2017 LABOR CAM | Voucher | | | 2,500.00 |
| 73634 | Jul 14, 2017 | 07012017 | Jul 01, 2017 | 208331 | Jul 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 73634 | Jul 14, 2017 | 07012017 | Jul 01, 2017 | 208332 | Jul 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 73634 | Jul 14, 2017 | 1 | Jul 14, 2017 | 208893 | Jul 15, 2017 | Payment #1 - lawnmower | Voucher | | | 1,000.00 |
| 73634 | Jul 14, 2017 | 9 | Jul 01, 2017 | 208333 | Jul 01, 2017 | MONTHLY LABOR CAMF | Voucher | | | 2,500.00 |
| 73908 | Aug 02, 2017 | 08012017 | Aug 01, 2017 | 209665 | Aug 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 73908 | Aug 02, 2017 | 08012017 | Aug 01, 2017 | 209662 | Aug 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 73908 | Aug 02, 2017 | 10 | Aug 01, 2017 | 209667 | Aug 01, 2017 | MONTHLY LABOR CAMF | Voucher | | | 2,500.00 |
| 73908 | Aug 02, 2017 | 2 | Aug 01, 2017 | 209666 | Aug 01, 2017 | Payment #2-Lawnmower | Voucher | | | 1,000.00 |
| 74524 | Sep 22, 2017 | 11 | Sep 01, 2017 | 211115 | Sep 01, 2017 | SEPT. 2017 LABOR CAN | Voucher | | | 2,500.00 |
| 74658 | Oct 06, 2017 | 12 | Oct 01, 2017 | 212355 | Oct 01, 2017 | OCT. 2017 LABOR CAMF | Voucher | | | 2,500.00 |
| 100334 | Nov 21, 2017 | 09012017 | Sep 01, 2017 | 211113 | Sep 01, 2017 | LEASE PAY ON 1 SWEE | Voucher | | | 1,175.00 |
| 100334 | Nov 21, 2017 | 09012017 | Sep 01, 2017 | 211112 | Sep 01, 2017 | LEASE PAY ON 2 TRAILI | Voucher | | | 900.00 |
| 100334 | Nov 21, 2017 | 10012017 | Oct 01, 2017 | 212353 | Oct 01, 2017 | LEASE PAY ON 1 SWEE | Voucher | | | 1,175.00 |
| 100334 | Nov 21, 2017 | 10012017 | Oct 01, 2017 | 212352 | Oct 01, 2017 | LEASE PAY ON 2 TRAILI | Voucher | | | 900.00 |
| 100334 | Nov 21, 2017 | 3 | Sep 01, 2017 | 211114 | Sep 01, 2017 | LEASE PAY ON 2017 JD | Voucher | | | 1,000.00 |
| 100334 | Nov 21, 2017 | 4 | Oct 01, 2017 | 212354 | Oct 01, 2017 | LEASE PAY ON 2017 JD | Voucher | | | 1,000.00 |
| 100531 | Dec 08, 2017 | 11012017 | Nov 01, 2017 | 213550 | Nov 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 100531 | Dec 08, 2017 | 11012017 | Nov 01, 2017 | 213551 | Nov 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 100531 | Dec 08, 2017 | 13 | Nov 01, 2017 | 213764 | Nov 01, 2017 | NOVEMBER 2017 LABOl | Voucher | | | 2,500.00 |
| 100531 | Dec 08, 2017 | 5 | Nov 01, 2017 | 213552 | Nov 01, 2017 | LEASE PAY. ON 2017 JD | Voucher | | | 1,000.00 |
| 100675 | Dec 22, 2017 | 12012017 | Dec 01, 2017 | 214682 | Dec 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 100675 | Dec 22, 2017 | 12012017 | Dec 01, 2017 | 214679 | Dec 01, 2017 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 100675 | Dec 22, 2017 | 6 | Dec 01, 2017 | 214683 | Dec 01, 2017 | LEASE PYMT ON 2017 J | Voucher | | | 1,000.00 |
| 100954 | Jan 12, 2018 | 01012018 | Jan 01, 2018 | 215958 | Jan 01, 2018 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 100954 | Jan 12, 2018 | 01012018 | Jan 01, 2018 | 215957 | Jan 01, 2018 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 100954 | Jan 12, 2018 | 7 | Jan 01, 2018 | 215959 | Jan 01, 2018 | LEASE PYMT ON 2017 J | Voucher | | | 1,000.00 |
| | | | Total Gross: | | 51,900.00 | Total Discount: | .00 | Total Net: | 51,900.00 | 51,900.00 |
| Grand Totals: | | | Gross: | | 51,900.00 | Discount: | .00 | Net: | 51,900.00 | 51,900.00 |

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|-------|-----------|-----------|-------------|---------|----------|------------------|--------|------|---------|----------|
| **Mary Margaret Wooten Nealy** | | | **ID: 09983** | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 89682 | Jun 16, 2017 | 6162017 | Jun 16, 2017 | 207708 | Jun 17, 2017 | Personal | Voucher | | | 2,000.00 |
| | | | Total Gross: | | 2,000.00 | Total Discount: | .00 | Total Net: | 2,000.00 | 2,000.00 |
| Grand Totals: | | | Gross: | | 2,000.00 | Discount: | .00 | Net: | 2,000.00 | 2,000.00 |

# EXHIBIT G

Located at Chadbourn

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| **RSP 18BU 1 WH  Total** | **Southern Roots** | **55** | **55** |
| **RSP 18BU CAN CV Total** | | **28** | **28** |
| **RSP 38BU 1 CV  Total** | | **1330.5** | **2809** |
| **RSP 38BU 1 CVORG  Total** | | **160** | **338** |
| **RSP 38BU 1 MU  Total** | | **193** | **407** |
| **RSP 38BU CAN CV  Total** | | **724.75** | **1530** |
| **RSP 38BU CAN CVORG  Total** | | **15** | **32** |
| **SEED 38BU CVG1 CVOrganic Total** | | **3** | **6** |
| **SEED 38BU CVG3 CV Total** | | **487** | **1028** |
| **SEED 38BU CVG3 CVOrganic Total** | | **34** | **72** |
| **SEED 38BU ROG3 ROSE Total** | | **35** | **74** |
| **SEED 38BU UNSP ROSE Total** | | **97** | **205** |
| **SEED 38BU WHG3 WH Total** | | **6** | **13** |
| **Grand Total** | | **3168.25** | **6596** |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| **RSP 18BU 1 CV  Total** | **MK's Farms** | **63** | **63** |
| **Grand Total** | | **63** | **63** |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| **RSP 18BU 1 CV  Total** | **Carmichael** | **362** | **362** |
| **RSP 38BU 1 CV  Total** | | **114** | **241** |
| **RSP 38BU CAN CV  Total** | | **1** | **2** |
| **Grand Total** | | **477** | **605** |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| **RSP 18BU 1 CV  Total** | **Warren Dixon** | **382** | **382** |
| **Grand Total** | | **382** | **382** |

Located at Maxton

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| **RSP 38BU 1 CV  Total** | **Carmichael** | **3249** | **6858** |
| **RSP 38BU CAN CV  Total** | | **878** | **1854** |