## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | |
| WAYNE BAILEY, INC., | CASE NO. 18-00284-5-SWH |
| | CHAPTER 11 |
| DEBTOR. | |

### MOTION TO SELL PROPERTY BY PUBLIC SALE, FREE AND CLEAR OF LIENS AND OTHER INTERESTS

**COMES NOW** WAYNE BAILEY, INC. ("Debtor"), by and through undersigned counsel of record, and respectfully moves this Court for an Order allowing the sale of certain real and personal property by public sale, free and clear of liens and other interests in said property, with liens to attach to the proceeds pursuant to 11 U.S.C. § 363(f), and in support thereof shows unto this Court as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The Debtor filed its petition pursuant to Chapter 11 of the United States Bankruptcy Code on January 21, 2018, and currently operates as a Debtor-in-Possession.

3. The Debtor is a North Carolina corporation with its principal place of business located in Chadbourn, Columbus County, North Carolina.

4. On June 29, 2018, the Debtor filed its First Amended Plan of Reorganization (the "Plan"). The Plan proposed that the Debtor would sell certain real and personal property owned by the Debtor to Southern Roots Farming Co., LLC ("Southern Roots"), and that if Southern Roots did not close on the purchase of the property by September 15, 2018, the Debtor will sell such property by public sale. A hearing was held on confirmation of the Plan on September 6, 2018, at which time the Court orally confirmed the Plan. The Debtor is awaiting entry of the Order Confirming Plan.

5. In accordance with the terms of the Plan, the Debtor now seeks to sell the real and personal property listed on Exhibits A and B, attached hereto, by public sale, as Southern Roots did not close on the purchase of real and personal property by the deadline in the Plan.

6. This Motion is made pursuant to the provisions of the Plan, and §§ 363(f), 1129, and 1101, *et seq.* of the Bankruptcy Code and subject to Rule 6004 of the Bankruptcy Rules which provide for a subsequent determination of the validity, priority, and extent of such liens after due notice and a hearing as provided by law.

7. The Debtor seeks to sell the real estate commonly known as the Orange Warehouse, the Grain Market, the Blue Building, the Red & White Building, the Harrison Farm, and the Labor Camp, by public sale, in the manner described herein. The real estate to be sold and the liens encumbering each tract of real estate are described on **Exhibit A**, attached hereto.

8. The Debtor also seeks to sell personal property, comprised mainly of farming equipment and vehicles, by public sale. A list of the personal property to be sold, and first priority lienholder is attached hereto as **Exhibit B**.

9. The Debtor will file an Application For Approval of Employment and compensation of Auctioneer, seeking to employ County Boys Auction & Realty, Inc. ("County Boys") to conduct a public sale of the real and personal property described herein.

10. The Debtor seeks an order of the Court declaring that the sale of the Debtor's property be made free and clear of any and all liens, encumbrances, claims, rights, and other interests, including but not limited to the following:

   a. Any and all property taxes due and owing to any City, County, or municipal corporation, including the Columbus County Tax Collector and the Town of Chadbourn;

   b. Any and all liens or trusts asserted by creditors asserting "PACA CLAIMS,"

i.e. creditors with claims under the Perishable Agricultural Commodities Act of 1930, as amended 7 U.S.C. § 499e(c), that are filed and Allowed in accordance with the PACA Claims Order[1];

  c. Any and all liens detailed on **Exhibit A, attached hereto**;

  d. Any and all liens of CFG Financial Services, LLC ("CFG"), Cape Fear Farm Credit, ACA ("CFFC"), Millstream Farms Inc., Millstream Farming, LLC, Seven Mile, LLC, Henry and Laurie Chancy, Diversified Financial Services, Inc., based upon UCC financing statements filed with the North Carolina Secretary of State;

  e. Any and all liens of m2 Lease Funds LLC, Hanmi Bank (formerly River Valley Capital), and Stearns Bank, N.A. as a result of liens recorded on certificates of title in favor of these creditors; and

  f. Any and all remaining interests, liens, encumbrances, rights and claims asserted against the Property, which relate to or arise as a result of a sale of the Property, or which may be asserted against the buyer of the Property, including, but limited to, those liens, encumbrances, interests, rights and claims, whether fixed and liquidated or contingent and unliquidated, that have or may be asserted against the Property or the buyer of the Property by the North Carolina Department of Revenue, the Internal Revenue Service, and any and all other taxing and government authorities. The herein described liens shall attach to the proceeds of sale, if any, subject to the Orders of Distribution that may be entered by the Court.

11. Upon information and belief, certain holders of PACA claims may asset that all or a portion of the sales proceeds from this sale are subject to the statutory PACA Trust. The deadline for

---

[1] Pursuant to the terms of the Plan, the Debtor will pay Allowed PACA claims in full or escrow funds for payment within

the Debtor to pay or escrow funds for PACA claims under the Plan is 45 days from the Effective Date. No determination has yet been made as to assets within the PACA Trust. The Debtor requests that the distribution of the sales proceeds to any party in interest be subject to a full reservation of rights by any PACA claimant determined to have an Allowed PACA Claim that is not otherwise paid in full by the Debtor's cash on hand, inventory, and accounts receivable, to request the clawback of such funds in the event the Court determines that such asset(s) are within the PACA Trust.

12. The sale as hereinabove described is in the best interest of this estate and of all creditors.

13. The Debtor asserts that the proposed sale was negotiated in good faith and represents a fair price for the Property.

14. Following the conclusion of the sale, the Debtor will file a report of sale, which shall set forth the distribution of the sales proceeds based upon the results of the public sale.

15. <u>If any creditor claiming a lien, encumbrance, right or interest on, in or against the Debtor's Property, or against a buyer of the Debtor's Property, does not object within the time allowed, it should be deemed to have consented to sale of the Debtor's Property free and clear of its liens, claims, encumbrances, rights, and interests.</u>

**WHEREFORE**, the Debtor prays of the Court for an Order, as follows:

1. To allow the sale of the Debtor's Property by public sale.

2. To allow the sale of the Debtor's Property described herein, free and clear of the liens, claims, encumbrances, rights and interests described herein.

3. To allow the described liens to attach to the proceeds of sale, if any, subject to the Orders of Distribution that may be entered by this Court.

---

45 days of the Effective Date.

4. To reserve for a subsequent determination the validity, priority, and extent of the liens of such lienholders and claimants.

5. To allow that the buyers of the Debtor's Property do not assume, have any liability for, or in any manner be responsible for any liabilities or obligations of the Debtor, whether *in rem* claims or *in personam* claims.

6. To enjoin all creditors and claimants of the Debtor, and all persons having an interest of any nature derived through the Debtor, from pursing any action against the buyers of the Debtor's personal property once acquired by the buyers.

DATED: 10/2/2018                    s/Laurie B. Biggs
                                    LAURIE B. BIGGS
                                    N.C. State Bar No. 31845
                                    STUBBS & PERDUE, P.A.
                                    9208 Falls of Neuse Road, Suite 201
                                    Raleigh, North Carolina 27615
                                    (919) 870-6258
                                    (919) 870-6259 Facsimile
                                    E-mail: lbiggs@stubbsperdue.com

| WAYNE BAILEY, INC. | | | | |
|---|---|---|---|---|
| CASE NO. 18-00248-5-SWH | | | | |
| **EXHIBIT A - Real Property** | | | | |
| **COLUMBUS COUNTY** | **Property Description** | **Liens** | **Date of D/T or UCC** | **Book/Page** |
| 322 E. Kirkland Street, Chadbourn, NC | Lots 1-15, portion of 21, and 22-36 Graham Division | Millstream Farms, Inc. | 6/21/2002 | 695/380 |
| "ORANGE WAREHOUSE" | Parcel #25798 | Cape Fear Farm Credit | 9/30/2014 | 1094/639 |
| | | Millstream Farming, LLC | 9/30/2014 | 1094/679 |
| | | Seven Mile, LLC | 9/30/2014 | 1094/712 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/744 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/776 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/808 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/840 |
| | UCC | Cape Fear Farm Credit | | 1095/20 |
| | UCC | Henry & Laurie Chancy | | 1103/96 |
| | UCC | Seven Mile, LLC | | 1103/133 |
| | UCC | Millstream Farming, LLC | | 1103/170 |
| | | | | |
| E. Kirkland St, Chadbourn, NC | M&B Kirkland St | Millstream Farms, Inc. | 6/21/2002 | 695/380 |
| "GRAIN MARKET" | Parcel #25796 | Cape Fear Farm Credit | 9/30/2014 | 1094/639 |
| | | Millstream Farming, LLC | 9/30/2014 | 1094/679 |
| | | Seven Mile, LLC | 9/30/2014 | 1094/712 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/744 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/776 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/808 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/840 |
| | UCC | Cape Fear Farm Credit | | 1095/20 |
| | UCC | Henry & Laurie Chancy | | 1103/96 |
| | UCC | Seven Mile, LLC | | 1103/133 |
| | UCC | Millstream Farming, LLC | | 1103/170 |
| | UCC | Millstream Farms, Inc. | | 1103/207 |
| | | | | |
| 326 E. Kirkland St, Chadbourn, NC | M&B Kirkland St | Millstream Farms, Inc. | 6/21/2002 | 695/380 |
| "BLUE BUILDING" | Parcel #25797 | Cape Fear Farm Credit | 9/30/2014 | 1094/639 |
| | | Millstream Farming, LLC | 9/30/2014 | 1094/679 |
| | | Seven Mile, LLC | 9/30/2014 | 1094/712 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/744 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/776 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/808 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/840 |
| | | CFG Financial Services, LLC | 6/3/2016 | 1157/572 |
| | UCC | Cape Fear Farm Credit | | 1095/20 |
| | UCC | Henry & Laurie Chancy | | 1103/96 |
| | UCC | Seven Mile, LLC | | 1103/133 |
| | UCC | Millstream Farming, LLC | | 1103/170 |
| | UCC | CFG Financial Services LLC | | 1157/622 |
| | | | | |
| 1405 Joe Brown Hwy, Chadbourn, NC | approx 3.29 acres Hwy 410 M&B | Millstream Farms, Inc. | 6/21/2002 | 695/380 |
| "RED & WHITE BLDG" | parcel #25085 | Millstream Farms, Inc. | 2/23/2011 | 1013/985 |
| | | Cape Fear Farm Credit | 9/30/2014 | 1094/639 |
| | | Millstream Farming, LLC | 9/30/2014 | 1094/679 |
| | | Seven Mile, LLC | 9/30/2014 | 1094/712 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/744 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/776 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/808 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/840 |
| | UCC | Cape Fear Farm Credit | | 1095/20 |

| COLUMBUS COUNTY | Property Description | Liens | Date of D/T or UCC | Book/Page |
|---|---|---|---|---|
| | UCC | Henry & Laurie Chancy | | 1103/96 |
| | UCC | Seven Mile, LLC | | 1103/133 |
| | UCC | Millstream Farming, LLC | | 1103/170 |
| | | | | |
| Off 242, Evergreen, NC | APPROX 50 acres, M&B | Millstream Farms, Inc. | 8/8/2008 | 937/946 |
| "HARRISON FARM" | parcel #22724 | Millstream Farms, Inc. | | 1013/985 |
| | | Cape Fear Farm Credit | 9/30/2014 | 1094/639 |
| | | Millstream Farming, LLC | 9/30/2014 | 1094/679 |
| | | Seven Mile, LLC | 9/30/2014 | 1094/712 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/744 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/776 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/808 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/840 |
| | UCC | Cape Fear Farm Credit | | 1095/20 |
| | UCC | Henry & Laurie Chancy | | 1103/96 |
| | UCC | Seven Mile, LLC | | 1103/133 |
| | UCC | Millstream Farming, LLC | | 1103/170 |
| | | | | |
| 506 Joe Brown Hwy, Chadbourn, NC | Approx 2.08 acres Hwy 410 | Cape Fear Farm Credit | 9/30/2014 | 1094/639 |
| "LABOR CAMP" | Parcel #77343 | Millstream Farming, LLC | 9/30/2014 | 1094/679 |
| | | Seven Mile, LLC | 9/30/2014 | 1094/712 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/744 |
| | | Henry & Laurie Chancy | 9/30/2014 | 1094/776 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/808 |
| | | Millstream Farms, Inc. | 9/30/2014 | 1094/840 |
| | | CFG Financial Services LLC | 6/3/2016 | 1157/572 |
| | UCC | Cape Fear Farm Credit | | 1095/20 |
| | UCC | Henry & Laurie Chancy | | 1103/96 |
| | UCC | Seven Mile, LLC | | 1103/133 |
| | UCC | Millstream Farming, LLC | | 1103/170 |
| | UCC | CFG Financial Services, LLC | | 1157/622 |

**Wayne Bailey Inc.**
**Exhibit B - Personal Property**

| Year | Make | Model | VIN | Lienholder |
|---|---|---|---|---|
| 1996 | International | Truck (cutoff bus) | 1HVBDAAN9TH309267 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN5RH575830 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN9RH575703 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACNXRH575841 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN8RH575885 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN8RH575823 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN2RH575901 | N/A |
| 1995 | International | Truck (cutoff bus) | 1HVBDAAN4SH678942 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN9RH575829 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN5RH575908 | N/A |
| 1995 | International | Truck (cutoff bus) | 1HVBDAANXSH679111 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN2RH575719 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDAAN3SH678723 | N/A |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN6RH575903 | N/A |
| 1995 | International | Truck (cutoff bus) | 1HVBDAAN4SH679069 | N/A |
| 1995 | International | Truck (cutoff bus) | 1HVBBAAN1SH678371 | N/A |
| 1992 | International | Truck (cutoff bus) | 1HVBBPEN9PH487043 | N/A |
| 1987 | Ford | Truck (cutoff bus) | 1FDWJ74N3HVA04950 | N/A |
| 1998 | Ford | Truck | 1FDNF70J3WVA02922 | N/A |
| 1986 | GMC | Truck (cutoff bus) | 1GDL7D1BXGV508050 | N/A |
| 1991 | GMC | Truck | 1GDM7H1J9MJ513410 | N/A |
| 2007 | GMC | Sierra Truck | 14249 | M2 Funding |
| 2007 | GMC | Sierra Truck | 93262 | M2 Funding |
| 2013 | International | Prostar Truck | 6218 | M2 Funding |
| 2011 | International | Prostar Truck | 65679 | Hamni Bank |
| 2013 | International | Prostar Truck | 6291 | Stearns Bank |
| 2013 | International | Prostar Truck | 66362 | Stearns Bank |
| 2011 | International | Prostar Truck | 65906 | M2 Funding |
| 2013 | International | Prostar Truck | 83587 | Stearns Bank |
| 2003 | Kenworth | Truck | 1XKTDB9X03J709494 | N/A |
| 2005 | Freightliner | Truck | 1FUJA6DE05LN51764 | N/A |
| 1999 | International | Truck | 2HSFHAER2XCO86843 | N/A |
| 1991 | Trailmobile | | 1PTF71TH6M9004151 | N/A |
| 1987 | Trailerberg | | 1GRAA962S174905 | N/A |
| 1989 | Fontaine | Trailer | 13N-1482C-7-K1547435 | N/A |
| 1997 | Fontier | Trailer | 13N1483008V1573275 | N/A |
| 1998 | Tran | Trailer | 1TTF48203W1055611 | N/A |
| 1985 | Brothers | Trailer | 21746 | M2 Funding |
| 1998 | Jerry | Trailer | 4BXUN10154S306069 | N/A |
| 2013 | | Reefer | 527SR532XDM001687 | N/A |
| 2012 | | Reefer | 4BXUN10154S306069 | N/A |
| 2013 | Vanguard | Reefer | 527SR5326DM001685 | N/A |
| 2013 | | Reefer | 527SR532XDM001690 | |

| | | | | |
|---|---|---|---|---|
| 1997 | Ford | Bus (40 people) | 1FDXB80C3VVA30553 | N/A |
| 1997 | Ford | Bus (40 people) | 1FDXB80C9VVA30346 | N/A |
| 2007 | GMC | Sierra | 1GTEK14C27Z590802 | N/A |
| 1994 | International | Bus (15 people) | 1HVBDACM1RH575654 | N/A |
| 1998 | Dodge | Van | 2B5WB35Z7WK133254 | N/A |
| 1994 | Dodge | Van | 2B5WB35Z4RK144801 | N/A |
| 2006 | GMC | Sierra | 1GTHK23D86F236604 | N/A |
| 2004 | GMC | Sierra | 2GTEK19V341319049 | N/A |
| 2008 | GMC | Sierra | 1GTHK23608F200216 | N/A |
| 2002 | Ford | F250 | 1FDNX21L32EB11102 | N/A |
| 2000 | Ford | F150 | 1FTZF1729YNC37541 | N/A |
| 2002 | Chevrolet | | 1GCJK33D66F182484 | N/A |
| 2008 | GMC | Yukon | 1GKFK163X8J219246 | N/A |
| 1997 | Ford | F350 | 1FDKF37F8VEB81258 | N/A |
| 2001 | Freightliner | FL70 | 1FVABSAL91HH62370 | N/A |
| 1987 | Great Dane | Trailer | 1GRAA9621FS090504 | N/A |
| 2007 | GMC | Sierra | 3GTEC14X27G233717 | N/A |
| 2008 | Chevy | Silverado | 1GCEC14X88Z172570 | N/A |

| Equipment | Serial No. | 1st Lienholder |
|---|---|---|
| 6ft box blade | | CFG |
| 8 row KMC stack fold bar with holland transplanter units | | CFG |
| Athens 15 tooth chisel plow | F89150 | CFG |
| John Deere 6 row 7300 planter | | CFG |
| John Deere 750 Seed drill | N00750X002394 | CFG |
| Rhino 5 ft offset mower | | CFG |
| Sheppard layby sprayer | | CFG |
| Woods 14ft rotary cutter | | CFG |
| 1000 gallon nurse tank on skid | | CFG |
| 1000 gallon nurse tank on skid | | CFG |
| 1000 gallon nurse tank on skid  1000 gallon nurse tank on skid | | CFG |
| 1500 gallon nurse tank on skid | | CFG |
| 2000 gallon nitrogen tank | | CFG |
| 4 Row bed shaper | | CFG |
| 4 row shop built digging plow | | CFG |
| 4 row shop built digging plow | | CFG |
| 4 row shop built digging plow | | CFG |
| 4 row shop built digging plow | | CFG |
| 4 row shop built digging plow | | CFG |
| 48' sand filter on trailer fiberglass | | CFG |
| 48' sand filters on trailer SS | | CFG |
| 6000 gallon poly tank | | CFG |
| 8 row KMC bed level incorporator | | CFG |
| 8 row KMC bedder | 75615 | CFG |
| 8 row KMC rolling cultivator | | CFG |
| 8 row KMC stack fold bar with holland transplanter units | | CFG |
| Agri craft 6 fl spreader | 503705 | CFFC |
| Agri craft 9 ton tender | | CFG |
| Rain Reel irrigation reel | A34640 | CFG |
| Any other miscellaneous equipment in service or salvage | | CFG |
| Assorted aluminum irrigation pipe 6'4'3'2' | | CFG |
| Assorted irrigation fittings | | CFG |
| Case 125 Puma | Z8BL02027 | CFFC |
| DMI 2500 ripper 6 shank | 622890 | CFG |
| Ford 5600 | C522206 | CFG |
| Ford 7610 | 8B35079 | CFG |
| Foster Easley 4 row chain digger | | CFFC |

| | | |
|---|---|---|
| Furguson side trencher | | CFG |
| Hardee long reach cutter | 8666 | CFFC |
| Hobbs irrigation reel | 27213 | CFG |
| John Deere 20ft rotary hoe | | CFG |
| John Deere 637 disk 24ft | N00637X014413 | CFFC |
| John Deere 637 disk 30ft | N0063X005172 | CFFC |
| John Deere 8320 | P032308 | CFFC |
| John Deere hx 20 batwing mower | 1PDHX20FPAPO11533 | CFG |
| KMC 21 ft field cultivator | | CFG |
| Layflat irrigation hose | | CFG |
| Massey Ferguson 135 Lull Boom Lift | | CFG |
| Micro band 4 row gandy applicator | | CFG |
| Oval irrigation hose | | CFG |
| Peturis 1 row harvester | | CFG |
| Peturis 1 row harvester | | CFG |
| Peturis 1 row harvester | | CFG |
| Peturis 1 row harvester | | CFG |
| Plant bed trailer | | CFG |
| Plant crates Shop contents | | CFG |
| Rayne plane | 329961 | CFG |
| Reddick 3pt sprayer | | CFG |
| Redick 3 pt sprayer | | CFG |
| Roto wiper 15 ft wick bar | | CFG |
| Sheppard front mount and saddle mount tractor tanks | | CFG |
| Sheppard layby sprayer | | CFG |
| Strickland 2 row disk plow | | CFG |
| Strickland plant cutter | | CFG |
| Strickland plant cutter riding | | CFG |
| Strickland plastic laying machine | | CFG |
| Strickland plastic removal machine | | CFG |
| Strickland seed covering machine | | CFG |
| Strickland seed hopper | | CFG |
| Strickland seed hopper | | CFG |
| Strickland vac master mowing | | CFG |
| UFT 15ft field cultivator | | CFG |
| White 12 row 8000 planter | | CFG |
| Woods 10ft hyd blade | | CFG |
| Woods 14 ft rotary cutter | | CFG |
| Woods 14ft rotary cutter | | CFG |
| Woods 15 ft flail mower | | CFG |
| Digger | 95135 | CFG |

| | | |
|---|---|---|
| International 5240 T | A26W51535 | CFG |
| Row Crop Tractor | RW7410H012477 | CFG |
| 2002 Case MX 180 Tractor | DEG0005834 | CFG |
| 2004 Case Intl Harvestor | SNACM218073 | CFG |
| John Deere Row Crop Tractor | 1236 | CFG |
| John Deere Tractor | PO37178 | CFG |
| John Deere Power uNI | T06068T479552 | CFG |
| PSI Reel Rain Reel | 27213 | CFG |
| 2008 John Deere sprayer | N04730X002411 | CFG |
| Irrigation Equipment - 2-New Model 7000 Valley 4-Tower Pivots 835", 820' | 10890024 & 10890025 | Diversified Fin. |
| Monosem 4 row planter | 0236 | CFFC |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:
WAYNE BAILEY, INC.,                               CASE NO. 18-00284-5-SWH
                                                  CHAPTER 11
    DEBTOR.

## NOTICE OF MOTION TO SELL PROPERTY BY PUBLIC SALE, FREE AND CLEAR OF LIENS AND OTHER INTERESTS

NOTICE IS HEREBY GIVEN of the MOTION TO SELL PROPERTY BY PUBLIC SALE, FREE AND CLEAR OF LIENS AND OTHER INTERESTS ("Motion") filed by the Debtor simultaneously herewith in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court on or before October 26, 2018, 2018; and,

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on October 31, 2018 at 10:30 a.m. at the United States Bankruptcy Court, 300 Fayetteville Street, 2nd Floor Courtroom, Raleigh, North Carolina. Any party requesting a hearing or filing a response shall appear at said hearing in support of such request or he may be assessed Court costs. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto *ex parte* without further notice.

DATE OF NOTICE: 10/2/2018            s/Laurie B. Biggs
                                     LAURIE B. BIGGS
                                     N.C. State Bar No. 31845
                                     STUBBS & PERDUE, P.A.
                                     9208 Falls of Neuse Road, Suite 201
                                     Raleigh, North Carolina 27615
                                     (919) 870-6258
                                     (919) 870-6259 Facsimile
                                     E-mail:  lbiggs@stubbsperdue.com

## **CERTIFICATE OF SERVICE**

I, Laurie B. Biggs, 9208 Falls of Neuse Road, Suite 201, Raleigh, North Carolina 27615 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 2nd day of October 2018, copies of the foregoing MOTION TO SELL PROPERTY BY PUBLIC SALE, FREE AND CLEAR OF LIENS AND OTHER INTERESTS and Notice were served on the parties shown on the attached Exhibit A as indicated; and,

That I certify under penalty of perjury that the foregoing is true and correct.

DATED:  10/2/2018         s/Laurie B. Biggs
                          LAURIE B. BIGGS N.C. State Bar No. 31845
                          STUBBS & PERDUE, P.A.
                          9208 Falls of Neuse Road, Suite 201
                          Raleigh, North Carolina 27615
                          (919) 870-6258
                          E-mail:  lbiggs@stubbsperdue.com

# EXHIBIT A

Bankruptcy Administrator, via CM/ECF

Michael Gurkins, via E-mail
Country Boys Auction & Realty Co. Inc.

U.S. Attorney, via U.S. Mail
Attn: Civil Process Clerk
310 New Bern Avenue
Federal Bldg.Ste 800
Raleigh, NC  278601-1461

U.S. Department of Agriculture
Attn: Christine Sullivan, PACA Division
1400 Independence Avenue, SW
Room 1510, South, Stop 0242
Washington, DC  20250
(*via E-mail:*
*Christine.Sullivan@ams.usda.gov*
*and U.S. Mail)*

| | | |
|---|---|---|
| Andrew Tyson<br>985 Evans Road<br>Nashville, NC 27856<br>*Via U.S. Mail* | Atlantic Belt<br>c/o Sharon Sir<br>*ssir@atlbelt.com*<br>*Via e-mail* | Battleboro Produce, Inc.<br>c/o A. Scott McKellar, Esq.<br>*Via CM/ECF* |
| Boyette Brothers Produce. LLC<br>c/o Terri L. Gardner, Esq. &<br>Leslie Mize, Esq.<br>*Via CM/ECF* | Cape Fear Farm Credit<br>c/o Brian Smith<br>*bsmith@capefearfarmcredit.com*<br>*Via e-mail* | Cape Fear Farm Credit<br>c/o Christine L Myatt, Esq.<br>*Via CM/ECF* |
| Carmichael Farms, LLC<br>c/o Margaret R. Westbrook, Esq.<br>*Via CM/ECF* | Castellini Company, LLC<br>c/o Christopher M. Corrigan, Esq.<br>*Via CM/ECF* | Castellini Company, LLC<br>c/o Mark A. Amendola, Esq.<br>*Via CM/ECF* |
| CFG Financial Services, LLC<br>c/o John A. Northen, Esq. &<br>John Paul H. Cournoyer, Esq.<br>*Via CM/ECF* | Clinton Truck & Tractor, Inc.<br>c/o Ronnie Jackson<br>*rjackson@intrstar.net*<br>*Via e-mail* | Durand-Wayland, Inc.<br>c/o Theresa Harper<br>*theresah@durand-wayland.com*<br>*Via e-mail* |
| Edwards Brothers Properties, LLC<br>c/o Algernon L. Butler, Esq.<br>*Via CM/ECF* | Financial Pacific Leasing<br>c/o Kelly C. Hanley, Esq.<br>*Via CM/ECF* | Gay Farms, Inc.<br>c/o William F. Hill, Esq.<br>*Via CM/ECF* |
| Gregory B. Crampton, Esq.<br>Special Counsel to the Debtor<br>*Via CM/ECF* | Hayes Auto Supply Co., Inc.<br>c/o Stan Bush<br>*tirebarn@embarqmail.com*<br>*Via e-mail* | Hayes Brothers Farm, Inc.<br>c/o James Livermon, Esq.<br>*Via CM/ECF* |
| Henry & Laurie Chancy<br>c/o Luther D. Starling Jr., Esq. &<br>J. Michael Fields, Esq.<br>*Via CM/ECF* | Horry County State Bank<br>c/o Mark Pinkston<br>*Via CM/ECF* | John Sterling Cook, CRO<br>For Wayne Bailey, Inc.<br>*Sterling@sweetpotatoes.com*<br>*Via e-mail* |
| Kendall & Patricia Hill<br>c/o John Bircher III, Esq.<br>*Via CM/ECF* | Kendall & Patricia Hill<br>*kendallh@centurylink.net*<br>*Via e-mail* | Manis Custom Builders Inc.<br>c/o Kathy Manis<br>*kmanis@crestlinecustombuilders.com*<br>*Via e-mail* |
| Mark Pinkston<br>Van Winkle, Buck et al<br>Attorneys for United Community Bank<br>*Via CM/ECF* | Millstream Farms, Inc.<br>c/o Luther D. Starling Jr., Esq. &<br>J. Michael Fields, Esq.<br>*Via CM/ECF* | Millstream Farming, LLC<br>c/o Luther D. Starling Jr., Esq. &<br>J. Michael Fields, Esq.<br>*Via CM/ECF* |

| | | |
|---|---|---|
| Pickles + Transport LLC<br>Attn: Manager, Agent, Officer<br>*golfinpapa@aol.com*<br>*Via e-mail* | Pinna, Johnston & Burwell<br>*bburwell@pjb-law.com*<br>*Via e-mail* | Rob & Amy Hill<br>c/o John Bircher III, Esq.<br>*Via CM/ECF* |
| Scott Farms<br>c/o Catherine G. Clodfelter, Esq. &<br>Brian Darer, Esq.<br>*Via CM/ECF* | Scott Farms Inc.<br>c/o Jeff Thomas<br>*jeff@scottfarms.com*<br>*Via e-mail* | Scott Martin Transport, LLC<br>c/o Scott Martin<br>*scottmartintarget@gmail.com*<br>*Via e-mail* |
| Seven Mile, LLC<br>c/o J. Michael Fields, Esq.<br>*Via CM/ECF* | Seven Mile, LLC<br>c/o Luther D. Starling Jr., Esq.<br>*Via CM/ECF* | Southern Produce Distributors, Inc.<br>c/o Steven M. De Falco<br>*Via CM/ECF* |
| Southern Roots Farming Company<br>c/o David Mills, Esq.<br>*Via CM/ECF* | SP Funding, LLC<br>c/o Mark A. Amendola, Esq.<br>*Via CM/ECF* | Spring Acres Sales Company<br>c/o Jennifer K. Bennington, Esq.<br>*Via CM/ECF* |
| Stearns Bank<br>c/o Pamela Loehr<br>*pamlo@stearnsbank.com*<br>*Via e-mail* | Sullivan Farms, Inc.<br>c/o Stephen L. Beaman, Esq. &<br>Jennifer Bennington, Esq.<br>*Via CM/ECF* | The Coastal Group, Inc.<br>c/o Algernon L. Butler, Esq.<br>*Via CM/ECF* |
| Tire Barn, Inc.<br>c/o Stan Bush<br>*tirebarn@embarqmail.com*<br>*Via e-mail* | Tull Hill Farms, Inc.<br>c/o David J. Haidt, Esq.<br>*Via CM/ECF* | Wayne Bailey, Inc.<br>*MrSweetPotato@sweetpotatoes.com*<br>*rick@sweetpotatoes.com*<br>*Via e-mail* |