UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: <br><br> **WAYNE BAILEY, INC.,** <br><br> Debtor | **CASE NO. 18-00284-SWH** <br> **Chapter 11** |

## NOTICE OF APPEAL

Creditor Scott Farms, Inc. ("Scott Farms"), by and through its undersigned counsel, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, appeals to the United States District Court for the Eastern District of North Carolina from the Order of the United States Bankruptcy Court Allowing Objection to PACA Claim of Scott Farms, Inc., entered in this proceeding on September 28, 2018 (the "Order"). [Docket No. 650]. The following information is provided to conform with Official Form 17A, and the Order is attached as Exhibit A.

### Part 1: Identify the appellant

    1. Name(s) of appellant: Scott Farms, Inc.
    2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Scott Farms is a creditor in the bankruptcy case.

### Part 2: Identify the subject of this appeal

    1. Describe the judgment, order, or decree appealed from: Order Allowing Objection to PACA Claim of Scott Farms, Inc.
    2. State the date on which the judgment, order, or decree was entered: September 28, 2018 [Docket No. 650]

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| **Debtor-Appellee Wayne Bailey, Inc.** | **Creditor-Appellant Scott Farms, Inc.** |
|---|---|
| Laurie B. Biggs | Brian D. Darer |
| Stubbs & Perdue, PA | Catherine G. Clodfelter |
| 9208 Falls of Neuse Road, Suite 201 | Parker, Poe, Adams & Bernstein LLP |
| Raleigh, NC 27615 | 301 Fayetteville St., Suite 1400 |
| 919 870-6258 | Raleigh, NC 27601 |
| Fax : 919 870-6259 | Telephone: (919) 828-0564 |
| Email: efile@stubbsperdue.com | Facsimile: (919) 834-4564 |
| *Attorney for Debtor* | catherineclodfelter@parkerpoe.com |
|  | briandarer@parkerpoe.com |
| Gregory B Crampton | *Attorneys for Scott Farms, Inc.* |
| Nicholls & Crampton, P.A. |  |
| P. O. Box 18237 |  |
| Raleigh, NC 27619 |  |
| 919 781-1311 |  |
| Fax : 919 782-0465 |  |
| Email: gcrampton@nichollscrampton.com |  |
| *Special PACA Counsel* |  |

**Interested Parties**
Marjorie K. Lynch
Brian C. Behr
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
(919)856-4886
Fax: (919) 856-4692
brian_behr@nceba.uscourts.gov

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

This appeal will be to the District Court.

**Part 5 Sign Below:**

　　　Respectfully submitted this 11th day of October, 2018.

　　　　　　　　　　　　　　　/s/ Catherine G. Clodfelter
　　　　　　　　　　　　　　　Catherine G. Clodfelter, N.C. State No. 47653
　　　　　　　　　　　　　　　Brian D. Darer, N.C. State No. 25383
　　　　　　　　　　　　　　　Parker Poe Adams & Bernstein LLP
　　　　　　　　　　　　　　　301 Fayetteville Street, Suite 1400
　　　　　　　　　　　　　　　Raleigh, North Carolina 27601
　　　　　　　　　　　　　　　Telephone: (919) 828-0564
　　　　　　　　　　　　　　　Facsimile: (919) 834-4564
　　　　　　　　　　　　　　　catherineclodfelter@parkerpoe.com
　　　　　　　　　　　　　　　briandarer@parkerpoe.com
　　　　　　　　　　　　　　　*Attorneys for Scott Farms, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

WAYNE BAILEY, INC.,            CASE NO. 18-00284-SWH
                                                          Chapter 11
       Debtor

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Notice of Appeal and its exhibit were filed using the Court's CM/ECF system which will automatically send notice of the same addressed as follows:

Laurie B. Biggs
Stubbs & Perdue, PA
9208 Falls of Neuse Road, Suite 201
Raleigh, NC 27615
Email: efile@stubbsperdue.com
*Attorney for Debtor*

Gregory B Crampton
Nicholls & Crampton, P.A.
P. O. Box 18237
Raleigh, NC 27619
Email: gcrampton@nichollscrampton.com
*Special PACA Counsel*

Marjorie K. Lynch
Brian C. Behr
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
brian_behr@nceba.uscourts.gov

This the 11th day of October, 2018.

                                                   /s/ Catherine G. Clodfelter
                                                   Catherine G. Clodfelter, N.C. State No. 47653
                                                   Parker Poe Adams & Bernstein LLP
                                                   301 Fayetteville Street, Suite 1400
                                                   Raleigh, North Carolina 27601
                                                   Telephone: (919) 828-0564
                                                   Facsimile: (919) 834-4564
                                                   catherineclodfelter@parkerpoe.com
                                                   *Attorneys for Scott Farms, Inc.*