**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

**WAYNE BAILEY, INC.**

**CASE NO. 18-00284-5-SWH**
**CHAPTER 11**

**DEBTOR.**

---

| | |
|---|---|
| **JOHN C. BIRCHER, III, PLAN TRUSTEE FOR WAYNE BAILEY, INC. and WAYNE BAILEY, INC.,**<br><br>*Plaintiffs*,<br><br>vs.<br><br>**1ST CLASS TRANSPORTATION, LLC,**<br><br>*Defendant.* | **ADV. PRO. NO. 19-_____-5-SWH** |

---

### COMPLAINT

---

**NOW COME** Plaintiffs JOHN C. BIRCHER, III, PLAN TRUSTEE FOR WAYNE BAILEY, INC. (the "Plan Trustee"), and WAYNE BAILEY, INC. (the "Debtor") (the Plan Trustee and the Debtor are collectively referred to herein as, "Plaintiffs"), by and their through undersigned counsel, and complaining of Defendant 1ST CLASS TRANSPORATION, LLC ("Defendant"), hereby allege, assert, and state as follows:

### INTRODUCTION AND NATURE OF ACTION

1.    This is an action, commenced by Plaintiffs, against Defendant, seeking avoidance, recovery, and preservation for the benefit of the bankruptcy estate, payments and transfers totaling $7,750.00, that were made and/or remitted to Defendant within the ninety-day period

preceding the filing of the above-captioned chapter 11 bankruptcy proceeding, as preferential transfers pursuant to §§547(b) and 550 of the Bankruptcy Code.

## JURISDICTION, AUTHORITY, AND VENUE

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151, 157, and 1334, and it is a "core proceeding" because it seeks determination, avoidance and recovery of a preference, id. § 157(b)(2)(F), arises in and concerns matters affecting the administration of estate in the above-captioned case, see id. §157(b)(2)(A), and affects rights duly established, and relates to the adjustment of the debtor-creditor relationship, under the Bankruptcy Code. Id. §157(b)(2)(O).

3.      The Court has jurisdiction to enter a final and dispositive Order in this matter; however, and to the extent the Court finds any claim for relief asserted herein to be a non-core proceeding, Plaintiffs consent to entry of a final Order in this matter in accordance with 28 U.S.C. § 157(c)(2).

4.      This Court possesses the requisite authority to hear this matter and grant the relief requested by Plaintiffs herein, pursuant to the General Order of Reference entered by the United States District Court for the Eastern District of North Carolina on August 3, 1984.

5.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391, 1408 and 1409, as all of the actions complained of and giving rise to the claims alleged herein arose in this judicial district, within which Plaintiffs and Defendant reside and regularly conducts their respective business operations and affairs.

6.      All of the prepetition transfers at issue were completed and undertaken within, or utilized the services of, individuals, entities, and persons located within the State of North Carolina.

## IDENTIFICATION OF THE PARTIES

7.    The Debtor, a corporation formed and existing under the laws of the State of North Carolina, with a principal place of business in Chadbourn, Columbus County, North Carolina, is a fourth-generation family business engaged in the growth, packing, marketing, shipping, and sale of sweet potatoes, of which it sells more than 100 million pounds annually.

8.    The Plan Trustee, an individual citizen and resident of Craven County, North Carolina, is an attorney with WHITE & ALLEN, P.A., who was appointed and entrusted with the performance of the following duties pursuant to the terms of the Order Confirming First Amended Plan of Reorganization [D.E. 655]:

> From and after the Effective Date, the Plan Trustee shall serve under this Plan and shall discharge all of the rights, powers, and duties set forth in this Plan. The Plan Trustee, acting on behalf of the Debtor, shall have the following rights, powers and duties: (i) to employ and compensate the professionals as the Plan Trustee may select to carry out its duties under this Plan; (ii) to review, investigate and (if appropriate) object to or seek equitable subordination of Claims against the Estate except for those rights to equitable subordination released by this Plan; **(iii) to investigate, prosecute and/or settle (as provided in this Plan) all Causes of Action;** (iv) to voluntarily engage in arbitration or mediation with respect to any Cause of Action; (v) to calculate and make all distributions to be made pursuant to this Plan that are to be made by the Plan Trustee; (vi) to seek estimation of contingent or unliquidated Claims under Section 502(c) of the Bankruptcy Code; (vii) to review, investigate and (if appropriate) object to the claim(s) of any creditor; and (viii) to take all other actions in furtherance of the implementation of this Plan. The Plan Trustee shall not be disqualified from hiring any professional because such professional previously represented the Debtor or any creditor of the Debtor, if in the business judgment of the Plan Trustee, such prior representation will not cause an actual conflict of interest in the representation to be undertaken.[1]

(Emphasis added).

9.    The term "Causes of Action," to which the Plan Trustee was given authority to investigate, prosecute and/or settle includes, *inter alia*, "[c]laims pursuant to 11 U.S.C. §§ 362,

---

[1] All capitalized terms, including "Causes of Action," are given the definitions ascribed in the First Amended Plan of Reorganization [D.E. 459], as confirmed by the Confirmation Order.

510, 542, 543, 544 through 550, or 553 . . . ." Order Confirming First Amended Plan of Reorganization [D.E. 655] at 6.

10.　Defendant, upon information, is a limited liability company formed and existing under the laws of the State of South Carolina, which maintains a principal place of business located at 2717 Alligator Road, Effingham, South Carolina 29541, and is an entity doing business in, and subject to service of process pursuant to Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure throughout, the United States of America.

11.　Defendant is a licensed and bonded trucking company, providing transportation, freight, and hauling services to a variety of customers throughout the United States of America, across numerous industries, including the agricultural and produce industries.

12.　The registered agent for Defendant, accepting service of process at 2717 Alligator Road, Effingham, South Carolina 29541 is Avery Jones.

## FACTUAL ALLEGATIONS

13.　The Debtor filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code on January 21, 2018 (the "Petition Date"), BK Case No. 18-00284-5-SWH (the "Bankruptcy Case").

14.　On October 2, 2018, in the Bankruptcy Case, the Court entered an Order Confirming First Amended Plan of Reorganization [D.E. 655] (the "Confirmation Order"), which confirmed the First Amended Plan of Reorganization [D.E. 459] proposed by the Debtor, as amended and modified (the "Plan") (the Plan and the Confirmation Order are collectively referred to herein as, the "Confirmed Plan").

15.　Prior to the Petition Date, Defendant provided the Debtor with transportation services, for which payment was sought and subsequently remitted by the Debtor, after the

4

services had been performed, and the debt and obligation purportedly owed to Defendant, by the Debtor, had accrued.

16.     Prepetition, and within ninety (90) days prior to the Petition Date (the "Preference Period"), the Debtor remitted payments to, or for the benefit of, Defendant (collectively, the "Transfers"), each of which are summarized as follows:

| Invoice No. | Invoice Date | Check Date | Check No. | Transfer Date | Amount |
|---|---|---|---|---|---|
| 36317 | 10/31/2017 | 11/9/2017 | 100242 | 11/13/2017 | $2,250.00 |
| 36389 | 11/8/2017 | 11/16/2017 | 100295 | 11/20/2017 | $1,400.00 |
| 36650 | 12/4/2017 | 12/7/2017 | 100506 | 12/11/2017 | $2,000.00[2] |
| 36836 | 12/27/2017 | 1/4/2018 | 100797 | 01/08/2018 | $2,100.00 |
| | | | | | |
| | | | | **TOTALS** | **$7,750.00** |

17.     The total amount of the Transfers made by the Debtor, to Defendant, and during the Preference Period, is $7,750.00.

18.     Each of the Transfers represents a payment, made by the Debtor, to Defendant, by check drawn upon the operating account of the Debtor that was maintained at SunTrust Bank, Account No. **********4830 (the "SunTrust Operating Account"), which were applied towards the outstanding balance owed by the Debtor for transportation and hauling services previously provided by Defendant to the Debtor.  Copies of the checks, drawn upon the SunTrust Operating Account, and negotiated by Defendant, are attached hereto as **EXHIBIT A** and incorporated herein by reference.

19.     On the dates of each of the Transfers were made, and received by Defendant, it held an unsecured claim against the Debtor, arising from goods and services that were previously provided, furnished, and performed by Defendant, to the Debtor.

---

[2] Check No. 100506 was made payable, and remitted , to Defendant, in the amount of $1,856.00, on account of a credit given and extended by the Debtor, in the amount of $144.00, for certain pallets.  The amount of Invoice No. 36650 was $2,000.00, which is the value of property that was transferred by the Debtor, to Defendant, on December 11, 2017.

20.     Each of the Transfers were in payment to Defendant of previously-incurred unsecured indebtedness that was due and owing by the Debtor.

21.     Defendant, on account of its receipt of the Transfers, outlined above, was not scheduled as a creditor in the Bankruptcy Case because, as of the Petition Date, it had received preference, in payment, as opposed to the remainder of Debtor's creditors.

22.     Official Form 206Sum, entitled "Summary of Assets and Liabilities for Non-Individuals," which was filed along with the Schedules and Statement of Financial Affairs [D.E. 56], reveals that that Debtor owned total assets of $18,623,408.02, and total liabilities of approximately $27,153,125.47, as of the Petition Date.  Copies of the Voluntary Petition [BK D.E. 1], Schedules, and Statement of Financial Affairs [BK D.E. 56] and Amended Statement of Financial Affairs [BK D.E. 67], filed by the Debtor in the Bankruptcy Case, is attached hereto as **EXHIBIT B** and incorporated herein by reference.

23.     The Debtor's liabilities ($27,153,125.47), exceeded the value of its assets and property ($18,623,408.02), by at least $8,529,717.45, as of the Petition Date.

24.     The Debtor's liabilities exceeded the value of its assets and property, on the dates that each of the Transfers occurred.

25.     Debtor was presumed to be insolvent on the dates that each of the Transfers occurred, pursuant to 11 U.S.C. § 547(f).

## FIRST CLAIM FOR RELIEF
### Avoidance of Preferential Transfers
[11 U.S.C. § 547(b)]

26.     Plaintiffs reallege and incorporate herein by reference all the allegations contained in the Complaint as if fully set forth in their entirety.

27.     The Transfers and were each a direct and voluntary or involuntary conveyance, disposal, or parting with monetary funds and monetary amounts belonging to the Debtor.

28.     The Transfers that were made to, and received by, Defendant, each constitute a "transfer" within the meaning set forth in § 101(54) of the Bankruptcy Code.

29.     Each of the Transfers was made to, or for the benefit of, Defendant.

30.     At all times relevant hereunder, and including during the Preference Period, Defendant was a creditor of the Debtor.

31.     Defendant, at all times relevant hereunder, was the initial transferee of the Transfers or the entity for whose benefit each of the Transfers of the Debtor's interest in property were made.

32.     At all times relevant hereunder, and when the Transfers were made, Defendant was a "creditor" of the Debtor, as that term is defined under §101(10) of the Bankruptcy Code, because Defendant held a claim against the Debtor that arose prior to the Petition Date.

33.     Each of the Transfers were made by the Debtor, on account of an antecedent debt owed to Defendant, which arose prior to the Petition Date.

34.     When each of the Transfers were made to Defendant, the Debtor was indebted to Defendant for amounts in excess of the respective values of each of the Transfers.

35.     None of the Transfers made to Defendant, by the Debtor, were in the ordinary course of business or financial affairs of the Debtor and Defendant, as each of the Transfers were outside the net-30 payment terms imposed by Defendant.

36.     Defendant, in exchange for each of the Transfers, did not provide the Debtor with "new value," as defined by § 547(a)(2) of the Bankruptcy Code.

37.     Each of the Transfers were made to, and received by, Defendant, while the Debtor was "insolvent," as that term is defined under § 101(32) of the Bankruptcy Code.

38.     The Debtor's insolvency is demonstrated and evidenced by the Voluntary Petition, Schedules, and Statement of Financial Affairs [D.E. 1, 56, 57, 67] that were filed in the Bankruptcy Case on January 21, 2018, January 30, 2018, and February 1, 2018, which reveal that Debtor, as of the Petition Date, had total assets of $18,623,408.02, and total liabilities of $27,153,125.47.

39.     At all times relevant hereunder, and during the Preference Period, and up to and including the Petition Date, as evidenced by the foregoing comparison, the Debtor's liabilities exceeded the value of its assets and property on the dates that each of the Transfers occurred.

40.     On each of the days the Transfers were made to Defendant, the Debtor was insolvent.

41.     The Debtor was, likewise, presumed to be insolvent on each of the days that the Transfers occurred pursuant to 11 U.S.C. § 547(f).

42.     Receipt of the Transfers, enabled Defendant to receive more than it would have otherwise received if—

        A.  The Debtor sought relief under chapter 7 of the Bankruptcy Code;

        B.  The Transfers of the Debtor's interest in property had not been made; and

        C.  Defendant received payment of its claims to the extent provided by the Bankruptcy Code.

43.     Based upon the foregoing, Plaintiffs are entitled to avoidance of the Transfers totaling $7,750.00, all of which were made to Defendant within the ninety-day period preceding the Petition Date, as preferential transfers pursuant to § 547(b) of the Bankruptcy Code.

## SECOND CLAIM FOR RELIEF
**Recovery and Preservation of Avoided Transfers for the Benefit of the Estate**
[11 U.S.C. §550]

44.     Plaintiffs reallege and incorporate herein by reference all the allegations contained in the Complaint as if fully set forth in their entirety.

45.     Defendant is the initial transferee of the Transfers or the entity for whose benefit said transfers were made.

46.     Plaintiffs are entitled to have and recover judgment against Defendant, in the amount of $7,750.00, representing the value of the Transfers that were made within the ninety-day period preceding the Petition Date for the benefit of the bankruptcy estate pursuant to § 550 of the Bankruptcy Code.

## PRAYER FOR RELIEF

**WHEREFORE,** and based upon the foregoing, Plaintiffs pray that the Court grant the following relief:

1.     Have and recover judgment against Defendant, avoiding the sum of $7,750.00, in payments and transfers that were made to, and received by, Defendant within the ninety-day period preceding the filing of the Bankruptcy Case, as preferential transfers pursuant to § 547 of the Bankruptcy Code.

2.     Have and recover judgment against Defendant, in the amount of $7,750.00, or in such other amount as determined by the Court, pursuant to § 550 of the Bankruptcy Code.

3.     Have and recover interest on any judgment amount at the maximum legal rate from the date of the filing of this Complaint until paid, with any recovery being for the benefit of, and preserved for, the bankruptcy estate pursuant to §550(a) of the Bankruptcy Code.

4.     Awarding Plaintiffs such further relief as the court may deem just and proper.

Respectfully submitted this, the 13th day of March, 2019.

**STUBBS & PERDUE, P.A.**

BY: \_\_\_s/Joseph Z. Frost_____

JOSEPH Z. FROST (NCSB No. 44387)
jfrost@stubbsperdue.com

9208 Falls of Neuse Road, Suite 201
Raleigh, North Carolina 27615
T: (919) 870-6258
F: (919) 870-6259

Counsel for Plaintiff John C. Bircher, III, Plan Trustee for
Wayne Bailey, Inc. and Plaintiff Wayne Bailey, Inc.



Ck # 100242          11/13          $2,250.00



Ck # 100295          11/20          $1,400.00

<span style="color:red">EXHIBIT A</span>



Ck # 100506          12/11          $1,856.00



Ck # 100797          01/08          $2,100.00

EXHIBIT A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known) _____    Chapter    11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | WAYNE BAILEY, INC. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  W. E. BAILEY AND SON, INC. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 56-0689846 |

4.     **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 490 Old US Highway 74<br>Chadbourn, NC 28431 | P.O. Box 467<br>Chadbourn, NC 28431 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Columbus | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.     **Debtor's website** (URL)    _____

6.     **Type of debtor**

 ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____


EXHIBIT B

Debtor   WAYNE BAILEY, INC.                                                     Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

---



EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                        Case number (if known) _____
_____
Name

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---


EXHIBIT B

Debtor   WAYNE BAILEY, INC.                                              Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 21, 2018
              MM / DD / YYYY

X  /s/ George G. Wooten                                George G. Wooten
   Signature of authorized representative of debtor    Printed name

Title   President

---

**18. Signature of attorney**

X  /s/ Trawick Stubbs - Laurie B. Biggs          Date  January 21, 2018
   Signature of attorney for debtor                     MM / DD / YYYY

   Trawick Stubbs - Laurie B. Biggs 4221 - 31845
   Printed name

   Stubbs & Perdue, P.A.
   Firm name

   PO Box 1654
   New Bern, NC 28563
   Number, Street, City, State & ZIP Code

   Contact phone  _____   Email address  _____

   4221 - 31845
   Bar number and State


EXHIBIT B

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WAYNE BAILEY, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tull Hill Farms, Inc. Attn:  Manager or Agent 2264 Hugo Road Kinston, NC 28501 | | | | | | $2,414,506.34 |
| SP Funding, LLC Attn:  Manager or Agent 100 Elks Club Road Brevard, NC 28712 | | | | | | $1,052,930.07 |
| Millstream Farms Attn:  Manager or Agent 1131 Timothy Road Dunn, NC 28334 | | | | | | $991,084.28 |
| Tull Hill Farms, Inc. Attn:  Manager or Agent 2264 Hugo Road Kinston, NC 28501 | | 2016 | | | | $586,526.71 |
| Carmichael Farms Attn:  Manager or Agent P.O. Box 1547 Laurinburg, NC 28353 | | | | | | $493,181.00 |
| Earl Sullivan 8444 St. Mary's Church Road Lucama, NC 27851 | | | | | | $411,888.00 |
| Jerome Langdon Produce Attn:  Manager or Agent 5855 Old Fairground Road Benson, NC 27504 | | | | | | $349,849.79 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy



Debtor __WAYNE BAILEY, INC.__
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| International Paper Attn:  Manager or Agent P.O. Box 841723 Dallas, TX 75284 | | | | | | $311,492.67 |
| Southern Produce Dist. Inc. Attn: Manager or Agent P.O. Box 130 Faison, NC 28341 | | | | | | $303,122.75 |
| Harvey Farms Attn:  Manager or Agent P.O. Box 189 Kinston, NC 28502 | | | | | | $272,826.05 |
| ST Freight LLC Attn: Manager or Agent P.O. Box 1147 Manitowoc, WI 54221 | | | | | | $232,248.90 |
| PNC Equipment Finance Attn:  Managing Agent 655 Business Center Drive Horsham, PA 19044 | | Capital Lease of 1st drawer Refridgeration | | $220,914.46 | $0.00 | $220,914.46 |
| Coastal Group Corporation, Inc c/o Coastal Temporary Services P.O. Box 1860 Whiteville, NC 28472 | | | | | | $219,734.29 |
| Hill, Patricia 2574 Hugo Road Grifton, NC 28530 | | | | | | $202,500.00 |
| Thompson Price & Co. Attn:  Manager or Agent P.O. Box 398 Whiteville, NC 28472 | | | | | | $201,335.51 |
| Boyette Brothers Produce, LLC Attn:  Manager or Agent 6638 Radio Tower Road Wilson, NC 27893 | | | | | | $190,985.50 |



EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gay Farms Attn:  Manager or Agent 930 Meadows Road Walstonburg, NC 27888 | | | | | | $166,419.13 |
| Hill, Robert 4445 Research Road Hookerton, NC 28538 | | | | | | $165,000.00 |
| Bailey / Dewayne Hope 6918 Garland Highway Clinton, NC 28328 | | | | | | $162,868.24 |
| Bailey / Bobby Hope 7 Mill Road50 Boney Clinton, NC 28328 | | | | | | $162,868.24 |



EXHIBIT B

# United States Bankruptcy Court
### Eastern District of North Carolina - Wilmington Division

In re    WAYNE BAILEY, INC.                           Case No. _____

                              Debtor(s)            Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 21, 2018                  /s/ George G. Wooten
                                     George G. Wooten/President
                                     Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy



EXHIBIT B

WAYNE BAILEY, INC.
P.O. BOX 467
CHADBOURN, NC 28431

SECURITIES & EXCHANGE COMM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

N.C. DEPT. OF COMMERCE, DE
ATTN: MANAGER OR AGENT
P.O. BOX 26504
RALEIGH, NC 27611

ADVANCE AUTO PARTS
ATTN: MANAGER OR AGENT
817 N. BROWN STREET
CHADBOURN, NC 28431

ADVANTAGE AUTO CLINTON
ATTN: MANAGER OR AGENT
210 SOUTH EAST BLVD.
CLINTON, NC 28328

AG LINES, INC.
ATTN: MANAGER OR AGENT
8546 W. 103RD TERRACE
UNIT 101
PALOS HILLS, IL 60465

AIRGAS USA, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 532609
ATLANTA, GA 30353-2609

ALLEGIANCE RETAIL SERVICES, LL
ATTN: MANAGER OR AGENT
485 ROUTE 1 SOUTH
BLDG D, SUITE 420
ISELIN, NJ 08830

ALLIANCE FUNDING GROUP, INC
ATTN: MANAGER OR AGENT
3745 W. CHAPMAN AVENUE
SUITE 200
ORANGE, CA 92868

ALLY
ATTN.: MANAGER OR AGENT
P.O. BOX 90201948
LOUISVILLE, KY 40290-1948

AM-PM CARRIERS
ATTN: MANAGER OR AGENT
9444 DEER CROSSING TRACE
JONESBORO, GA 30236

APPLIED VISION WORKS, INC.
ATTN: MANAGER OR AGENT
4009 VILLAGE PARK DRIVE
KNIGHTDALE, NC 27545

AQUAPULSE SYSTEMS, INC.
ATTN: MANAGER OR AGENT
16117 COVELLO STREET
VAN NUYS, CA 91406

ARMSTRONG TRANSPORT GROUP, INC
ATTN: MANAGER OR AGENT
P.O. BOX 745100
ATLANTA, GA 30374

ATLANTIC CORPORATION
ATTN: MANAGER OR AGENT
P.O. BOX 60002
CHARLOTTE, NC 28260

B&B TECHNOLOGY & SVCS, INC.
ATTN: MANAGER OR AGENT
138 LUDLOW DRIVE
WILMINGTON, NC 28411

B.J. WILLIAMSON, INC.
ATTN: MANAGER OR AGENT
820 ELIZABETH STREET
CLINTON, NC 28328

BAILEY / BARNHILL
P.O. BOX 5
EVERGREEN, NC 28438

BAILEY / BLAKE KING
ATTN: MANAGER OR AGENT
722 OZZIE ROAD
CLINTON, NC 28328

BAILEY / BOBBY HOPE
7 MILL ROAD50 BONEY
CLINTON, NC 28328

BAILEY / CARMICHAEL
ATTN: MANAGER OR AGENT



EXHIBIT B

BAILEY / DEWAYNE HOPE
6918 GARLAND HIGHWAY
CLINTON, NC 28328

BAILEY / HAYES
1522 SINGLETARY CHURCH ROAD
LUMBERTON, NC 28358

BAILEY / HERRING
1959 REGAN CHURCH ROAD
LUMBERTON, NC 28358

BAILEY / JOHNNY HOPE
305 MALPASS FARM LANE
CLINTON, NC 28328

BAILEY / POWERS
711 BARKER CHURCH ROAD
LUMBERTON, NC 28358

BAILEY / R LANE
ATTN: MANAGER OR AGENT
P.O. BOX 238
TURKEY, NC 28393

BAILEY, DOROTHY
P.O. BOX 363
CHADBOURN, NC 28431

BALL BROKERAGE
ATTN: MANAGER OR AGENT
600 SOUTH STATE STREET
CLARKS SUMMIT, PA 18411

BANK OF THE WEST
ATTN:  MANAGER OR AGENT
475 SANSOME STREET
19TH FLOOR
SAN FRANCISCO, CA 94111-3112

BANK OF THE WEST
ATTN: MANAGING AGENT
P.O. BOX 4002
CONCORD, CA 94524-4002

BARBOUR, SHEPARD
5239 ZACKS MILL ROAD
ANGIER, NC 27501

BATTLEBORO PRODUCE, INC.
ATTN:  MANAGER OR AGENT
42 COOL SPRING ROAD
BATTLEBORO, NC 27809

BIG BLUE STORE OF CLINTON
ATTN:  MANAGER OR AGENT
P.O. BOX 1219
CLINTON, NC 28329

BLUE CROSS & BLUE SHIELD OF NC
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 580094
CHARLOTTE, NC 28258-0094

BOYETTE BROTHERS PRODUCELL
ATTN:  MANAGER OR AGENT
6638 RADIO TOWER ROAD
WILSON, NC 27893

BRANCH BANKING & TRUST
ATTN: JACK HAYES
PO BOX 1847
WILSON, NC 27894

MATT BROWN
6670 701 N.
CONWAY, SC 29526

BURCH FARMS
ATTN:  MANAGER OR AGENT
P.O. BOX 399
FAISON, NC 28341

C AND T BRIGHT TRUCKING
ATTN: MANAGER OR AGENT
P.O. BOX 192
SEVEN SPRINGS, NC 28578

CAPE FEAR FARM CREDIT
ATTN:  MGR, OFFICER OR AGENT
P.O. BOX 2405R
FAYETTEVILLE, NC 28302

CAPE FEAR PROPANE
ATTN:  MANAGER OR AGENT
P.O. BOX 1130
WHITEVILLE, NC 28472

CARMICHAEL FARMS
ATTN:  MANAGER OR AGENT
P.O. BOX 1547
LAURINBURG, NC 28353

CASTELLINI COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 721610
NEWPORT, KY 41072-1610

CFG FINANCIAL SERVICES, LLC
ATTN:  MGR, AGENT OR OFFICE
100 ELKS CLUB ROAD
BREVARD, NC 28712

CLINTON TRUCK & TRACTOR, INC.
ATTN: MANAGING AGENT
107 NORTHEAST BLVD
CLINTON, NC 28328

CNH CAPITAL
ATTN: MANAGING AGENT
PO BOX 0507
CAROL STREAM, IL 60132-0507

COASTAL GROUP CORPORATION
C/O COASTAL TEMPORARY SERV
P.O. BOX 1860
WHITEVILLE, NC 28472



EXHIBIT B

COLUMBUS CO. TAX COLLECTOR
ATTN:  MANAGER OR AGENT
P.O. BOX 1468
WHITEVILLE, NC 28472

CONNECTING POINT
ATTN:  MANAGER OR AGENT
P.O. BOX 426
WHITEVILLE, NC 28472

COOPERATIVE GRADING SERVIC
ATTN: MANAGER OR AGENT
P.O. BOX 588
WILLIAMSTON, NC 27892

COUSINS LOGISTICS, INC.
ATTN:  MANAGER OR AGENT
4400 BISCAYNE BLVD., STE 850
MIAMI, FL 33137

COWAN SYSTEMS, LLC
ATTN:  MANAGER OR AGENT
4555 HOLLINS FERRY ROAD
HALETHORPE, MD 21227

CREGGER COMPANY, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 2197
COLUMBIA, SC 29202

CV PILSON
ATTN: MANAGER OR AGENT
108 CVP LANE
CAMERON, NC 28326

DARDEN RESTAURANTS, INC.
ATTN:  MANAGER OR AGENT
1000 DARDEN CENTER DRIVE
ORLANDO, FL 32837

DAVIS LIFT TRUCK SVC.
ATTN:  MANAGER OR AGENT
P.O. BOX 469
HOPE MILLS, NC 28348

DELANE'S TRUCK BROKERAGE INC.
ATTN: MANAGER OR AGENT
P.O. BOX 2037
HAINES CITY, FL 33844

DELTATRAK
ATTN:  MANAGER OR AGENT
P.O. BOX 4115
MODESTO, CA 95352

DENNIS MCPHERSON TRUCKING
ATTN: MANAGER OR AGENT
3273 CAMERON HILL ROAD
CAMERON, NC 28326

DGW FORMS & SYSTEMS
ATTN:  MANAGER OR AGENT
P.O. BOX 3745
WILMINGTON, NC 28406

DIASTON TRANSPORT, LLC
ATTN:  MANAGER OR AGENT
1112 PATTY ROAD
CADES, SC 29518

DIVERSIFIED FINANCIAL
ATTN: MANAGING AGENT
PO BOX 2056
OMAHA, NE 68103-2056

DIXON FARM
ATTN:  MANAGER OR AGENT
1884 DIXON ROAD
AYNOR, SC 29511

DON JORDAN'S PORTABLE TOILET
ATTN:  MANAGER OR AGENT
P.O. BOX 1898
CLINTON, NC 28329

DOREVA PRODUCE
ATTN: MANAGER OR AGENT
12437 W. MAGNOLIA AVENUE
LIVINGSTON, CA 95334

DURAND-WAYLAND, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 1404
LAGRANGE, GA 30241-0119

ECOLAB
ATTN:  MANAGER OR AGENT
P.O. BOX 6007
GRAND FORKS, ND 58206

EDWARD BROS PROPERTIES, L
ATTN:  MANAGER OR AGENT
305 E. OLIVER STREET
WHITEVILLE, NC 28472

EDWARDS BROTHERS PROP. LLC
ATTN: MANAGER OR AGENT
305 E. OLIVER STREET
WHITEVILLE, NC 28472

ELLIOT, JOHN
P.O. BOX 363
CHADBOURN, NC 28431

JOHN D. ELLIOTT
P.O. BOX 363
CHADBOURN, NC 28431

ENGLAND LOGISTICS, INC.
ATTN:  MANAGER OR AGENT
1325 SOUTH 4700 WEST
SALT LAKE CITY, UT 84104

FED-EX
ATTN: MANAGING AGENT
PO BOX 371461
PITTSBURGH, PA 15250-7461

FEEDING AMERICA
ATTN:  MANAGER OR AGENT
35 EAST WACKER DRIVE
SUITE 2000
CHICAGO, IL 60601



FINANCIAL PACIFIC LEASING
ATTN:  MGR, AGT OR OFFICER

FIRST STAR LOGISTICS, LLC
ATTN:  MANAGER OR AGENT
1762 RIDGEWOOD CIRCLE
LAWRENCEBURG, IN 47025

FRANK DONIO, INC.
ATTN:  MANAGER OR AGENT
OLD EGG HARBOR ROAD
HAMMONTON, NJ 08037

FREIGHT ALL KINDS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 5187
DENVER, CO 80217

G&S TRANSPORT, LLC
ATTN:  MANAGER OR AGENT
13514 GLEN HARWELL ROAD
DOVER, FL 33527

GALLOP FARMS
ATTN:  MANAGER OR AGENT
4832 RIVERS BRIDGE ROAD
EHRHARDT, SC 29081

GAY FARMS
ATTN:  MANAGER OR AGENT
930 MEADOWS ROAD
WALSTONBURG, NC 27888

GEORGE G. WOOTEN
160 KISSAM LANE
EVERGREEN, NC 28438

GIRO-PACK, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 171137
HIALEAH, FL 33017

GLOBALTRANZ ENTERPRISES INC.
ATTN: MANAGER OR AGENT
5415 E. HIGH ST., BLDG. A9
SUITE 460
PHOENIX, AZ 85054

GODWIN PRODUCE
ATTN:  MANAGER OR AGENT
P.O. BOX 163
DUNN, NC 28334

MIKE GODWIN
5904 TIMOTHY ROAD
DUNN, NC 28334

GOODWIN REFRIGERATION
ATTN:  MANAGER OR AGENT
335 SHERWEE DRIVE
SUITE 109
RALEIGH, NC 27603

GORE & ASSOCIATES MANAGEMENT
ATTN:  MANAGER OR AGENT
P.O. BOX 2001
WHITEVILLE, NC 28472

GREEN THUMB FARMS
ATTN: MANAGER OR AGENT
P.O. BOX 147
FRYEBURG, ME 04037

HAGAN ELECTRONICS, INC.
ATTN:  MANAGER OR AGENT
972 UNITED CIRCLE
SPARKS, NV 89431

HARDEN FARMS, INC.
ATTN.:  MANAGER OR AGENT
746 COOPER HILL ROAD
WINDSOR, NC 27983

HARVEY FARMS
ATTN:  MANAGER OR AGENT
P.O. BOX 189
KINSTON, NC 28502

HARVEY'S SOUTHEAST-WHITEVILLE
ATTN: MANAGER OR AGENT
P.O. BOX 1219
WHITEVILLE, NC 28472

HAYES AUTO SUPPLY CO., INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 354
CHADBOURN, NC 28431

HENDRIX FARMS
ATTN:  MANAGER OR AGENT
P. O. BOX 175
METTER, GA 30439

HERALD OFFICE SUPPLY
ATTN:  MANAGER OR AGENT
P.O. BOX 1288
DILLON, SC 29536

KENDALL HILL
2574 HUGO ROAD
GRIFTON, NC 28530

HILL, PATRICIA
2574 HUGO ROAD
GRIFTON, NC 28530

HILL, ROBERT
4445 RESEARCH ROAD
HOOKERTON, NC 28538

HORRY COUNTY STATE BANK
ATTN: MANAGING AGENT
PO BOX 677
CONWAY, SC 29528

HOWELL, BRUCE
118 OAK HEIGHTS DRIVE
GOLDSBORO, NC 27530



**EXHIBIT B**

JOSH HUDSON
553 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

HUNTINGTON TECHNOLOGY FINANCE
ATTN:  MANAGER OR AGENT
P.O.  BOX 2017
BLOOMFIELD HILLS, MI 48303

INDUSTRIAL BRUSH CORPORATI
ATTN:  MANAGER OR AGENT
P.O.  BOX 2608
POMONA, CA 91769-2608

INDUSTRIAL POWER, INC.
ATTN:  MANAGER OR AGENT
703 WHITFIELD STREET
FAYETTEVILLE, NC 28306

INTEGRITY EXPRESS LOGISTICS
ATTN:  MANAGER OR AGENT
P.O.  BOX 938
WEST CHESTER, OH 45071

INTERNATIONAL PAPER
ATTN:  MANAGER OR AGENT
P.O.  BOX 841723
DALLAS, TX 75284

J & J EQUIPMENT RENTALS INC.
ATTN: MANAGER OR AGENT
226 MARY WHITE ROAD
WHITEVILLE, NC 28472

J A M TRANSPORT
ATTN:  MANAGER OR AGENT
P.O.  BOX 3215
FLORENCE, SC 29502

BRENT JACKSON
206 MCLAMB ROAD
NEWTON GROVE, NC 28366

JBM TRANSPORT, INC.
ATTN: MANAGER OR AGENT
8849 CYPRESS AVENUE
FONTANA, CA 92335

JEROME LANGDON PRODUCE
ATTN:  MANAGER OR AGENT
5855 OLD FAIRGROUND ROAD
BENSON, NC 27504

JONES MOTOR COMPANY, INC.
ATTN:  MANAGER OR AGENT
654 ENTERPRISE DRIVE
LIMERICK, PA 19468

JERRY JORDAN
11108 JORDAN ROAD
RALEIGH, NC 27603

KINLAW'S HEATING & COOLING
ATTN: MANAGER OR AGENT
81 GOINS ROAD
CHADBOURN, NC 28431

KISSAM, RUTH
109 KISSAM LANE
EVERGREEN, NC 28438

KORNEGAY FAMILY FARMS, LLC
ATTN:  MANAGER OR AGENT
610 WORLEY ROAD
PRINCETON, NC 27569

LANE'S LAWN SERVICE
ATTN: MANAGER OR AGENT
1975 POPE ROAD
CLINTON, NC 28328

LAW OFFICE OF DONALD K. CA
ATTN: MANAGER OR AGENT
P.O. DRAWER 1018
OAK GROVE, LA 71263

BRIAN LEE
758-A SHAWS POND ROAD
FOUR OAKS, NC 27524

LONGSHIP
ATTN: MANAGER OR AGENT
2741 GEORGETOWN ROAD
LEXINGTON, KY 40511

LTL LOGISTICS INC.
ATTN: MANAGER OR AGENT
30 RUE DES GALETS
CHATEAUGUAY QC   J6K 0B4
CANADA

M2 FUNDING
ATTN: MANAGER OR AGENT
175 N. PATRICK BLVD, STE. 140
BROOKFIELD, WI 53045

MANIS CUSTOM BUILDERS INC.
ATTN: MANAGER OR AGENT
5880 CRESTLINE ROAD
LAURINBURG, NC 28352

MANN PACKING CO.
ATTN: MANAGER OR AGENT
1333 SCHILLING PLACE
SALINAS, CA 93901

MATTRON TRANSPORT LLC
ATTN: MANAGER OR AGENT
104 WILLOW TRACE
STOCKBRIDGE, GA 30281

MCARTHUR HARDWARE
ATTN:  MANAGER OR AGENT
117 E. RAILROAD AVENUE
CHADBOURN, NC 28431

MCCARRON & DIESS
ATTN:  MANAGER OR AGENT
4530 WISCONSIN AVENUE NW
SUITE 310
WASHINGTON, DC 20016



EXHIBIT B

MCKENZIE SUPPLY COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 890470
CHARLOTTE, NC 28289

MEDALLION TRANSPORT & LOGISTIC
ATTN: MANAGER OR AGENT
701 EAST GATE DRIVE, STE. 302
MOUNT LAUREL, NJ 08054

MIDAMERICA FREIGHT HANDLER
ATTN:  MANAGER OR AGENT
900 SOUTH HIGHWAY DR.
SUITE 202
FENTON, MO 63026

MILLSTREAM FARMS
ATTN:  MANAGER OR AGENT
1131 TIMOTHY ROAD
DUNN, NC 28334

MJE BROKERAGE, INC.
ATTN:  MGR, AGENT OR OFFICER
P.O. BOX 65
PROCTORVILLE, NC 28375

N.L. DAUGHTRY FERTILIZER CO
ATTN: MANAGER OR AGENT
621 LISBON STREET
CLINTON, NC 28328

NATIONAL LOGISTICS SERVICE
ATTN.: MANAGER OR AGENT
7611 CHEVIOT ROAD #105
CINCINNATI, OH 45247

NATURAL SCIENCE CENTER INC.
ATTN: MANAGER OR AGENT
1337 DAYTON-XENIA ROAD
XENIA, OH 45385

NAVAJO EXPRESS, INC.
ATTN:  MANAGER OR AGENT
1400 W. 64TH STREET
DENVER, CO 80221

NAVITAS CREDIT CORP
ATTN: MANAGER, AGENT, OFFICER
111 EXECUTIVE CENTER DR, STE 1
COLUMBIA, SC 29210

NC STRAWBERRY FESTIVAL
ATTN: MANAGER OR AGENT

NEALY, MARY MARGARET WOO
113 WEST OLIVER STTREET
WHITEVILLE, NC 28472

NEWSONG MINISTRIES
ATTN: MANAGER OR AGENT
825 SMITH ROAD
BALL GROUND, GA 30107

NICKEY GREGORY CO., INC.
ATTN: MANAGER OR AGENT
16 FOREST PKWY BUILDING N
FOREST PARK, GA 30297

OLAN DUNN FARMS
ATTN: MANAGER OR AGENT
4159 US 301N
DUNN, NC 28334

OSI RESTAURANT PARTNERS LLC
ATTN: MANAGER OR AGENT
2202 N WEST SHORE BLVD.
TAMPA, FL 33607

PALMETTO PACKAGING & PAPER
ATTN: MANAGER OR AGENT
P.O. BOX 2758
GREENVILLE, SC 29602

PEMBROKE WASTE
ATTN: MANAGER OR AGENT
P.O. BOX 2400
PEMBROKE, NC 28372

PICKLES + TRANSPORT LLC
ATTN: MANAGER OR AGENT
3010 FLETCHER AVENUE
LAKELAND, FL 33803

PIEDMONT BELTING COMPANY
ATTN: MANAGER OR AGENT
1271 SOUTH PARK DRIVE
KERNERSVILLE, NC 27284

PINNA, JOHNSTON & BURWELL
ATTN: BILL PINNA
2601 OBERLIN RD.
RALEIGH, NC 27608

PNC EQUIPMENT FINANCE
ATTN:  MANAGING AGENT
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044

PRIMUS AUDITING OPERATIONS
ATTN: MANAGER OR AGENT
P.O. BOX 5785
SANTA MARIA, CA 93456

PROGRESSIVE SALES & MARKE
ATTN: MANAGER OR AGENT
400 TECHNOLOGY COURT STE. A
PEMBROKE PINES, FL 33082

PS  CONNECTION
ATTN: MANAGER OR AGENT
P.O. BOX 416
CENTER, CO 81125

PT BROKERS
ATTN: MANAGER OR AGENT
201 E. SUNFLOWER ROAD, SUITE 1
CLEVELAND, MS 38732

R & B FREIGHT TRANSPORTION LL
ATTN: MANAGER OR AGENT
2727 SKY VIEW DRIVE
LITHIA SPRINGS, GA 30122


EXHIBIT B

RAINBOW LOGISTICS, LLC
ATTN: MANAGER OR AGENT
251 WEST COVINGTON AVENUE
ATTALLA, AL 35954

RANKIN TRUCK BROKERS
ATTN: MANAGER OR AGENT
159 POINT SOUTH DRIVE
YEMASSEE, SC 29945

RAPID CAPITAL FINANCE
ATTN: MANAGER OR AGENT
11900 BISCANE BLVD., STE. 201
MIAMI, FL 33181

RAYLAN FREIGHT SERVICES
ATTN:  MANAGER OR AGENT
143 N. KALAMAZOO STREET
VICKSBURG, MI 49097

REAL TIME FREIGHT SERVICES
ATTN: MANAGER OR AGENT
P.O. BOX 99
NEW PLYMOUTH, ID 83655

RFG LOGISTICS
ATTN: MANAGER OR AGENT
5820 SO 142ND STREET
OMAHA, NE 68137

RIGHTWAY BROKERAGE LLC
ATTN: MANAGER OR AGENT
1812 S. HAMILTON STREET
DALTON, GA 30720

RIVER VALLEY
ATTN: MANAGER OR AGENT
14868 W RIDGE LANE SUITE 200
DUBUQUE, IA 52003

RJ CARGO EXPRESS, INC.
ATTN: MANAGER OR AGENT
11117 W. OKEECHOBEE RD.
STE. 109
HIALEAH, FL 33018

ROADRUNNER TRANSPORTATION
ATTN: MANAGER OR AGENT
P.O. BOX 8903
CUDAHY, WI 53100

ROBINSON & SON MACHINE, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 2337
CLINTON, NC 28329

ROMARK TRANSPORTATION, INC
ATTN: MANAGER OR AGENT
340 WORLEY ROAD
CANTON, GA 30114

S & S FORWARDING INC.
ATTN: MANAGER OR AGENT
117 E. RAILROAD AVENUE
CHADBOURN, NC 28431

SALINAS TRUCKING
ATTN: MANAGER OR AGENT
206 WALNUT LANE
BOSSIER CITY, LA 71111

SAMPSON BUILDING SUPPLY
ATTN: MANAGER OR AGENT
P.O. BOX 526
CLINTON, NC 28329

SAMPSON COUNTY TAX COLL
ATTN: MANAGING AGENT
PO BOX 207
CLINTON, NC 28329

SAVOIE, INC.
ATTN: MANAGER OR AGENT
2920 ROUTE 218
MANSEAU, QC GOX1VO
CANADA

SCHUMAN, PAULA
P.O. BOX 63
SPENCERVILLE, MD 20868

SCOTLYNN COMMODITIES INC.
ATTN: MANAGER OR AGENT
1150 VITTORIA ROAD
VITTORIA, ONTARIO NOE1WO
CANADA

SCOTT FARMS INC.
ATTN: MANAGER OR AGENT
7965 A SIMPSON ROAD
LUCAMA, NC 27851

SCOTT MARTIN TRANSPORT, LL
ATTN: MANAGER OR AGENT
2440 VINEYARD CIRCLE
SANFORD, FL 32771

SIMBA TRUCKING, INC.
ATTN: MANAGER OR AGENT
217 MALLOY LANE
BLACKLICK, OH 43004

SMITH FARMS
ATTN: MANAGER OR AGENT
9690 LISBON ROAD
CLARKTON, NC 28433

SMITH INT'L TRUCK CTR
ATTN:  MANAGING AGENT
P.O. BOX 20067
FAYETTEVILLE, NC 28312

TYRAE EDWARD SMITH
ATTN: MANAGER OR AGENT
9770 LISBON ROAD
CLARKTON, NC 28433

SOUTHERN MARK INDUSTRIES LLC
ATTN: MANAGER OR AGENT
P.O. BOX 1780
VIDALIA, GA 30475

SOUTHERN PRODUCE DIST. INC
ATTN: MANAGER OR AGENT
P.O. BOX 130
FAISON, NC 28341



SOUTHERN ROOTS
ATTN: MANAGER OR AGENT
P.O. BOX 130
CHADBOURN, NC 28431

SP FUNDING, LLC
ATTN:  MANAGER OR AGENT
100 ELKS CLUB ROAD
BREVARD, NC 28712

SPRING ACRES
ATTN: MANAGER OR AGENT
1280 MACEDONIA ROAD
SPRING HOPE, NC 27882

ST FREIGHT LLC
ATTN: MANAGER OR AGENT
P.O. BOX 1147
MANITOWOC, WI 54221

STEARNS BANK
ATTN:  MANAGING AGENT
500 13TH ST.
ALBANY, MN 56307

STEVENS & HASTY COMPANY, IN
ATTN: MANAGER OR AGENT
128 PECAN STREET
WHITEVILLE, NC 28472

STRICKLAND PALLETS
ATTN: MANAGER OR AGENT
10516 GREENPATH ROAD
DUNN, NC 28334

EARL SULLIVAN
8444 ST. MARY'S CHURCH ROAD
LUCAMA, NC 27851

SUNTECK TRANSPORT CO INC.
ATTN: MANAGER OR AGENT
6413 CONGRESS AVENUE, SUITE26
BOCA RATON, FL 33487

THARRINGTON SMITH LLP
ATTN: MANAGER OR AGENT
209 FAYETTEVILLE STREET
RALEIGH, NC 27602

THE DOOR MAN, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 3837
LUMBERTON, NC 28359

THE NY PRODUCE SHOW & CO
ATTN: MANAGER OR AGENT
P.O. BOX 810425
BOCA RATON, FL 33481

THE PRODUCE NEWS
ATTN: MANAGER OR AGENT
482 HUDSON TERRACE
ENGLEWOOD CLIFFS, NJ 07632

THOMPSON PRICE & CO.
ATTN: MANAGER OR AGENT
P.O. BOX 398
WHITEVILLE, NC 28472

TIME WARNER CABLE
ATTN: MANAGER OR AGENT
PO BOX 583471
CHARLOTTE, NC 28258

TIRE BARN INC.
ATTN: MANAGER OR AGENT
P.O. BOX 427
CHADBOURN, NC 28431

TOTAL QUALITY LOGISTICS, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 799
MILFORD, OH 45150

TOWN OF CHADBOURN
ATTN:  MANAGER OR AGENT
CHADBOURN, NC 28431

TOYOTA MOTOR CREDIT
ATTN: MANAGER OR AGENT
PO BOX 2431
CAROL STREAM, IL 60132

TRINITY FRESH FOODS
ATTN: MANAGER OR AGENT
2281 TURKEY HIGHWAY
CLINTON, NC 28328

TRINITY FROZEN FOODS
ATTN: MANAGER OR AGENT
P.O. BOX 3207
PEMBROKE, NC 28372

TULL HILL FARMS, INC.
ATTN:  MANAGER OR AGENT
2264 HUGO ROAD
KINSTON, NC 28501

TYCO INTEGRATED SECURITY, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 96041
CHARLOTTE, NC 28296-0041

ANDREW TYSON
985 EVANS ROAD
NASHVILLE, NC 27856

UNIFIRST CORP.
ATTN: MANAGER OR AGENT
1821 DAWSON STREET
WILMINGTON, NC 28403

UNITED RENTALS
ATTN:  MANAGER OR AGENT
P.O. BOX 100711
ATLANTA, GA 30384-0711

UNIVERSAL TRUCKLOAD, INC.
ATTN: MANAGER OR AGENT
12755 EAST NINCE MILE RD.
WARREN, MI 48089



US LOGISTICS, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 14309
CINCINNATI, OH 45250

VAUGHN BELTING COMPANY, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 5505
SPARTANBURG, SC 29304

VOLM BAG CO., INC.
ATTN: MANAGER OR AGENT
P.O. BOX 400
ANTIGO, WI 54409

WEIGHT TRANS, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 4269
SAN CLEMENTE, CA 92674

WELLMAN OIL & PROPANE CO
ATTN: MANAGER OR AGENT
P.O. BOX 780
CLINTON, NC 28329

WERNER ENTERPRISES INC.
ATTN: MANAGER OR AGENT
14507 FRONTIER ROAD
OMAHA, NE 68138

WHITE FALCON SOLUTIONS, INC.
ATTN: MANAGER OR AGENT
223 SOUTH GOLDEN STATE BLVD.
TURLOCK, CA 95380

WHITEVILLE FORKLIFT & EQUIP.
ATTN: MANAGER OR AGENT
344 VINSON ROAD
WHITEVILLE, NC 28472

WILLIAMSON, WALTON & SCOTT, L.L
ATTN: MANAGER OR AGENT
136 WASHINGTON STREET
WHITEVILLE, NC 28472

WILLSON INTERNATIONAL LIMITED
ATTN: MANAGER OR AGENT
2345 ARGENTIA ROAD SUITE 201
MISSISSAUGA, ONTARIO L5N 8KA
CANADA

J. ROLAND WOOD
2500 BEASLEY ROAD
BENSON, NC 27504

WOOTEN LAND & TIMBER, L.L.C
ATTN: MANAGER OR AGENT
P.O. BOX 467
CHADBOURN, NC 28431

WOOTEN'S BUSINESS EQUIPMENT
LEASING, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 467
CHADBOURN, NC 28431

ALICE WOOTEN

ALICE WOOTEN
160 KISSAM LANE
EVERGREEN, NC 28438

GEORGE WOOTEN, III

ZEP MANUFACTURING
ATTN: MANAGER OR AGENT
PO BOX 40462*9
ATLANTA, GA 30384

**EXHIBIT B**

## United States Bankruptcy Court
### Eastern District of North Carolina - Wilmington Division

In re   WAYNE BAILEY, INC.

Debtor(s)

Case No. _____

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   WAYNE BAILEY, INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 21, 2018

Date

/s/ Trawick Stubbs - Laurie B. Biggs

Trawick Stubbs - Laurie B. Biggs 4221 - 31845

Signature of Attorney or Litigant
Counsel for   WAYNE BAILEY, INC.
Stubbs & Perdue, P.A.
PO Box 1654
New Bern, NC 28563


EXHIBIT B

**Fill in this information to identify the case:**

Debtor name    WAYNE BAILEY, INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended Schedule
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 20, 2018      x   _George G. Wooten (signature)_
                                        Signature of individual signing on behalf of debtor

                                        George G. Wooten
                                        Printed name

                                         President
                                         Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



## AMENDED MATRIX

WAYNE BAILEY, INC.
P.O. BOX 467
CHADBOURN, NC 28431

SECURITIES & EXCHANGE COMM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

N.C. DEPT. OF COMMERCE, DE
ATTN: MANAGER OR AGENT
P.O. BOX 26504
RALEIGH, NC 27611

ADVANCE AUTO PARTS
ATTN: MANAGER OR AGENT
817 N. BROWN STREET
CHADBOURN, NC 28431

ADVANTAGE AUTO CLINTON
ATTN: MANAGER OR AGENT
210 SOUTH EAST BLVD.
CLINTON, NC 28328

AG LINES, INC.
ATTN: MANAGER OR AGENT
8546 W. 103RD TERRACE
UNIT 101
PALOS HILLS, IL 60465

AIRGAS USA, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 532609
ATLANTA, GA 30353-2609

ALLEGIANCE RETAIL SERVICES, LL
ATTN: MANAGER OR AGENT
485 ROUTE 1 SOUTH
BLDG D, SUITE 420
ISELIN, NJ 08830

ALLIANCE FUNDING GROUP, INC
ATTN: MANAGER OR AGENT
3745 W. CHAPMAN AVENUE
SUITE 200
ORANGE, CA 92868

ALLY
ATTN.: MANAGER OR AGENT
P.O. BOX 90201948
LOUISVILLE, KY 40290-1948

AM-PM CARRIERS
ATTN: MANAGER OR AGENT
9444 DEER CROSSING TRACE
JONESBORO, GA 30236

APPLIED VISION WORKS, INC.
ATTN: MANAGER OR AGENT
4009 VILLAGE PARK DRIVE
KNIGHTDALE, NC 27545

AQUAPULSE SYSTEMS, INC.
ATTN: MANAGER OR AGENT
16117 COVELLO STREET
VAN NUYS, CA 91406

ARMSTRONG TRANSPORT GROUP, INC
ATTN: MANAGER OR AGENT
P.O. BOX 745100
ATLANTA, GA 30374

ATLANTIC CORPORATION
ATTN: MANAGER OR AGENT
P.O. BOX 60002
CHARLOTTE, NC 28260

B&B TECHNOLOGY & SVCS, INC.
ATTN: MANAGER OR AGENT
138 LUDLOW DRIVE
WILMINGTON, NC 28411

B.J. WILLIAMSON, INC.
ATTN: MANAGER OR AGENT
820 ELIZABETH STREET
CLINTON, NC 28328

BAILEY, DOROTHY
P.O. BOX 363
CHADBOURN, NC 28431

BALL BROKERAGE
ATTN: MANAGER OR AGENT
600 SOUTH STATE STREET
CLARKS SUMMIT, PA 18411

BANK OF THE WEST
ATTN: MANAGER OR AGENT
475 SANSOME STREET
19TH FLOOR
SAN FRANCISCO, CA 94111-3112

BANK OF THE WEST
ATTN: MANAGING AGENT
P.O. BOX 4002
CONCORD, CA 94524-4002



BARBOUR, SHEPARD
5239 ZACKS MILL ROAD
ANGIER, NC 27501

GREG BARNHILL
P.O. BOX 5
EVERGREEN, NC 28438

BATTLEBORO PRODUCE, INC.
ATTN:  MANAGER OR AGENT
42 COOL SPRING ROAD
BATTLEBORO, NC 27809

BIG BLUE STORE OF CLINTON
ATTN:  MANAGER OR AGENT
P.O. BOX 1219
CLINTON, NC 28329

BLUE CROSS & BLUE SHIELD OF NC
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 580094
CHARLOTTE, NC 28258-0094

BOYETTE BROTHERS PRODUCELL
ATTN:  MANAGER OR AGENT
6638 RADIO TOWER ROAD
WILSON, NC 27893

BRANCH BANKING & TRUST
ATTN: JACK HAYES
PO BOX 1847
WILSON, NC 27894

MATT BROWN
6670 701 N.
CONWAY, SC 29526

BURCH FARMS
ATTN:  MANAGER OR AGENT
P.O. BOX 399
FAISON, NC 28341

C AND T BRIGHT TRUCKING
ATTN: MANAGER OR AGENT
P.O. BOX 192
SEVEN SPRINGS, NC 28578

CAPE FEAR FARM CREDIT
ATTN:  MGR, OFFICER OR AGENT
P.O. BOX 2405
FAYETTEVILLE, NC 28302

CAPE FEAR PROPANE
ATTN:  MANAGER OR AGENT
P.O. BOX 1130
WHITEVILLE, NC 28472

CARMICHAEL FARMS
ATTN:  MANAGER OR AGENT
P.O. BOX 1547
LAURINBURG, NC 28353

CARMICHAEL FARMS
ATTN:  EDDIE CARMICHAEL
P.O. BOX 1547
LAURINBURG, NC 28353

CASTELLINI COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 721610
NEWPORT, KY 41072-1610

CFG FINANCIAL SERVICES, LLC
ATTN:  MGR, AGENT OR OFFICER
100 ELKS CLUB ROAD
BREVARD, NC 28712

CLINTON TRUCK & TRACTOR, INC.
ATTN: MANAGING AGENT
107 NORTHEAST BLVD
CLINTON, NC 28328

CNH CAPITAL
ATTN: MANAGING AGENT
PO BOX 0507
CAROL STREAM, IL 60132-0507

COASTAL GROUP CORPORATION, INC
C/O COASTAL TEMPORARY SERVICES
P.O. BOX 1860
WHITEVILLE, NC 28472

COLUMBUS CO. TAX COLLECTOR
ATTN:  MANAGER OR AGENT
P.O. BOX 1468
WHITEVILLE, NC 28472

CONNECTING POINT
ATTN:  MANAGER OR AGENT
P.O. BOX 426
WHITEVILLE, NC 28472

COOPERATIVE GRADING SERVICE
ATTN: MANAGER OR AGENT
P.O. BOX 588
WILLIAMSTON, NC 27892

COUSINS LOGISTICS, INC.
ATTN:  MANAGER OR AGENT
4400 BISCAYNE BLVD., STE 850
MIAMI, FL 33137

COWAN SYSTEMS, LLC
ATTN:  MANAGER OR AGENT
4555 HOLLINS FERRY ROAD
HALETHORPE, MD 21227

CREGGER COMPANY, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 2197
COLUMBIA, SC 29202

CV PILSON
ATTN: MANAGER OR AGENT
108 CVP LANE
CAMERON, NC 28326

DARDEN RESTAURANTS, INC.
ATTN:  MANAGER OR AGENT
1000 DARDEN CENTER DRIVE
ORLANDO, FL 32837



EXHIBIT B

DAVIS LIFT TRUCK SVC.
ATTN:  MANAGER OR AGENT
P.O. BOX 469
HOPE MILLS, NC 28348

DELANE'S TRUCK BROKERAGE INC.
ATTN: MANAGER OR AGENT
P.O. BOX 2037
HAINES CITY, FL 33844

DELTATRAK
ATTN:  MANAGER OR AGENT
P.O. BOX 4115
MODESTO, CA 95352

DENNIS MCPHERSON TRUCKING
ATTN: MANAGER OR AGENT
3273 CAMERON HILL ROAD
CAMERON, NC 28326

DGW FORMS & SYSTEMS
ATTN:  MANAGER OR AGENT
P.O. BOX 3745
WILMINGTON, NC 28406

DIASTON TRANSPORT, LLC
ATTN:  MANAGER OR AGENT
1112 PATTY ROAD
CADES, SC 29518

DIVERSIFIED FINANCIAL
ATTN: MANAGING AGENT
PO BOX 2056
OMAHA, NE 68103-2056

DIXON FARM
ATTN:  MANAGER OR AGENT
1884 DIXON ROAD
AYNOR, SC 29511

DON JORDAN'S PORTABLE TOIL
ATTN:  MANAGER OR AGENT
P.O. BOX 1898
CLINTON, NC 28329

DOREVA PRODUCE
ATTN: MANAGER OR AGENT
12437 W. MAGNOLIA AVENUE
LIVINGSTON, CA 95334

DURAND-WAYLAND, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 1404
LAGRANGE, GA 30241-0119

ECOLAB
ATTN:  MANAGER OR AGENT
P.O. BOX 6007
GRAND FORKS, ND 58206

EDWARD BROS PROPERTIES, LLC
ATTN:  MANAGER OR AGENT
305 E. OLIVER STREET
WHITEVILLE, NC 28472

EDWARDS BROTHERS PROP. LLC
ATTN:  MANAGER OR AGENT
305 E. OLIVER STREET
WHITEVILLE, NC 28472

ELLIOT, JOHN
P.O. BOX 363
CHADBOURN, NC 28431

JOHN D. ELLIOTT
P.O. BOX 363
CHADBOURN, NC 28431

ENGLAND LOGISTICS, INC.
ATTN:  MANAGER OR AGENT
1325 SOUTH 4700 WEST
SALT LAKE CITY, UT 84104

FED-EX
ATTN: MANAGING AGENT
PO BOX 371461
PITTSBURGH, PA 15250-7461

FEEDING AMERICA
ATTN:  MANAGER OR AGENT
35 EAST WACKER DRIVE
SUITE 2000
CHICAGO, IL 60601

FINANCIAL PACIFIC LEASING
ATTN:  MGR, AGT OR OFFICER
3455 S. 344TH WAY #300
FEDERAL WAY, WA 98001-9546

FIRST STAR LOGISTICS, LLC
ATTN:  MANAGER OR AGENT
1762 RIDGEWOOD CIRCLE
LAWRENCEBURG, IN 47025

FRANK DONIO, INC.
ATTN:  MANAGER OR AGENT
OLD EGG HARBOR ROAD
HAMMONTON, NJ 08037

FREIGHT ALL KINDS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 5187
DENVER, CO 80217

G&S TRANSPORT, LLC
ATTN:  MANAGER OR AGENT
13514 GLEN HARWELL ROAD
DOVER, FL 33527

GALLOP FARMS
ATTN:  MANAGER OR AGENT
4832 RIVERS BRIDGE ROAD
EHRHARDT, SC 29081

GAY FARMS
ATTN:  MANAGER OR AGENT
930 MEADOWS ROAD
WALSTONBURG, NC 27888

GEORGE G. WOOTEN
160 KISSAM LANE
EVERGREEN, NC 28438



EXHIBIT B

GIRO-PACK, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 171137
HIALEAH, FL 33017

GLOBALTRANZ ENTERPRISES INC.
ATTN: MANAGER OR AGENT
5415 E. HIGH ST., BLDG. A9
SUITE 460
PHOENIX, AZ 85054

GODWIN PRODUCE
ATTN:  MANAGER OR AGENT
P.O. BOX 163
DUNN, NC 28334

MIKE GODWIN
5904 TIMOTHY ROAD
DUNN, NC 28334

GOODWIN REFRIGERATION
ATTN:  MANAGER OR AGENT
335 SHERWEE DRIVE
SUITE 109
RALEIGH, NC 27603

GORE & ASSOCIATES MANAGEM
ATTN:  MANAGER OR AGENT
P.O. BOX 2001
WHITEVILLE, NC 28472

GREEN THUMB FARMS
ATTN: MANAGER OR AGENT
P.O. BOX 147
FRYEBURG, ME 04037

HAGAN ELECTRONICS, INC.
ATTN:  MANAGER OR AGENT
972 UNITED CIRCLE
SPARKS, NV 89431

HARDEN FARMS, INC.
ATTN.:  MANAGER OR AGENT
746 COOPER HILL ROAD
WINDSOR, NC 27983

HARVEY FARMS
ATTN:  MANAGER OR AGENT
P.O. BOX 189
KINSTON, NC 28502

HARVEY'S SOUTHEAST-WHITEVILLE
ATTN:  MANAGER OR AGENT
P.O. BOX 1219
WHITEVILLE, NC 28472

HAYES AUTO SUPPLY CO., INC
ATTN:  MANAGER OR AGENT
P.O. BOX 354
CHADBOURN, NC 28431

HAYES BROTHERS FARMS
ATTN:  JOE HAYES
1522 SINGLETARY CHURCH ROAD
LUMBERTON, NC 28358

HENDRIX FARMS
ATTN: MANAGER OR AGENT
P. O. BOX 175
METTER, GA 30439

HERALD OFFICE SUPPLY
ATTN:  MANAGER OR AGENT
P.O. BOX 1288
DILLON, SC 29536

ROY HERRING
1959 REGAN CHURCH ROAD
LUMBERTON, NC 28358

KENDALL HILL
2574 HUGO ROAD
GRIFTON, NC 28530

HILL, PATRICIA
2574 HUGO ROAD
GRIFTON, NC 28530

HILL, ROBERT
4445 RESEARCH ROAD
HOOKERTON, NC 28538

BOBBY HOPE
750 BONEY MILL ROAD
CLINTON, NC 28328

DEWAYNE   HOPE
6918 GARLAND HIGHWAY
CLINTON, NC 28328

JOHNNY HOPE
305 MALPASS FARM LANE
CLINTON, NC 28328

HORRY COUNTY STATE BANK
ATTN: MANAGING AGENT
PO BOX 677
CONWAY, SC 29528

HOWELL, BRUCE
118 OAK HEIGHTS DRIVE
GOLDSBORO, NC 27530

JOSH HUDSON
553 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

HUNTINGTON TECHNOLOGY FINANCE
ATTN:  MANAGER OR AGENT
P.O. BOX 2017
BLOOMFIELD HILLS, MI 48303

INDUSTRIAL BRUSH CORPORATI
ATTN:  MANAGER OR AGENT
P.O. BOX 2608
POMONA, CA 91769-2608


EXHIBIT B

INDUSTRIAL POWER, INC.
ATTN:  MANAGER OR AGENT
703 WHITFIELD STREET
FAYETTEVILLE, NC 28306

INTEGRITY EXPRESS LOGISTICS
ATTN:  MANAGER OR AGENT
P.O. BOX 938
WEST CHESTER, OH 45071

INTERNATIONAL PAPER
ATTN:  MANAGER OR AGENT
P.O. BOX 841723
DALLAS, TX 75284

J & J EQUIPMENT RENTALS INC.
ATTN:  MANAGER OR AGENT
226 MARY WHITE ROAD
WHITEVILLE, NC 28472

J A M TRANSPORT
ATTN:  MANAGER OR AGENT
P.O. BOX 3215
FLORENCE, SC 29502

BRENT JACKSON
206 MCLAMB ROAD
NEWTON GROVE, NC 28366

JBM TRANSPORT, INC.
ATTN:  MANAGER OR AGENT
8849 CYPRESS AVENUE
FONTANA, CA 92335

JEROME LANGDON PRODUCE
ATTN:  MANAGER OR AGENT
5855 OLD FAIRGROUND ROAD
BENSON, NC 27504

JONES MOTOR COMPANY, INC.
ATTN:  MANAGER OR AGENT
654 ENTERPRISE DRIVE
LIMERICK, PA 19468

JERRY JORDAN
11108 JORDAN ROAD
RALEIGH, NC 27603

BLAKE KING
ATTN: MANAGER OR AGENT
722 OZZIE ROAD
CLINTON, NC 28328

KINLAW'S HEATING & COOLING
ATTN: MANAGER OR AGENT
81 GOINS ROAD
CHADBOURN, NC 28431

KISSAM, RUTH
109 KISSAM LANE
EVERGREEN, NC 28438

KORNEGAY FAMILY FARMS, LLC
ATTN:  MANAGER OR AGENT
610 WORLEY ROAD
PRINCETON, NC 27569

LANE'S LAWN SERVICE
ATTN: MANAGER OR AGENT
1975 POPE ROAD
CLINTON, NC 28328

ROGER LANE
ATTN: MANAGER OR AGENT
P.O. BOX 238
TURKEY, NC 28393

LAW OFFICE OF DONALD K. CARROL
ATTN: MANAGER OR AGENT
P.O. DRAWER 1018
OAK GROVE, LA 71263

BRIAN LEE
758-A SHAWS POND ROAD
FOUR OAKS, NC 27524

LONGSHIP
ATTN: MANAGER OR AGENT
2741 GEORGETOWN ROAD
LEXINGTON, KY 40511

LTL LOGISTICS INC.
ATTN: MANAGER OR AGENT
30 RUE DES GALETS
CHATEAUGUAY QC   J6K 0B4
CANADA

M2 FUNDING
ATTN: MANAGER OR AGENT
175 N. PATRICK BLVD, STE. 140
BROOKFIELD, WI 53045

MANIS CUSTOM BUILDERS INC.
ATTN: MANAGER OR AGENT
5880 CRESTLINE ROAD
LAURINBURG, NC 28352

MANN PACKING CO.
ATTN: MANAGER OR AGENT
1333 SCHILLING PLACE
SALINAS, CA 93901

MATTRON TRANSPORT LLC
ATTN: MANAGER OR AGENT
104 WILLOW TRACE
STOCKBRIDGE, GA 30281

MCARTHUR HARDWARE
ATTN:  MANAGER OR AGENT
117 E. RAILROAD AVENUE
CHADBOURN, NC 28431

MCCARRON & DIESS
ATTN:  MANAGER OR AGENT
4530 WISCONSIN AVENUE NW
SUITE 310
WASHINGTON, DC 20016

MCKENZIE SUPPLY COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 890470
CHARLOTTE, NC 28289



EXHIBIT B

MEDALLION TRANSPORT & LOGISTIC
ATTN: MANAGER OR AGENT
701 EAST GATE DRIVE, STE. 302
MOUNT LAUREL, NJ 08054

MIDAMERICA FREIGHT HANDLERS
ATTN: MANAGER OR AGENT
900 SOUTH HIGHWAY DR.
SUITE 202
FENTON, MO 63026

MILLSTREAM FARMS
ATTN: MANAGER OR AGENT
1131 TIMOTHY ROAD
DUNN, NC 28334

MJE BROKERAGE, INC.
ATTN: MGR, AGENT OR OFFICER
P.O. BOX 65
PROCTORVILLE, NC 28375

N.L. DAUGHTRY FERTILIZER CO.
ATTN: MANAGER OR AGENT
621 LISBON STREET
CLINTON, NC 28328

NATIONAL LOGISTICS SERVICE
ATTN.: MANAGER OR AGENT
7611 CHEVIOT ROAD #105
CINCINNATI, OH 45247

NATURAL SCIENCE CENTER INC.
ATTN: MANAGER OR AGENT
1337 DAYTON-XENIA ROAD
XENIA, OH 45385

NAVAJO EXPRESS, INC.
ATTN: MANAGER OR AGENT
1400 W. 64TH STREET
DENVER, CO 80221

NAVITAS CREDIT CORP
ATTN: MANAGER, AGENT, OFFIC
111 EXECUTIVE CENTER DR, ST1
COLUMBIA, SC 29210

NC STRAWBERRY FESTIVAL
ATTN: MANAGER OR AGENT
P.O. BOX 352
CHADBOURN, NC 28431

NEALY, MARY MARGARET WOOTEN
113 WEST OLIVER STTREET
WHITEVILLE, NC 28472

NEWSONG MINISTRIES
ATTN: MANAGER OR AGENT
825 SMITH ROAD
BALL GROUND, GA 30107

NICKEY GREGORY CO., INC.
ATTN: MANAGER OR AGENT
16 FOREST PKWY BUILDING N
FOREST PARK, GA 30297

OLAN DUNN FARMS
ATTN: MANAGER OR AGENT
4159 US 301N
DUNN, NC 28334

OSI RESTAURANT PARTNERS LL
ATTN: MANAGER OR AGENT
2202 N WEST SHORE BLVD.
TAMPA, FL 33607

PALMETTO PACKAGING & PAPER
ATTN: MANAGER OR AGENT
P.O. BOX 2758
GREENVILLE, SC 29602

PEMBROKE WASTE
ATTN: MANAGER OR AGENT
P.O. BOX 2400
PEMBROKE, NC 28372

PICKLES + TRANSPORT LLC
ATTN: MANAGER OR AGENT
3010 FLETCHER AVENUE
LAKELAND, FL 33803

PIEDMONT BELTING COMPANY
ATTN: MANAGER OR AGENT
1271 SOUTH PARK DRIVE
KERNERSVILLE, NC 27284

PINNA, JOHNSTON & BURWELL
ATTN: BILL PINNA
2601 OBERLIN RD.
RALEIGH, NC 27608

PNC EQUIPMENT FINANCE
ATTN: MANAGING AGENT
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044

JIMMY POWERS
711 BARKER CHURCH ROAD
LUMBERTON, NC 28358

PRIMUS AUDITING OPERATIONS
ATTN: MANAGER OR AGENT
P.O. BOX 5785
SANTA MARIA, CA 93456

PROGRESSIVE SALES & MARKE
ATTN: MANAGER OR AGENT
400 TECHNOLOGY COURT STE. A
PEMBROKE PINES, FL 33082

PS CONNECTION
ATTN: MANAGER OR AGENT
P.O. BOX 416
CENTER, CO 81125

PT BROKERS
ATTN: MANAGER OR AGENT
201 E. SUNFLOWER ROAD, SUITE 1
CLEVELAND, MS 38732

R & B FREIGHT TRANSPORTION LL
ATTN: MANAGER OR AGENT
2727 SKY VIEW DRIVE
LITHIA SPRINGS, GA 30122



EXHIBIT B

RAINBOW LOGISTICS, LLC
ATTN: MANAGER OR AGENT
251 WEST COVINGTON AVENUE
ATTALLA, AL 35954

RANKIN TRUCK BROKERS
ATTN: MANAGER OR AGENT
159 POINT SOUTH DRIVE
YEMASSEE, SC 29945

RAPID CAPITAL FINANCE
ATTN: MANAGER OR AGENT
11900 BISCANE BLVD., STE. 201
MIAMI, FL 33181

RAYLAN FREIGHT SERVICES
ATTN:  MANAGER OR AGENT
143 N. KALAMAZOO STREET
VICKSBURG, MI 49097

REAL TIME FREIGHT SERVICES
ATTN: MANAGER OR AGENT
P.O. BOX 99
NEW PLYMOUTH, ID 83655

RFG LOGISTICS
ATTN: MANAGER OR AGENT
5820 SO 142ND STREET
OMAHA, NE 68137

RIGHTWAY BROKERAGE LLC
ATTN: MANAGER OR AGENT
1812 S. HAMILTON STREET
DALTON, GA 30720

RIVER VALLEY
ATTN: MANAGER OR AGENT
14868 W RIDGE LANE SUITE 200
DUBUQUE, IA 52003

RJ CARGO EXPRESS, INC.
ATTN: MANAGER OR AGENT
11117 W. OKEECHOBEE RD.
STE. 109
HIALEAH, FL 33018

ROADRUNNER TRANSPORTATION
ATTN:  MANAGER OR AGENT
P.O. BOX 8903
CUDAHY, WI 53100

ROBINSON & SON MACHINE, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 2337
CLINTON, NC 28329

ROMARK TRANSPORTATION, INC
ATTN: MANAGER OR AGENT
340 WORLEY ROAD
CANTON, GA 30114

S & S FORWARDING INC.
ATTN: MANAGER OR AGENT
117 E. RAILROAD AVENUE
CHADBOURN, NC 28431

SALINAS TRUCKING
ATTN: MANAGER OR AGENT
206 WALNUT LANE
BOSSIER CITY, LA 71111

SAMPSON BUILDING SUPPLY
ATTN: MANAGER OR AGENT
P.O. BOX 526
CLINTON, NC 28329

SAMPSON COUNTY TAX COLL
ATTN: MANAGING AGENT
PO BOX 207
CLINTON, NC 28329

SAVOIE, INC.
ATTN: MANAGER OR AGENT
2920 ROUTE 218
MANSEAU, QC GOX1VO
CANADA

SCHUMAN, PAULA
P.O. BOX 63
SPENCERVILLE, MD 20868

SCOTLYNN COMMODITIES INC.
ATTN: MANAGER OR AGENT
1150 VITTORIA ROAD
VITTORIA, ONTARIO NOE1WO
CANADA

SCOTT FARMS INC.
ATTN: MANAGER OR AGENT
7965 A SIMPSON ROAD
LUCAMA, NC 27851

SCOTT MARTIN TRANSPORT, LL
ATTN: MANAGER OR AGENT
2440 VINEYARD CIRCLE
SANFORD, FL 32771

SIMBA TRUCKING, INC.
ATTN: MANAGER OR AGENT
217 MALLOY LANE
BLACKLICK, OH 43004

SMITH FARMS
ATTN: MANAGER OR AGENT
9690 LISBON ROAD
CLARKTON, NC 28433

SMITH INT'L TRUCK CTR
ATTN:  MANAGING AGENT
P.O. BOX 20067
FAYETTEVILLE, NC 28312

TYRAE EDWARD SMITH
ATTN: MANAGER OR AGENT
9770 LISBON ROAD
CLARKTON, NC 28433

SOUTHERN MARK INDUSTRIES LLC
ATTN: MANAGER OR AGENT
P.O. BOX 1780
VIDALIA, GA 30475

SOUTHERN PRODUCE DIST. INC
ATTN: MANAGER OR AGENT
P.O. BOX 130
FAISON, NC 28341


EXHIBIT B

SOUTHERN ROOTS
ATTN: MANAGER OR AGENT
P.O. BOX 130
CHADBOURN, NC 28431

SP FUNDING, LLC
ATTN:  MANAGER OR AGENT
100 ELKS CLUB ROAD
BREVARD, NC 28712

SPRING ACRES
ATTN: MANAGER OR AGENT
1280 MACEDONIA ROAD
SPRING HOPE, NC 27882

ST FREIGHT LLC
ATTN: MANAGER OR AGENT
P.O. BOX 1147
MANITOWOC, WI 54221

STEARNS BANK
ATTN:  MANAGING AGENT
500 13TH ST.
ALBANY, MN 56307

STEVENS & HASTY COMPANY, IN
ATTN: MANAGER OR AGENT
128 PECAN STREET
WHITEVILLE, NC 28472

STRICKLAND PALLETS
ATTN: MANAGER OR AGENT
10516 GREENPATH ROAD
DUNN, NC 28334

EARL SULLIVAN
8444 ST. MARY'S CHURCH ROAD
LUCAMA, NC 27851

SUNTECK TRANSPORT CO INC.
ATTN: MANAGER OR AGENT
6413 CONGRESS AVENUE, SUITE 126
BOCA RATON, FL 33487

THARRINGTON SMITH LLP
ATTN: MANAGER OR AGENT
209 FAYETTEVILLE STREET
RALEIGH, NC 27602

THE DOOR MAN, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 3837
LUMBERTON, NC 28359

THE NY PRODUCE SHOW & CO
ATTN: MANAGER OR AGENT
P.O. BOX 810425
BOCA RATON, FL 33481

THE PRODUCE NEWS
ATTN: MANAGER OR AGENT
482 HUDSON TERRACE
ENGLEWOOD CLIFFS, NJ 07632

THOMPSON PRICE & CO.
ATTN: MANAGER OR AGENT
P.O. BOX 398
WHITEVILLE, NC 28472

TIME WARNER CABLE
ATTN: MANAGER OR AGENT
PO BOX 583471
CHARLOTTE, NC 28258

TIRE BARN INC.
ATTN: MANAGER OR AGENT
P.O. BOX 427
CHADBOURN, NC 28431

TOTAL QUALITY LOGISTICS, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 799
MILFORD, OH 45150

TOWN OF CHADBOURN
ATTN:  MANAGER OR AGENT
602 N. BROWN STREET
CHADBOURN, NC 28431

TOWN OF CHADBOURN
ATTN:  MANAGER OR AGENT
CHADBOURN, NC 28431

TOYOTA MOTOR CREDIT
ATTN: MANAGER OR AGENT
PO BOX 2431
CAROL STREAM, IL 60132

TRINITY FRESH FOODS
ATTN: MANAGER OR AGENT
2281 TURKEY HIGHWAY
CLINTON, NC 28328

TRINITY FROZEN FOODS
ATTN: MANAGER OR AGENT
P.O. BOX 3207
PEMBROKE, NC 28372

TULL HILL FARMS, INC.
ATTN:  MANAGER OR AGENT
2264 HUGO ROAD
KINSTON, NC 28501

TYCO INTEGRATED SECURITY, LL
ATTN:  MANAGER OR AGENT
P.O. BOX 96041
CHARLOTTE, NC 28296-0041

ANDREW TYSON
985 EVANS ROAD
NASHVILLE, NC 27856

UNIFIRST CORP.
ATTN: MANAGER OR AGENT
1821 DAWSON STREET
WILMINGTON, NC 28403

UNITED RENTALS
ATTN:  MANAGER OR AGENT
P.O. BOX 100711
ATLANTA, GA 30384-0711



EXHIBIT B

UNIVERSAL TRUCKLOAD, INC.
ATTN: MANAGER OR AGENT
12755 EAST NINCE MILE RD.
WARREN, MI 48089

US LOGISTICS, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 14309
CINCINNATI, OH 45250

VAUGHN BELTING COMPANY, IN
ATTN: MANAGER OR AGENT
P.O. BOX 5505
SPARTANBURG, SC 29304

VOLM BAG CO., INC.
ATTN: MANAGER OR AGENT
P.O. BOX 400
ANTIGO, WI 54409

WEIGHT TRANS, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 4269
SAN CLEMENTE, CA 92674

WELLMAN OIL & PROPANE CO
ATTN: MANAGER OR AGENT
P.O. BOX 780
CLINTON, NC 28329

WERNER ENTERPRISES INC.
ATTN: MANAGER OR AGENT
14507 FRONTIER ROAD
OMAHA, NE 68138

WHITE FALCON SOLUTIONS, INC.
ATTN: MANAGER OR AGENT
223 SOUTH GOLDEN STATE BLVD.
TURLOCK, CA 95380

WHITEVILLE FORKLIFT & EQUIP
ATTN: MANAGER OR AGENT
344 VINSON ROAD
WHITEVILLE, NC 28472

WILLIAMSON, WALTON & SCOTT LLP
ATTN: MANAGER OR AGENT
136 WASHINGTON STREET
WHITEVILLE, NC 28472

WILLSON INTERNATIONAL LIMITED
ATTN: MANAGER OR AGENT
2345 ARGENTIA ROAD SUITE 201
MISSISSAUGA, ONTARIO L5N 8KA
CANADA

J. ROLAND WOOD
2500 BEASLEY ROAD
BENSON, NC 27504

WOOTEN LAND & TIMBER, L.L.C.
ATTN: MANAGER OR AGENT
P.O. BOX 467
CHADBOURN, NC 28431

WOOTEN'S BUSINESS EQUIPMENT
LEASING, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 467
CHADBOURN, NC 28431

ALICE WOOTEN
160 KISSAM LANE
EVERGREEN, NC 28438

GEORGE WOOTEN, III
P.O. BOX 130
CHADBOURN, NC 28431

ZEP MANUFACTURING
ATTN: MANAGER OR AGENT
PO BOX 40462*9
ATLANTA, GA 30384



EXHIBIT B

## United States Bankruptcy Court
### Eastern District of North Carolina - Wilmington Division

In re   WAYNE BAILEY, INC. _____   Case No.   18-00284-5 _____

_____ Debtor(s)   Chapter   11 _____

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   1/22/2018 _____

_____
George G. Wooten/President
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy



**Fill in this information to identify the case:**

Debtor name    WAYNE BAILEY, INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)    18-00284-5-SWH

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 30, 2018         x _Geo. G. Wooten_
                                            Signature of individual signing on behalf of debtor

                                            George G. Wooten
                                            Printed name

                                            President
                                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy



EXHIBIT B

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WAYNE BAILEY, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | 18-00284-5-SWH |

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $    4,046,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $    14,577,408.02

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $    18,623,408.02

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    12,282,956.78

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    93,842.64

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    14,776,326.05

4.  **Total liabilities** ........................................................................
    Lines 2 + 3a + 3b
    $    27,153,125.47




EXHIBIT B

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WAYNE BAILEY, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | 18-00284-5-SWH |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | SunTrust Bank | Deposit account | 5576 | $0.00 |
| 3.2. | SunTrust Bank | Lockbox | 5576 | $55,893.00 |
| 3.3. | SunTrust Bank | Checking | 4830 | $533,335.00 |
| 3.4. | BB&T | Payroll | 5006 | $50,000.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $639,228.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.



EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                                Case number *(If known)*  18-00284-5-SWH
       Name

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    2,682,888.25  -    0.00  = ....    $2,682,888.25
              face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    428,001.95  -    0.00  = ....    $428,001.95
              face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    $3,110,890.20

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:        % of ownership

15.1.  Mississippi Association of Sweet Potato Growers    %    $1,000.00

15.2.  Mississippi Fruit & Vegetable Association Coop    %    $10,000.00

15.3.  Aseptic Coop    %    $2,500.00

15.4.  Trinity Frozen Foods LLC    4  %    $500,000.00

15.5.  Texas Sweet Potato Distributing, LLC    100  %    $34,108.00

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy


EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                    Case number (If known)  18-00284-5-SWH
_____Name_____

17.    **Total of Part 4.**                                                           | $547,608.00 |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** Raw Sweet Potatoes - 34,014 18bu equivalent bins | | $0.00 | | $2,615,509.70 |
| **20.** **Work in progress** Sweet Potatoes (at Maxton) #1s $480,060.00 (6,858 18bu equivalent bins) Cantors $50,058.00 (1,854 18bu equivalent bins) | | $0.00 | | $530,118.00 |
| **21.** **Finished goods, including goods held for resale** Sweet Potatoes (packaged) | | $0.00 | | $180,798.72 |
| **22.** **Other inventory or supplies** Cardboard | | $0.00 | | $194,866.45 |
| Parts | | $0.00 | | $89,919.97 |

23.    **Total of Part 5.**                                                          | $3,611,212.84 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy


EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* 18-00284-5-SWH |
|---|---|---|
| | Name | |

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** | | | |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* Case IH 210 Magnum ZCRH05197 & Case IH FM1000 Auto Guidance System 04033 | $0.00 | | $53,314.68 |
| Irrigation equipment consisting of 2-7000 Valley; 4-Tower pivots, S/N 0024 and 0025 | $0.00 | | $27,217.42 |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| | $80,532.10 |
|---|---|

**34.** **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment | $0.00 | | $10,000.00 |



EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                            Case number (If known)  18-00284-5-SWH
          Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                            | $10,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2017 GMC Yukon XL K15 MP, Vin #14843 | $0.00 | | $47,750.00 |
| 47.2.   2014 GMC Yukon MP, Vin# 20444 | $0.00 | | $22,525.00 |
| 47.3.   2013 International Prostar Truck, VIN#<br>06218; 2011 International Prostar Truck,<br>VIN# 65906; 2007 GMC Sierra Truck, VIN#<br>14249; 2007 GMC Sierra Truck, Vin 93262;<br>1985 Brothers Trailer, VIN# 21746 | $0.00 | | $65,000.00 |
| 47.4.   2011 International Prostar Truck, VIN#<br>65679 | $0.00 | | $12,758.49 |
| 47.5.   See attached Exhibit "A" | $0.00 | | $200,000.00 |
| 47.6.   2013 International Prostar Truck, VIN#<br>06291<br>2013 international Prostar Truck, VIN#<br>83587<br>2013 International Prostar Truck, VIN#<br>66362 | $0.00 | | $50,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5


EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
|---|---|---|---|
| | Forklifts - See attached Exhibit "B" | $0.00 | $24,000.00 |
| | See attached Exhibit "C" | $0.00 | $1,300,000.00 |
| | Storage bins | $0.00 | $123,290.00 |

| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $1,845,323.49 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 490 Old US Hwy 74 Chadbourn, NC consisting of 221,550 Sq Ft building and 45 acres (Haworth Facility) ($2,750,000); 76.1 a. off of Carter Road, Chadbourn (Worley property) ($225,000) | Fee simple | $0.00 | | $2,975,000.00 |

**EXHIBIT B**

Debtor   WAYNE BAILEY, INC.                                  Case number (If known)  18-00284-5-SWH
         Name

| | | | | |
|---|---|---|---|---|
| 55.2. | 211 Mills St & 322 E. Kirkland St, Chadbourn, NC consisting of 50,000 Sq. Ft. Bldg. (Orange Warehouse) ($245,000) 326 E. Kirkland St., Chadbourn, NC, consisting of a 6,000 Sq. Ft. Bldg. (Blue Building) ($60,000) 1405 Joe Brown Hwy S., Chadbourn, NC, consisting of 2 Bldg. at 6,000 Sq. Ft. each (Red & White Buildings) ($75,000) 50 acres off Hwy 242, Evergreen, NC (B. More Farm/Harrison Farm) ($140,000) Evergreen Farm Wells ($0) 515 Porter Swamp Rd., Cerro Gordo, NC, consisting of 13.62 acres (Nance Farm) ($41,000) Benton Farm Wells ($0) | Fee simple | $0.00 | $561,000.00 |
| 55.3. | Hwy 410, Chadbourn, NC, consisting of 59.42 acres (Harry Reed Property) | | $0.00 | $280,000.00 |
| 55.4. | 5203 Haynes Lennon Way, Evergreen, NC ($15,000) 323 Kirkland Street, Chadbourn, NC Grain Market ($25,000) 506 Joe Brown Hwy, Chadbourn, NC Labor Camp consisting of 4,498 Sq ft labor camp and 2.08 acres ($100,000) 607 Howard Street House, Chadbourn, NC ($25,000) | | $0.00 | $165,000.00 |
| 55.5. | 118 East Kirkland Street House, Chadbourn, NC | | $0.00 | $5,000.00 |

**EXHIBIT B**

| Debtor | WAYNE BAILEY, INC. | Case number *(If known)* 18-00284-5-SWH |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.6. | 283 Carter Road House, Chadbourn, NC located on Carter Road with 2.86 acres | | $0.00 | $60,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $4,046,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** See attached Exhibit "D" | $0.00 | | Unknown |

**61.** **Internet domain names and websites**

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 8

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT B

Debtor    WAYNE BAILEY, INC.
_____    Case number *(If known)*  18-00284-5-SWH
Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

| 71. | **Notes receivable** Description (include name of obligor) | | | | |
|---|---|---|---|---|---|
| | Trinity Frozen Foods, LLC | 2,700,000.00 Total face amount | – | 0.00 doubtful or uncollectible amount | = $2,700,000.00 |
| | Wooten Land & Timber, LLC | 580,208.00 Total face amount | – | 0.00 doubtful or uncollectible amount | = $580,208.00 |
| | Texas Sweet Potato Distributing, LLC | 787,829.94 Total face amount | – | 0.00 doubtful or uncollectible amount | = $787,829.94 |
| | Texas Sweet Potato Logistics | 315,024.45 Total face amount | – | 0.00 doubtful or uncollectible amount | = $315,024.45 |

| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** Western Reserve Life Assurance Co. of Ohio, Life insurance policy #3615 | $328,547.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Insurance claim | $21,004.00 |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $4,732,613.39 |
|---|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

<span style="color:red">**EXHIBIT B**</span>



Debtor    WAYNE BAILEY, INC.                                    Case number *(If known)*  18-00284-5-SWH
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $639,228.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,110,890.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $547,608.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,611,212.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $80,532.10 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,845,323.49 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $4,046,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,732,613.39 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,577,408.02 | + 91b. $4,046,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,623,408.02 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 10

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT B

Wayne Bailey Inc.
Case No. 18-00248-5-SWH
Exhibit A

| Year | Make | Model | VIN# |
|---|---|---|---|
| 2003 | Ford | Explorer | 1FMZU72K63ZB49186 |
| 2008 | GMC | Yukon | 1GKFK163X8J219246 |
| 2010 | Dodge | Grand Caravan | 2D4RN4DE4AR238594 |
| 1997 | Ford | F350 | 1FDKF37F8VEB81258 |
| 1991 | Ford | Truck | 1FDNF70J4MVA18401 |
| 1991 | GMC | Truck | 1GDM7H1J9MJ513410 |
| 2000 | GMC | Truck | 1GDJ7H1D5YJ904458 |
| 2000 | GMC | Truck | 1GDJ7H1D9YJ904334 |
| 1998 | Ford | Truck | 1FDNF70J3WVA02922 |
| 2001 | Freightliner | FL70 | 1FVABSAL91HH62370 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN1RH575842 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN0RH576030 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAAN2SH678650 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAANXSH678752 |
| 1986 | GMC | Truck (cutoff bus) | 1GDL7D1BXGV508050 |
| 1987 | Ford | Truck (cutoff bus) | 1FDWJ74N3HVA04950 |
| 1992 | International | Truck (cutoff bus) | 1HVBBPEN9PH487043 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN2RH575719 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN6RH575903 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN8RH575823 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN9RH575703 |
| 1994 | International | Truck (cutoff bus) | 1HVBDAAN3SH678723 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN8RH575885 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN5RH575908 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN5RH575830 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACNXRH575841 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN2RH575901 |
| 1994 | International | Truck (cutoff bus) | 1HVBDACN9RH575829 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAAN4SH678942 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAAN4SH679069 |
| 1995 | International | Truck (cutoff bus) | 1HVBDAANXSH679111 |
| 1995 | International | Truck (cutoff bus) | 1HVBBAAN1SH678371 |
| 1996 | International | Truck (cutoff bus) | 1HVBDAAN9TH309267 |
| 1994 | International | Bus (15 people) | 1HVBDACM1RH575654 |
| 1992 | International | Bus (40 people) | 1HVBBPLN9NH463793 |
| 1997 | Ford | Bus (40 people) | 1FDXB80C9VVA30346 |
| 1997 | Ford | Bus (40 people) | 1FDXB80C3VVA30553 |
| 1989 | Chevy | Bus (40 people) | 1GBM6P1F5KV104201 |
| 1994 | International | Bus (40 people) | 1HVBDACN2RH576322 |
| 1999 | International | Truck | 2HSFHAER2XCO86843 |
| 2003 | Kenworth | Truck | 1XKTDB9X03J709494 |
| 2005 | Freightliner | Truck | 1FUJA6DE05LN51764 |
| 1987 | Great Dane | Trailer | 1GRAA9621FS090504 |
| 1997 | Fontier | Trailer | 13N1483008V1573275 |



EXHIBIT B

| 1998 | Jerry | Trailer | 4BXUN10154S306069 |
|---|---|---|---|
| 1998 | Tran | Trailer | 1TTF48203W1055611 |
| 2013 | Vanguard | Reefer | 527SR5326DM001685 |
| 2001 | Ford | F150 | 1FTRX18W11NB14028 |
| 1998 | Dodge | Van | 2B5WB35Z7WK133254 |
| 1994 | Ford | Truck | 1FDJF37H5RNA02712 |
| 1996 | Dodge | Van | 2B5WB3528TK171152 |
| 1998 | Dodge | Van | 2B7LB31Z3WK147264 |
| 2002 | GMC | Truck | 2GTEK19V821163765 |
| 2004 | GMC | Sierra | 1GTEK19T94E378863 |
| 2011 | Chevy | Silverado | 1GCRKPE0XBZ197566 |
| 1994 | Dodge | Van | 2B5WB35Z4RK144801 |
| 2000 | Ford | F150 | 1FTZF1729YNC37541 |
| 2002 | Ford | F250 | 1FDNX21L32EB11102 |
| 2004 | GMC | Sierra | 2GTEK19V341319049 |
| 2006 | GMC | Sierra | 1GTHK23D86F236604 |
| 2007 | GMC | Sierra | 3GTEC14X27G233717 |
| 2007 | GMC | Sierra | 1GTEK14C27Z590802 |
| 2008 | Chevy | Silverado | 1GCEC14X88Z172570 |
| 2008 | GMC | Sierra | 1GTHK23608F200216 |
| **TOTAL VALUE:** | | | **$200,000.00** |

EXHIBIT B

Wayne Bailey, Inc.
Case No. 18-00248-5-SWH
Exhibit B

| Unit ID # | Model/Serial # | Year |
|---|---|---|
| 10000002679 | 7FBEU18 16020 | 2006 |
| 10000002682 | 7FBCU15 63320 | 2006 |
| 10000123824 | 8FGU25-13508 | 2007 |
| 10000183539 | 8FGU32-38950 | 2013 |
| 10000183540 | 8FGU32-38895 | 2013 |
| 10000183541 | 8FGU32-38923 | 2013 |
| 10000183542 | 8FGU32-38854 | 2013 |
| 10000183543 | 8FGU32-38922 | 2013 |
| 10000183544 | 8FGU32-38813 | 2013 |
| 10000183545 | 8FGU32-38853 | 2013 |
| 10000183546 | 8FGU32-38795 | 2013 |
| 10000227897 | 8FGU32-65014 | 2015 |

**TOTAL VALUE:**              **$24,000.00**



EXHIBIT B

Wayne Bailey, Inc.
Case No. 18-00248-5-SWH
Exhibit B

| Unit ID # | Model/Serial # | Year |
|---|---|---|
| 10000002679 | 7FBEU18 16020 | 2006 |
| 10000002682 | 7FBCU15 63320 | 2006 |
| 10000123824 | 8FGU25-13508 | 2007 |
| 10000183539 | 8FGU32-38950 | 2013 |
| 10000183540 | 8FGU32-38895 | 2013 |
| 10000183541 | 8FGU32-38923 | 2013 |
| 10000183542 | 8FGU32-38854 | 2013 |
| 10000183543 | 8FGU32-38922 | 2013 |
| 10000183544 | 8FGU32-38813 | 2013 |
| 10000183545 | 8FGU32-38853 | 2013 |
| 10000183546 | 8FGU32-38795 | 2013 |
| 10000227897 | 8FGU32-65014 | 2015 |

**TOTAL VALUE:**                    **$24,000.00**



Wayne Bailey, Inc.
Case No. 18-00248-5-SWH
Exhibit C

| Type | ID/Serial number | Manufacturer | Model year |
|---|---|---|---|
| CVT Tractor | ZERD02949 | Case IH | 2014 |
| Tractor | ZEBP12228 | Case IH | 2014 |
| Turbo Disk 31 FT | YED075104 | Case IH | 2014 |
| Ecolo Till Ripper 7 | YED073157 | Case IH | 2014 |
| Self-Propelled Spray | 1N04030RJE0001020 | John Deere | 2014 |
| 2 Row Peturis Potato | | | |
| Grain Dryer & Elevat | | | |
| Case IH Tractor | | | |
| Digger | 95135 | | |
| Digger | 30295 | | |
| International 5240 T | A26W51535 | | |
| Packing Line/Equipme | A26W51593 | | |
| Ford 7610 Tractor | RW7700H011408 | | |
| Ford 7610 Tractor | | | 1995 |
| Toyota Forklift | RW830P022163 | | 1996 |
| JD Tractor 7410 | | | |
| Toyota (2) | | | 2001 |
| Row Crop Tractor | RW7410H012477 | | |
| Case MX 180 Tractor | DEG0005834 | | 2002 |
| John Deere | N00637X005172 | | |
| Case Intl Harvestor | SNACM218073 | | 2004 |
| JD 8320 Tractor | RW8320PO32308 | | 2005 |
| John Deere Row Crop | 01236 | | 2004 |
| Toyota Forklift | 12047 | | |
| John Deere Tractor | PO37178 | | |
| Hobbs Reel | | | |
| John Deere Power uNI | T06068T479552 | | |
| PSI Reel Rain Reel G | 27213 | | |
| John Deere 630 Tract | | | |
| John Deere Plow | | | |
| Ripper | | | |
| Woods Alloway | | | |
| Grader | | | |
| Irrigation Pipe | | | |
| Irrigation Equipment | | | |
| John Deere Rotary Cu | | | |
| Cultivator | | | |
| Reddick Sprayer | | | |
| 8 Row Cotton Sprayer | | | |
| Vac Master Mower | | | |
| 15" Grassworks weed | | | |


EXHIBIT B

Irrigation Equipment
Sprayer
Rhino Ditch Bank Cut
2 Sheppard Sprayer
2 Cultivators
12000 Gallon Nitroge
Humidification Equip
Eliminator
Scales
6 Lane Metered Input
Pressure Washer
3 Phase Electric Mot
Slicer
Compressor
Alloway Flail Shredd
Rolling Cultivator
Bush Hog
Irrigation Equipment
4 Row Cultivator
Bedder
Disc
Tender Box
Potato Plow
Plant Mower
Front End Loader
5 Shelf Propelled Ha

| | | |
|---|---|---|
| Case IH Puma 125 Tra | Z8BL02027 | 2008 |
| John Deere Sprayer | N04730X002411 | 2008 |
| John Deere 172012 Ro | A0172OR700163 | 2005 |
| Case IH Maxxum Tract | ZABE01955 | |
| John Deere HX20 Cutt | | |
| Case IH Puma Tractor | ZABL40880 | 2010 |
| Case IH Tandem Disk | JFH046229 | 2011 |
| Case IH Magnum 305 T | ZARZ07926 | 2011 |
| Buffalo 6200 Plow | 20116205149 | 2011 |
| Holland 1600 Transpl | | 2011 |
| Case IH Magnum 235 T | ZBRD02892 | 2012 |
| OnPack RC20145 VPP S | ZRC2045 | |
| 2015 Toyota Forklift | 65019 | |
| Case IH Puma 150 PS | ZFEP30295 | 2016 |
| Case IH Magnum 235 T | ZDRD05839 | 2013 |
| John Deere 6420 Trac | H381259 | 2003 |
| John Deere Lawn Mover 72" Deck | | 2017 |
| Case IH Maxxum Tractor 125 | ZFEE03996 | 2016 |
| Krause 7300 Disk Harrows 2371 | | |

**TOTAL VALUE:**                              **$1,300,000.00**



EXHIBIT B

Wayne Bailey, Inc.
Case No. 18-00248-5-SWH
Exhibit D

**Trademarks**

| Trademark | Filing Date | Serial No | Reg No | Reg. Date |
|---|---|---|---|---|
| | | | | |
| George Foods | 15-Apr-2011 | 85296428 | 4082792 | 10-Jan-2012 |
| Girl Watcher | 15-May-1989 | 73799880 | 1611450 | 28-Aug-1990 |
| Good-Buy A Good-Buy | 15-May-1989 | 73799851 | 1584999 | 27-Feb-1990 |
| LPB | 25-Aug-1997 | 75346345 | 2178603 | 04-Aug-1998 |
| Nutritional All Stars | 25-Aug-1997 | 75346347 | 2312865 | 01-Feb-2000 |
| Nutritional Bridge to the 21st Century | 09-Jan-1997 | 75222926 | 2121715 | 16-Dec-1997 |
| Nutritionally Fresh | 05-Aug-1999 | 75768188 | 2344240 | 18-Apr-2000 |
| Petitelings | 14-Apr-2016 | 87000570 | 5307524 | 10-Oct-2017 |
| Sweet Potato Petitelings | 14-Apr-2016 | 87000542 | 5307523 | 10-Oct-2017 |
| Playboy | 15-May-1989 | 73799881 | 1577996 | 16-Jan-1990 |
| Play Boy | 15-May-1989 | 73799845 | 1584997 | 27-Feb-1990 |
| Playboy Design | 15-May-1989 | 73799849 | 1584998 | 27-Feb-1990 |
| Sweet Potato Fries-Sweet Sensations-The Sensible Side | 15-Apr-2011 | 85296310 | 4160022 | 19-Jun-2012 |
| Sweet Potato Frizzles | 15-Apr-2011 | 85296242 | 4070146 | 13-Dec-2011 |
| Sweet Potato Hearts | 15-Oct-.1996 | 75181329 | 2105367 | 14-Oct-1997 |
| The Louisiana Playboy | 25-Aug-1997 | 75346348 | 2176926 | 28-Jul-1998 |
| With That Cajun Beta Carotene Beat ... And Good To Eat | 25-Aug-1997 | 75346344 | 2175137 | 21-Jul-1998 |
| You Choose How They Sizzle – Baked or Fried | 15-Apr-2011 | 85296192 | 4056299 | 15-Nov-2011 |

**Domain Names**

sweetpotatoes.com

EXHIBIT B

**Fill in this information to identify the case:**

Debtor name    WAYNE BAILEY, INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)    18-00284-5-SWH

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** ALLY<br>Creditor's Name<br>Attn.: Manager or Agent<br>P.O. Box 90201948<br>Louisville, KY 40290-1948<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>2017 GMC Yukon XL K15 MP, Vin #14843<br><br>**Describe the lien**<br>Lien on title<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,097.47 | $47,750.00 |
| **2.2** Branch Banking & Trust<br>Creditor's Name<br>Attn: Jack Hayes<br>PO Box 1847<br>Wilson, NC 27894<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>Hwy 410, Chadbourn, NC, consisting of 59.42 acres (Harry Reed Property)<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $4,419.50 | $280,000.00 |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 6




EXHIBIT B

Debtor    WAYNE BAILEY, INC.
_____    Case number (if know)    18-00284-5-SWH
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Cape Fear Farm Credit | Describe debtor's property that is subject to a lien | $2,012,674.19 | $2,975,000.00 |
|-----|------------------------|------------------------------------------------------|----------------|----------------|

Creditor's Name

490 Old US Hwy 74 Chadbourn, NC consisting of
221,506 Sq Ft building and 45 acres (Haworth
Facility) ($2,750,000); 76.1 a. off of Carter Road,
Chadbourn (Worley property) ($225,000)

Attn:  Mgr, Officer or Agent
P.O. Box 2405
Fayetteville, NC 28302

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | CFG Financial Services, LLC | Describe debtor's property that is subject to a lien | $7,534,223.56 | $14,263,842.43 |
|-----|------------------------------|------------------------------------------------------|----------------|-----------------|

Creditor's Name

5203 Haynes Lennon Way, Evergreen($15,000);
323 Kirkland, Chadbourn($25,000);506 Joe
Brown, Chadbourn (2.08 a.)($100,000);607
Howard St ($25,000) & personal property
($14,098,842.43)

Attn:  Mgr, Agent or Officer
100 Elks Club Road
Brevard, NC 28712

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | CNH Capital | Describe debtor's property that is subject to a lien | $53,314.68 | $53,314.68 |
|-----|-------------|------------------------------------------------------|-------------|-------------|

Creditor's Name
Attn: Managing Agent
PO Box 0507
Carol Stream, IL 60132-0507

Creditor's mailing address

Case IH 210 Magnum ZCRH05197; Case
IHFM1000 Auto Guidance System 04033

Describe the lien

---



EXHIBIT B

Debtor   WAYNE BAILEY, INC.                                    Case number (if know)   18-00284-5-SWH
         Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Diversified Financial | Describe debtor's property that is subject to a lien | $27,217.42 | $27,217.42 |
|-----|----------------------|------------------------------------------------------|------------|------------|

Creditor's Name

Attn: Managing Agent
PO Box 2056
Omaha, NE 68103-2056
Creditor's mailing address

Describe debtor's property that is subject to a lien
Irrigation Equipment-2 Model 7000 Valley Tower pivots, S/N 0024 & 0025

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Horry County State Bank | Describe debtor's property that is subject to a lien | $26,101.24 | $22,525.00 |
|-----|------------------------|------------------------------------------------------|------------|------------|

Creditor's Name

Attn: Managing Agent
PO Box 677
Conway, SC 29528
Creditor's mailing address

Describe debtor's property that is subject to a lien
2014 GMC Yukon MP, Vin# 20444

**Describe the lien**
Lien on Title

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6



EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number (if know) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**2.8** Kissam, Ruth
Creditor's Name

109 Kissam Lane
Evergreen, NC 28438
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
283 Carter Road House, Chadbourn, NC located on Carter Road with 2.86 acres

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,830.92    $60,000.00

---

**2.9** M2 Funding
Creditor's Name

Attn: Manager or Agent
175 N. Patrick Blvd, Ste. 140
Brookfield, WI 53045
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2013 International Prostar Truck, VIN# 06218; 2011 International Prostar Truck, VIN# 65906; 2007 GMC Sierra Truck, VIN# 14249; 2007 GMC Sierra Truck, Vin 93262; 1985 Brothers Trailer, VIN# 21746

**Describe the lien**
Lien on Title

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$62,375.92    $65,000.00

---

**2.10** Millstream Farms
Creditor's Name

Attn:  Manager or Agent
1131 Timothy Road
Dunn, NC 28334
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
211 Mills & 322 E. Kirkland($245,000);326 E. Kirkland($60,000);1405 Joe Brown Hwy S($75,000), Chadbourn;50a.Evergreen($140,000);13.62 a.($41,000); 2nd D/T 49.42 a., Chadbourn ($275,580.50) & personal property of $6,729,618.87

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

$2,397,839.37    $7,566,199.37

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6


EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                      Case number (if known)    18-00284-5-SWH
_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | River Valley Capital | Describe debtor's property that is subject to a lien | $12,758.49 | $12,758.49 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | 2011 International Prostar Truck, VIN# 65679 | |
| **Attn: Manager or Agent** **14868 W Ridge Lane Suite 200** **Dubuque, IA 52003** | | |
| Creditor's mailing address | **Describe the lien** | |
| | Lien on title | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.1 2 | Stearns Bank | Describe debtor's property that is subject to a lien | $49,104.02 | $50,000.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | 2013 International Prostar Truck, VIN# 06291 | |
| **Attn: Managing Agent** **500 13th St.** **Albany, MN 56307** | 2013 international Prostar Truck, VIN# 83587 2013 International Prostar Truck, VIN# 66362 | |
| Creditor's mailing address | **Describe the lien** | |
| | | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy



EXHIBIT B

Debtor    WAYNE BAILEY, INC. _____    Case number (if know)    18-00284-5-SWH _____
             Name

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $12,282,956. 78 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |



| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WAYNE BAILEY, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | 18-00284-5-SWH |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Columbus Co. Tax Collector<br>Attn:  Manager or Agent<br>P.O. Box 1468<br>Whiteville, NC 28472 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,736.05 | $73,736.05 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Department of Commerce<br>Employment Security Division<br>P.O. Box 26504<br>Raleigh, NC 27611 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $890.43 | $890.43 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

EXHIBIT B

Debtor   WAYNE BAILEY, INC.
_____
Name                                                                   Case number (if known)   18-00284-5-SWH

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | Internal Revenue Service | ☐ Contingent | | |
| | Alamance Bldg Mail Stop 9 | ☐ Unliquidated | | |
| | 4905 Koger Blvd Ste 102 | ☐ Disputed | | |
| | Greensboro, NC 27407 | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,754.54 | $6,754.54 |
|---|---|---|---|---|
| | N.C. Dept. of Revenue | ☐ Contingent | | |
| | ATTN: Manager, Agent or Office | ☐ Unliquidated | | |
| | Office Svcs Div, Bankruptcy Un | ☐ Disputed | | |
| | P. O. Box 1168 | | | |
| | Raleigh, NC 27602-1168 | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,461.62 | $0.00 |
|---|---|---|---|---|
| | Sampson County Tax Coll | ☐ Contingent | | |
| | Attn: Managing Agent | ☐ Unliquidated | | |
| | PO Box 207 | ☐ Disputed | | |
| | Clinton, NC 28329 | | | |
| | Date or dates debt was incurred | Basis for the claim: Property Taxes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | Town of Chadbourn | ☐ Contingent | | |
| | Attn:  Manager or Agent | ☐ Unliquidated | | |
| | 602 N. Brown Street | ☐ Disputed | | |
| | Chadbourn, NC 28431 | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

 **Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim



Debtor    WAYNE BAILEY, INC.
_____
Name

Case number (if known)    18-00284-5-SWH
_____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.67 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Advance Auto Parts
Attn: Manager or Agent
817 N. Brown Street
Chadbourn, NC 28431

As of the petition filing date, the claim is: *Check all that apply.*   $398.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Advantage Auto Clinton
Attn: Manager or Agent
210 South East Blvd.
Clinton, NC 28328

As of the petition filing date, the claim is: *Check all that apply.*   $2,211.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
AG Lines, Inc.
Attn: Manager or Agent
8546 W. 103rd Terrace
Unit 101
Palos Hills, IL 60465

As of the petition filing date, the claim is: *Check all that apply.*   $2,352.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Airgas USA, LLC
Attn: Manager or Agent
P.O. Box 532609
Atlanta, GA 30353-2609

As of the petition filing date, the claim is: *Check all that apply.*   $408.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Al's Transportation & Logistic
Attn: Manager or Agent
4905 Tarheel Court, #203
Wilmington, NC 28403

As of the petition filing date, the claim is: *Check all that apply.*   $2,620.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Allegiance Retail Services, LL
Attn: Manager or Agent
485 Route 1 South
Bldg D, Suite 420
Iselin, NJ 08830

As of the petition filing date, the claim is: *Check all that apply.*   $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Alliance Funding Group, Inc.
Attn: Manager or Agent
3745 W. Chapman Avenue
Suite 200
Orange, CA 92868

As of the petition filing date, the claim is: *Check all that apply.*   $6,595.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---


EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

AM-PM Carriers
Attn: Manager or Agent
9444 Deer Crossing Trace
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,836.46 |
|---|---|---|---|

American Express
Attn: Officer,Manager or Agent
PO Box 981535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,859.37 |
|---|---|---|---|

Applied Vision Works, Inc.
Attn: Manager or Agent
4009 Village Park Drive
Knightdale, NC 27545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,964.00 |
|---|---|---|---|

AquaPulse Systems, Inc.
Attn: Manager or Agent
16117 Covello Street
Van Nuys, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

Armstrong Transport Group, Inc
Attn: Manager or Agent
P.O. Box 745100
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,919.23 |
|---|---|---|---|

Atlantic Corporation
Attn: Manager or Agent
P.O. Box 60002
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.15 |
|---|---|---|---|

ATMC
Attn: Manager or Agent
P.O. Box 3198
Shallotte, NC 28459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes


EXHIBIT B

Debtor    WAYNE BAILEY, INC.
_____
          Name

Case number (if known)    18-00284-5-SWH
_____

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $154.84 |

Auto Parts Express
Attn:  Manager or Agent
140 E. Main Street
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,376.29 |

B&B Technology & Svcs, Inc.
Attn:  Manager or Agent
138 Ludlow Drive
Wilmington, NC 28411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,216.70 |

B.J. Williamson, Inc.
Attn:  Manager or Agent
820 Elizabeth Street
Clinton, NC 28328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |

Ball Brokerage
Attn:  Manager or Agent
600 South State Street
Clarks Summit, PA 18411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,800.00 |

Barbour, Shepard
5239 Zacks Mill Road
Angier, NC 27501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,886.49 |

Greg Barnhill
P.O. Box 5
Evergreen, NC 28438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77,962.00 |

Battleboro Produce, Inc.
Attn:  Manager or Agent
42 Cool Spring Road
Battleboro, NC 27809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---



EXHIBIT B

Debtor   WAYNE BAILEY, INC.
_____
Name

Case number (if known)   18-00284-5-SWH

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | $3,300.00 |
| | Beckham Logistics LLC | |
| | Attn:  Manager or Agent | |
| | 271 Southwood Road | |
| | Whiteville, NC 28472 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | $1,117.87 |
| | Big Blue Store of Clinton | |
| | Attn:  Manager or Agent | |
| | P.O. Box 1219 | |
| | Clinton, NC 28329 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | $31,977.20 |
| | Blue Cross & Blue Shield of NC | |
| | Attn: Manager, Agent, Officer | |
| | P.O. Box 580094 | |
| | Charlotte, NC 28258-0094 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | $63.00 |
| | Bonanza Produce, Inc. | |
| | Attn:  Manager or Agent | |
| | P.O. Box 3088 | |
| | Immokalee, FL 34143 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | $1,847.28 |
| | Bosch Packaging Services, Inc. | |
| | Attn:  Manager or Agent | |
| | 36809 Treasury Center | |
| | Chicago, IL 60694 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | $190,985.50 |
| | Boyette Brothers Produce, LLC | |
| | Attn:  Manager or Agent | |
| | 6638 Radio Tower Road | |
| | Wilson, NC 27893 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | $30,860.44 |
| | Matt Brown | |
| | 6670 Highway 701 N | |
| | Conway, SC 29526 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---


EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,706.15 |
|---|---|---|
| Budget Printing<br>Attn: Manager or Agent<br>1424 S. J.K. Powell Blvd.<br>Suite B<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|
| Burch Farms<br>Attn: Manager or Agent<br>P.O. Box 399<br>Faison, NC 28341 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,034.46 |
|---|---|---|
| BW Tire Repair<br>Attn: Manager or Agent<br>2321 Beaman Woods Road<br>Clinton, NC 28328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00 |
|---|---|---|
| C and T Bright Trucking<br>Attn: Manager or Agent<br>P.O. Box 192<br>Seven Springs, NC 28578 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,284.39 |
|---|---|---|
| Cape Fear Propane<br>Attn: Manager or Agent<br>P.O. Box 1130<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $493,181.00 |
|---|---|---|
| Carmichael Farms<br>Attn: Manager or Agent<br>P.O. Box 1547<br>Laurinburg, NC 28353 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.96 |
|---|---|---|
| Carmichael Farms<br>Attn: Eddie Carmichael<br>P.O. Box 1547<br>Laurinburg, NC 28353 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---



**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.

Name                                                    Case number (if known)    18-00284-5-SWH

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,258.75 |
|------|---|---|---|
| | Castellini Company<br>Attn: Manager or Agent<br>P.O. Box 721610<br>Newport, KY 41072-1610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.46 |
|------|---|---|---|
| | Category Partners, LLC<br>Attn: Manager or Agent<br>2155 Providence Way<br>Idaho Falls, ID 83404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.81 |
|------|---|---|---|
| | Cintas<br>Attn: Manager or Agent<br>512 W. Russell Street<br>Fayetteville, NC 28301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,294.81 |
|------|---|---|---|
| | Clinton Truck & Tractor, Inc.<br>Attn: Managing Agent<br>107 Northeast Blvd<br>Clinton, NC 28328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308,647.70 |
|------|---|---|---|
| | Coastal Group Corporation, Inc<br>c/o Coastal Temporary Services<br>P.O. Box 1860<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,228.23 |
|------|---|---|---|
| | Connecting Point<br>Attn: Manager or Agent<br>P.O. Box 426<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.10 |
|------|---|---|---|
| | Cooperative Grading Service<br>Attn: Manager or Agent<br>P.O. Box 588<br>Williamston, NC 27892 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |


**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.
_____
Name

Case number (if known)    18-00284-5-SWH

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Cousins Logistics, Inc.<br>Attn: Manager or Agent<br>4400 Biscayne Blvd., Ste 850<br>Miami, FL 33137<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,000.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Cowan Systems, LLC<br>Attn: Manager or Agent<br>4555 Hollins Ferry Road<br>Halethorpe, MD 21227<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $24,225.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Cregger Company, Inc.<br>Attn: Manager or Agent<br>P.O. Box 2197<br>Columbia, SC 29202<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $19.76 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>CV Pilson<br>Attn: Manager or Agent<br>108 CVP Lane<br>Cameron, NC 28326<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,789.80 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Darden Restaurants, Inc.<br>Attn: Manager or Agent<br>1000 Darden Center Drive<br>Orlando, FL 32837<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,942.50 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>DAUMAR Corporation<br>Attn: Manager or Agent<br>12395 SW 130th Street<br>Miami, FL 33186<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,742.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Davis Lift Truck Svc.<br>Attn: Manager or Agent<br>P.O. Box 469<br>Hope Mills, NC 28348<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,040.32 |



**EXHIBIT B**

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Delane's Truck Brokerage Inc.<br>Attn: Manager or Agent<br>P.O. Box 2037<br>Haines City, FL 33844 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,230.00 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>DeltaTrak<br>Attn:  Manager or Agent<br>P.O. Box 4115<br>Modesto, CA 95352 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,039.68 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>Dennis McPherson Trucking<br>Attn: Manager or Agent<br>3273 Cameron Hill Road<br>Cameron, NC 28326 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,800.00 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>DGW Forms & Systems<br>Attn:  Manager or Agent<br>P.O. Box 3745<br>Wilmington, NC 28406 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,765.02 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>Diaston Transport, LLC<br>Attn:  Manager or Agent<br>1112 Patty Road<br>Cades, SC 29518 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,056.00 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>Diesel Parts of Carolina, LLC<br>Attn.:  Manager or Agent<br>5220 Hwy 421 N.<br>Wilmington, NC 28401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,370.31 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>Dillon Supply Company<br>Attn:  Manager or Agent<br>P.O. Box 602541<br>Charlotte, NC 28260-2541 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $394.57 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

**EXHIBIT B**

Debtor   **WAYNE BAILEY, INC.**
Name                                                              Case number (if known)   18-00284-5-SWH

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,894.99 |
|---|---|---|---|

Dixon Farm
Attn:  Manager or Agent
1884 Dixon Road
Aynor, SC 29511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

DLC Transport
Attn:  Manager or Agent
603 Fain Court
Moncks Corner, SC 29461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.00 |
|---|---|---|---|

Don Jordan's Portable Toilet
Attn:  Manager or Agent
P.O. Box 1898
Clinton, NC 28329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,850.00 |
|---|---|---|---|

Doreva Produce
Attn: Manager or Agent
12437 W. Magnolia Avenue
Livingston, CA 95334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,648.32 |
|---|---|---|---|

Durand-Wayland, Inc.
Attn:  Manager or Agent
P.O. Box 1404
Lagrange, GA 30241-0119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,010.00 |
|---|---|---|---|

Ecolab
Attn:  Manager or Agent
P.O. Box 6007
Grand Forks, ND 58206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,375.00 |
|---|---|---|---|

Edward Bros Properties, LLC
Attn:  Manager or Agent
305 E. Oliver Street
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes


EXHIBIT B

Debtor    WAYNE BAILEY, INC.
_____
Name

Case number (if known)    18-00284-5-SWH

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,346.47 |
|---|---|---|---|
| | John D. Elliott<br>P.O. Box 363<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | John D. Elliott<br>P.O. Box 363<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,082.93 |
|---|---|---|---|
| | Elliott, John D.<br>P.O. Box 363<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,556.00 |
|---|---|---|---|
| | England Logistics, Inc.<br>Attn: Manager or Agent<br>1325 South 4700 West<br>Salt Lake City, UT 84104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,714.87 |
|---|---|---|---|
| | Fed-Ex<br>Attn: Managing Agent<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,763.75 |
|---|---|---|---|
| | Feeding America<br>Attn: Manager or Agent<br>35 East Wacker Drive<br>Suite 2000<br>Chicago, IL 60601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,447.42 |
|---|---|---|---|
| | First Star Logistics, LLC<br>Attn: Manager or Agent<br>1762 Ridgewood Circle<br>Lawrenceburg, IN 47025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.                                    Case number (if known)    18-00284-5-SWH
_____
Name

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>Frank Donio, Inc.<br>Attn:  Manager or Agent<br>Old Egg Harbor Road<br>Hammonton, NJ 08037<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $17,890.00 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>Frank Horne Construction, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 532<br>Fair Bluff, NC 28439<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $609.00 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>Freight All Kinds, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 5187<br>Denver, CO 80217<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,821.50 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>G&S Transport, LLC<br>Attn:  Manager or Agent<br>13514 Glen Harwell Road<br>Dover, FL 33527<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,700.00 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>Gallop Farms<br>Attn:  Manager or Agent<br>4832 Rivers Bridge Road<br>Ehrhardt, SC 29081<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,440.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>Gay Farms<br>Attn:  Manager or Agent<br>930 Meadows Road<br>Walstonburg, NC 27888<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $166,419.13 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>Giro-Pack, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 171137<br>Hialeah, FL 33017<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,559.64 |


EXHIBIT B

Debtor    WAYNE BAILEY, INC.
_____    Case number (if known)    18-00284-5-SWH
Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,695.00 |

GlobalTranz Enterprises Inc.
Attn: Manager or Agent
5415 E. High St., Bldg. A9
Suite 460
Phoenix, AZ 85054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Dates(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |

Godwin Produce
Attn:  Manager or Agent
P.O. Box 163
Dunn, NC 28334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Dates(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,004.00 |

Mike Godwin
5904 Timothy Road
Dunn, NC 28334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Dates(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,041.24 |

Goodwin Refrigeration
Attn:  Manager or Agent
335 Sherwee Drive
Suite 109
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Dates(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,088.62 |

Gore & Associates Management
Attn:  Manager or Agent
P.O. Box 2001
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Dates(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |

Grayson Transport, LLC
Attn:  Manager or Agent
1876 Cameron Heights Circle
Denver, NC 28037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Dates(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,108.80 |

Green Thumb Farms
Attn: Manager or Agent
P.O. Box 147
Fryeburg, ME 04037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Dates(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes


EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|---|
| | Name | | | |

---

**3.85**

Nonpriority creditor's name and mailing address

Hagan Electronics, Inc.
Attn:  Manager or Agent
972 United Circle
Sparks, NV 89431

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$27,923.43

---

**3.86**

Nonpriority creditor's name and mailing address

Harden Farms, Inc.
Attn.:  Manager or Agent
746 Cooper Hill Road
Windsor, NC 27983

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$14,601.31

---

**3.87**

Nonpriority creditor's name and mailing address

Harvey Farms
Attn:  Manager or Agent
P.O. Box 189
Kinston, NC 28502

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$31,020.00

---

**3.88**

Nonpriority creditor's name and mailing address

Harvey Farms
Attn:  Manager or Agent
P.O. Box 189
Kinston, NC 28502

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$272,826.05

---

**3.89**

Nonpriority creditor's name and mailing address

Harvey's Southeast-Whiteville
Attn: Manager or Agent
P.O. Box 1219
Whiteville, NC 28472

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,920.00

---

**3.90**

Nonpriority creditor's name and mailing address

Hayes Auto Supply Co., Inc.
Attn:  Manager or Agent
P.O. Box 354
Chadbourn, NC 28431

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,307.05

---

**3.91**

Nonpriority creditor's name and mailing address

Hayes Brothers Farms
Attn:  Joe Hayes
1522 Singletary Church Road
Lumberton, NC 28358

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$503,594.94

---

EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                    Case number (if known)    18-00284-5-SWH
_____Name_____

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,880.00 |
|---|---|---|---|

Hendrix Farms
Attn:  Manager or Agent
P. O. Box 175
Metter, GA 30439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,251.97 |
|---|---|---|---|

Herald Office Supply
Attn:  Manager or Agent
P.O. Box 1288
Dillon, SC 29536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,957.53 |
|---|---|---|---|

Roy Herring
1959 Regan Church Road
Lumberton, NC 28358

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Contract Grower

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

Hi-Tech Enterprises, Inc.
Attn:  Manager or Agent
P.O. Box 466
Clinton, NC 28329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,856.59 |
|---|---|---|---|

Kendall Hill
2574 Hugo Road
Grifton, NC 28530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,500.00 |
|---|---|---|---|

Hill, Patricia
2574 Hugo Road
Grifton, NC 28530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,000.00 |
|---|---|---|---|

Hill, Robert
4445 Research Road
Hookerton, NC 28538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes


EXHIBIT B

Debtor    WAYNE BAILEY, INC.
_____
Name

Case number (if known)    18-00284-5-SWH

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $162,868.24 |
|---|---|---|---|

Bobby Hope
750 Boney Mill Road
Clinton, NC 28328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $162,868.24 |
|---|---|---|---|

Dewayne  Hope
6918 Garland Highway
Clinton, NC 28328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $299,339.00 |
|---|---|---|---|

Johnny Hope
305 Malpass Farm Lane
Clinton, NC 28328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

Howell, Bruce
118 Oak Heights Drive
Goldsboro, NC 27530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,568.75 |
|---|---|---|---|

Josh Hudson
553 Rosin Hill Road
Newton Grove, NC 28366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,866.12 |
|---|---|---|---|

Huntington Technology Finance
Attn:  Manager or Agent
P.O. Box 2017
Bloomfield Hills, MI 48303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Lease_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $412.00 |
|---|---|---|---|

Ice Companies, Inc.
Attn:  Manager or Agent
P.O. Box 66
Wilmington, NC 28402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.
_____
Name

Case number (if known)    18-00284-5-SWH

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,568.85 |
|---|---|---|---|
| | Industrial Brush Corporation<br>Attn: Manager or Agent<br>P.O. Box 2608<br>Pomona, CA 91769-2608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,980.51 |
|---|---|---|---|
| | Industrial Power, Inc.<br>Attn: Manager or Agent<br>703 Whitfield Street<br>Fayetteville, NC 28306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,073.55 |
|---|---|---|---|
| | Industrial Power, Inc.<br>Attn: Manager or Agent<br>703 Whitfield Street<br>Fayetteville, NC 28306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|
| | Integrity Express Logistics<br>Attn: Manager or Agent<br>P.O. Box 938<br>West Chester, OH 45071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410,933.97 |
|---|---|---|---|
| | International Paper<br>Attn: Manager or Agent<br>P.O. Box 841723<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|
| | J & J Equipment Rentals Inc.<br>Attn: Manager or Agent<br>226 Mary White Road<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|
| | J A M Transport<br>Attn: Manager or Agent<br>P.O. Box 3215<br>Florence, SC 29502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |



EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,430.00 |
|---|---|---|---|

Brent Jackson
206 McLamb Road
Newton Grove, NC 28366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

JBM Transport, Inc.
Attn: Manager or Agent
8849 Cypress Avenue
Fontana, CA 92335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352,349.79 |
|---|---|---|---|

Jerome Langdon Produce
Attn:  Manager or Agent
5855 Old Fairground Road
Benson, NC 27504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,841.84 |
|---|---|---|---|

John Deere Financial
Attn: Managing Agent
PO Box 4450
Carol Stream, IL 60197-4450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Parts

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

Jones Farms
Attn:  Manager or Agent
7094 Honeysuckle Lane
Bailey, NC 27807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,869.00 |
|---|---|---|---|

Jones Motor Company, Inc.
Attn:  Manager or Agent
654 Enterprise Drive
Limerick, PA 19468

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,640.13 |
|---|---|---|---|

Jerry Jordan
11108 Jordan Road
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT B

Debtor   **WAYNE BAILEY, INC.**
_____
Name                                               Case number (if known)   18-00284-5-SWH

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,740.86 |
|---|---|---|---|
| | Blake King | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | 722 Ozzie Road | ☐ Disputed | |
| | Clinton, NC 28328 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46,022.50 |
|---|---|---|---|
| | Kornegay Family Farms, LLC | ☐ Contingent | |
| | Attn:  Manager or Agent | ☐ Unliquidated | |
| | 610 Worley Road | ☐ Disputed | |
| | Princeton, NC 27569 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,450.00 |
|---|---|---|---|
| | Lane's Lawn Service | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | 1975 Pope Road | ☐ Disputed | |
| | Clinton, NC 28328 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,011.33 |
|---|---|---|---|
| | Roger Lane | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | P.O. Box 238 | ☐ Disputed | |
| | Turkey, NC 28393 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,852.10 |
|---|---|---|---|
| | Law Office of Donald K. Carrol | ☐ Contingent | |
| | Attn: Manager or Agent | ☐ Unliquidated | |
| | P.O. Drawer 1018 | ☐ Disputed | |
| | Oak Grove, LA 71263 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,587.66 |
|---|---|---|---|
| | Lawson Products, Inc. | ☐ Contingent | |
| | Attn: Managing Agent | ☐ Unliquidated | |
| | PO Box 809401 | ☐ Disputed | |
| | Chicago, IL 60680-9401 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,928.76 |
|---|---|---|---|
| | Brian Lee | ☐ Contingent | |
| | 758-A Shaws Pond Road | ☐ Unliquidated | |
| | Four Oaks, NC 27524 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |


EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.127**

**Nonpriority creditor's name and mailing address**
Lipman - Texas, LLC
Attn: Manager or Agent
11990 Shiloh Rd
Dallas, TX 75228

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.128**

**Nonpriority creditor's name and mailing address**
Longship
Attn: Manager or Agent
2741 Georgetown Road
Lexington, KY 40511

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$29,317.00

---

**3.129**

**Nonpriority creditor's name and mailing address**
LTL Logistics Inc.
Attn: Manager or Agent
30 Rue Des Galets
Chateauguay QC  J6K 0B4
Canada

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,990.00

---

**3.130**

**Nonpriority creditor's name and mailing address**
Maglio & Co.
Attn: Manager or Agent
4287 N Port Washington Rd
Milwaukee, WI 53212

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.131**

**Nonpriority creditor's name and mailing address**
Manis Custom Builders Inc.
Attn: Manager or Agent
5880 Crestline Road
Laurinburg, NC 28352

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease

Is the claim subject to offset? ■ No ☐ Yes

$12,000.00

---

**3.132**

**Nonpriority creditor's name and mailing address**
Mann Packing Co.
Attn: Manager or Agent
1333 Schilling Place
Salinas, CA 93901

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.133**

**Nonpriority creditor's name and mailing address**
Mattron Transport LLC
Attn: Manager or Agent
104 Willow Trace
Stockbridge, GA 30281

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,250.00

---



EXHIBIT B

Debtor    WAYNE BAILEY, INC.
_____
Name

Case number (if known)    18-00284-5-SWH
_____

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $13,283.71 |
| | McArthur Hardware<br>Attn:  Manager or Agent<br>117 E. Railroad Avenue<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $9,152.73 |
| | McCarron & Diess<br>Attn:  Manager or Agent<br>4530 Wisconsin Avenue NW<br>Suite 310<br>Washington, DC 20016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $14,718.29 |
| | McKenzie Supply Company<br>Attn:  Manager or Agent<br>P.O. Box 890470<br>Charlotte, NC 28289 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $1,584.10 |
| | Medallion Transport & Logistic<br>Attn: Manager or Agent<br>701 East Gate Drive, Ste. 302<br>Mount Laurel, NJ 08054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $15,604.00 |
| | MidAmerica Freight Handlers<br>Attn:  Manager or Agent<br>900 South Highway Dr.<br>Suite 202<br>Fenton, MO 63026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $200.00 |
| | Midwest Food Bank<br>Attn:  Manager or Agent<br>220 Parkade Ct<br>Peachtree City, GA 30269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $991,084.28 |
| | Millstream Farms<br>Attn:  Manager or Agent<br>1131 Timothy Road<br>Dunn, NC 28334 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |



**EXHIBIT B**

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,462.00 |
|---|---|---|---|

MJE Brokerage, Inc.
Attn: Mgr, Agent or Officer
P.O. Box 65
Proctorville, NC 28375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

N.C State University
Attn: Manager or Agent
100 Derieux Place
Raleigh, NC 27695-7211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,167.00 |
|---|---|---|---|

N.L. Daughtry Fertilizer Co.
Attn: Manager or Agent
621 Lisbon Street
Clinton, NC 28328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Land & Building__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,005.44 |
|---|---|---|---|

National Logistics Service
Attn.: Manager or Agent
7611 Cheviot Road #105
Cincinnati, OH 45247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,372.00 |
|---|---|---|---|

Navajo Express, Inc.
Attn: Manager or Agent
1400 W. 64th Street
Denver, CO 80221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478.48 |
|---|---|---|---|

Navitas Credit Corp
Attn: Manager, Agent, Officer
111 Executive Center Dr, Ste 1
Columbia, SC 29210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

NC Strawberry Festival
Attn: Manager or Agent
P.O. Box 352
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,366.99**

Nealy, Mary Margaret Wooten
113 West Oliver Sttreet
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00**

Newsong Ministries
Attn:  Manager or Agent
825 Smith Road
Ball Ground, GA 30107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,300.00**

Nickey Gregory Co., Inc.
Attn: Manager or Agent
16 Forest Pkwy Building N
Forest Park, GA 30297

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$450.00**

NPC
Attn:  Manager or Agent
555 Republic Drive
Suite 302
Plano, TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$644.84**

O'Reilly Auto Parts
Attn:  Manager or Agent
P.O. Box 1156
Springfield, MO 65801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.13**

Olan Dunn Farms
Attn: Manager or Agent
4159 US 301N
Dunn, NC 28334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,500.00**

OSI Restaurant Partners LLC
Attn: Manager or Agent
2202 N West Shore Blvd.
Tampa, FL 33607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**EXHIBIT B**

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.155**

**Nonpriority creditor's name and mailing address**
Sidney Page, Jr.
P.O. Box 433
Cades, SC 29518

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

**3.156**

**Nonpriority creditor's name and mailing address**
Palmetto Enterprise
Attn:  Manager or Agent
4247 Planter Road
Effingham, SC 29541

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$700.00

---

**3.157**

**Nonpriority creditor's name and mailing address**
Palmetto Packaging & Paper
Attn: Manager or Agent
P.O. Box 2758
Greenville, SC 29602

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,861.85

---

**3.158**

**Nonpriority creditor's name and mailing address**
Pembroke Waste
Attn:  Manager or Agent
P.O. Box 2400
Pembroke, NC 28372

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$12,704.40

---

**3.159**

**Nonpriority creditor's name and mailing address**
Pickles + Transport LLC
Attn: Manager or Agent
3010 Fletcher Avenue
Lakeland, FL 33803

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,396.00

---

**3.160**

**Nonpriority creditor's name and mailing address**
Piedmont Belting Company
Attn: Manager or Agent
1271 South Park Drive
Kernersville, NC 27284

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,414.51

---

**3.161**

**Nonpriority creditor's name and mailing address**
Pinna, Johnston & Burwell
Attn: Bill Pinna
2601 Oberlin Rd.
Raleigh, NC 27608

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$74,050.64

---

**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.                                                         Case number (if known)    18-00284-5-SWH
_____
Name

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

Pinnacle Freight Systems
Attn:  Manager or Agent
500 Cedar Lane, Bldg 1
Florence, NJ 08518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.67 |
|---|---|---|---|

Pitney Bowes Purchase Power
Attn:  Manager or Agent
P.O. Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Postage**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,216.13 |
|---|---|---|---|

Polymer Logistics, LLC
Attn:  Manager or Agent
P.O. Box 847238
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,940.86 |
|---|---|---|---|

Jimmy Powers
711 Barker Church Road
Lumberton, NC 28358

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,585.50 |
|---|---|---|---|

Primus Auditing Operations
Attn: Manager or Agent
P.O. Box 5785
Santa Maria, CA 93456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,912.76 |
|---|---|---|---|

Progressive Sales & Marketing
Attn: Manager or Agent
400 Technology Court Ste. A
Pembroke Pines, FL 33082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,990.00 |
|---|---|---|---|

PS Connection
Attn: Manager or Agent
P.O. Box 416
Center, CO 81125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes



EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

---

**3.169**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,000.00 |
|---|---|---|
| PT Brokers<br>Attn: Manager or Agent<br>201 E. Sunflower Road, Suite 1<br>Cleveland, MS 38732 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.170**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,541.40 |
|---|---|---|
| PVI Enterprises<br>Attn:  Managing Agent<br>13603 Swamp Fox Hwy, East<br>Tabor City, NC 28463 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.171**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,955.00 |
|---|---|---|
| R & B Freight Transportion LLC<br>Attn: Manager or Agent<br>2727 Sky View Drive<br>Lithia Springs, GA 30122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.172**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,542.00 |
|---|---|---|
| Rainbow Logistics, LLC<br>Attn: Manager or Agent<br>251 West Covington Avenue<br>Attalla, AL 35954 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.173**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,048.00 |
|---|---|---|
| Rankin Truck Brokers<br>Attn: Manager or Agent<br>159 Point South Drive<br>Yemassee, SC 29945 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.174**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152,087.70 |
|---|---|---|
| Rapid Capital Finance<br>Attn: Mgr, Officer or Agent<br>11900 Biscayne Blvd., Ste. 201<br>Miami, FL 33181 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,936.00 |
|---|---|---|
| Raylan Freight services<br>Attn:  Manager or Agent<br>143 N. Kalamazoo Street<br>Vicksburg, MI 49097 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT B

Debtor   WAYNE BAILEY, INC.
_____Name_____                                    Case number (if known)   18-00284-5-SWH

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $900.00 |
|---|---|---|---|
| | Real Time Freight Services<br>Attn: Manager or Agent<br>P.O. Box 99<br>New Plymouth, ID 83655 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,200.00 |
|---|---|---|---|
| | RFG Logistics<br>Attn: Manager or Agent<br>5820 SO 142nd Street<br>Omaha, NE 68137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,002.00 |
|---|---|---|---|
| | Rightway Brokerage LLC<br>Attn:  Manager or Agent<br>1812 S. Hamilton Street<br>Dalton, GA 30720 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | RJ Cargo Express, Inc.<br>Attn: Manager or Agent<br>11117 W. Okeechobee Rd.<br>Ste. 109<br>Hialeah, FL 33018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,631.00 |
|---|---|---|---|
| | Roadrunner Transportation<br>Attn:  Manager or Agent<br>P.O. Box 8903<br>Cudahy, WI 53100 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,838.69 |
|---|---|---|---|
| | Robinson & Son Machine, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 2337<br>Clinton, NC 28329 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,177.00 |
|---|---|---|---|
| | Romark Transportation, Inc.<br>Attn: Manager or Agent<br>340 Worley Road<br>Canton, GA 30114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**EXHIBIT B**

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
| --- | --- | --- | --- |
| | Name | | |

---

**3.183**  **Nonpriority creditor's name and mailing address**

S & S Forwarding Inc.
Attn: Manager or Agent
1975 Hymus Blvd, Ste 250
Dorved, QC H9P 158
Canada

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $13,610.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184**  **Nonpriority creditor's name and mailing address**

Safety Kleen
Attn:  Manager or Agent
934 N 5th Street
Saint Pauls, NC 28384

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $170.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185**  **Nonpriority creditor's name and mailing address**

Salinas Trucking
Attn: Manager or Agent
206 Walnut Lane
Bossier City, LA 71111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $5,084.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**  **Nonpriority creditor's name and mailing address**

Sampson Building Supply
Attn: Manager or Agent
P.O. Box 526
Clinton, NC 28329

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $4,708.94

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187**  **Nonpriority creditor's name and mailing address**

Savoie, Inc.
Attn: Manager or Agent
2920 Route 218
Manseau, QC GOX1VO
Canada

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $134,277.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**

Schuman, Paula
P.O. Box 63
Spencerville, MD 20868

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $55,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189**  **Nonpriority creditor's name and mailing address**

Scotlynn Commodities Inc.
Attn: Manager or Agent
1150 Vittoria Road
Vittoria, Ontario NOE1WO
Canada

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $4,582.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---



**EXHIBIT B**

| Debtor | WAYNE BAILEY, INC. | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|
| | Name | | |

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $147,452.00 |
|---|---|---|---|

Scott Farms Inc.
Attn: Manager or Agent
7965 A Simpson Road
Lucama, NC 27851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,464.00 |
|---|---|---|---|

Scott Martin Transport, LLC
Attn: Manager or Agent
2440 Vineyard Circle
Sanford, FL 32771

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $501.73 |
|---|---|---|---|

Sensitech, Inc.
Attn:  Manager or Agent
P.O. Box 74200
Los Angeles, CA 90074-2000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |
|---|---|---|---|

Simba Trucking, Inc.
Attn: Manager or Agent
217 Malloy Lane
Blacklick, OH 43004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $140.12 |
|---|---|---|---|

Singletary Small Engine
Attn:  Manager or Agent
9511 James B. White Hwy., S.
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.00 |
|---|---|---|---|

Smith Farms
Attn: Manager or Agent
9690 Lisbon Road
Clarkton, NC 28433

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $103.60 |
|---|---|---|---|

Smith Int'l Truck Ctr
Attn:  Managing Agent
P.O. Box 20067
Fayetteville, NC 28312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|---|
| | Name | | | |

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,750.00 |
|---|---|---|---|
| | Tyrae Edward Smith<br>Attn: Manager or Agent<br>9770 Lisbon Road<br>Clarkton, NC 28433 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,016.00 |
|---|---|---|---|
| | Jimmy Soles<br>7754 Rough & Ready Road<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,813.50 |
|---|---|---|---|
| | Southern Mark Industries LLC<br>Attn: Manager or Agent<br>P.O. Box 1780<br>Vidalia, GA 30475 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $305,622.75 |
|---|---|---|---|
| | Southern Produce Dist. Inc.<br>Attn: Manager or Agent<br>P.O. Box 130<br>Faison, NC 28341 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,870,411.08 |
|---|---|---|---|
| | Southern Roots<br>Attn: Manager or Agent<br>P.O. Box 130<br>Chadbourn, NC 28431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,052,930.07 |
|---|---|---|---|
| | SP Funding, LLC<br>Attn:  Manager or Agent<br>100 Elks Club Road<br>Brevard, NC 28712 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $112,605.00 |
|---|---|---|---|
| | Spring Acres<br>Attn: Manager or Agent<br>1280 Macedonia Road<br>Spring Hope, NC 27882 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|---|
| | Name | | | |

---

**3.204**

**Nonpriority creditor's name and mailing address**
ST Freight LLC
Attn: Manager or Agent
P.O. Box 1147
Manitowoc, WI 54221

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$237,338.90

---

**3.205**

**Nonpriority creditor's name and mailing address**
Stevens & Hasty Company, Inc.
Attn: Manager or Agent
128 Pecan Street
Whiteville, NC 28472

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$568.90

---

**3.206**

**Nonpriority creditor's name and mailing address**
Strickland Pallets
Attn: Manager or Agent
10516 Greenpath Road
Dunn, NC 28334

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,300.00

---

**3.207**

**Nonpriority creditor's name and mailing address**
Earl Sullivan
8444 St. Mary's Church Road
Lucama, NC 27851

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$416,888.00

---

**3.208**

**Nonpriority creditor's name and mailing address**
Sunteck Transport Co Inc.
Attn: Manager or Agent
6413 Congress Avenue, Suite 26
Boca Raton, FL 33487

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$16,400.00

---

**3.209**

**Nonpriority creditor's name and mailing address**
T&C's Services, Inc.
Attn:  Manager or Agent
6112 Old Lake Road
Bolton, NC 28423

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,290.00

---

**3.210**

**Nonpriority creditor's name and mailing address**
Tennant Sales & Service Co.
Attn:  Manager or Agent
P.O. Box 71414
Chicago, IL 60694

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$957.55

---

**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.                                                    Case number (if known)    18-00284-5-SWH
             Name

| | | |
|---|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address**<br>Tharrington Smith LLP<br>Attn: Manager or Agent<br>209 Fayetteville Street<br>Raleigh, NC 27602<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,282.15 |
| 3.212 | **Nonpriority creditor's name and mailing address**<br>The Door Man, Inc.<br>Attn: Manager or Agent<br>P.O. Box 3837<br>Lumberton, NC 28359<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,787.35 |
| 3.213 | **Nonpriority creditor's name and mailing address**<br>The NY Produce Show & Conf.<br>Attn: Manager or Agent<br>P.O. Box 810420<br>Boca Raton, FL 33481<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,999.50 |
| 3.214 | **Nonpriority creditor's name and mailing address**<br>The Produce News<br>Attn: Manager or Agent<br>482 Hudson Terrace<br>Englewood Cliffs, NJ 07632<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,400.00 |
| 3.215 | **Nonpriority creditor's name and mailing address**<br>Thompson Price & Co.<br>Attn:  Manager or Agent<br>P.O. Box 398<br>Whiteville, NC 28472<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $201,335.51 |
| 3.216 | **Nonpriority creditor's name and mailing address**<br>Tifco Industries, Inc.<br>Attn:  Manager or Agent<br>P.O. Box 40277<br>Houston, TX 77240<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $727.91 |
| 3.217 | **Nonpriority creditor's name and mailing address**<br>Time Warner Cable<br>Attn: Manager or Agent<br>PO Box 583471<br>Charlotte, NC 28258<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,241.68 |

EXHIBIT B

Debtor     WAYNE BAILEY, INC.
_____
Name

Case number (if known)     18-00284-5-SWH
_____

| | | |
|---|---|---|
| **3.218** | **Nonpriority creditor's name and mailing address**<br>Tire Barn Inc.<br>Attn: Manager or Agent<br>P.O. Box 427<br>Chadbourn, NC 28431 | **As of the petition filing date, the claim is:** *Check all that apply.*    $284.12<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |
| **3.219** | **Nonpriority creditor's name and mailing address**<br>Total Quality Logistics, LLC<br>Attn: Manager or Agent<br>P.O. Box 799<br>Milford, OH 45150 | **As of the petition filing date, the claim is:** *Check all that apply.*    $57,583.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |
| **3.220** | **Nonpriority creditor's name and mailing address**<br>Town of Chadbourn<br>Attn: Manager or Agent<br>Chadbourn, NC 28431 | **As of the petition filing date, the claim is:** *Check all that apply.*    $8,292.91<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim:   Utilites__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |
| **3.221** | **Nonpriority creditor's name and mailing address**<br>Trinity Fresh Foods<br>Attn: Manager or Agent<br>2281 Turkey Highway<br>Clinton, NC 28328 | **As of the petition filing date, the claim is:** *Check all that apply.*    $70,850.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |
| **3.222** | **Nonpriority creditor's name and mailing address**<br>Trinity Frozen Foods<br>Attn: Manager or Agent<br>P.O. Box 3207<br>Pembroke, NC 28372 | **As of the petition filing date, the claim is:** *Check all that apply.*    $174.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |
| **3.223** | **Nonpriority creditor's name and mailing address**<br>Tull Hill Farms, Inc.<br>Attn:  Manager or Agent<br>2264 Hugo Road<br>Kinston, NC 28501 | **As of the petition filing date, the claim is:** *Check all that apply.*    $2,414,506.34<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |
| **3.224** | **Nonpriority creditor's name and mailing address**<br>Tull Hill Farms, Inc.<br>Attn:  Manager or Agent<br>2264 Hugo Road<br>Kinston, NC 28501 | **As of the petition filing date, the claim is:** *Check all that apply.*    $586,526.71<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim:   2016__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |


EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | | Case number (if known) | 18-00284-5-SWH |
|---|---|---|---|---|
| | Name | | | |

---

**3.225** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,600.00**

Andrew Tyson
985 Evans Road
Nashville, NC 27856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104.26**

Uline
Attn: Manager or Agent
2200 S. Lakeside Dr
Waukegan, IL 60085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00**

Unifirst Corp.
Attn: Manager or Agent
1821 Dawson Street
Wilmington, NC 28403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,848.43**

United Rentals
Attn:  Manager or Agent
P.O. Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,300.00**

Universal Truckload, Inc.
Attn: Manager or Agent
12755 East Nince Mile Rd.
Warren, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00**

US Logistics, LLC
Attn: Manager or Agent
P.O. Box 14309
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,127.07**

Vaughn Belting Company, Inc.
Attn: Manager or Agent
P.O. Box 5505
Spartanburg, SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                    Case number (if known)    18-00284-5-SWH
_____
Name

| | | |
|---|---|---|
| **3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,854.71 |

**3.232** | **Nonpriority creditor's name and mailing address**
Volm Bag Co., Inc.
Attn: Manager or Agent
P.O. Box 400
Antigo, WI 54409

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

$18,854.71

---

**3.233** | **Nonpriority creditor's name and mailing address**
Wellman Oil & Propane Co
Attn: Manager or Agent
P.O. Box 780
Clinton, NC 28329

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

$24,444.98

---

**3.234** | **Nonpriority creditor's name and mailing address**
Werner Enterprises Inc.
Attn: Manager or Agent
14507 Frontier Road
Omaha, NE 68138

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

$20,808.00

---

**3.235** | **Nonpriority creditor's name and mailing address**
White Falcon Solutions, Inc.
Attn: Manager or Agent
223 South Golden State Blvd.
Turlock, CA 95380

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

$8,000.00

---

**3.236** | **Nonpriority creditor's name and mailing address**
Whiteville Forklift & Equip.
Attn: Manager or Agent
344 Vinson Road
Whiteville, NC 28472

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

$10,922.46

---

**3.237** | **Nonpriority creditor's name and mailing address**
Whiteville Janitorial Supply
Attn:  Manager or Agent
1940 S. Madison St.
Whiteville, NC 28472

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

$140.16

---

**3.238** | **Nonpriority creditor's name and mailing address**
Williamson, Walton & Scott LLP
Attn: Manager or Agent
136 Washington Street
Whiteville, NC 28472

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

$3,895.50

---

EXHIBIT B

Debtor    WAYNE BAILEY, INC.
_____
                Name

Case number (if known)    18-00284-5-SWH

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,957.54 |
|---|---|---|---|

Willson International Limited
Attn: Manager or Agent
2345 Argentia Road Suite 201
Mississauga, Ontario L5N 8KA
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,377.90 |
|---|---|---|---|

J. Roland Wood
2500 Beasley Road
Benson, NC 27504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

Alice Wooten
160 Kissam Lane
Evergreen, NC 28438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.00 |
|---|---|---|---|

Wright Trans, Inc.
Attn: Manager or Agent
P.O. Box 4269
San Clemente, CA 92674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $991.47 |
|---|---|---|---|

Zep Manufacturing
Attn: Manager or Agent
PO Box 40462*9
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 93,842.64 |
| **5b. Total claims from Part 2** | 5b. + | $ 14,776,326.05 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 14,870,168.69 |

---



**EXHIBIT B**

| Fill in this information to identify the case: |
|---|

Debtor name ___WAYNE BAILEY, INC.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION___

Case number (if known) ___18-00284-5-SWH___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease<br><br><br>Alliance Funding Group, Inc.<br>Attn:  Manager or Agent<br>3745 W. Chapman Avenue<br>Suite 200<br>Orange, CA 92868 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease<br><br><br>Ascentium Capital, LLC<br>Attn:  Mgr., Officer or Agt.<br>23970 Hwy 59 N., 2nd Fl.<br>Kingwood, TX 77339-1535 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of forklift<br><br><br>Atlantic Coast Toyotalift<br>Attn:  Manager or Agent<br>P.O. Box B<br>High Point, NC 27260 |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease<br><br><br>Axis Capital, Inc.<br>Attn:  Manager or Agent<br>308 N. Locust St., Ste 100<br>Grand Island, NE 68801 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



EXHIBIT B

Debtor 1   WAYNE BAILEY, INC.

First Name        Middle Name        Last Name

Case number (if known)   18-00284-5-SWH

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Equipment Lease** | |
| State the term remaining | Bank of the West Attn: Manager or Agent 475 Sansome Street 19th Floor San Francisco, CA 94111-3112 |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Equipment lease** | |
| State the term remaining | BB&T Commercial Equip.Cap. Attn: Mgr., Agt. or Officer 2 Great Valley Parkway, Suite Malvern, PA 19355 |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Capital Lease $300,000** | |
| State the term remaining | Edwards Brothers Prop. LLC Attn: Manager or Agent 305 E. Oliver Street Whiteville, NC 28472 |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Equipment lease** | |
| State the term remaining | Financial Pacific Leasing Attn: Mgr, Agt or Officer 3455 S. 344th Way #300 Federal Way, WA 98001-9546 |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Lease of 2014 Ford Transit Conn Van, VIN# 39190** | |
| State the term remaining | Ford Credit Attn: Manager or Agent PO Box 105697 Atlanta, GA 30348 |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest **Bin lease** | |
| State the term remaining | Gore & Assoc. Management Attn: Manager or Agent PO Box 2001 Whiteville, NC 28472 |
| List the contract number of any | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 2 of 5

**EXHIBIT B**

Debtor 1    WAYNE BAILEY, INC.

First Name    Middle Name    Last Name

Case number *(if known)*    18-00284-5-SWH

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Capital Lease of #2 Draw Refrigeration $131,279.89 | |
| | State the term remaining | | Huntington Technology Finance Attn: Manager or Agent P.O. Box 2017 Bloomfield Hills, MI 48303 |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Kerian Sizer $22,481.29 | |
| | State the term remaining | | M2 Funding Attn: Manager or Agent 175 N. Patrick Blvd, Ste. 140 Brookfield, WI 53045 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Bin lease | |
| | State the term remaining | | Millstream Farms Attn: Manager or Agent 1131 Timothy Road Dunn, NC 28334 |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Acct# Land & Building | |
| | State the term remaining | | N.L. Daughtry Fertilizer Co. Attn: Manager or Agent 621 Lisbon Street Clinton, NC 28328 |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Bin lease | |
| | State the term remaining | | Pawnee Leasing Corporation Attn: Manager or Agent 700 Centre Avenue Fort Collins, CO 80526 |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Capital Lease of 1st drawer Refrigeration $220,919.46 | PNC Equipment Finance Attn: Managing Agent 655 Business Center Drive Horsham, PA 19044 |

EXHIBIT B

Debtor 1  WAYNE BAILEY, INC.

Case number (if known)  18-00284-5-SWH

First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | |
| | State the term remaining | | Susquehanna Commercial Finance |
| | List the contract number of any government contract _____ | | Attn: Manager, Agent, Officer<br>2 Country View<br>Malvern, PA 19355 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Forklift lease | |
| | State the term remaining | | Toyota Motor Credit |
| | List the contract number of any government contract _____ | | Attn: Manager or Agent<br>PO Box 2431<br>Carol Stream, IL 60132 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | ADT Security Services | |
| | State the term remaining | | Tyco Integrated Security, LLC |
| | List the contract number of any government contract _____ | | Attn:  Manager or Agent<br>P.O. Box 96041<br>Charlotte, NC 28296-0041 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | 2017 Tennant Sweeper Model #S30 | |
| | State the term remaining | | Wells Fargo Vendor Financial |
| | List the contract number of any government contract _____ | | Attn:  Mgr, Officer or Agent<br>P.O. Box 35701<br>Billings, MT 59107 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | Wooten Land & Timber, L.L.C. |
| | List the contract number of any government contract _____ | | Attn:  Manager or Agent<br>P.O. Box 467<br>Chadbourn, NC 28431 |



Debtor 1   WAYNE BAILEY, INC.

First Name      Middle Name      Last Name

Case number *(if known)*   18-00284-5-SWH

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest |  | Wooten's Business Equipment Leasing, LLC Attn:  Manager or Agent P.O. Box 467 Chadbourn, NC 28431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Lease of land and building | |
| | State the term remaining | | Alice Wooten 160 Kissam Lane Evergreen, NC 28438 |
| | List the contract number of any government contract | | |



| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WAYNE BAILEY, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | 18-00284-5-SWH |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Alice Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | Branch Banking & Trust | ■ D   2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Alice Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | Cape Fear Farm Credit | ■ D   2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Alice Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | CFG Financial Services, LLC | ■ D   2.4<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Alice Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | Millstream Farms | ■ D   2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | George G. Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | Branch Banking & Trust | ■ D   2.2<br>☐ E/F _____<br>☐ G _____ |



EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | Case number *(if known)* | 18-00284-5-SWH |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | George G. Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | Cape Fear Farm Credit | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | George G. Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | CFG Financial Services, LLC | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | George G. Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | Millstream Farms | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Texas Sweet Potato Dist. LLC | P.O. Box 467<br>Chadbourn, NC 28431 | CFG Financial Services, LLC | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Wooten Land & Timber, L.L.C. | Attn:  Manager or Agent<br>P.O. Box 467<br>Chadbourn, NC 28431 | Cape Fear Farm Credit | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Wooten Land & Timber, L.L.C. | Attn:  Manager or Agent<br>P.O. Box 467<br>Chadbourn, NC 28431 | CFG Financial Services, LLC | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Wooten Land & Timber, L.L.C. | Attn:  Manager or Agent<br>P.O. Box 467<br>Chadbourn, NC 28431 | Millstream Farms | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |



EXHIBIT B

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WAYNE BAILEY, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | 18-00284-5-SWH |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $1,904,685.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $36,957,798.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $43,015,522.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | Trinity Frozen Foods, LLC interest payment | $38,250.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | Trinity Frozen Foods interest payment | $33,750.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**



EXHIBIT B

Debtor    WAYNE BAILEY, INC.                              Case number *(if known)*  18-00284-5-SWH

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    See attached Exhibit E | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    See attached Exhibit F | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                Case number *(if known)*   18-00284-5-SWH

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | The Foreclosure of the Deed of Trust executed by George G. Wooten, Jr. and wife, Alice K. Wooten, Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wooten Land & Timber, LLC, recorded in Deed of Trust Book 1094, Page 639, as modified in Book 1147, Page 252, Columbus County Registry<br>17 SP 151 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | The Foreclosure of the Deed of Trust executed by Wooten Land & Timber, L.L.C., Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wayne Bailey, Inc., as successor by merger to Pride of Sampson, Inc., recorded in Deed of Trust Book 1023, Page 1, Columbus County Registry<br>17 SP 152 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | The Simultaneous Foreclosure of the Deed of Trust executed by Wooten Land & Timber, L.L.C., Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wayne Bailey, Inc. as successor by merger to Pride of Sampson, Inc., recorded in Deed of Trust Book 1071, Page 897, as modified in Book 1147, Page 236, Columbus County Registry, and the Deed of Trust executed by George G. Wooten, Jr., Alice K. Wooten, Wayne Bailey, Inc. fka W.E. Bailey & Son, Inc., and Wooten Land and Timber L.L.C. in Book 1094, Page<br>17 SP 150 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | The Foreclosure of the Deed of Trust executed by Pride of Sampson, Inc. now known as Wayne Bailey, Inc., recorded in Book 1638, Page 533, Sampson County Registry, as modified in Book 1965, page 1<br>17 SP 148 | Foreclosure | Sampson County Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|



EXHIBIT B

Debtor    WAYNE BAILEY, INC.    Case number (if known)  18-00284-5-SWH

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Cerro Gordo Baptist Church | | | $1,668.75 |
| | **Recipients relationship to debtor** | | | |
| 9.2. | Ribbon Riders | | | $2,500.00 |
| | **Recipients relationship to debtor** | | | |

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Debtor's vehicle struck a horse in North Carolina | $21,054.00 | 11/3/2017 | $0.00 |
| Debtor's vehicle collided with another in North Carolina | $0.00 | 5/11/2017 | $0.00 |
| Debtor's vehicle collided with another in Florida | $55,642.69 | 3/12/2017 | $0.00 |

**Part 6:    Certain Payments or Transfers**

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.


EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                            Case number *(if known)*   18-00284-5-SWH

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | | January 19, 2018 See additional information in Attorney's Affidavit | $44,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Vette Investments, LLC 22336 John Gamble Road Cornelius, NC 28031 | Approximatley 37.8 acres in Clinton, North Carolina PIN 12065068005, 12065062001, 12065068006, 12088272003 | November 20, 2017 | $620,000.00 |
| | Relationship to debtor 3rd party | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?


EXHIBIT B

Debtor   WAYNE BAILEY, INC.                                   Case number (if known)   18-00284-5-SWH

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

■

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Wayne Bailey Inc. 401k Plan | EIN:  831020 |

    Has the plan been terminated?
    ■ No
    ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC | **XXXX**-1979 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | December 2017 | $0.00 |
| 18.2. | SunTrust Bank<br>Wilmington | **XXXX**-5592 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/1/2017 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.


EXHIBIT B

| Debtor | WAYNE BAILEY, INC. | | Case number *(if known)* | 18-00284-5-SWH |
|---|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Mannis Custom Builders, Inc.<br>5880 Crestline Road<br>Laurinburg, NC 28352 | Kathy Mannis | 6,858 18bu equivalent bins of #1 sweet potatoes<br>1,854 18bu equivalent bins of cantors | ☐ No<br>■ Yes |
| Crop Production Services<br>P.O. Box 457<br>Clinton, NC 28329 | Roger Lane | 446 - 38 bushel bins of sweet potatoes | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See attached Exhibit G | | | $0.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.


**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.                                             Case number *(if known)*   18-00284-5-SWH

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  Texas Sweet Potato<br>Distributing, LLC<br>P.O. Box 467<br>Chadbourn, NC 28431 |  | EIN:      45-1262670<br><br>From-To   December 30, 2010 to present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Thompson Price & Co.<br>Attn:  Manager or Agent<br>P.O. Box 398<br>Whiteville, NC 28472 | 20 years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  Thompson Price & Co.<br>Attn:  Manager or Agent<br>P.O. Box 398<br>Whiteville, NC 28472 | Audit dated August 22, 2017<br>Audit dated December 31, 2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None



**EXHIBIT B**

| Debtor | WAYNE BAILEY, INC. | Case number *(if known)* | 18-00284-5-SWH |
|---|---|---|---|

**Name and address**

| | |
|---|---|
| 26d.1. | CFG Financial Services, LLC<br>Attn:  Mgr, Agent or Officer<br>100 Elks Club Road<br>Brevard, NC 28712 |
| 26d.2. | Cape Fear Farm Credit<br>Attn:  Mgr, Officer or Agent<br>P.O. Box 2405<br>Fayetteville, NC 28302 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Donnie Griffin | 1/7/2018 | $2,685,020.77 |
| | **Name and address of the person who has possession of inventory records**<br>Debtor | | |
| 27.2. | Donnie Griffin | 10/29/2017 | $2,269,528.34 |
| | **Name and address of the person who has possession of inventory records**<br>Debtor | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George G. Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | President, Director, Shareholder | 70.28% shareholder |
| Wooten, George III | P.O. Box 130<br>Chadbourn, NC 28431 | Vice President | |
| Wooten, Adam | P.O. Box 130<br>Chadbourn, NC 28431 | Secretary-Treasurer | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy




EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                                          Case number *(if known)*   18-00284-5-SWH

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Wooten, Adam | P.O. Box 130 Chadbourn, NC 28431 | Shareholder | transfered stock to sisters in 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Wooten, George III | P.O. Box 130 Chadbourn, NC 28431 | Shareholder | transfered stock to sisters in 2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. See attached Exhibit F | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

EXHIBIT B

Debtor   WAYNE BAILEY, INC.                                              Case number *(if known)*  18-00284-5-SWH

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 30, 2018

/s/ Geo. G. Wooten                                                  George G. Wooten
Signature of individual signing on behalf of the debtor             Printed name

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes



## EXHIBIT E

**Payments to creditors**
**10/23/17 - 1/21/18**

| Vendor | Amount |
|---|---|
| 1st Class Transportation LLC Total | $7,606.00 |
| 941 ELECTRONIC TRANSFER Total | $196,326.24 |
| Alliance Funding Group, Inc. Total | $19,786.47 |
| American Express Total | $38,520.93 |
| Amur Equipment Finance  Total | $9,956.42 |
| ARGO Investments of Columbus Inc Total | $17,875.00 |
| Ascentium Capital LLC Total | $15,655.55 |
| Atlantic Coast Toyotalift Total | $6,932.93 |
| Atlantic Corporation Total | $62,470.52 |
| Bailey/R Lane Total | $103,104.64 |
| Bank of the West Total | $51,405.36 |
| Bautista Farms Trucking LLC Total | $17,990.00 |
| BB&T Commercial Equipment Capital Total | $12,259.21 |
| Beckham Logistics Total | $30,789.00 |
| Black's Tire Service Total | $6,475.07 |
| BlueCross BlueShield of NC Total | $116,447.75 |
| C & T Bright Trucking Total | $6,614.00 |
| Cape Fear Farm Credit ACA Total | $24,000.00 |
| Cape Fear Propane Total | $11,226.99 |
| Carolina Financial Securities, LLC  Total | $700,000.00 |
| Carolinas Staffing Solutions,Inc Total | $17,313.56 |
| Castellini Company Total | $31,082.25 |
| Catalina Galaviz Total | $103,090.37 |
| Cessco Inc. Total | $7,876.65 |
| Choptank Transport,Inc. Total | $6,786.00 |
| Coastal Group Corporation, Inc. Total | $656,126.95 |
| Connecting Point Total | $26,030.29 |
| Cowan Systems LLC Total | $9,275.00 |
| CV Pilson Total | $7,500.00 |
| Darden Restaurants Inc Total | $11,026.25 |
| Diaston Transport, LLC Total | $9,954.00 |
| Dixon Farm Total | $15,000.00 |
| Doris Jenkins Total | $47,162.50 |
| Duke Energy Progress (Clinton) Total | $8,459.53 |
| Duke Energy Progress Total | $79,484.06 |
| Durand-Wayland Inc. Total | $22,549.67 |
| Earl Sullivan Total | $15,000.00 |
| Emily Stephens Total | $9,279.00 |
| England Logistics Inc Total | $11,468.00 |
| Faustino Campos Total | $77,807.76 |
| First Star Logistics LLC Total | $28,438.08 |
| George Wooten III Total | $20,299.65 |
| Giro-Pack Inc. Total | $50,713.26 |
| Gore & Associates Management Total | $30,882.93 |
| Gream Trucking Inc. Total | $6,529.60 |
| Hagan Electronics Inc. Total | $25,726.64 |
| Harden Farms Inc Total | $12,500.00 |
| Harvey's Southeast-Whiteville Total | $37,320.00 |
| Hendren & Malone PLLC Total | $52,759.00 |
| Holiday Motel Total | $12,650.00 |
| Industrial Power, Inc Total | $36,152.48 |
| Integrity Express Logistics,LLC Total | $20,525.00 |
| International Paper Total | $450,667.48 |
| Ja-Co Transport Services Total | $11,681.71 |

**EXHIBIT B**

Payments to creditors
10/23/17 - 1/21/18

| Vendor | Amount |
|---|---|
| Jerome Langdon Produce Total | $10,000.00 |
| Jerry Jordan Total | $10,000.00 |
| Jerry Turner Total | $19,680.00 |
| Jose Gracia Harvesting, Inc. Total | $265,575.90 |
| Liberty Food Marketers Co. Total | $8,628.10 |
| Little E Trucking Total | $13,498.00 |
| Longship Total | $52,328.00 |
| M2 Lease Funds LLC Total | $8,700.57 |
| Maglio & Co Total | $10,525.00 |
| Matt Brown Total | $10,000.00 |
| McArthur Hardware Total | $11,807.98 |
| McKenzie Supply Company Total | $8,904.81 |
| Millstream Farms Total | $186,580.00 |
| Millstream Farms(Loan Account) Total | $50,000.00 |
| MJE Brokerage Inc. Total | $177,996.00 |
| Monroe Enzor Farms Total | $27,716.75 |
| N C Department of Revenue Total | $32,841.56 |
| Nationwide Agribusiness/Farmland Ins. Tot | $40,184.80 |
| Navajo Express, Inc Total | $6,778.00 |
| NewSong Ministries Total | $7,075.00 |
| Oliver Oil Company Total | $55,289.78 |
| PalletOne Total | $7,264.13 |
| Peggy Brooks Jenkins Total | $11,212.50 |
| Phoenix Management Service, LLC Total | $35,695.72 |
| PNC Equipment Finance Total | $20,980.66 |
| Polymer Logistics, LLC Total | $9,200.95 |
| Prudential Total | $7,028.10 |
| Rankin Truck Brokers Total | $25,111.00 |
| Rapid Capital Finance LLC Total | $127,124.00 |
| RFG Logistics Total | $20,600.00 |
| Right way Brokerage, LLC Total | $8,000.00 |
| Roger Lane  Total | $11,436.00 |
| Ruben Serna Total | $23,083.69 |
| S P Funding LLC Total | $50,000.00 |
| Salinas Trucking Total | $11,345.00 |
| Savoie, Inc. Total | $114,000.00 |
| Scott Insurance Total | $21,540.00 |
| Sidney Page Jr Total | $36,116.00 |
| Small Pallets Company Total | $38,008.00 |
| Smith Farms Total | $33,025.00 |
| Southern Mark Industries LLC Total | $8,141.25 |
| Southern Produce Dist. Inc. Total | $47,391.75 |
| Southern Roots Total | $266,861.90 |
| Spring Acres Total | $20,000.00 |
| ST Freight LLC Total | $30,652.00 |
| State of Louisiana Dept. of Ag. & Forest Tot | $6,724.87 |
| The Door Man, Inc. Total | $17,495.04 |
| The Harford Total | $12,462.77 |
| Thompson Price & Co. Pa. Total | $30,000.00 |
| Thompsons Transfer Total | $25,675.00 |
| Total Quality Logistics, LLC Total | $9,796.00 |
| Town Of Chadbourn Total | $67,903.73 |
| Toyota Motor Credit Corporation Total | $12,819.81 |
| Transamerica Premier Life Total | $20,500.00 |

EXHIBIT B

Payments to Creditors
10/23/17 - 1/21/18

| Vendor | Amount |
|---|---|
| Tull Hill Farms - 2016 Total | $10,250.00 |
| Tull Hill Farms Inc Total | $602,970.00 |
| Tyrae Edward Smith Total | $83,118.00 |
| Universal Truckload, Inc. Total | $8,686.00 |
| Wellman Oil & Propane Co (Clinton) Total | $7,764.05 |
| Whiteville Forklift & Equipment , Inc. Total | $7,878.15 |
| Wooten Land & Timber LLC Total | $21,398.09 |
| Y&B Transport LLC Total | $11,409.94 |
| Grand Total | $6,379,339.10 |

EXHIBIT B

**Payroll Summary**

WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN JR, GEORGE** | | | ID: 1010 | SSN: | | | Days: | Weeks: | | |
| Earnings | | | | | | | | | | |
| Christmas Gift | NC | No | | | | | | | | 1,250.00 |
| Vehicle usage | NC | No | | | | | | | | 1,175.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Salary | NC | No | | | | | | | | 256,560.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 268,262.02 |
| Deductions | | | | | | | | | | |
| SS Employee | NC | No | | | | | | | | 7,887.50 |
| 401K Loan | NC | No | | | | | | | | 8,338.95 |
| Medicare Emp | NC | No | | | | | | | | 4,198.49 |
| Garnish % | NC | No | | | | | | | | 25,656.00 |
| Flex Spend Acct | NC | No | | | | | | | | 2,372.90 |
| Ins After Tax | NC | No | | | | | | | | 1,859.28 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Veh.usage offset | NC | No | | | | | | | | 1,147.39 |
| 125A | NC | No | | | | | | | | 1,350.24 |
| FIT | NC | No | | | | | | | | 48,452.80 |
| NC SIT | NC | No | | | | | | | | 12,826.00 |
| | | | | | | | | | | 123,366.57 |
| Total: WOOTEN JR, GEORGE | | | | | | | | | | 144,895.45 |
| Total: Non-Ag Workers | | | | | | | | | | 144,895.45 |
| Grand Total: | | | | | | | | | | 144,895.45 |

Jan 30, 2018 18:19:35

Page 1 of 1



## Payments

**WAYNE BAILEY, INC**

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **George G. Wooten Jr.** | | | **ID: 09597** | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Feb 28, 2017 | 02282017 | Feb 28, 2017 | 202916 | Mar 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jun 28, 2017 | 06282017 | Jun 28, 2017 | 208172 | Jun 29, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Jun 28, 2017 | 06282017 | Jun 28, 2017 | 208173 | Jun 29, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Oct 31, 2017 | 10312017 | Oct 31, 2017 | 213478 | Nov 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Oct 31, 2017 | 10312017 | Oct 31, 2017 | 213476 | Nov 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Nov 28, 2017 | 11282017 | Nov 28, 2017 | 214573 | Nov 29, 2017 | November 2017 Property- | Voucher | | | 4,063.80 |
| | Nov 28, 2017 | 11282017 | Nov 28, 2017 | 214572 | Nov 29, 2017 | November 2017 Bin Leas | Voucher | | | 2,243.43 |
| | Dec 26, 2017 | 12262017 | Dec 26, 2017 | 215690 | Dec 27, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Dec 26, 2017 | 12262017 | Dec 26, 2017 | 215691 | Dec 27, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201877 | Feb 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201876 | Feb 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201739 | Feb 01, 2017 | Land Rent | Voucher | | | 10,000.00 |
| | Feb 28, 2017 | 2282017 | Feb 28, 2017 | 202914 | Mar 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Mar 30, 2017 | 3302017 | Mar 30, 2017 | 204189 | Mar 31, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Mar 30, 2017 | 3302017 | Mar 30, 2017 | 204188 | Mar 31, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Apr 27, 2017 | 4272017 | Apr 27, 2017 | 205333 | Apr 28, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Apr 27, 2017 | 4272017 | Apr 27, 2017 | 205334 | Apr 28, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | May 30, 2017 | 5302017 | May 30, 2017 | 206841 | May 31, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | May 30, 2017 | 5302017 | May 30, 2017 | 206842 | May 31, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jul 31, 2017 | 7312017 | Jul 31, 2017 | 209477 | Aug 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jul 31, 2017 | 7312017 | Jul 31, 2017 | 209475 | Aug 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Aug 29, 2017 | 8292017 | Aug 29, 2017 | 210953 | Aug 30, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Aug 29, 2017 | 8292017 | Aug 29, 2017 | 210952 | Aug 30, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Sep 29, 2017 | 9292017 | Sep 29, 2017 | 212186 | Sep 30, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Sep 29, 2017 | 9292017 | Sep 29, 2017 | 212184 | Sep 30, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | | | **Total Gross:** | 85,686.76 | **Total Discount:** | | .00 | **Total Net:** | 85,686.76 | 85,686.76 |
| **Grand Totals:** | | | **Gross:** | 85,686.76 | **Discount:** | | .00 | **Net:** | 85,686.76 | 85,686.76 |

Jan 30, 2018 15:07:33

EXHIBIT B

## Payroll Summary
**WAYNE BAILEY, INC**

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN, ALICE** | | | ID: 1317 | SSN: | | | Days: | Weeks: | | |
| Earnings | | | | | | | | | | |
| Christmas Gift | NC | No | | | | | | | | 750.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Salary | NC | No | | | | | | | | 16,059.96 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 26,086.98 |
| Deductions | | | | | | | | | | |
| Flex Spend Acct | NC | No | | | | | | | | 2,372.90 |
| NC SIT | NC | No | | | | | | | | 275.00 |
| SS Employee | NC | No | | | | | | | | 895.10 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| FIT | NC | No | | | | | | | | 1,297.67 |
| Medicare Emp | NC | No | | | | | | | | 209.34 |
| | | | | | | | | | | 14,327.03 |
| Total: WOOTEN, ALICE | | | | | | | | | | 11,759.95 |
| Total: Non-Ag Workers | | | | | | | | | | 11,759.95 |
| Grand Total: | | | | | | | | | | 11,759.95 |



**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|-------|-----------|-----------|-------------|---------|----------|-----------------|--------|------|---------|----------|
| **Alice Wooten** | | | **ID: 09598** | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 71499 | Feb 02, 2017 | 02012017 | Feb 01, 2017 | 201809 | Feb 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 71814 | Mar 01, 2017 | 030117 | Mar 01, 2017 | 202926 | Mar 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 72266 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204292 | May 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 72674 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205486 | May 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 73120 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206968 | Jun 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 73438 | Jul 03, 2017 | 07012017 | Jul 01, 2017 | 208330 | Jul 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 89206 | Mar 09, 2017 | 30917 | Mar 09, 2017 | 203316 | Apr 01, 2017 | Monograming | Voucher | | | 64.05 |
| 100047 | Oct 16, 2017 | 08012017 | Aug 01, 2017 | 209650 | Aug 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| | | | Total Gross: | | 3,564.05 | Total Discount: | .00 | Total Net: | 3,564.05 | 3,564.05 |
| **Grand Totals:** | | | Gross: | | 3,564.05 | Discount: | .00 | Net: | 3,564.05 | 3,564.05 |



**Payroll Summary**

WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN, ADAM K** | | | ID: 1012 | SSN: | | | Days: | Weeks: | | |
| Earnings | | | | | | | | | | |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| Salary | NC | No | | | | | | | | 112,000.20 |
| Christmas Gift | NC | No | | | | | | | | 1,250.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 141,989.36 |
| Deductions | | | | | | | | | | |
| SS Employee | NC | No | | | | | | | | 6,983.38 |
| Christmas Fund | NC | No | | | | | | | | -375.00 |
| Flex Spend Acct | NC | No | | | | | | | | 208.50 |
| Medicare Emp | NC | No | | | | | | | | 1,633.20 |
| 401K | NC | No | | | | | | | | 3,380.00 |
| 125A | NC | No | | | | | | | | 406.64 |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| NC SIT | NC | No | | | | | | | | 5,615.00 |
| FIT | NC | No | | | | | | | | 21,645.18 |
| | | | | | | | | | | 68,236.06 |
| Total: WOOTEN, ADAM K | | | | | | | | | | 73,753.30 |
| Total: Non-Ag Workers | | | | | | | | | | 73,753.30 |
| Grand Total: | | | | | | | | | | 73,753.30 |

EXHIBIT B

**Payroll Summary**

WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN III, GEORGE G** | | | | ID: 1018 | SSN: | | Days: | | Weeks: | |
| Earnings | | | | | | | | | | |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| Salary | NC | No | | | | | | | | 117,999.96 |
| Christmas Gift | NC | No | | | | | | | | 1,250.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 147,989.12 |
| Deductions | | | | | | | | | | |
| Medicare Emp | NC | No | | | | | | | | 1,694.69 |
| SS Employee | NC | No | | | | | | | | 7,246.29 |
| FIT | NC | No | | | | | | | | 23,050.90 |
| Flex Spend Acct | NC | No | | | | | | | | 2,374.40 |
| NC SIT | NC | No | | | | | | | | 5,886.00 |
| Christmas Fund | NC | No | | | | | | | | -206.86 |
| 401K | NC | No | | | | | | | | 2,600.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| | | | | | | | | | | 71,384.48 |
| Total: WOOTEN III, GEORGE G | | | | | | | | | | 76,604.64 |
| Total: Non-Ag Workers | | | | | | | | | | 76,604.64 |
| Grand Total: | | | | | | | | | | 76,604.64 |

EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **George Wooten III** | | | **ID: 09605** | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Mar 07, 2017 | 121616 | Dec 16, 2016 | 203140 | Jan 15, 2017 | BAL OF 2015 CROP | Voucher | | | 80,000.00 |
| | Jun 05, 2017 | 121616 | Jun 05, 2017 | 207203 | Jul 05, 2017 | TRUCKS - Wired from M: | Voucher | | | -75,629.00 |
| | Jun 05, 2017 | 121616 | Dec 16, 2016 | 200835 | Jan 15, 2017 | TRUCKS | Voucher | | | 75,629.00 |
| 73054 | May 26, 2017 | 52617 | May 26, 2017 | 206756 | Jun 25, 2017 | PAYMENT | Voucher | | | 61,600.00 |
| 89437 | May 19, 2017 | 201890 | May 19, 2017 | 206445 | May 20, 2017 | Tractor parts from Johnsc | Voucher | | | 618.76 |
| 89440 | May 25, 2017 | 5252017 | May 25, 2017 | 206628 | May 26, 2017 | Repay for Bedder parts | Voucher | | | 353.99 |
| 90205 | Aug 02, 2017 | 203225 | Aug 01, 2017 | 209645 | Aug 02, 2017 | Repairs on Equipment | Voucher | | | 834.34 |
| 90317 | Sep 06, 2017 | 9062017 | Sep 06, 2017 | 211232 | Oct 06, 2017 | Repairs on Tractor | Voucher | | | 450.00 |
| 90323 | Sep 22, 2017 | 9222017 | Sep 22, 2017 | 211914 | Sep 23, 2017 | Truck Parts | Voucher | | | 384.98 |
| 90745 | Dec 20, 2017 | 12202017 | Dec 20, 2017 | 215534 | Dec 21, 2017 | Overpayment | Voucher | | | 1,250.00 |
| 90750 | Dec 28, 2017 | 12292017 | Dec 29, 2017 | 215797 | Dec 30, 2017 | Mr. Enzor owed for Soybe | Voucher | | | 14,457.00 |
| 100881 | Jan 08, 2018 | 112217 | Nov 22, 2017 | 214387 | Dec 22, 2017 | Land Rent - Hegepeth 80 | Voucher | | | 6,000.00 |
| 100881 | Jan 08, 2018 | 121616 | Dec 16, 2016 | 200836 | Jan 15, 2017 | BAL OF 2015 CROP | Voucher | | | 70,422.70 |
| 100881 | Jan 08, 2018 | 212589 | Sep 14, 2017 | 214360 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,226.75 |
| 100881 | Jan 08, 2018 | 212755 | Sep 14, 2017 | 214361 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -37,259.93 |
| 100881 | Jan 08, 2018 | 212909 | Sep 14, 2017 | 214362 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -24,751.92 |
| 100881 | Jan 08, 2018 | 212910 | Sep 14, 2017 | 214363 | Oct 14, 2017 | Cuke Labor - 2017 Credit | Voucher | | | 2,311.90 |
| 100881 | Jan 08, 2018 | 213019 | Sep 14, 2017 | 214364 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -41,129.87 |
| 100881 | Jan 08, 2018 | 213020 | Sep 14, 2017 | 214365 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -26,173.35 |
| 100881 | Jan 08, 2018 | 213221 | Sep 14, 2017 | 214366 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -15,014.46 |
| 100881 | Jan 08, 2018 | 213222 | Sep 14, 2017 | 214367 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -2,543.15 |
| 100881 | Jan 08, 2018 | 213368 | Sep 14, 2017 | 214368 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -21,820.03 |
| 100881 | Jan 08, 2018 | 213369 | Sep 14, 2017 | 214369 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -2,670.99 |
| 100881 | Jan 08, 2018 | 213593 | Sep 14, 2017 | 214370 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,964.49 |
| 100881 | Jan 08, 2018 | 213789 | Sep 14, 2017 | 214371 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -5,216.87 |
| 100881 | Jan 08, 2018 | 213790 | Sep 14, 2017 | 214372 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -12,211.26 |
| 100881 | Jan 08, 2018 | 214032 | Sep 14, 2017 | 214373 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,991.19 |
| 100881 | Jan 08, 2018 | 214353 | Sep 14, 2017 | 214374 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -2,160.34 |
| 100881 | Jan 08, 2018 | 216489 | Nov 29, 2017 | 214585 | Dec 29, 2017 | Land Rent - 2017 | Voucher | | | -41,168.76 |
| 100881 | Jan 08, 2018 | 51817 | May 18, 2017 | 206352 | Jun 17, 2017 | T. HILL SEED PAID BY G | Voucher | | | 179,000.00 |
| 100881 | Jan 08, 2018 | 52617 | May 26, 2017 | 206757 | Jun 25, 2017 | PAYMENT CK 73054 | Voucher | | | -61,600.00 |
| 100881 | Jan 08, 2018 | 550706 | May 24, 2017 | 206569 | Jun 23, 2017 | Chemical for plant beds - | Voucher | | | 45,761.41 |
| | | | Total Gross: | 164,541.72 | Total Discount: | .00 | Total Net: | 164,541.72 | | 164,541.72 |
| **Grand Totals:** | | | Gross: | 164,541.72 | Discount: | .00 | Net: | 164,541.72 | | 164,541.72 |

**EXHIBIT B**

Case 18-00284-5-SWH    Doc 56    Filed 01/30/18    Entered 01/30/18 22:37:36    Page 90 of 96

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| The Sweet Potato Co. LLC | | ID: 00160 | | | | | | | | |
| Paid Voucher | | | | | | | | | | |
| 71806 | Feb 28, 2017 | 22817 | Feb 28, 2017 | 202851 | Mar 10, 2017 | PAYMENT | Voucher | | | 80,618.22 |
| 73713 | Jul 21, 2017 | 72117 | Jul 21, 2017 | 209103 | Jul 22, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 73794 | Jul 28, 2017 | 72817 | Jul 28, 2017 | 209246 | Jul 29, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 73959 | Aug 04, 2017 | 80417 | Aug 04, 2017 | 209819 | Aug 05, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74104 | Aug 11, 2017 | 08112017 | Aug 11, 2017 | 210131 | Aug 12, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74155 | Aug 18, 2017 | 81817 | Aug 18, 2017 | 210409 | Aug 19, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74271 | Aug 25, 2017 | 82517 | Aug 25, 2017 | 210742 | Aug 26, 2017 | PAYMENT | Voucher | | | 2,000.00 |
| 100962 | Jan 12, 2018 | 07132017 | Jul 13, 2017 | 208798 | Jul 14, 2017 | Sales of 2008 FJ Cruiser | Voucher | | | -10,000.00 |
| 100962 | Jan 12, 2018 | 07272016 | Jul 27, 2016 | 192806 | Jul 28, 2016 | 2016 Cuke Labor (1/2) | Voucher | | | -40,938.65 |
| 100962 | Jan 12, 2018 | 08112017 | Aug 11, 2017 | 210147 | Aug 12, 2017 | PAYMENT CK#74104 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 103117 | Oct 31, 2017 | 213673 | Nov 01, 2017 | OCTOBER INT | Voucher | | | 22.20 |
| 100962 | Jan 12, 2018 | 112916 | Nov 29, 2016 | 198722 | Dec 21, 2016 | 1/2 LABOR 2016 | Voucher | | | -118,031.20 |
| 100962 | Jan 12, 2018 | 112916 | Nov 29, 2016 | 198721 | Dec 21, 2016 | Transfer from Wooten 20 | Voucher | | | 920,142.05 |
| 100962 | Jan 12, 2018 | 113016 | Nov 30, 2016 | 198743 | Dec 21, 2016 | PAYMENT TO CAPE FE/ | Voucher | | | -726,382.18 |
| 100962 | Jan 12, 2018 | 113017 | Nov 30, 2017 | 215289 | Dec 01, 2017 | NOV. INT | Voucher | | | 21.67 |
| 100962 | Jan 12, 2018 | 123117 | Dec 31, 2017 | 215911 | Jan 01, 2018 | DECEMBER INT. | Voucher | | | 22.57 |
| 100962 | Jan 12, 2018 | 212809 | Jun 15, 2017 | 208033 | Jun 16, 2017 | Freight on Cukes | Voucher | | | -589.00 |
| 100962 | Jan 12, 2018 | 22817 | Feb 28, 2017 | 202857 | Mar 10, 2017 | PAYMENT CK 71806 | Voucher | | | -80,618.22 |
| 100962 | Jan 12, 2018 | 33117 | Mar 31, 2017 | 204700 | Apr 01, 2017 | MARCH INTEREST | Voucher | | | 366.54 |
| 100962 | Jan 12, 2018 | 33117 | Mar 31, 2017 | 204699 | Apr 01, 2017 | FEB. INTEREST | Voucher | | | 942.28 |
| 100962 | Jan 12, 2018 | 43017 | Apr 30, 2017 | 205923 | May 21, 2017 | APRIL INTEREST | Voucher | | | 357.73 |
| 100962 | Jan 12, 2018 | 53117 | May 31, 2017 | 206884 | Jun 01, 2017 | MAY INTEREST | Voucher | | | 372.70 |
| 100962 | Jan 12, 2018 | 60616 | Jun 06, 2016 | 190570 | Jun 15, 2016 | TRANSFER FROM BAILI | Voucher | | | 88,043.29 |
| 100962 | Jan 12, 2018 | 63017 | Jun 30, 2017 | 208375 | Jul 30, 2017 | JUNE INTEREST | Voucher | | | 363.74 |
| 100962 | Jan 12, 2018 | 72117 | Jul 21, 2017 | 209136 | Jul 22, 2017 | PAYMENT CK 73713 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 72817 | Jul 28, 2017 | 209330 | Jul 29, 2017 | PAYMENT CK 73794 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 73117 | Jul 31, 2017 | 209796 | Aug 01, 2017 | JULY INTEREST | Voucher | | | 378.95 |
| 100962 | Jan 12, 2018 | 80417 | Aug 04, 2017 | 209854 | Aug 05, 2017 | PAYMENT CK 73959 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 81817 | Aug 18, 2017 | 210468 | Aug 19, 2017 | PAYMENT CK 74155 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 82517 | Aug 25, 2017 | 210784 | Aug 26, 2017 | PAYMENT CK 74271 | Voucher | | | -2,000.00 |
| 100962 | Jan 12, 2018 | 82917 | Aug 29, 2017 | 210926 | Aug 30, 2017 | AUGUST INTEREST | Voucher | | | 195.32 |
| 100962 | Jan 12, 2018 | 93017 | Sep 30, 2017 | 212333 | Oct 01, 2017 | SEPTEMBER INTEREST | Voucher | | | 10.55 |
| | | | Total Gross: | 115,298.56 | Total Discount: | .00 | Total Net: | 115,298.56 | | 115,298.56 |
| Grand Totals: | | | Gross: | 115,298.56 | Discount: | .00 | Net: | 115,298.56 | | 115,298.56 |


EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Wooten Land & Timber** | | | ID: 09690 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Feb 07, 2017 | 02072017 | Feb 07, 2017 | 202045 | Feb 08, 2017 | Monthly Payment-Int | Voucher | | | 911.49 |
| | Mar 22, 2017 | 03222017 | Mar 22, 2017 | 203797 | Mar 23, 2017 | Monthly Payment-final-int | Voucher | | | 457.64 |
| | Feb 07, 2017 | 2072017 | Feb 07, 2017 | 202044 | Feb 08, 2017 | Monthly Payment-prin | Voucher | | | 54,462.42 |
| | Mar 22, 2017 | 3222017 | Mar 22, 2017 | 203796 | Mar 23, 2017 | Monthly Payment-final | Voucher | | | 54,916.28 |
| | | | Total Gross: | 110,747.83 | Total Discount: | | .00 | Total Net: | 110,747.83 | 110,747.83 |
| **Wooten Land & Timber LLC** | | | ID: 09600 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Mar 22, 2017 | 01012017 | Jan 01, 2017 | 200131 | Jan 01, 2017 | MONTHLY RENT (OTHE | Voucher | | | 6,034.52 |
| | Jan 31, 2017 | 01012017 | Jan 01, 2017 | 200130 | Jan 01, 2017 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | Feb 28, 2017 | 02012017 | Feb 28, 2017 | 202922 | Mar 01, 2017 | Monthly Rent on Watec | Voucher | | | 19,612.81 |
| | Mar 22, 2017 | 02012017 | Feb 28, 2017 | 202921 | Mar 01, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | May 30, 2017 | 05012017 | May 01, 2017 | 206491 | May 01, 2017 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | May 22, 2017 | 05012017 | May 01, 2017 | 206490 | May 01, 2017 | MONTHLY RENT (OTHE | Voucher | | | 6,034.52 |
| | Jul 14, 2017 | 07142017 | Jul 14, 2017 | 208905 | Jul 15, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Nov 02, 2017 | 09012017 | Oct 24, 2017 | 213604 | Oct 25, 2017 | September 2017 Monthly | Voucher | | | 2,700.00 |
| | Nov 30, 2017 | 09012017 | Oct 24, 2017 | 213201 | Oct 25, 2017 | September 2017 Monthly | Voucher | | | 3,334.52 |
| | Mar 22, 2017 | 10012016 | Oct 01, 2016 | 196273 | Oct 01, 2016 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | Dec 08, 2017 | 10312017 | Nov 20, 2017 | 214217 | Nov 21, 2017 | October 2017 Monthly Re | Voucher | | | 3,334.52 |
| | Nov 30, 2017 | 10312017 | Nov 20, 2017 | 214648 | Nov 21, 2017 | October 2017 Monthly Re | Voucher | | | 2,700.00 |
| | Dec 08, 2017 | 10312017 | Dec 08, 2017 | 215140 | Dec 09, 2017 | Over payment correction | Voucher | | | -19.99 |
| | Dec 22, 2017 | 11282017 | Nov 28, 2017 | 215612 | Dec 01, 2017 | November 2017 Monthly I | Voucher | | | 3,314.52 |
| | Jan 11, 2018 | 11282017 | Nov 28, 2017 | 214569 | Dec 01, 2017 | November 2017 Monthly I | Voucher | | | 2,720.00 |
| | Feb 01, 2017 | 12012016 | Dec 01, 2016 | 199909 | Dec 01, 2016 | MONTHLY RENT (OTHE | Voucher | | | 6,034.52 |
| | Feb 01, 2017 | 12012016 | Dec 01, 2016 | 199907 | Dec 01, 2016 | MONTHLY RENT ON SQ | Voucher | | | 1,720.62 |
| | Jan 11, 2018 | 12012017 | Dec 01, 2017 | 216367 | Dec 02, 2017 | December 2017 Monthly I | Voucher | | | 3,314.52 |
| | Aug 04, 2017 | 8042017 | Aug 04, 2017 | 209916 | Aug 05, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Sep 08, 2017 | 9082017 | Sep 08, 2017 | 211327 | Sep 09, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Apr 28, 2017 | MARCH 201 | Mar 16, 2017 | 203538 | Apr 01, 2017 | MARCH 2017 MONTHLY | Voucher | | | 19,612.81 |
| | Apr 28, 2017 | MARCH 201 | Mar 16, 2017 | 203537 | Apr 01, 2017 | MARCH 2017 MONTHLY | Voucher | | | 6,034.52 |
| | | | Total Gross: | 169,458.92 | Total Discount: | | .00 | Total Net: | 169,458.92 | 169,458.92 |
| **Grand Totals:** | | | Gross: | 280,206.75 | Discount: | | .00 | Net: | 280,206.75 | 280,206.75 |


EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Southern Roots** | | | ID: 00130 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Jan 05, 2018 | 10518 | Jan 05, 2018 | 216077 | Jan 06, 2018 | PAYMENT | Voucher | | | 10,000.00 |
| | Dec 01, 2017 | 120117 | Dec 01, 2017 | 214940 | Dec 02, 2017 | PAYMENT ON CROP | Voucher | | | 226,861.90 |
| 100503 | Dec 08, 2017 | 120717 | Dec 07, 2017 | 215073 | Dec 08, 2017 | PAYMENT | Voucher | | | 10,000.00 |
| 100701 | Dec 22, 2017 | 122217 | Dec 22, 2017 | 215583 | Dec 23, 2017 | Payment on account | Voucher | | | 5,000.00 |
| 100768 | Dec 29, 2017 | 122917 | Dec 29, 2017 | 215788 | Dec 30, 2017 | PAYMENT | Voucher | | | 5,000.00 |
| 100966 | Jan 12, 2018 | 11218 | Jan 12, 2018 | 216369 | Jan 13, 2018 | PAYMENT | Voucher | | | 10,000.00 |
| | | | Total Gross: | 266,861.90 | Total Discount: | .00 | Total Net: | 266,861.90 | | 266,861.90 |
| **Grand Totals:** | | | Gross: | 266,861.90 | Discount: | .00 | Net: | 266,861.90 | | 266,861.90 |

**EXHIBIT B**

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trinity Frozen Foods** | | | ID: 9880 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | May 03, 2017 | 195358 | Jul 13, 2016 | 192224 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -5,050.50 |
| | May 03, 2017 | 195360 | Jul 13, 2016 | 192228 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -2,356.11 |
| | May 03, 2017 | 195361 | Jul 13, 2016 | 192225 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -6,015.00 |
| | May 03, 2017 | 195463 | Jul 13, 2016 | 192227 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -5,376.60 |
| | May 03, 2017 | 195466 | Jul 13, 2016 | 192226 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -4,644.45 |
| | May 03, 2017 | 3698 | Jun 03, 2016 | 192223 | Jun 04, 2016 | Packing charge on dice p | Voucher | | | 23,442.66 |
| | | Total Gross: | | | .00 | Total Discount: | .00 | Total Net: | .00 | .00 |
| **Grand Totals:** | | Gross: | | | .00 | Discount: | .00 | Net: | .00 | .00 |

Jan 30, 2018 15:10:07



EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| ARGO Investments of Columbus Inc | | ID: 0163 | | | | | | | | |
| Paid Voucher | | | | | | | | | | |
| 71500 | Feb 02, 2017 | 02012017 | Feb 01, 2017 | 201811 | Feb 01, 2017 | Lease Payment on 2 Trail | Voucher | | | 900.00 |
| 71568 | Feb 09, 2017 | 5.1 | Feb 01, 2017 | 202203 | Feb 01, 2017 | Lease Payment on 2 Trail | Voucher | | | 1,175.00 |
| 71815 | Mar 01, 2017 | 03012017 | Mar 01, 2017 | 202933 | Mar 02, 2017 | Lease pymt on Sweet Pol | Voucher | | | 1,175.00 |
| 71815 | Mar 01, 2017 | 03012017 | Mar 01, 2017 | 202934 | Mar 02, 2017 | Lease Payment on 2 Trail | Voucher | | | 900.00 |
| 72267 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204300 | Apr 04, 2017 | APRIL 2017-1 SWEET P( | Voucher | | | 1,175.00 |
| 72267 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204299 | Apr 04, 2017 | APRIL 2017-2 Trailers an | Voucher | | | 900.00 |
| 72267 | Apr 03, 2017 | 6 | Apr 01, 2017 | 204298 | Apr 02, 2017 | APRIL 2017-LABOR CAM | Voucher | | | 2,500.00 |
| 72675 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205492 | May 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 72675 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205493 | May 01, 2017 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 72908 | May 12, 2017 | 7 | May 12, 2017 | 206133 | May 13, 2017 | May 2017 Labor Camp Re | Voucher | | | 2,500.00 |
| 73121 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206969 | Jun 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 73121 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206970 | Jun 01, 2017 | LEASE PYMT ON SWEE | Voucher | | | 1,175.00 |
| 73121 | Jun 01, 2017 | 8 | Jun 01, 2017 | 206967 | Jun 01, 2017 | JUNE 2017 LABOR CAM | Voucher | | | 2,500.00 |
| 73634 | Jul 14, 2017 | 07012017 | Jul 01, 2017 | 208331 | Jul 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 73634 | Jul 14, 2017 | 07012017 | Jul 01, 2017 | 208332 | Jul 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 73634 | Jul 14, 2017 | 1 | Jul 14, 2017 | 208893 | Jul 15, 2017 | Payment #1 - lawnmower | Voucher | | | 1,000.00 |
| 73634 | Jul 14, 2017 | 9 | Jul 01, 2017 | 208333 | Jul 01, 2017 | MONTHLY LABOR CAMF | Voucher | | | 2,500.00 |
| 73908 | Aug 02, 2017 | 08012017 | Aug 01, 2017 | 209665 | Aug 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 73908 | Aug 02, 2017 | 08012017 | Aug 01, 2017 | 209662 | Aug 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 73908 | Aug 02, 2017 | 10 | Aug 01, 2017 | 209664 | Aug 01, 2017 | MONTHLY LABOR CAMF | Voucher | | | 2,500.00 |
| 73908 | Aug 02, 2017 | 2 | Aug 01, 2017 | 209666 | Aug 01, 2017 | Payment #2-Lawnmower | Voucher | | | 1,000.00 |
| 74524 | Sep 22, 2017 | 11 | Sep 01, 2017 | 211115 | Sep 01, 2017 | SEPT. 2017 LABOR CAN | Voucher | | | 2,500.00 |
| 74658 | Oct 06, 2017 | 12 | Oct 01, 2017 | 212355 | Oct 01, 2017 | OCT. 2017 LABOR CAMF | Voucher | | | 2,500.00 |
| 100334 | Nov 21, 2017 | 09012017 | Sep 01, 2017 | 211113 | Sep 01, 2017 | LEASE PAY ON 1 SWEE | Voucher | | | 1,175.00 |
| 100334 | Nov 21, 2017 | 09012017 | Sep 01, 2017 | 211112 | Sep 01, 2017 | LEASE PAY ON 2 TRAILI | Voucher | | | 900.00 |
| 100334 | Nov 21, 2017 | 10012017 | Oct 01, 2017 | 212353 | Oct 01, 2017 | LEASE PAY ON 1 SWEE | Voucher | | | 1,175.00 |
| 100334 | Nov 21, 2017 | 10012017 | Oct 01, 2017 | 212352 | Oct 01, 2017 | LEASE PAY ON 2 TRAILI | Voucher | | | 900.00 |
| 100334 | Nov 21, 2017 | 3 | Sep 01, 2017 | 211114 | Sep 01, 2017 | LEASE PAY ON 2017 JD | Voucher | | | 1,000.00 |
| 100334 | Nov 21, 2017 | 4 | Oct 01, 2017 | 212354 | Oct 01, 2017 | LEASE PAY ON 2017 JD | Voucher | | | 1,000.00 |
| 100531 | Dec 08, 2017 | 11012017 | Nov 01, 2017 | 213550 | Nov 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 100531 | Dec 08, 2017 | 11012017 | Nov 01, 2017 | 213551 | Nov 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 100531 | Dec 08, 2017 | 13 | Nov 01, 2017 | 213764 | Nov 01, 2017 | NOVEMBER 2017 LABOI | Voucher | | | 2,500.00 |
| 100531 | Dec 08, 2017 | 5 | Nov 01, 2017 | 213552 | Nov 01, 2017 | LEASE PAY. ON 2017 JD | Voucher | | | 1,000.00 |
| 100675 | Dec 22, 2017 | 12012017 | Dec 01, 2017 | 214682 | Dec 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 100675 | Dec 22, 2017 | 12012017 | Dec 01, 2017 | 214679 | Dec 01, 2017 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 100675 | Dec 22, 2017 | 6 | Dec 01, 2017 | 214683 | Dec 01, 2017 | LEASE PYMT ON 2017 J | Voucher | | | 1,000.00 |
| 100954 | Jan 12, 2018 | 01012018 | Jan 01, 2018 | 215958 | Jan 01, 2018 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 100954 | Jan 12, 2018 | 01012018 | Jan 01, 2018 | 215957 | Jan 01, 2018 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 100954 | Jan 12, 2018 | 7 | Jan 01, 2018 | 215959 | Jan 01, 2018 | LEASE PYMT ON 2017 J | Voucher | | | 1,000.00 |
| | | | Total Gross: | 51,900.00 | Total Discount: | .00 | Total Net: | 51,900.00 | | 51,900.00 |
| Grand Totals: | | | Gross: | 51,900.00 | Discount: | .00 | Net: | 51,900.00 | | 51,900.00 |


EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|-------|-----------|-----------|-------------|---------|----------|-----------------|--------|------|---------|----------|
| **Mary Margaret Wooten Nealy** | | | ID: 09983 | | | | | | | |
| Paid Voucher | | | | | | | | | | |
| 89682 | Jun 16, 2017 | 6162017 | Jun 16, 2017 | 207708 | Jun 17, 2017 | Personal | Voucher | | | 2,000.00 |
| | | Total Gross: | | 2,000.00 | Total Discount: | .00 | Total Net: | | 2,000.00 | 2,000.00 |
| Grand Totals: | | Gross: | | 2,000.00 | Discount: | .00 | Net: | | 2,000.00 | 2,000.00 |



# EXHIBIT G

Located at Chadbourn

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 18BU 1 WH  Total | Southern Roots | 55 | 55 |
| RSP 18BU CAN CV  Total | | 28 | 28 |
| RSP 38BU 1 CV  Total | | 1330.5 | 2809 |
| RSP 38BU 1 CVORG  Total | | 160 | 338 |
| RSP 38BU 1 MU  Total | | 193 | 407 |
| RSP 38BU CAN CV  Total | | 724.75 | 1530 |
| RSP 38BU CAN CVORG  Total | | 15 | 32 |
| SEED 38BU CVG1 CVOrganic Total | | 3 | 6 |
| SEED 38BU CVG3 CV Total | | 487 | 1028 |
| SEED 38BU CVG3 CVOrganic Total | | 34 | 72 |
| SEED 38BU ROG3 ROSE Total | | 35 | 74 |
| SEED 38BU UNSP ROSE Total | | 97 | 205 |
| SEED 38BU WHG3 WH Total | | 6 | 13 |
| Grand Total | | 3168.25 | 6596 |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 18BU 1 CV  Total | MK's Farms | 63 | 63 |
| Grand Total | | 63 | 63 |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 18BU 1 CV  Total | Carmichael | 362 | 362 |
| RSP 38BU 1 CV  Total | | 114 | 241 |
| RSP 38BU CAN CV  Total | | 1 | 2 |
| Grand Total | | 477 | 605 |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 18BU 1 CV  Total | Warren Dixon | 382 | 382 |
| Grand Total | | 382 | 382 |

Located at Maxton

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 38BU 1 CV  Total | Carmichael | 3249 | 6858 |
| RSP 38BU CAN CV  Total | | 878 | 1854 |

EXHIBIT B

### United States Bankruptcy Court
#### Eastern District of North Carolina - Wilmington Division

In re   WAYNE BAILEY, INC.                                         Case No.   18-00284-5-SWH
                                    Debtor(s)                      Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alice Wooten<br>160 Kissam Lane<br>Evergreen, NC 28438 | Common | | 2.38% |
| George G. Wooten<br>160 Kissam Lane<br>Evergreen, NC 28438 | Common | | 70.95% |
| Nealy, Mary Margaret Wooten<br>113 West Oliver Strreet<br>Whiteville, NC 28472 | Common | | 13.34% |
| Wooten, Sara Bailey<br>P.O. Box 467<br>Chadbourn, NC 28431 | Common | | 13.34% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January 30, 2018                          Signature   *George G. Wooten*
                                                             George G. Wooten

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.



**Fill in this information to identify the case:**

Debtor name    WAYNE BAILEY, INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)    18-00284-5-SWH

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $1,904,685.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $36,957,798.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $43,015,522.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | Trinity Frozen Foods, LLC interest payment | $38,250.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | Trinity Frozen Foods interest payment | $33,750.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy



**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.    Case number (if known)    18-00284-5-SWH

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    See attached Exhibit E | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    See attached Exhibit F | | $0.00 | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 2



EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                          Case number *(if known)*    18-00284-5-SWH

|  | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | The Foreclosure of the Deed of Trust executed by George G. Wooten, Jr. and wife, Alice K. Wooten, Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wooten Land & Timber, LLC, recorded in Deed of Trust Book 1094, Page 639, as modified in Book 1147, Page 252, Columbus County Registry<br>17 SP 151 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | The Foreclosure of the Deed of Trust executed by Wooten Land & Timber, L.L.C., Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wayne Bailey, Inc., as successor by merger to Pride of Sampson, Inc., recorded in Deed of Trust Book 1023, Page 1, Columbus County Registry<br>17 SP 152 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | The Simultaneous Foreclosure of the Deed of Trust executed by Wooten Land & Timber, L.L.C., Wayne Bailey, Inc., fka as W.E. Bailey & Son, Inc., and Wayne Bailey, Inc. as successor by merger to Pride of Sampson, Inc., recorded in Deed of Trust Book 1071, Page 897, as modified in Book 1147, Page 236, Columbus County Registry, and the Deed of Trust executed by George G. Wooten, Jr., Alice K. Wooten, Wayne Bailey, Inc. fka W.E. Bailey & Son, Inc., and Wooten Land and Timber L.L.C. in Book 1094, Page<br>17 SP 150 | Foreclosure | Columbus County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | The Foreclosure of the Deed of Trust executed by Pride of Sampson, Inc. now known as Wayne Bailey, Inc., recorded in Book 1638, Page 533, Sampson County Registry, as modified in Book 1965, page 1<br>17 SP 148 | Foreclosure | Sampson County Superior Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**



EXHIBIT B

Debtor  WAYNE BAILEY, INC.       Case number *(if known)* 18-00284-5-SWH

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Cerro Gordo Baptist Church | | | $1,668.75 |
| | Recipients relationship to debtor | | | |
| 9.2. | Ribbon Riders | | | $2,500.00 |
| | Recipients relationship to debtor | | | |

## Part 5:  Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 108A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Debtor's vehicle struck a horse in North Carolina | $21,054.00 | 11/3/2017 | $0.00 |
| Debtor's vehicle collided with another in North Carolina | $0.00 | 5/11/2017 | $0.00 |
| Debtor's vehicle collided with another in Florida | $55,642.69 | 3/12/2017 | $0.00 |

## Part 6:  Certain Payments or Transfers

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.


EXHIBIT B

Debtor  **WAYNE BAILEY, INC.**                                    Case number *(if known)*  18-00284-5-SWH

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | January 19, 2018 | |
| | Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | | See additional information in Attorney's Affidavit | $44,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

|  | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Vette Investments, LLC 22336 John Gamble Road Cornelius, NC 28031 | Approximatley 37.8 acres in Clinton, North Carolina PIN 12065068005, 12065062001, 12065068006, 12088272003 | November 20, 2017 | $620,000.00 |
| | **Relationship to debtor** 3rd party | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?


EXHIBIT B

Debtor  WAYNE BAILEY, INC.                                    Case number (if known)  18-00284-5-SWH

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Wayne Bailey Inc. 401k Plan | EIN:  831020 |

  Has the plan been terminated?
  - ■ No
  - ☐ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC | XXXX-1979 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | December 2017 | $0.00 |
| 18.2. | SunTrust Bank<br>Wilmington | XXXX-5592 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/1/2017 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

EXHIBIT B



Debtor  WAYNE BAILEY, INC.                                      Case number *(if known)*  18-00284-5-SWH

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Mannis Custom Builders, Inc.<br>5880 Crestline Road<br>Laurinburg, NC 28352 | Kathy Mannis | 6,858 18bu equivalent bins of #1 sweet potatoes<br>1,854 18bu equivalent bins of cantors | ☐ No<br>■ Yes |
| Crop Production Services<br>P.O. Box 457<br>Clinton, NC 28329 | Roger Lane | 446 - 38 bushel bins of sweet potatoes | ☐ No<br>■ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See attached Exhibit G | | | $0.00 |

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.



EXHIBIT B

Debtor   WAYNE BAILEY, INC.                                    Case number (if known)  18-00284-5-SWH

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  Texas Sweet Potato Distributing, LLC<br>P.O. Box 467<br>Chadbourn, NC 28431 | | **Dates business existed**<br>EIN:        45-1262670<br>From-To   December 30, 2010 to present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Thompson Price & Co.<br>Attn:  Manager or Agent<br>P.O. Box 398<br>Whiteville, NC 28472 | 20 years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Thompson Price & Co.<br>Attn:  Manager or Agent<br>P.O. Box 398<br>Whiteville, NC 28472 | Audit dated August 22, 2017<br>Audit dated December 31, 2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**EXHIBIT B**

Debtor    WAYNE BAILEY, INC.                                    Case number *(if known)*  18-00284-5-SWH

**Name and address**

26d.1.    CFG Financial Services, LLC
          Attn: Mgr, Agent or Officer
          100 Elks Club Road
          Brevard, NC 28712

26d.2.    Cape Fear Farm Credit
          Attn: Mgr, Officer or Agent
          P.O. Box 2405
          Fayetteville, NC 28302

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Donnie Griffin | 1/7/2018 | $2,685,020.77 |
| | **Name and address of the person who has possession of inventory records**<br>Debtor | | |
| 27.2. | Donnie Griffin | 10/29/2017 | $2,269,528.34 |
| | **Name and address of the person who has possession of inventory records**<br>Debtor | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George G. Wooten | 160 Kissam Lane<br>Evergreen, NC 28438 | President, Director, Shareholder | 70.28% shareholder |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Wooten, George III | P.O. Box 130<br>Chadbourn, NC 28431 | Vice President | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Wooten, Adam | P.O. Box 130<br>Chadbourn, NC 28431 | Secretary-Treasurer | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.



EXHIBIT B

Debtor   WAYNE BAILEY, INC.                                Case number (if known)   18-00284-5-SWH

| Name | Address | Position and nature of any Interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Wooten, Adam | P.O. Box 130 Chadbourn, NC 28431 | Shareholder | transfered stock to sisters in 2016 |

| Name | Address | Position and nature of any Interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Wooten, George III | P.O. Box 130 Chadbourn, NC 28431 | Shareholder | transfered stock to sisters in 2016 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 | See attached Exhibit F | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation



EXHIBIT B

Debtor    WAYNE BAILEY, INC.                                Case number (if known)  18-00284-5-SWH

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 30, 2018

_____        George G. Wooten
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President    _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes



**EXHIBIT B**

## EXHIBIT E

**Payments to creditors**
**10/23/17 - 1/21/18**

| Vendor | Amount |
|---|---|
| 1st Class Transportation LLC Total | $7,606.00 |
| 941 ELECTRONIC TRANSFER Total | $196,326.24 |
| Alliance Funding Group, Inc. Total | $19,786.47 |
| American Express Total | $38,520.93 |
| Amur Equipment Finance Total | $9,956.42 |
| ARGO Investments of Columbus Inc Total | $17,875.00 |
| Ascentium Capital LLC Total | $15,655.55 |
| Atlantic Coast Toyotalift Total | $6,932.93 |
| Atlantic Corporation Total | $62,470.52 |
| Bailey/R Lane Total | $103,104.64 |
| Bank of the West Total | $51,405.36 |
| Bautista Farms Trucking LLC Total | $17,990.00 |
| BB&T Commercial Equipment Capital Total | $12,259.21 |
| Beckham Logistics Total | $30,789.00 |
| Black's Tire Service Total | $6,475.07 |
| BlueCross BlueShield of NC Total | $116,447.75 |
| C & T Bright Trucking Total | $6,614.00 |
| Cape Fear Farm Credit ACA Total | $24,000.00 |
| Cape Fear Propane Total | $11,226.99 |
| Carolina Financial Securities, LLC  Total | $700,000.00 |
| Carolinas Staffing Solutions,Inc Total | $17,313.56 |
| Castellini Company Total | $31,082.25 |
| Catalina Galaviz Total | $103,090.37 |
| Cessco Inc. Total | $7,876.65 |
| Choptank Transport,Inc. Total | $6,786.00 |
| Coastal Group Corporation, Inc. Total | $656,126.95 |
| Connecting Point Total | $26,030.29 |
| Cowan Systems LLC Total | $9,275.00 |
| CV Pilson Total | $7,500.00 |
| Darden Restaurants Inc Total | $11,026.25 |
| Diaston Transport, LLC Total | $9,954.00 |
| Dixon Farm Total | $15,000.00 |
| Doris Jenkins Total | $47,162.50 |
| Duke Energy Progress (Clinton) Total | $8,459.53 |
| Duke Energy Progress Total | $79,484.08 |
| Durand-Wayland Inc. Total | $22,549.67 |
| Earl Sullivan Total | $15,000.00 |
| Emily Stephens Total | $9,279.00 |
| England Logistics Inc Total | $11,468.00 |
| Faustino Campos Total | $77,807.76 |
| First Star Logistics LLC Total | $28,438.08 |
| George Wooten III Total | $20,299.65 |
| Giro-Pack Inc. Total | $50,713.26 |
| Gore & Associates Management Total | $30,882.93 |
| Gream Trucking Inc. Total | $6,529.60 |
| Hagan Electronics Inc. Total | $25,726.64 |
| Harden Farms Inc Total | $12,500.00 |
| Harvey's Southeast-Whiteville Total | $37,320.00 |
| Hendren & Malone PLLC Total | $52,759.00 |
| Holiday Motel Total | $12,650.00 |
| Industrial Power, Inc Total | $36,152.48 |
| Integrity Express Logistics,LLC Total | $20,525.00 |
| International Paper Total | $450,667.48 |
| Ja-Co Transport Services Total | $11,681.71 |

EXHIBIT B

Payments to creditors
10/23/17 - 1/21/18

| Vendor | Amount |
|---|---|
| Jerome Langdon Produce Total | $10,000.00 |
| Jerry Jordan Total | $10,000.00 |
| Jerry Turner Total | $19,680.00 |
| Jose Gracia Harvesting, Inc. Total | $265,575.90 |
| Liberty Food Marketers Co. Total | $8,628.10 |
| Little E Trucking Total | $13,498.00 |
| Longship Total | $52,328.00 |
| M2 Lease Funds LLC Total | $8,700.57 |
| Maglio & Co Total | $10,525.00 |
| Matt Brown Total | $10,000.00 |
| McArthur Hardware Total | $11,807.98 |
| McKenzie Supply Company Total | $8,904.81 |
| Millstream Farms Total | $186,580.00 |
| Millstream Farms(Loan Account) Total | $50,000.00 |
| MJE Brokerage Inc. Total | $177,996.00 |
| Monroe Enzor Farms Total | $27,716.75 |
| N C Department of Revenue Total | $32,841.56 |
| Nationwide Agribusiness/Farmland Ins. Tot | $40,184.80 |
| Navajo Express, Inc Total | $6,778.00 |
| NewSong Ministries Total | $7,075.00 |
| Oliver Oil Company Total | $55,289.78 |
| PalletOne Total | $7,264.13 |
| Peggy Brooks Jenkins Total | $11,212.50 |
| Phoenix Management Service, LLC Total | $35,695.72 |
| PNC Equipment Finance Total | $20,980.66 |
| Polymer Logistics, LLC Total | $9,200.95 |
| Prudential Total | $7,028.10 |
| Rankin Truck Brokers Total | $25,111.00 |
| Rapid Capital Finance LLC Total | $127,124.00 |
| RFG Logistics Total | $20,600.00 |
| Right way Brokerage, LLC Total | $8,000.00 |
| Roger Lane  Total | $11,436.00 |
| Ruben Serna Total | $23,083.69 |
| S P Funding LLC Total | $50,000.00 |
| Salinas Trucking Total | $11,345.00 |
| Savoie, Inc. Total | $114,000.00 |
| Scott Insurance Total | $21,540.00 |
| Sidney Page Jr Total | $36,116.00 |
| Small Pallets Company Total | $38,008.00 |
| Smith Farms Total | $33,025.00 |
| Southern Mark Industries LLC Total | $8,141.25 |
| Southern Produce Dist. Inc. Total | $47,391.75 |
| Southern Roots Total | $266,861.90 |
| Spring Acres Total | $20,000.00 |
| ST Freight LLC Total | $30,652.00 |
| State of Louisiana Dept. of Ag. & Forest Tot | $6,724.87 |
| The Door Man, Inc. Total | $17,495.04 |
| The Harford Total | $12,462.77 |
| Thompson Price & Co. Pa. Total | $30,000.00 |
| Thompsons Transfer Total | $25,675.00 |
| Total Quality Logistics, LLC Total | $9,796.00 |
| Town Of Chadbourn Total | $67,903.73 |
| Toyota Motor Credit Corporation Total | $12,819.81 |
| Transamerica Premier Life Total | $20,500.00 |

EXHIBIT B

Payments to creditors
10/23/17 - 1/21/18

| Vendor | Amount |
|---|---|
| Tull Hill Farms - 2016 Total | $10,250.00 |
| Tull Hill Farms Inc Total | $602,970.00 |
| Tyrae Edward Smith Total | $83,118.00 |
| Universal Truckload, Inc. Total | $8,686.00 |
| Wellman Oil & Propane Co (Clinton) Total | $7,764.05 |
| Whiteville Forklift & Equipment , Inc. Total | $7,878.15 |
| Wooten Land & Timber LLC Total | $21,398.09 |
| Y&B Transport LLC Total | $11,409.94 |
| Grand Total | $6,379,339.10 |

EXHIBIT B

EXHIBIT F

**Payroll Summary**
WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| WOOTEN JR, GEORGE | | | ID: 1010 | | SSN: | | Days: | | Weeks: | |
| Earnings | | | | | | | | | | |
| Christmas Gift | NC | No | | | | | | | | 1,250.00 |
| Vehicle usage | NC | No | | | | | | | | 1,175.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Salary | NC | No | | | | | | | | 256,580.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 268,282.02 |
| Deductions | | | | | | | | | | |
| SS Employee | NC | No | | | | | | | | 7,887.50 |
| 401K Loan | NC | No | | | | | | | | 8,338.95 |
| Medicare Emp | NC | No | | | | | | | | 4,198.49 |
| Garnish % | NC | No | | | | | | | | 25,658.00 |
| Flex Spend Acct | NC | No | | | | | | | | 2,372.90 |
| Ins After Tax | NC | No | | | | | | | | 1,859.28 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Veh.usage offset | NC | No | | | | | | | | 1,147.39 |
| 125A | NC | No | | | | | | | | 1,350.24 |
| FIT | NC | No | | | | | | | | 48,452.80 |
| NC SIT | NC | No | | | | | | | | 12,826.00 |
| | | | | | | | | | | 123,366.57 |
| Total: WOOTEN JR, GEORGE | | | | | | | | | | 144,895.45 |
| Total: Non-Ag Workers | | | | | | | | | | 144,895.45 |
| Grand Total: | | | | | | | | | | 144,895.45 |

Jan 30, 2018 16:19:35

Page 1 of 1

EXHIBIT B

EXHIBIT F

**Payments**
**WAYNE BAILEY, INC**

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| George G. Wooten Jr. | | ID: 09597 | | | | | | | | |
| Paid Voucher | | | | | | | | | | |
| | Feb 28, 2017 | 02282017 | Feb 28, 2017 | 202916 | Mar 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jun 28, 2017 | 06282017 | Jun 28, 2017 | 208172 | Jun 29, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Jun 28, 2017 | 06282017 | Jun 28, 2017 | 208173 | Jun 29, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Oct 31, 2017 | 10312017 | Oct 31, 2017 | 213478 | Nov 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Oct 31, 2017 | 10312017 | Oct 31, 2017 | 213476 | Nov 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Nov 28, 2017 | 11282017 | Nov 28, 2017 | 214573 | Nov 29, 2017 | November 2017 Property | Voucher | | | 4,063.80 |
| | Nov 28, 2017 | 11282017 | Nov 28, 2017 | 214572 | Nov 29, 2017 | November 2017 Bin Leas | Voucher | | | 2,243.43 |
| | Dec 26, 2017 | 12262017 | Dec 26, 2017 | 215690 | Dec 27, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Dec 26, 2017 | 12262017 | Dec 26, 2017 | 215691 | Dec 27, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201877 | Feb 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201876 | Feb 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Jan 31, 2017 | 1312017 | Jan 31, 2017 | 201739 | Feb 01, 2017 | Land Rent | Voucher | | | 10,000.00 |
| | Feb 28, 2017 | 2282017 | Feb 28, 2017 | 202914 | Mar 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Mar 30, 2017 | 3302017 | Mar 30, 2017 | 204189 | Mar 31, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Mar 30, 2017 | 3302017 | Mar 30, 2017 | 204188 | Mar 31, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Apr 27, 2017 | 4272017 | Apr 27, 2017 | 205333 | Apr 28, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Apr 27, 2017 | 4272017 | Apr 27, 2017 | 205334 | Apr 28, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | May 30, 2017 | 5302017 | May 30, 2017 | 206841 | May 31, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | May 30, 2017 | 5302017 | May 30, 2017 | 206842 | May 31, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jul 31, 2017 | 7312017 | Jul 31, 2017 | 209477 | Aug 01, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Jul 31, 2017 | 7312017 | Jul 31, 2017 | 209475 | Aug 01, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Aug 29, 2017 | 8292017 | Aug 29, 2017 | 210953 | Aug 30, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Aug 29, 2017 | 8292017 | Aug 29, 2017 | 210952 | Aug 30, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | Sep 29, 2017 | 9292017 | Sep 29, 2017 | 212186 | Sep 30, 2017 | Property-Millstream | Voucher | | | 4,063.80 |
| | Sep 29, 2017 | 9292017 | Sep 29, 2017 | 212184 | Sep 30, 2017 | Bin Lease-Kendall Hill | Voucher | | | 2,243.43 |
| | | | Total Gross: | 85,686.76 | Total Discount: | .00 | Total Net: | 85,686.76 | | 85,686.76 |
| Grand Totals: | | | Gross: | 85,686.76 | Discount: | .00 | Net: | 85,686.76 | | 85,686.76 |


EXHIBIT B

## Payroll Summary
### WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **WOOTEN, ALICE** | | | ID: 1317 | SSN: | | | Days: | | Weeks: | |
| Earnings | | | | | | | | | | |
| Christmas Gift | NC | No | | | | | | | | 750.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| Salary | NC | No | | | | | | | | 16,059.96 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 26,086.98 |
| Deductions | | | | | | | | | | |
| Flex Spend Acct | NC | No | | | | | | | | 2,372.60 |
| NC SIT | NC | No | | | | | | | | 275.00 |
| SS Employee | NC | No | | | | | | | | 895.10 |
| Emplr Paid HC-E | NC | No | | | | | | | | 9,277.02 |
| FIT | NC | No | | | | | | | | 1,297.67 |
| Medicare Emp | NC | No | | | | | | | | 209.34 |
| | | | | | | | | | | 14,327.03 |
| Total: WOOTEN, ALICE | | | | | | | | | | 11,759.95 |
| Total: Non-Ag Workers | | | | | | | | | | 11,759.95 |
| Grand Total: | | | | | | | | | | 11,759.95 |

Jan 30, 2018 16:20:36

Page 1 of 1

EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alice Wooten** | | | **ID: 09598** | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 71499 | Feb 02, 2017 | 02012017 | Feb 01, 2017 | 201809 | Feb 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 71814 | Mar 01, 2017 | 030117 | Mar 01, 2017 | 202926 | Mar 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 72266 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204292 | May 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 72674 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205486 | May 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 73120 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206968 | Jun 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 73438 | Jul 03, 2017 | 07012017 | Jul 01, 2017 | 208330 | Jul 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| 89206 | Mar 09, 2017 | 30917 | Mar 09, 2017 | 203316 | Apr 01, 2017 | Monograming | Voucher | | | 64.05 |
| 100047 | Oct 16, 2017 | 08012017 | Aug 01, 2017 | 209650 | Aug 01, 2017 | Rent on Green Building | Voucher | | | 500.00 |
| | | | Total Gross: | | 3,564.05 | Total Discount: | .00 | Total Net: | 3,564.05 | 3,564.05 |
| **Grand Totals:** | | | Gross: | | 3,564.05 | Discount: | .00 | Net: | 3,564.05 | 3,564.05 |



EXHIBIT B

**Payroll Summary**

WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| WOOTEN, ADAM K | | | ID: 1012 | SSN: | | | Days: | Weeks: | | |
| Earnings | | | | | | | | | | |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| Salary | NC | No | | | | | | | | 112,000.20 |
| Christmas Gift | NC | No | | | | | | | | 1,250.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 141,989.36 |
| Deductions | | | | | | | | | | |
| SS Employee | NC | No | | | | | | | | 6,983.38 |
| Christmas Fund | NC | No | | | | | | | | -375.00 |
| Flex Spend Acct | NC | No | | | | | | | | 208.50 |
| Medicare Emp | NC | No | | | | | | | | 1,633.20 |
| 401K | NC | No | | | | | | | | 3,380.00 |
| 125A | NC | No | | | | | | | | 408.84 |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| NC SIT | NC | No | | | | | | | | 5,615.00 |
| FIT | NC | No | | | | | | | | 21,645.18 |
| | | | | | | | | | | 68,238.06 |

| | |
|---|---|
| Total: WOOTEN, ADAM K | 73,753.30 |
| Total: Non-Ag Workers | 73,753.30 |
| Grand Total: | 73,753.30 |

Jan 30, 2018 16:20:47

Page 1 of 1


EXHIBIT B

**Payroll Summary**

WAYNE BAILEY, INC

| Ern/Ded Description | St | Ag | Total Hours | OT Hours | Dbl Hours | Pieces | OT Pieces | Dbl Pieces | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| WOOTEN III, GEORGE G | | | ID: 1018 | SSN: | | | Days: | Weeks: | | |
| Earnings | | | | | | | | | | |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| Salary | NC | No | | | | | | | | 117,989.96 |
| Christmas Gift | NC | No | | | | | | | | 1,260.00 |
| | | | .00 | .00 | .00 | 0 | 0 | 0 | | 147,989.12 |
| Deductions | | | | | | | | | | |
| Medicare Emp | NC | No | | | | | | | | 1,694.69 |
| SS Employee | NC | No | | | | | | | | 7,248.29 |
| FIT | NC | No | | | | | | | | 23,050.60 |
| Flex Spend Acct | NC | No | | | | | | | | 2,374.40 |
| NC SIT | NC | No | | | | | | | | 5,886.00 |
| Christmas Fund | NC | No | | | | | | | | -206.86 |
| 401K | NC | No | | | | | | | | 2,600.00 |
| Emplr Paid HC-E | NC | No | | | | | | | | 28,739.16 |
| | | | | | | | | | | 71,384.48 |
| Total: WOOTEN III, GEORGE G | | | | | | | | | | 76,604.64 |
| Total: Non-Ag Workers | | | | | | | | | | 76,604.64 |
| Grand Total: | | | | | | | | | | 76,604.64 |



EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|-------|-----------|-----------|--------------|---------|----------|------------------|--------|------|---------|----------|
| **George Wooten III** | | | ID: 09605 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Mar 07, 2017 | 121616 | Dec 16, 2016 | 203140 | Jan 15, 2017 | BAL OF 2015 CROP | Voucher | | | 80,000.00 |
| | Jun 05, 2017 | 121616 | Jun 05, 2017 | 207203 | Jul 05, 2017 | TRUCKS - Wired from M: | Voucher | | | -75,629.00 |
| | Jun 05, 2017 | 121616 | Dec 16, 2016 | 200835 | Jan 15, 2017 | TRUCKS | Voucher | | | 75,629.00 |
| 73054 | May 26, 2017 | 52617 | May 26, 2017 | 206756 | Jun 25, 2017 | PAYMENT | Voucher | | | 61,800.00 |
| 89437 | May 19, 2017 | 201890 | May 19, 2017 | 206445 | May 20, 2017 | Tractor parts from Johnsc | Voucher | | | 618.76 |
| 89440 | May 25, 2017 | 5252017 | May 25, 2017 | 206628 | May 26, 2017 | Repay for Bedder parts | Voucher | | | 353.99 |
| 90205 | Aug 02, 2017 | 203225 | Aug 01, 2017 | 209645 | Aug 02, 2017 | Repairs on Equipment | Voucher | | | 834.34 |
| 90317 | Sep 06, 2017 | 9062017 | Sep 06, 2017 | 211232 | Oct 06, 2017 | Repairs on Tractor | Voucher | | | 450.00 |
| 90323 | Sep 22, 2017 | 9222017 | Sep 22, 2017 | 211914 | Sep 23, 2017 | Truck Parts | Voucher | | | 384.98 |
| 90745 | Dec 20, 2017 | 12202017 | Dec 20, 2017 | 215534 | Dec 21, 2017 | Overpayment | Voucher | | | 1,250.00 |
| 90750 | Dec 28, 2017 | 12292017 | Dec 29, 2017 | 215797 | Dec 30, 2017 | Mr. Enzor owed for Soybe | Voucher | | | 14,457.00 |
| 100881 | Jan 08, 2018 | 112217 | Nov 22, 2017 | 214387 | Dec 22, 2017 | Land Rent - Hegepeth 80 | Voucher | | | 6,000.00 |
| 100881 | Jan 08, 2018 | 121616 | Dec 16, 2016 | 200836 | Jan 15, 2017 | BAL OF 2015 CROP | Voucher | | | 70,422.70 |
| 100881 | Jan 08, 2018 | 212589 | Sep 14, 2017 | 214360 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,226.75 |
| 100881 | Jan 08, 2018 | 212755 | Sep 14, 2017 | 214361 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -37,259.93 |
| 100881 | Jan 08, 2018 | 212909 | Sep 14, 2017 | 214362 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -24,751.92 |
| 100881 | Jan 08, 2018 | 212910 | Sep 14, 2017 | 214363 | Oct 14, 2017 | Cuke Labor - 2017 Credit | Voucher | | | 2,311.90 |
| 100881 | Jan 08, 2018 | 213019 | Sep 14, 2017 | 214364 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -41,129.87 |
| 100881 | Jan 08, 2018 | 213020 | Sep 14, 2017 | 214365 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -26,173.35 |
| 100881 | Jan 08, 2018 | 213221 | Sep 14, 2017 | 214366 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -15,014.46 |
| 100881 | Jan 08, 2018 | 213222 | Sep 14, 2017 | 214367 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -2,543.15 |
| 100881 | Jan 08, 2018 | 213368 | Sep 14, 2017 | 214368 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -21,820.03 |
| 100881 | Jan 08, 2018 | 213369 | Sep 14, 2017 | 214369 | Oct 14, 2017 | Cuke Labor - 2017 | Voucher | | | -2,670.99 |
| 100881 | Jan 08, 2018 | 213593 | Sep 14, 2017 | 214370 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,964.49 |
| 100881 | Jan 08, 2018 | 213789 | Sep 14, 2017 | 214371 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -5,216.87 |
| 100881 | Jan 08, 2018 | 213790 | Sep 14, 2017 | 214372 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -12,211.26 |
| 100881 | Jan 08, 2018 | 214032 | Sep 14, 2017 | 214373 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -1,991.19 |
| 100881 | Jan 08, 2018 | 214353 | Sep 14, 2017 | 214374 | Oct 14, 2017 | Labor - 2017 | Voucher | | | -2,160.34 |
| 100881 | Jan 08, 2018 | 216489 | Nov 29, 2017 | 214585 | Dec 29, 2017 | Land Rent - 2017 | Voucher | | | -41,168.76 |
| 100881 | Jan 08, 2018 | 51817 | May 18, 2017 | 206352 | Jun 17, 2017 | T. HILL SEED PAID BY G | Voucher | | | 179,000.00 |
| 100881 | Jan 08, 2018 | 52617 | May 26, 2017 | 206757 | Jun 25, 2017 | PAYMENT CK 73054 | Voucher | | | -61,800.00 |
| 100881 | Jan 08, 2018 | 550706 | May 24, 2017 | 206569 | Jun 23, 2017 | Chemical for plant beds - | Voucher | | | 45,761.41 |
| | | | | Total Gross: | 164,541.72 | Total Discount: | .00 | Total Net: | 164,541.72 | 164,541.72 |
| **Grand Totals:** | | | | Gross: | 164,541.72 | Discount: | .00 | Net: | 164,541.72 | 164,541.72 |


EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **The Sweet Potato Co. LLC** | | | **ID: 00160** | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 71806 | Feb 28, 2017 | 22817 | Feb 28, 2017 | 202851 | Mar 10, 2017 | PAYMENT | Voucher | | | 80,618.22 |
| 73713 | Jul 21, 2017 | 72117 | Jul 21, 2017 | 209103 | Jul 22, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 73794 | Jul 28, 2017 | 72817 | Jul 28, 2017 | 209246 | Jul 29, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 73959 | Aug 04, 2017 | 80417 | Aug 04, 2017 | 209819 | Aug 05, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74104 | Aug 11, 2017 | 08112017 | Aug 11, 2017 | 210131 | Aug 12, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74155 | Aug 18, 2017 | 81817 | Aug 18, 2017 | 210409 | Aug 19, 2017 | PAYMENT | Voucher | | | 6,000.00 |
| 74271 | Aug 25, 2017 | 82517 | Aug 25, 2017 | 210742 | Aug 26, 2017 | PAYMENT | Voucher | | | 2,000.00 |
| 100962 | Jan 12, 2018 | 07132017 | Jul 13, 2017 | 208798 | Jul 14, 2017 | Sales of 2008 FJ Cruiser | Voucher | | | -10,000.00 |
| 100962 | Jan 12, 2018 | 07272016 | Jul 27, 2016 | 192806 | Jul 28, 2016 | 2016 Cuke Labor (1/2) | Voucher | | | -40,938.65 |
| 100962 | Jan 12, 2018 | 08112017 | Aug 11, 2017 | 210147 | Aug 12, 2017 | PAYMENT CK#74104 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 103117 | Oct 31, 2017 | 213673 | Nov 01, 2017 | OCTOBER INT | Voucher | | | 22.20 |
| 100962 | Jan 12, 2018 | 112916 | Nov 29, 2016 | 198722 | Dec 21, 2016 | 1/2 LABOR 2016 | Voucher | | | -118,031.20 |
| 100962 | Jan 12, 2018 | 112916 | Nov 29, 2016 | 198721 | Dec 21, 2016 | Transfer from Wooten 20` | Voucher | | | 920,142.05 |
| 100962 | Jan 12, 2018 | 113016 | Nov 30, 2016 | 198743 | Dec 21, 2016 | PAYMENT TO CAPE FEA | Voucher | | | -726,382.18 |
| 100962 | Jan 12, 2018 | 113017 | Nov 30, 2017 | 215289 | Dec 01, 2017 | NOV. INT | Voucher | | | 21.67 |
| 100962 | Jan 12, 2018 | 123117 | Dec 31, 2017 | 215911 | Jan 01, 2018 | DECEMBER INT. | Voucher | | | 22.57 |
| 100962 | Jan 12, 2018 | 212809 | Jun 15, 2017 | 208033 | Jun 16, 2017 | Freight on Cukes | Voucher | | | -589.00 |
| 100962 | Jan 12, 2018 | 22817 | Feb 28, 2017 | 202857 | Mar 10, 2017 | PAYMENT CK 71806 | Voucher | | | -80,618.22 |
| 100962 | Jan 12, 2018 | 33117 | Mar 31, 2017 | 204700 | Apr 01, 2017 | MARCH INTEREST | Voucher | | | 386.54 |
| 100962 | Jan 12, 2018 | 33117 | Mar 31, 2017 | 204699 | Apr 01, 2017 | FEB. INTEREST | Voucher | | | 942.28 |
| 100962 | Jan 12, 2018 | 43017 | Apr 30, 2017 | 205923 | May 21, 2017 | APRIL INTEREST | Voucher | | | 357.73 |
| 100962 | Jan 12, 2018 | 53117 | May 31, 2017 | 206884 | Jun 01, 2017 | MAY INTEREST | Voucher | | | 372.70 |
| 100962 | Jan 12, 2018 | 60616 | Jun 06, 2016 | 190570 | Jun 15, 2016 | TRANSFER FROM BAILI | Voucher | | | 88,043.29 |
| 100962 | Jan 12, 2018 | 63017 | Jun 30, 2017 | 208375 | Jul 30, 2017 | JUNE INTEREST | Voucher | | | 363.74 |
| 100962 | Jan 12, 2018 | 72117 | Jul 21, 2017 | 209136 | Jul 22, 2017 | PAYMENT CK 73713 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 72817 | Jul 28, 2017 | 209330 | Jul 29, 2017 | PAYMENT CK 73794 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 73117 | Jul 31, 2017 | 209796 | Aug 01, 2017 | JULY INTEREST | Voucher | | | 378.95 |
| 100962 | Jan 12, 2018 | 80417 | Aug 04, 2017 | 209854 | Aug 05, 2017 | PAYMENT CK 73959 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 81817 | Aug 18, 2017 | 210468 | Aug 19, 2017 | PAYMENT CK 74155 | Voucher | | | -6,000.00 |
| 100962 | Jan 12, 2018 | 82517 | Aug 25, 2017 | 210784 | Aug 26, 2017 | PAYMENT CK 74271 | Voucher | | | -2,000.00 |
| 100962 | Jan 12, 2018 | 82917 | Aug 29, 2017 | 210926 | Aug 30, 2017 | AUGUST INTEREST | Voucher | | | 195.32 |
| 100962 | Jan 12, 2018 | 93017 | Sep 30, 2017 | 212333 | Oct 01, 2017 | SEPTEMBER INTEREST | Voucher | | | 10.55 |

|  | Total Gross: | 115,298.56 | Total Discount: | .00 | Total Net: | 115,298.56 | | | | 115,298.56 |

| Grand Totals: | Gross: | 115,298.56 | Discount: | .00 | Net: | 115,298.56 | | | | 115,298.56 |



EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Wooten Land & Timber** | | ID: 09690 | | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Feb 07, 2017 | 02072017 | Feb 07, 2017 | 202045 | Feb 08, 2017 | Monthly Payment-Int | Voucher | | | 911.49 |
| | Mar 22, 2017 | 03222017 | Mar 22, 2017 | 203797 | Mar 23, 2017 | Monthly Payment-final-Int | Voucher | | | 457.64 |
| | Feb 07, 2017 | 2072017 | Feb 07, 2017 | 202044 | Feb 08, 2017 | Monthly Payment-prin | Voucher | | | 54,462.42 |
| | Mar 22, 2017 | 3222017 | Mar 22, 2017 | 203798 | Mar 23, 2017 | Monthly Payment-final | Voucher | | | 54,916.28 |
| | | **Total Gross:** | | 110,747.83 | **Total Discount:** | | .00 | **Total Net:** | 110,747.83 | 110,747.83 |
| **Wooten Land & Timber LLC** | | ID: 09600 | | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Mar 22, 2017 | 01012017 | Jan 01, 2017 | 200131 | Jan 01, 2017 | MONTHLY RENT (OTHE | Voucher | | | 6,034.52 |
| | Jan 31, 2017 | 01012017 | Jan 01, 2017 | 200130 | Jan 01, 2017 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | Feb 28, 2017 | 02012017 | Feb 28, 2017 | 202922 | Mar 01, 2017 | Monthly Rent on Watec | Voucher | | | 19,612.81 |
| | Mar 22, 2017 | 02012017 | Feb 28, 2017 | 202921 | Mar 01, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | May 30, 2017 | 05012017 | May 01, 2017 | 206491 | May 01, 2017 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | May 22, 2017 | 05012017 | May 01, 2017 | 206490 | May 01, 2017 | MONTHLY RENT (OTHE | Voucher | | | 6,034.52 |
| | Jul 14, 2017 | 07142017 | Jul 14, 2017 | 208905 | Jul 15, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Nov 02, 2017 | 09012017 | Oct 24, 2017 | 213604 | Oct 25, 2017 | September 2017 Monthly | Voucher | | | 2,700.00 |
| | Nov 30, 2017 | 09012017 | Oct 24, 2017 | 213201 | Oct 25, 2017 | September 2017 Monthly | Voucher | | | 3,334.52 |
| | Mar 22, 2017 | 10012016 | Oct 01, 2016 | 196273 | Oct 01, 2016 | MONTHLY RENT ON WA | Voucher | | | 19,612.81 |
| | Dec 08, 2017 | 10312017 | Nov 20, 2017 | 214217 | Nov 21, 2017 | October 2017 Monthly Re | Voucher | | | 3,334.52 |
| | Nov 30, 2017 | 10312017 | Nov 20, 2017 | 214648 | Nov 21, 2017 | October 2017 Monthly Re | Voucher | | | 2,700.00 |
| | Dec 08, 2017 | 10312017 | Dec 08, 2017 | 215140 | Dec 09, 2017 | Over payment correction | Voucher | | | -19.99 |
| | Dec 22, 2017 | 11282017 | Nov 28, 2017 | 215612 | Dec 01, 2017 | November 2017 Monthly I | Voucher | | | 3,314.52 |
| | Jan 11, 2018 | 11282017 | Nov 28, 2017 | 214569 | Dec 01, 2017 | November 2017 Monthly I | Voucher | | | 2,720.00 |
| | Feb 01, 2017 | 12012016 | Dec 01, 2016 | 199909 | Dec 01, 2016 | MONTHLY RENT (OTHE | Voucher | | | 6,034.52 |
| | Feb 01, 2017 | 12012016 | Dec 01, 2016 | 199907 | Dec 01, 2016 | MONTHLY RENT ON SQ | Voucher | | | 1,720.62 |
| | Jan 11, 2018 | 12012017 | Dec 01, 2017 | 216367 | Dec 02, 2017 | December 2017 Monthly I | Voucher | | | 3,314.52 |
| | Aug 04, 2017 | 8042017 | Aug 04, 2017 | 209916 | Aug 05, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Sep 08, 2017 | 9082017 | Sep 08, 2017 | 211327 | Sep 09, 2017 | Monthly Rent | Voucher | | | 6,034.52 |
| | Apr 28, 2017 | MARCH 201 | Mar 16, 2017 | 203538 | Apr 01, 2017 | MARCH 2017 MONTHLY | Voucher | | | 19,612.81 |
| | Apr 28, 2017 | MARCH 201 | Mar 16, 2017 | 203537 | Apr 01, 2017 | MARCH 2017 MONTHLY | Voucher | | | 6,034.52 |
| | | **Total Gross:** | | 169,458.92 | **Total Discount:** | | .00 | **Total Net:** | 169,458.92 | 169,458.92 |
| **Grand Totals:** | | | **Gross:** | 280,206.75 | **Discount:** | | .00 | **Net:** | 280,206.75 | 280,206.75 |



EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Southern Roots | | | ID: 00130 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | Jan 05, 2018 | 10518 | Jan 05, 2018 | 216077 | Jan 06, 2018 | PAYMENT | Voucher | | | 10,000.00 |
| | Dec 01, 2017 | 120117 | Dec 01, 2017 | 214940 | Dec 02, 2017 | PAYMENT ON CROP | Voucher | | | 226,861.90 |
| 100503 | Dec 08, 2017 | 120717 | Dec 07, 2017 | 215073 | Dec 08, 2017 | PAYMENT | Voucher | | | 10,000.00 |
| 100701 | Dec 22, 2017 | 122217 | Dec 22, 2017 | 215583 | Dec 23, 2017 | Payment on account | Voucher | | | 5,000.00 |
| 100768 | Dec 29, 2017 | 122917 | Dec 29, 2017 | 215788 | Dec 30, 2017 | PAYMENT | Voucher | | | 5,000.00 |
| 100966 | Jan 12, 2018 | 11218 | Jan 12, 2018 | 216369 | Jan 13, 2018 | PAYMENT | Voucher | | | 10,000.00 |
| | | | Total Gross: | | 266,861.90 | Total Discount: | .00 | Total Net: | 266,861.90 | 266,861.90 |
| Grand Totals: | | | | Gross: | 266,861.90 | Discount: | .00 | Net: | 266,861.90 | 266,861.90 |



EXHIBIT B

**Payments**

WAYNE BAILEY, INC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trinity Frozen Foods** | | | ID: 9880 | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| | May 03, 2017 | 195358 | Jul 13, 2016 | 192224 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -5,050.50 |
| | May 03, 2017 | 195360 | Jul 13, 2016 | 192228 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -2,356.11 |
| | May 03, 2017 | 195361 | Jul 13, 2016 | 192225 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -6,015.00 |
| | May 03, 2017 | 195463 | Jul 13, 2016 | 192227 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -5,376.60 |
| | May 03, 2017 | 195466 | Jul 13, 2016 | 192226 | Jul 14, 2016 | Deducted from AR ck#89 | Voucher | | | -4,644.45 |
| | May 03, 2017 | 3698 | Jun 03, 2016 | 192223 | Jun 04, 2016 | Packing charge on dice p | Voucher | | | 23,442.66 |
| | | Total Gross: | | | .00 | Total Discount: | .00 | Total Net: | .00 | .00 |
| **Grand Totals:** | | Gross: | | | .00 | Discount: | .00 | Net: | .00 | .00 |



**Payments**

WAYNE BAILEY, INC

ARGO Investments of Columbus Inc     ID: 0163

Paid Voucher

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 71500 | Feb 02, 2017 | 02012017 | Feb 01, 2017 | 201811 | Feb 01, 2017 | Lease Payment on 2 Trail | Voucher | | | 900.00 |
| 71568 | Feb 09, 2017 | 5.1 | Feb 01, 2017 | 202203 | Feb 01, 2017 | Lease Payment on 2 Trail | Voucher | | | 1,175.00 |
| 71815 | Mar 01, 2017 | 03012017 | Mar 01, 2017 | 202933 | Mar 02, 2017 | Lease pymt on Sweet Pot | Voucher | | | 1,175.00 |
| 71815 | Mar 01, 2017 | 03012017 | Mar 01, 2017 | 202934 | Mar 02, 2017 | Lease Payment on 2 Trail | Voucher | | | 900.00 |
| 72267 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204300 | Apr 04, 2017 | APRIL 2017-1 SWEET P( | Voucher | | | 1,175.00 |
| 72267 | Apr 03, 2017 | 04.03.2017 | Apr 03, 2017 | 204299 | Apr 04, 2017 | APRIL 2017-2 Trailers an | Voucher | | | 900.00 |
| 72267 | Apr 03, 2017 | 6 | Apr 01, 2017 | 204298 | Apr 02, 2017 | APRIL 2017-LABOR CAM | Voucher | | | 2,500.00 |
| 72675 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205492 | May 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 72675 | May 01, 2017 | 05.01.2017 | May 01, 2017 | 205493 | May 01, 2017 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 72908 | May 12, 2017 | 7 | May 12, 2017 | 206133 | May 13, 2017 | May 2017 Labor Camp R( | Voucher | | | 2,500.00 |
| 73121 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206969 | Jun 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 73121 | Jun 01, 2017 | 06012017 | Jun 01, 2017 | 206970 | Jun 01, 2017 | LEASE PYMT ON SWEE | Voucher | | | 1,175.00 |
| 73121 | Jun 01, 2017 | 8 | Jun 01, 2017 | 206967 | Jun 01, 2017 | JUNE 2017 LABOR CAM | Voucher | | | 2,600.00 |
| 73634 | Jul 14, 2017 | 07012017 | Jul 01, 2017 | 208331 | Jul 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 73634 | Jul 14, 2017 | 07012017 | Jul 01, 2017 | 208332 | Jul 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 73634 | Jul 14, 2017 | 1 | Jul 14, 2017 | 208893 | Jul 15, 2017 | Payment #1 - lawnmower | Voucher | | | 1,000.00 |
| 73634 | Jul 14, 2017 | 9 | Jul 01, 2017 | 208333 | Jul 01, 2017 | MONTHLY LABOR CAMF | Voucher | | | 2,500.00 |
| 73908 | Aug 02, 2017 | 08012017 | Aug 01, 2017 | 209665 | Aug 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 73908 | Aug 02, 2017 | 08012017 | Aug 01, 2017 | 209662 | Aug 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 73908 | Aug 02, 2017 | 10 | Aug 01, 2017 | 209667 | Aug 01, 2017 | MONTHLY LABOR CAMF | Voucher | | | 2,500.00 |
| 73908 | Aug 02, 2017 | | Aug 01, 2017 | 209666 | Aug 01, 2017 | Payment #2-Lawnmower | Voucher | | | 1,000.00 |
| 74524 | Sep 22, 2017 | 11 | Sep 01, 2017 | 211115 | Sep 01, 2017 | SEPT. 2017 LABOR CAN | Voucher | | | 2,500.00 |
| 74658 | Oct 06, 2017 | 12 | Oct 01, 2017 | 212355 | Oct 01, 2017 | OCT. 2017 LABOR CAMF | Voucher | | | 2,500.00 |
| 100334 | Nov 21, 2017 | 09012017 | Sep 01, 2017 | 211113 | Sep 01, 2017 | LEASE PAY ON 1 SWEE | Voucher | | | 1,175.00 |
| 100334 | Nov 21, 2017 | 09012017 | Sep 01, 2017 | 211112 | Sep 01, 2017 | LEASE PAY ON 2 TRAILI | Voucher | | | 900.00 |
| 100334 | Nov 21, 2017 | 10012017 | Oct 01, 2017 | 212353 | Oct 01, 2017 | LEASE PAY ON 1 SWEE | Voucher | | | 1,175.00 |
| 100334 | Nov 21, 2017 | 10012017 | Oct 01, 2017 | 212352 | Oct 01, 2017 | LEASE PAY ON 2 TRAILI | Voucher | | | 900.00 |
| 100334 | Nov 21, 2017 | 3 | Sep 01, 2017 | 211114 | Sep 01, 2017 | LEASE PAY ON 2017 JD | Voucher | | | ·1,000.00 |
| 100334 | Nov 21, 2017 | 4 | Oct 01, 2017 | 212354 | Oct 01, 2017 | LEASE PAY ON 2017 JD | Voucher | | | 1,000.00 |
| 100531 | Dec 08, 2017 | 11012017 | Nov 01, 2017 | 213550 | Nov 01, 2017 | LEASE PAY. ON 1 SWEE | Voucher | | | 1,175.00 |
| 100531 | Dec 08, 2017 | 11012017 | Nov 01, 2017 | 213551 | Nov 01, 2017 | LEASE PAY. ON 2 TRAIL | Voucher | | | 900.00 |
| 100531 | Dec 08, 2017 | 13 | Nov 01, 2017 | 213764 | Nov 01, 2017 | NOVEMBER 2017 LABOI | Voucher | | | 2,500.00 |
| 100531 | Dec 08, 2017 | 5 | Nov 01, 2017 | 213552 | Nov 01, 2017 | LEASE PAY. ON 2017 JD | Voucher | | | 1,000.00 |
| 100675 | Dec 22, 2017 | 12012017 | Dec 01, 2017 | 214682 | Dec 01, 2017 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 100675 | Dec 22, 2017 | 12012017 | Dec 01, 2017 | 214679 | Dec 01, 2017 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 100675 | Dec 22, 2017 | 6 | Dec 01, 2017 | 214683 | Dec 01, 2017 | LEASE PYMT ON 2017 J | Voucher | | | 1,000.00 |
| 100954 | Jan 12, 2018 | 01012018 | Jan 01, 2018 | 215958 | Jan 01, 2018 | LEASE PYMT ON 2 TRAI | Voucher | | | 900.00 |
| 100954 | Jan 12, 2018 | 01012018 | Jan 01, 2018 | 215957 | Jan 01, 2018 | LEASE PYMT ON 1 SWE | Voucher | | | 1,175.00 |
| 100954 | Jan 12, 2018 | 7 | Jan 01, 2018 | 215959 | Jan 01, 2018 | LEASE PYMT ON 2017 J | Voucher | | | 1,000.00 |

|  | Total Gross: | 51,900.00 | Total Discount: | .00 | Total Net: | 51,900.00 | 51,900.00 |
|---|---|---|---|---|---|---|---|
| Grand Totals: | Gross: | 51,900.00 | Discount: | .00 | Net: | 51,900.00 | 51,900.00 |

EXHIBIT B

## Payments

**WAYNE BAILEY, INC**

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Source | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Mary Margaret Wooten Nealy | | | ID: 09983 | | | | | | | |
| Paid Voucher | | | | | | | | | | |
| 89682 | Jun 16, 2017 | 6162017 | Jun 16, 2017 | 207708 | Jun 17, 2017 | Personal | | Voucher | | 2,000.00 |
| | | | Total Gross: | | 2,000.00 | Total Discount: | .00 | Total Net: | 2,000.00 | 2,000.00 |
| Grand Totals: | | | Gross: | | 2,000.00 | Discount: | .00 | Net: | 2,000.00 | 2,000.00 |

Jan 30, 2018 15:08:52

Page 1 of 1



EXHIBIT B

# EXHIBIT G

Located at Chadbourn

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 18BU 1 WH  Total | Southern Roots | 55 | 55 |
| RSP 18BU CAN CV  Total | | 28 | 28 |
| RSP 38BU 1 CV  Total | | 1330.5 | 2809 |
| RSP 38BU 1 CVORG  Total | | 160 | 338 |
| RSP 38BU 1 MU  Total | | 193 | 407 |
| RSP 38BU CAN CV  Total | | 724.75 | 1530 |
| RSP 38BU CAN CVORG  Total | | 15 | 32 |
| SEED 38BU CVG1 CVOrganic Total | | 3 | 6 |
| SEED 38BU CVG3 CV Total | | 487 | 1028 |
| SEED 38BU CVG3 CVOrganic Total | | 34 | 72 |
| SEED 38BU ROG3 ROSE Total | | 35 | 74 |
| SEED 38BU UNSP ROSE Total | | 97 | 205 |
| SEED 38BU WHG3 WH Total | | 6 | 13 |
| Grand Total | | 3168.25 | 6598 |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 18BU 1 CV  Total | MK's Farms | 63 | 63 |
| Grand Total | | 63 | 63 |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 18BU 1 CV  Total | Carmichael | 362 | 362 |
| RSP 38BU 1 CV  Total | | 114 | 241 |
| RSP 38BU CAN CV  Total | | 1 | 2 |
| Grand Total | | 477 | 605 |

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 18BU 1 CV  Total | Warren Dixon | 382 | 382 |
| Grand Total | | 382 | 382 |

Located at Maxton

| Product | ID | Qty | Equivalent |
|---|---|---|---|
| RSP 38BU 1 CV  Total | Carmichael | 3249 | 6858 |
| RSP 38BU CAN CV  Total | | 878 | 1854 |

EXHIBIT B