FILED:  March 19, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 19-2199
(7:18-cv-00186-D)

———————————————

WAYNE BAILEY, INC., formerly doing business as W. E. Bailey and Son, Inc.

> Debtor - Appellant

v.

SCOTT FARMS, INC.

> Creditor - Appellee

———————————————

O R D E R

———————————————

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk